# Exhibit F

# HOGE RAAD DER NEDERLANDEN

## CIVIELE KAMER

**Nummer** 22/02310
**Datum** 1 september 2023

# ARREST

In de zaak van

1. Greg Evan LINDBERG,
   wonende te Durham, North Carolina, Verenigde Staten van Amerika,
2. TRIER HOLDING B.V.,
   gevestigd te Hoofddorp,
3. NETHERLANDS INSURANCE HOLDINGS, INC.,
   gevestigd te Wilmington, Delaware, Verenigde Staten van Amerika,
4. NIH CAPITAL, LLC,
   gevestigd te Wilmington, Delaware, Verenigde Staten van Amerika,

EISERS tot cassatie,
hierna: Lindberg c.s.,
advocaat: R.R. Verkerk,

tegen

1. W.J.M. VAN ANDEL,
2. E.L. ZETTELER,

in hun hoedanigheid van curatoren in het faillissement van Nederlandsche Algemeene Maatschappij van Levensverzekering “Conservatrix” N.V.,
verweerders in cassatie,
hierna: de Curatoren,
advocaat: I.M.A. Lintel.

## 1. Procesverloop

Voor het verloop van het geding in feitelijke instantie verwijst de Hoge Raad naar het arrest in de zaak 200.277.991 van het gerechtshof Den Haag van 29 maart 2022.
Lindberg c.s. hebben tegen het arrest van het hof beroep in cassatie ingesteld.
De Curatoren hebben een verweerschrift tot verwerping ingediend.
De zaak is voor partijen toegelicht door hun advocaten, en voor Lindberg c.s. mede door D.S. Walta-Jansen.
De conclusie van de Advocaat-Generaal B.J. Drijber strekt tot verwerping van het cassatieberoep.
De advocaat van Lindberg c.s. heeft schriftelijk op die conclusie gereageerd.

## 2. Beoordeling van het middel

De Hoge Raad heeft de klachten over het arrest van het hof beoordeeld. De uitkomst hiervan is dat deze klachten niet kunnen leiden tot vernietiging van dat arrest. De Hoge Raad hoeft niet te motiveren waarom hij tot dit oordeel is gekomen. Bij de beoordeling van deze klachten is het namelijk niet nodig om antwoord te geven op vragen die van belang zijn voor de eenheid of de ontwikkeling van het recht (zie artikel 81 lid 1 van de Wet op de rechterlijke organisatie).

## 3. Beslissing

De Hoge Raad:
- verwerpt het beroep;
- veroordeelt Lindberg c.s. in de kosten van het geding in cassatie, tot op deze uitspraak aan de zijde van de Curatoren begroot op € 355,-- aan verschotten en € 2.200,-- voor salaris, vermeerderd met de wettelijke rente over deze kosten indien Lindberg c.s. deze niet binnen veertien dagen na heden hebben voldaan.

Dit arrest is gewezen door de president G. de Groot als voorzitter en de raadsheren H.M. Wattendorff, F.J.P. Lock, S.J. Schaafsma en K. Teuben, en in het openbaar uitgesproken door de raadsheer F.J.P. Lock op 1 september 2023.

22/02310

# Ondertekening Arrest

ECLI:NL:HR:2023:1145

## Handtekeningen

Tisseur, T.



Lock, mr. F.J.P.

