IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzkering “CONSERVATRIX” N.V.;<br><br>Petitioners,<br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:23-CV-00879-JEP |

**RESPONDENTS NETHERLANDS INSURANCE HOLDINGS, INC. AND NIH CAPITAL, LLC’S MOTION TO DISMISS PETITION TO CONFIRM ARBITRATION AWARD**

Respondents Netherlands Insurance Holdings, Inc. (“Netherland Insurance”) and NIH Capital, LLC (“NIH”) (collectively “NIH Respondents”) hereby move to dismiss Petitioners’ sole claim seeking to confirm a foreign arbitration award under the Federal Arbitration Act for failure to state a claim upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The Petition to Confirm Arbitration Award is barred by the Federal Arbitration Act’s (“FAA”) three-year statute of limitations. *See* 9 U.S.C. § 207 (“Within three years after an arbitral award falling under the Convention is made, any party to the arbitration

28187875v2 92132.123.02

may apply to any court having jurisdiction under this chapter for an order confirming the award as against any other party to the arbitration."). The arbitration award in this case was issued on January 31, 2020. Thus, the three-year statue of limitations to confirm an arbitration award under the FAA expired on January 31, 2023. Petitioners did not file their Petition in this case until October 17, 2023. *See* (Doc. 1). As a result, the relief sought by Petitioners is barred by the applicable statute of limitations.

Because this is Petitioners' sole claim, NIH Respondents respectfully request this Court enter an Order dismissing the Petition to Confirm Arbitration Award with prejudice. NIH Respondents further request such other and further relief as this Court deems just.

This the 12th day of January, 2024.


*/s/ Aaron Z. Tobin*
Aaron Z. Tobin
Texas Bar No. 24028045
NC Bar No. 50019
atobin@condontobin.com
Brian A. Kilpatrick (*Special Appearance Counsel*)
Texas Bar No. 00784392
bkilpatrick@condontobin.com
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: 214.265.3800
Facsimile: 214.691.6311

*Attorneys for Respondents Netherlands Insurance Holdings, Inc. and NIH Capital, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2024, I electronically filed the foregoing document with the Clerk of the Court through the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Aaron Z. Tobin*
Aaron Z. Tobin