**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.;<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

**<u>PETITIONERS' MOTION FOR EXTENSION OF TIME TO SERVE RESPONDENT TRIER HOLDING B.V.</u>**

Petitioners Willem Jan M. van Andel and Eleonora L. Zetteler, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. ("Petitioners") through undersigned counsel and pursuant to Rules 4(m) and 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1, move the Court to extend the time in which Petitioners may serve Respondent Trier Holding B.V. ("Trier") with the Summons and Complaint by ninety (90) days. In support of their Motion, Petitioners state as follows:

1. Petitioners originally believed that they would need to serve Trier, a Netherlands entity, in the Netherlands. *See* Ex. A, Oleynik Aff. ¶¶ 4–5.

2. After additional research and discussions, Petitioners now believe that Trier's director, Gregory Nelson, resides in the United States and that it would be proper to serve him under Federal Rule of Procedure 4(h)(1). *Id.* ¶ 6. Once Petitioners realized this, counsel quickly took steps to determine Mr. Nelson's exact address and to cause a service packet to be mailed to him via FedEx. *See id.* ¶¶ 6–7. *See* Ex. B, FedEx Tracking for 408 East 92nd St.

3. Under Federal Rule of Civil Procedure 4(m), parties generally have 90 days from the date the complaint is filed to serve the necessary parties.[1]

4. However, courts *must* extend the period for service "if the plaintiff shows good cause." *Gelin v. Shuman*, 35 F.4th 212, 220 (4th Cir. 2022). Good cause generally requires that plaintiffs show diligence. *Attkisson v. Holder*, 925 F.3d 606, 627 (4th Cir. 2019). And courts *may* extend the time for service even in the absence of good cause. *Gelin*, 35 F.4th at 219 ("[U]nder Rule 4(m), while a district court *must* extend the time for service when a plaintiff shows good cause, such a showing is not *necessary* for the court to grant an extension *in its discretion*."); Fed. R. Civ. P. 4(m), Advisory Committee's Note to 1993

---

[1] The 90-day requirement provided in Federal Rule of Procedure 4(m) "does not apply to service in a foreign country under Rule 4(f) [or] 4(h)(2)." Fed. R. Civ. P. 4(m).

Amendment (noting that Rule 4(m) allows a court to extend time for service "even if there is no good cause shown"); Fed. R. Civ. P. 6(b)(1).

5. To the extent additional time is needed to serve Trier, Petitioners submit they have shown good cause. Petitioners were diligent in researching ways to serve Trier, contacting an international-service company, locating service addresses, and requesting summonses for potential service addresses. *See* Ex. A, Oleynik Aff. ¶¶ 4–7.

6. To allow Petitioners time to confirm that Petitioners have effectuated service under Rule 4(h)(1) or to revert to service under Rule 4(h)(2), Petitioners ask for an extension of ninety (90) days.

7. In compliance with Local Rule 6.1(a), Petitioners asked counsel who has appeared in this matter for the "Lindberg entities" for their position on Petitioner's Motion for Extension of Time to Serve Respondent Trier Holding B.V. As of this filing, Petitioners have not received a response.

WHEREFORE, Petitioners respectfully ask the Court to extend by ninety (90) days Petitioners' time in which to serve Respondent Trier with the Summons and Complaint.

Respectfully submitted on the 16th day of January, 2024.

/s/ Jeffrey E. Oleynik
JEFFREY E. OLEYNIK
N.C. Bar No. 014416
joleynik@brookspierce.com
KATE ELIZABETH GIDUZ
N.C. Bar No. 60887
kgiduz@brookspierce.com
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, N.C. 27601
Phone: (919) 839-0300
Fax: (919) 839-0304

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon counsel of record through the Court's Case Management and Electronic Case Filing System.

This the 16th day of January, 2024.

/s/ Kate Elizabeth Giduz
Kate Elizabeth Giduz