# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.;<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

## **AFFIDAVIT OF JEFFREY E. OLEYNIK IN SUPPORT OF PETITIONERS' MOTION FOR EXTENSION OF TIME TO SERVE RESPONDENT TRIER HOLDING B.V.**

1. I, Jeffrey E. Oleynik, an attorney duly admitted to practice before the Courts of this District, declare under penalty of perjury the following:

2. I am a partner at Brooks, Pierce, McLendon, Humphrey & Leonard, LLP, and I am counsel in this matter for the above named Petitioners.

3. I am fully familiar with the facts of this case, and I either performed myself, have knowledge of, or supervised the work of other attorneys and support staff involved with

this matter. I submit this declaration in support of Petitioners' Motion for Extension of Time to Serve Respondent Trier Holding B.V.

4. On October 19, 2023, two days after filing the Complaint, a legal assistant in the undersigned's firm requested and purchased information about Trier Holding B.V. ("Trier"), a Netherlands entity, from the Netherlands Company Registry. The information on the report, which was in Dutch, showed two addresses, both in the Netherlands. Ex. C, Netherlands Company Registry.

5. Petitioners' counsel researched service in the Netherlands and determined that Petitioners should seek help from an outside company to effectuate service. Co-counsel contacted Legal Language Services, a company that facilitates international service.

6. Upon further research and information, counsel discovered that it appears that Trier no longer maintains an office in the Netherlands. However, after discovering this, counsel determined that Trier's director, Gregory Nelson, lives in the United States.

7. Petitioners have begun the process of serving Mr. Nelson in the United States. To this effect, counsel caused a service packet to be sent to Mr. Nelson via FedEx and believe someone in the building signed for the package on January 15, 2024. *See* Ex. B, FedEx Tracking for 408 East 92nd St. Counsel is in the process of confirming that the package was delivered to Mr. Nelson under Federal Rule of Civil Procedure 4(h)(1).

Dated: January 16, 2024

Jeffrey E. Oleynik
*Counsel for Petitioners*

Guilford COUNTY, NORTH CAROLINA

Signed and sworn to before me this day by Jeffrey E. Oleynik.

Date: 1-16-2024

Signature of Notary Public

(*Official Seal*)

NOTARY PUBLIC
RUTH B. RAY
GUILFORD COUNTY, NC

Ruth B. Ray
Printed Name of Notary Public

My Commission Expires: 1-20-2025