# EXHIBIT B

Learn about FedEx services and locations impacted by severe winter weather.

FedEx® Tracking




**DELIVERED**

# Monday

1/15/24 at 1:15 PM

Signed for by: E.PEDRO

Obtain proof of delivery

How was your delivery?

**DELIVERY STATUS**

Delivered

**TRACKING ID**

774802006520

**FROM**
RALEIGH, NC US

*Label Created*
1/12/24 4:17 PM

**WE HAVE YOUR PACKAGE**
RALEIGH, NC
1/12/24 6:15 PM

**ON THE WAY**
BRONX, NY
1/15/24 6:25 AM

**OUT FOR DELIVERY**
BRONX, NY
1/13/24 8:59 AM

**DELIVERED**
NEW YORK, NY US

*Delivered*
1/15/24 at 1:15 PM

View travel history

Want updates on this shipment? Enter your email and we will do the rest!

FedEx

MORE OPTIONS

Manage Delivery

## Shipment facts

### Shipment overview

**TRACKING NUMBER** 774802006520

**DELIVERED TO** Residence

**SHIP DATE** 1/12/24

**STANDARD TRANSIT** 1/13/24 before 12:00 PM

**ACTUAL DELIVERY** 1/15/24 at 1:15 PM

### Services

**SERVICE** FedEx Priority Overnight

**TERMS** Shipper

**SPECIAL HANDLING SECTION** Saturday Delivery, Residential Delivery, Adult Signature Required

**SIGNATURE SERVICES** Adult Signature Required

### Package details

**WEIGHT** 1 lbs / 0.45 kgs

**TOTAL PIECES** 1

**TOTAL SHIPMENT WEIGHT** 1 lbs / 0.45 kgs

**PACKAGING** FedEx Pak

↑ Back to to

## Travel history

Ascending

FedEx

Friday, 1/12/24

- 4:17 PM
  **Shipment information sent to FedEx**
- 4:25 PM
  **Shipment cancelled by sender**
- 6:15 PM
  **Picked up**
  RALEIGH, NC
- 6:16 PM
  **Shipment arriving On-Time**
  RALEIGH, NC
- 8:16 PM
  **Left FedEx origin facility**
  RALEIGH, NC
- 11:08 PM
  **Arrived at FedEx hub**
  MEMPHIS, TN

Saturday, 1/13/24

- 3:10 AM
  **Departed FedEx hub**
  MEMPHIS, TN
- 5:59 AM
  **Arrived at FedEx hub**
  NEWARK, NJ
- 7:50 AM
  **Departed FedEx hub**
  NEWARK, NJ
- 8:38 AM
  **At local FedEx facility**
  BRONX, NY
- 8:59 AM
  **On FedEx vehicle for delivery**
  BRONX, NY
- 11:52 AM
  **Delay**
  Adult recipient unavailable (age and required identification vary by country
  BRONX, NY
- 1:52 PM
  **At local FedEx facility**
  BRONX, NY

FedEx

6:25 AM
**At local FedEx facility**
BRONX, NY

1:15 PM
**Delivered**
NEW YORK, NY

Back to to

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**

United States

**FOLLOW FEDEX**

© FedEx 1995-2023
Site Map | Terms of Use | Privacy & Security