# EXHIBIT C

KVK

# Uittreksel Handelsregister
# Kamer van Koophandel®

**KvK-nummer** 68313659



**Rechtspersoon**

| | |
|---|---|
| RSIN | 857387443 |
| Rechtsvorm | Besloten Vennootschap |
| Statutaire naam | Trier Holding B.V. |
| Statutaire zetel | Hoofddorp |
| Eerste inschrijving handelsregister | 16-03-2017 |
| Datum akte van oprichting | 16-03-2017 |
| Datum akte laatste statutenwijziging | 15-05-2017 |
| Geplaatst kapitaal | EUR 100,00 |
| Gestort kapitaal | EUR 100,00 |
| Deponering jaarstuk | De jaarrekening over boekjaar 2021 is gedeponeerd op 04-01-2023. De jaarrekening is niet vastgesteld. |

**Onderneming**

| | |
|---|---|
| Handelsnaam | Trier Holding B.V. |
| Startdatum onderneming | 16-03-2017 (datum registratie: 16-03-2017) |
| Activiteiten | SBI-code: 6420 - Financiële holdings |
| Werkzame personen | 0 |

**Vestiging**

| | |
|---|---|
| Vestigingsnummer | 000036767123 |
| Handelsnaam | Trier Holding B.V. |
| Bezoekadres | Kronenburgsingel 525, P/A KVK Arnhem, 6831GM Arnhem |
| Postadres | Postbus 5078, 6802EB ARNHEM |
| Datum vestiging | 16-03-2017 (datum registratie: 16-03-2017) |
| Activiteiten | SBI-code: 6420 - Financiële holdings<br>Holding- en financieringsactviteiten. |
| Werkzame personen | 0 |

**Bestuurder**

| | |
|---|---|
| Naam | Nelson, Gregory |
| Geboortedatum | 26-11-1968 |
| Datum in functie | 29-05-2020 (datum registratie: 25-06-2020) |
| Bevoegdheid | Alleen/zelfstandig bevoegd |
| Aanvang (huidige) bevoegdheid | 25-06-2020 |

WAARMERK
KAMER VAN KOOPHANDEL

Dit uittreksel is gewaarmerkt met een elektronische zegel en is een officieel bewijs van inschrijving in het Handelsregister. In Adobe Reader kunt u de elektronische zegel bovenin het scherm controleren. Meer informatie hierover vindt u op www.kvk.nl/egd. De Kamer van Koophandel adviseert dit uittreksel alleen digitaal te gebruiken zodat de integriteit van het document gewaarborgd en de elektronische zegel verifieerbaar blijft.

2023-10-19 20:16:46

KVK

# Uittreksel Handelsregister
# Kamer van Koophandel®

**KvK-nummer** 68313659

**Pagina** 2 (van 2)

Uittreksel is vervaardigd op 19-10-2023 om 20.16 uur.

WAARMERK
KAMER VAN KOOPHANDEL®

Dit uittreksel is gewaarmerkt met een elektronische zegel en is een officieel bewijs van inschrijving in het Handelsregister. In Adobe Reader kunt u de elektronische zegel bovenin het scherm controleren. Meer informatie hierover vindt u op www.kvk.nl/egd. De Kamer van Koophandel adviseert dit uittreksel alleen digitaal te gebruiken zodat de integriteit van het document gewaarborgd en de elektronische zegel verifieerbaar blijft.

2023-10-19 20:16:46