**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.;<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

**ORDER GRANTING PETITIONERS' MOTION FOR EXTENSION OF TIME TO SERVE RESPONDENT TRIER HOLDING B.V.**

THIS MATTER is before the Court on Petitioners' Motion for Extension of Time to Serve Respondent Trier Holding B.V. The Motion was timely filed.

For good cause shown, the Court hereby GRANTS the Motion and ORDERS that Petitioners shall have an additional 90 days from the clerk's reissuance of the summons to serve Respondent Lindberg. It is furthered ORDERED that the clerk of court shall reissue the summons for 408 E 92nd Street, Apt 23E New York, NY for Respondent Trier Holding B.V.

SO ORDERED, this the ____ day of _______________, 2024.

_______________________________
The Honorable Chief Judge Catherine C Eagles
United States District Judge