**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.;<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

**PETITIONERS' MOTION FOR EXTENSION OF TIME TO SERVE RESPONDENT LINDBERG AND ALSO TO SERVE THE SUMMONS BY PUBLICATION OR UNITED STATES MARSHAL**

Petitioners Willem Jan M. van Andel and Eleonora L. Zetteler, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. ("Petitioners"), through undersigned counsel and pursuant to Rules 4(m) and 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 6.1, move the Court to extend the time in which they may serve Respondent Greg Evan Lindberg with the Summons and Complaint by ninety (90) days. Petitioners also move the Court, pursuant to North Carolina Rule of Civil Procedure 4(j1), to allow

Petitioners to serve Respondent Lindberg with the Summons and Complaint by publication, or in the alternative, to order service by United States Marshal under Federal Rule of Civil Procedure 4(c)(3). In support of this motion, Petitioners contemporaneously file a Memorandum in Support.

In compliance with Local Rule 6.1(a), Petitioners asked counsel who has appeared in this matter for the "Lindberg entities" for their position on Petitioner's Motion for Extension of Time to Serve Respondent Greg Lindberg. As of this filing, Petitioners have not received a response.

WHEREFORE, Petitioners respectfully ask the Court to extend by ninety (90) days Petitioners' time in which to serve Respondent Lindberg with the Summons and Complaint and either to permit Petitioners to serve Respondent Lindberg by publication or for an order under Federal Rule of Civil Procedure 4(c)(3), ordering the United States Marshal to serve Respondent Lindberg.

Respectfully submitted on the 16th day of January, 2024.

/s/ Jeffrey E. Oleynik
JEFFREY E. OLEYNIK
N.C. Bar No. 014416
joleynik@brookspierce.com
KATE ELIZABETH GIDUZ
N.C. Bar No. 60887
kgiduz@brookspierce.com
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, N.C. 27601
Phone: (919) 839-0300
Fax: (919) 839-0304

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon counsel of record through the Court's Case Management and Electronic Case Filing System.

This the 16th day of January, 2024.

/s/ Kate Elizabeth Giduz
Kate Elizabeth Giduz