**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.;<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

**ORDER GRANTING PETITIONERS' MOTION FOR EXTENSION OF TIME TO SERVE RESPONDENT TRIER HOLDING B.V.**

THIS MATTER is before the Court on Petitioners' Motion for Extension of Time to Serve Respondent Trier Holding B.V. [Doc. #21]. The Court finds good cause to allow the request.

IT IS THEREFORE ORDERED that the Motion [Doc. #21] is GRANTED, and Petitioners shall have an additional 90 days from the clerk's reissuance of the summons to serve Respondent Trier Holding B.V. The clerk of court shall reissue the summons for Trier Holding B.V., 408 E. 92nd Street, Apt 23E New York, NY.

This, the 13th day of February, 2024.

/s/ Joi Elizabeth Peake
United States Magistrate Judge