**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.;<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

# PETITIONERS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO NETHERLANDS INSURANCE HOLDINGS, INC. AND NIH CAPITAL, LLC'S MOTION TO DISMISS AMENDED PETITION TO CONFIRM ARBITRATION AWARD

Petitioners Willem Jan M. van Andel and Eleonora L. Zetteler, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. ("Petitioners"), through undersigned counsel and pursuant to Federal Rule of Procedure 6(b) and Local Rule 6.1, move the Court for a seven-day (7) extension to respond to Netherlands Insurance Holdings, Inc. and NIH Capital, LLC's ("Respondents") Motion to Dismiss Amended Petition to Confirm Arbitration Award. In support of their Motion, Petitioners state as follows:

1. Petitioners filed an Amended Petition to Confirm Arbitration Award and Enforce Foreign Judgment on February 2, 2024. DE 24.

2. Respondents filed a Motion to Dismiss Amended Petition to Confirm Arbitration Award on February 16, 2024. DE 27.

3. Pursuant to Local Rule 7.3(f), Petitioners' current deadline to respond to Respondents' Motion to Dismiss Amended Petition to Confirm Arbitration Award is March 8, 2024.

4. Petitioners require additional time to look further into the matters raised in Respondents' Motion to Dismiss Amended Petition to Confirm Arbitration Award and to prepare a response.

5. This motion is made in good faith and not for purposes of delay.

6. Pursuant to Local Rule 6.1(a), Petitioners contacted opposing counsel regarding Petitioners' Motion for Extension of Time to Respond to Netherlands Insurance Holdings, Inc. and NIH Capital, LLC's Motion to Dismiss Amended Petition to Confirm Arbitration Award. Respondents do not oppose Petitioners' Motion.

7. Pursuant to Local Rule 7.3(j), a proposed order accompanies this motion.

WHEREFORE, Petitioners respectfully request that the Court extend by seven (7) days – through and including March 15, 2024 – the time within which Petitioners may respond to Respondents' Motion to Dismiss.

Respectfully submitted on the 27th day of February, 2024.

*/s/ Jeffrey E. Oleynik*
Jeffrey E. Oleynik (NC Bar No. 14416)
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
2000 Renaissance Plaza
230 N. Elm Street
Greensboro, NC 27401
Tel: (336) 271-3182
Fax: (336) 232-9182
joleynik@brookspierce.com

Kate E. Giduz (NC Bar No. 60887)
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, NC 27601
Tel: (919) 882-2546
Fax: (336) 232-9046
kgiduz@brookspierce.com

Sergio F. Oehninger (*pro hac vice*)
Colin S. Harris (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (213) 739-3001
sergio.oehninger@morganlewis.com
colin.harris@morganlewis.com

Andrew J. Enschedé (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1717 Pennsylvania Avenue, NW, Suite

1025
Washington, DC 20006
Tel: (202) 558-5557
Fax: (202 318-7707
aenschede@potomaclaw.com

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon counsel of record through the Court's Case Management and Electronic Case Filing System.

This the 27th day of February, 2024.

/s/ Kate Elizabeth Giduz
Kate Elizabeth Giduz