IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG, TRIER HOLDING B.V., NETHERLANDS INSURANCE HOLDINGS, INC., and NIH CAPITAL, LLC,<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

**ORDER**

THIS MATTER is before the Court on Petitioners' Motion for Extension of Time to Serve Respondent Greg Lindberg and also to Serve the Summons by Publication or United States Marshal. For good cause shown, the Court will grant the request for extension of time. In addition, the Court will grant the request for the U.S. Marshal to effect service upon Respondent Lindberg by serving him with a copy of the summons and Amended Petition [Doc. #24], pursuant to Federal Rule of Civil Procedure 4(c)(3). However, before undertaking that potentially unnecessary expense, the Court will give counsel appearing for the other Respondents (Attorney Tobin and Attorney Kilpatrick) fourteen days to accept service for Respondent Lindberg. Therefore, by March 20, 2024,

counsel for Respondents should either accept service for Respondent Lindberg or file a Status Report regarding their inability to accept service on his behalf. If they do not accept service on his behalf, the Court will direct the U.S. Marshals Service to serve Respondent Lindberg.

IT IS THEREFORE ORDERED that the Motion for Extension of Time to Serve Respondent Lindberg [Doc. #22] is GRANTED to the extent that:

1. The Clerk is directed to reissue the summons for 10652 Broadland Pass, Thonotosassa, FL 33592 for Respondent Greg Lindberg.
2. Petitioners shall have an additional 90 days from the clerk's reissuance of the summons to serve Respondent Lindberg.
3. Counsel for Respondents have until March 20, 2024, to either accept service for Respondent Lindberg or file a Status Report regarding their inability to accept service on his behalf.
4. If counsel for Respondents do not accept service for Respondent Lindberg by March 20, 2024, the Clerk will direct the U.S. Marshal to effectuate service upon Respondent Lindberg by serving him with a copy of the summons and Amended Petition [Doc. #24], pursuant to Federal Rule of Civil Procedure 4(c)(3).

This, the 6th day of March, 2024.

/s/ Joi Elizabeth Peake
United States Magistrate Judge