# EXHIBIT A

NCC | Netherlands Commercial Court

# CODE OF CIVIL PROCEDURE

## Selected Sections and the NCC Rules

*A Bilingual Collection*

**SECOND EDITION**

Alex Burrough
Stephen Machon

Duco Oranje
Lincoln Frakes
Willem Visser

eleven

Case 1:23-cv-00879-CCE-JEP Document 33-1 Filed 03/15/24 Page 2 of 59

The Netherlands Commercial Court (NCC) was inaugurated on 1 January 2019. The NCC is an English-speaking chamber of the Amsterdam courts, specialised in complex international business cases. NCC cases are in English, from initiating document to the judgment. Dutch procedural law applies. As a result, the legal community needs an English translation of Dutch civil procedure rules. This book presents the second edition of the first published English translation of (selected parts of) the Dutch Code of Civil Procedure. This edition expands the range of the first edition considerably. And it now includes the Dutch text of the articles selected for translation. This enables Dutch practitioners to more easily find the translation of the articles they know so well in Dutch and to see what choices we made in the translation process.

Practitioners may find invaluable guidance in this book as they advise clients on procedural matters and draft statements and briefs in civil cases. These pages present not only the statutory rules governing civil procedures in the Netherlands, but also the entire NCC Rules and a glossary of procedural terminology. This book may serve as a practical guide and illuminate the Dutch procedural context for EU or other lawyers who are considering proceedings before the NCC or other parts of the Dutch court system.

***Alex Burrough*** is an experienced legal English translator and interpreter. He is specialised in courtroom interpreting (Dutch to English) and translation of Dutch legal texts into English. Alex was closely involved in developing the NCC Rules (English version).

***Stephen Machon*** is an experienced legal English editor/reviewer and trainer. Before he moved to Machon Editing, Stephen was a senior English editor and editorial services coordinator at De Brauw Blackstone Westbroek, where he dealt with client communications, advisory work, contracts, notarial deeds, and court and Commission submissions. He edited the NCC Rules (English version).

***Duco Oranje, Lincoln Frakes and Willem Visser*** are all members of the NCC's management team.
*Duco Oranje* is a judge in the Amsterdam Court of Appeal and the President of the NCC Court of Appeal.
*Lincoln Frakes* is a judge in the East Brabant District Court and the President of the NCC District Court.
*Willem Visser* is the NCC's Registrar and Senior Law Clerk.

ISBN 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-313-7
9 789462 363137 >

Code of Civil Procedure

# Code of Civil Procedure

*Selected Sections and the NCC Rules*

*A Bilingual Collection*

Alex Burrough
Stephen Machon
Duco Oranje
Lincoln Frakes
Willem Visser

eleven

# Introduction to the Second Edition

It has been four years since we published the First Edition of this translation of selected sections of the Dutch Code of Civil Procedure (CCP). A lot has happened in the interim. A brief summary is included here.

1. Most significantly, the Dutch Parliament approved legislation authorising the Netherlands Commercial Court (NCC) to deliver judgments in English as the sole and authentic language of the case. In addition, on the same date as this legislation entered into force (1 January 2019), the NCC was inaugurated. Within a few months the NCC's first case was brought before the court. And more were to follow.

2. Next, the CCP text itself was set to be completely overhauled in this period, but the overhaul was abruptly cancelled. The First Edition of this translation was based on the premise that the legislation governing digital proceedings – 'KEI', as approved by Parliament in 2016 – would apply to NCC proceedings from the outset. However, the implementation of the KEI legislation in the court system was delayed and later abandoned.

Given these setbacks, the existing CCP text for non-digital proceedings would remain in force for the NCC. However, the setbacks did not affect NCC's ambition to fully utilise digital tools in all of its work. Fortunately, the Minister of Justice set additional rules by executive decree authorising courts under certain conditions to deal with cases by electronic means. The NCC was the first court to seize this opportunity, using the eNCC portal for electronic communication, including correspondence, documents of process and judgments.

These developments affected our efforts to draft a Second Edition of the CCP translation. Two decisions are worth noting here. First, we had to start from scratch. After all, the KEI articles as translated in our First Edition no longer applied to any first instance or appeal proceedings. In fact, only proceedings before the Supreme Court were still governed by these articles. Accordingly, we decided to include the KEI articles in our Second Edition (Chapter II) in order for readers to make sense of the references to those articles in the Supreme Court section of the CCP. The second decision was to update the NCC Rules of Procedure to reflect the applicable legislation. The second edition of these Rules is included in this book (Chapter III).

3. The source text we used for this Second Edition is the CCP governing non-digital proceedings as effective from 1 January 2022. We not only replaced the translation of the KEI-articles with the articles governing non-digital proceedings, but also expanded the range of the translation considerably. The expansion added the 12 remaining sections to the translation of Title 2 of the CCP. The expanded

Case 1:23-cv-00879-CCE-JEP Document 33-1 Filed 03/15/24 Page 7 of 59

translation covers all procedural aspects of proceedings by claim in first instance. It includes the rules governing personal jurisdiction, motions, summary proceedings, and discontinuance.

But we did not stop there. We went on to translate the Book 1 articles on proceedings initiated by application (Title 3), appeal proceedings (Title 7), revocation of judgments (Title 10), and proceedings before the Supreme Court (Title 11). We also selected relevant sections of Book 2 (on the enforcement of judgments) and of Book 3 (miscellaneous proceedings). It now includes the procedural rules governing specific types of cases, such as pre-judgment attachments (Title 4), the enforcement of foreign judgments (Title 9), collective actions (Titles 14 and 14A), intellectual property rights (Title 15), trade secrets (Title 15A), agricultural ground lease (Title 16) and damages from injury or death (Title 17).

It is not surprising that this herculean effort took a long time to complete. This second edition now also includes the Dutch text of the articles we selected for translation. This enables Dutch practitioners to find the translation of the articles they know so well in Dutch more easily and to see which choices we made in the translation process.

4. Our philosophy did not change from the previous edition: to say what we mean concisely and directly. And to create a text that is easy for judges and practitioners to understand and use – including non-native speakers familiar with the environment of civil law procedure. We have used plain English wherever possible. Generally, we have avoided common law terminology. Instead, many of our choices are firmly grounded in regulations or other EU documents. Nevertheless, there is much room for disagreement. The choices and any errors are ours.

In the annexes we have included translations of other documents that are important for anyone working in NCC cases to have, such as the Glossary of procedural terminology.

5. It is important to note that the NCC Rules (Second Edition, December 2020) have not been overhauled to reflect the choices that we made in translating this CCP text. We are confident practitioners will have no trouble understanding what is meant. Obviously, the NCC Rules text is based in large part on the CCP (as well as other rules of procedure), and we encourage practitioners to use the terminology in the CCP text in this book. The Glossary has been updated and it reflects the CCP text in this book.

6. Again, we were ably, diligently and patiently assisted by Alex Burrough (translator) and Stephen Machon (editor). Alex and Stephen applied their vast experience to make many helpful suggestions and to mould the outcome of our discussions into the accurate and eminently readable text that it is. We are grateful for their critical work and good spirits throughout the process.

We owe special thanks to the Netherlands Arbitration Institute, with their translator Kees Engels, for generously making their translation of Book 4 CCP available

*Published, sold and distributed by Eleven*
P.O. Box 85576
2508 CG The Hague
The Netherlands
Tel.: +31 70 33 070 33
Fax: +31 70 33 070 30
e-mail: sales@elevenpub.nl
www.elevenpub.com

*Sold and distributed in USA and Canada*
Independent Publishers Group
814 N. Franklin Street
Chicago, IL 60610, USA
Order Placement: +1 800 888 4741
Fax: +1 312 337 5985
orders@ipgbook.com
www.ipgbook.com

*Eleven is an imprint of Boom uitgevers Den Haag.*

ISBN 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-313-7
ISBN 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-162-2 (E-book)

© 2022 The Authors | Eleven

This publication is protected by international copyright law.
All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior permission of the publisher.

as a source text. We have made adjustments to align the text with the translation of the other books of the CCP.

It is our hope that this translation of the CCP will be of assistance to judges and practitioners and to the international legal community. We expect this more comprehensive translation to provide insight to parties considering litigating before the NCC into the procedural rules governing NCC proceedings. It may also illuminate the Dutch procedural context for EU or other lawyers who are considering proceedings before the NCC or other parts of the Dutch court system.

Comments are welcome and may be sent to NCC@rechtspraak.nl.

Duco Oranje (President, NCC Court of Appeal)
Lincoln Frakes (President, NCC District Court)
Willem Visser (Senior Law Clerk, NCC)

## VIERDE BOEK – ARBITRAGE

## BOOK 4 – ARBITRATION

## EERSTE TITEL – ARBITRAGE IN NEDERLAND

## TITLE 1 – ARBITRATION IN THE NETHERLANDS

### EERSTE AFDELING – DE OVEREENKOMST TOT ARBITRAGE

### SECTION 1 – ARBITRATION AGREEMENT

#### Artikel 1020

**1.** Partijen kunnen bij overeenkomst geschillen die tussen hen uit een bepaalde, al dan niet uit een overeenkomst voortvloeiende, rechtsbetrekking zijn ontstaan dan wel zouden kunnen ontstaan, aan arbitrage onderwerpen.

**2.** De overeenkomst tot arbitrage, bedoeld in het eerste lid, betreft zowel het compromis waarbij de partijen zich verbinden om een tussen hen bestaand geschil aan arbitrage te onderwerpen als het arbitraal beding waarbij de partijen zich verbinden om geschillen die tussen hen zouden kunnen ontstaan, aan arbitrage te onderwerpen.

**3.** De overeenkomst tot arbitrage mag niet leiden tot de vaststelling van rechtsgevolgen welke niet ter vrije bepaling van de partijen staan.

**4.** Bij overeenkomst kunnen tevens aan arbitrage worden onderworpen:

a. de enkele vaststelling van de hoedanigheid of van de toestand van zaken;

b. de enkele bepaling van de hoogte van een schadevergoeding of van een verschuldigde geldsom;

c. de aanvulling of wijziging van de rechtsbetrekking als bedoeld in het eerste lid.

**5.** Onder de overeenkomst tot arbitrage wordt mede begrepen een arbitraal beding dat is opgenomen in de partijen bindende statuten of reglementen.

#### Article 1020

**1.** Parties may agree to submit disputes to arbitration which have arisen or may arise between them out of a particular legal relationship, whether contractual or otherwise.

**2.** The arbitration agreement referred to in Article 1020(1) includes an agreement under which the parties are obligated to submit an existing dispute between them to arbitration as well as an arbitration clause under which the parties are obligated to submit disputes which may arise between them to arbitration.

**3.** The arbitration agreement does not serve to determine legal consequences which are not within the autonomy of the parties to agree.

**4.** Parties may also agree to submit the following matters to arbitration:

a. the sole determination of the quality or condition of tangibles;

b. the sole determination of the quantum of damages or monetary debt;

c. the supplementation or modification of the legal relationship between the parties referred to in Article 1020(1).

**5.** The term "arbitration agreement" includes an arbitration clause in articles of association or rules which bind the parties.

**6.** Een arbitragereglement, waarnaar in een overeenkomst tot arbitrage wordt verwezen, wordt geacht deel van die overeenkomst uit te maken.

**6.** Arbitration rules referred to in an arbitration agreement are treated as part of that agreement.

### Artikel 1021

De overeenkomst tot arbitrage wordt bewezen door een geschrift. Daarvoor is voldoende een geschrift dat in arbitrage voorziet of dat verwijst naar algemene voorwaarden welke in arbitrage voorzien en dat door of namens de wederpartij uitdrukkelijk of stilzwijgend is aanvaard. De overeenkomst tot arbitrage kan tevens worden bewezen door elektronische gegevens. Artikel 227a, eerste lid, van Boek 6 van het Burgerlijk Wetboek is van overeenkomstige toepassing.

### Article 1021

The arbitration agreement must be in writing. For this purpose an instrument in writing which provides for arbitration or which refers to general terms and conditions providing for arbitration is sufficient, provided that this instrument is expressly or tacitly accepted by or on behalf of the counterparty. The arbitration agreement may also be evidenced by electronic data. Article 6:227a(1) of the Civil Code applies *mutatis mutandis*.

## EERSTE A AFDELING – DE OVEREENKOMST TOT ARBITRAGE EN DE BEVOEGDHEID VAN DE GEWONE RECHTER

## SECTION 1A – ARBITRATION AGREEMENT AND JURISDICTION OF THE COURTS

### Artikel 1022

De rechter, bij wie een geschil aanhangig is gemaakt waarover een overeenkomst tot arbitrage is gesloten, verklaart zich onbevoegd, indien een partij zich voor alle weren op het bestaan van deze overeenkomst beroept, tenzij de overeenkomst ongeldig is.

### Article 1022

A court seised of a dispute in respect of which an arbitration agreement has been concluded declines jurisdiction if a party invokes the existence of an arbitration agreement before submitting a defence, except where the agreement is invalid

### Artikel 1022a

Een overeenkomst tot arbitrage belet niet dat een partij de gewone rechter verzoekt om een maatregel tot bewaring van recht dan wel zich wendt tot de voorzieningenrechter van de rechtbank of de kantonrechter in kort geding overeenkomstig artikel 254.

### Article 1022a

An arbitration agreement does not preclude a party from applying to a court to grant protective measures, or from bringing an action in court in summary proceedings of the district court or the subdistrict court for a judgment in summary proceedings in accordance with the provisions of Article 254.


Case 1:23-cv-00879-CCE-JEP Document 33-1 Filed 03/15/24 Page 13 of 59

### Artikel 1022b

Een overeenkomst tot arbitrage belet niet dat een partij de gewone rechter verzoekt een voorlopig getuigenverhoor, een voorlopig deskundigenbericht, een voorlopige plaatsopneming en bezichtiging, of inzage, afschrift of uittreksel van bepaalde bescheiden te bevelen.

### Article 1022b

An arbitration agreement does not preclude a party from applying to a court to order a preparatory evidentiary hearing, preparatory experts' report, preparatory on-site inspection, or inspection of a copy of or an extract from specific documents.

### Artikel 1022c

Indien in de gevallen, genoemd in de artikelen 1022a en 1022b, een partij zich voor alle weren beroept op het bestaan van een overeenkomst tot arbitrage, verklaart de rechter zich uitsluitend bevoegd, indien de gevraagde beslissing niet of niet tijdig in arbitrage kan worden gekregen.

### Article 1022c

If, within the scope of Articles 1022a and 1022b, a party invokes the existence of an arbitration agreement before submitting a defence, the court only accepts jurisdiction if the decision sought cannot be obtained in arbitration, or cannot be obtained in a timely manner in arbitration.

## EERSTE B AFDELING – HET SCHEIDSGERECHT

## SECTION 1B – ARBITRAL TRIBUNAL

### Artikel 1023

Iedere handelingsbekwame, natuurlijke persoon kan tot arbiter worden benoemd. Geen persoon is om reden van zijn nationaliteit van benoeming uitgesloten, tenzij de partijen met het oog op de onpartijdigheid en de onafhankelijkheid van het scheidsgerecht anders zijn overeengekomen.

### Article 1023

Any natural person of legal capacity may be appointed as an arbitrator. No person may be precluded from being appointed as arbitrator by reason of nationality, except where the parties have agreed otherwise with a view to the impartiality and the independence of the arbitral tribunal.

### Artikel 1024

**1.** Het compromis bevat een aanduiding van hetgeen de partijen aan arbitrage wensen te onderwerpen.

**2.** Door het sluiten van een compromis is de zaak aanhangig, tenzij de partijen een andere wijze van aanhangig maken zijn overeengekomen.

### Article 1024

**1.** An arbitration agreement submitting an existing dispute to arbitration includes a description of the matters which the parties wish to submit to arbitration.

**2.** The arbitration is initiated by the parties' conclusion of such an arbitration agreement, except where the parties have agreed another way to initiate the arbitration.

### Artikel 1025

**1.** Ingeval van een arbitraal beding is een zaak aanhangig op de dag van de ontvangst van een schriftelijke mededeling, waarbij een partij aan haar wederpartij bericht, tot arbitrage over te gaan. Die mededeling bevat een aanduiding van hetgeen de partij, die de zaak aanhangig maakt, aan arbitrage wenst te onderwerpen.

**2.** De partijen kunnen overeenkomen dat de zaak op een andere wijze aanhangig wordt gemaakt dan voorzien in dit artikel.

### Article 1025

**1.** If there is an arbitration clause, the arbitration is pending as from the date of receipt of a notice in writing in which a party gives notice to the counterparty that an arbitration is initiated. This notice includes a description of the matters which the party initiating the arbitration wishes to submit to arbitration.

**2.** The parties may agree that the arbitration is made pending in another manner than as provided for in this Article.

### Artikel 1026

**1.** Een scheidsgerecht heeft een oneven aantal arbiters. Het kan ook uit een arbiter bestaan.

**2.** Ingeval de partijen het aantal arbiters niet zijn overeengekomen, of indien een overeengekomen wijze van bepaling van het aantal niet wordt uitgevoerd en de partijen niet alsnog tot overeenstemming komen over het aantal, wordt dat aantal op verzoek van de meest gerede partij bepaald door de voorzieningenrechter van de rechtbank.

**3.** Indien de partijen een even aantal arbiters zijn overeengekomen, benoemen deze arbiters een aanvullend arbiter als voorzitter van het scheidsgerecht.

**4.** Bij gebreke van overeenstemming tussen de arbiters wordt deze aanvullend arbiter, tenzij de partijen anders zijn overeengekomen, op verzoek van de meest gerede partij benoemd door de voorzieningenrechter van de rechtbank.

**5.** Artikel 1027, vierde lid, is van overeenkomstige toepassing op het bepaalde in het tweede en het vierde lid.

### Article 1026

**1.** The arbitral tribunal consists of an odd number of arbitrators. It may also consist of a sole arbitrator.

**2.** If the parties have not agreed the number of arbitrators, or if an agreed method of determining that number is not carried out and the parties cannot reach agreement on the number, the number will, upon an application by any party, be determined by the court in summary proceedings of the district court.

**3.** If the parties have agreed an even number of arbitrators, the arbitrators will appoint an additional arbitrator who will act as the chairman of the arbitral tribunal.

**4.** If the arbitrators fail to agree on the additional arbitrator, the additional arbitrator will, except where the parties have agreed otherwise, be appointed upon an application by any party to the court in summary proceedings of the district court.

**5.** Article 1027(4) applies *mutatis mutandis* to the provisions in Articles 1026(2) and (4).

### Artikel 1027

**1.** De arbiter of arbiters worden benoemd op de wijze zoals de partijen zijn overeengekomen. De partijen kunnen de benoeming van de arbiter of arbiters, of van een of meer hunner, aan een derde opdragen. Indien geen wijze van benoeming is overeengekomen, worden de arbiter of arbiters door de partijen gezamenlijk benoemd.

**2.** De benoeming dient te geschieden binnen drie maanden nadat de zaak aanhangig is, tenzij de arbiter of arbiters reeds voordien zijn benoemd. Indien evenwel een der gevallen bedoeld in artikel 1026, tweede lid, zich voordoet, vangt de termijn van drie maanden aan op de dag dat het aantal der arbiters is bepaald. De termijnen kunnen door de partijen bij overeenkomst worden bekort of verlengd.

**3.** Vindt de benoeming van de arbiter of arbiters niet binnen de in het vorige lid bedoelde termijn plaats, dan worden de ontbrekende arbiter of arbiters, op verzoek van de meest gerede partij, benoemd door de voorzieningenrechter van de rechtbank. De wederpartij wordt in de gelegenheid gesteld, te worden gehoord.

**4.** De voorzieningenrechter of de derde benoemt de arbiter of arbiters ongeacht de vraag of de overeenkomst tot arbitrage geldig is. Door mede te werken aan de benoeming van de arbiter of arbiters verliezen de partijen niet het recht om een beroep te doen op de onbevoegdheid van het scheidsgerecht wegens het ontbreken van een geldige overeenkomst tot arbitrage.

### Artikel 1028

**1.** Indien bij overeenkomst of anderszins aan een der partijen een bevoorrechte positie bij de benoeming van de arbiter of arbiters is toegekend, kan ieder der partijen, in afwijking van de overeengekomen benoemingsregeling, de voorzieningenrechter van de rechtbank verzoeken de arbiter of arbiters te benoemen.

### Article 1027

**1.** The arbitrator or arbitrators are appointed by any method agreed by the parties. The parties may instruct a third party to appoint one or more arbitrators. If no method of appointment is agreed, the arbitrator or arbitrators will be appointed by the parties jointly.

**2.** The appointment must be made within three months after the arbitration is made pending, except where the arbitrator or arbitrators have already been appointed. In any of the events referred to in Article 1026(2), the time limit of three months starts running on the day on which the number of arbitrators is determined. These time limits may be shortened or extended by agreement between the parties.

**3.** If the appointment of the arbitrator or arbitrators is not made within the time limit referred to in Article 1027(2), the missing arbitrator or arbitrators will, upon an application by any party, be appointed by the court in summary proceedings of the district court. The counterparty must be given the opportunity to be heard.

**4.** The court in summary proceedings or the third party appoints the arbitrator or arbitrators without regard to the validity of the arbitration agreement. By cooperating in the appointment of the arbitrator or arbitrators, the parties do not waive the right to contest the jurisdiction of the arbitral tribunal on the ground that a valid arbitration agreement does not exist.

### Article 1028

**1.** If by agreement or otherwise one party is given a privileged position with regard to the appointment of the arbitrator or arbitrators, either party may, in derogation from the agreed method of appointment, submit an application to the court in summary proceedings of the district court to appoint the arbitrator or arbitrators.

**2.** Een partij zal het verzoek als bedoeld in het eerste lid moeten indienen binnen drie maanden nadat de zaak aanhangig is, op straffe van verval van recht om zich later te beroepen op de bevoorrechte positie bij de benoeming van de arbiter of arbiters in het arbitraal geding of bij de gewone rechter. De partijen kunnen de termijn bij overeenkomst verlengen.

**3.** De wederpartij van de verzoeker wordt in de gelegenheid gesteld, te worden gehoord. Artikel 1027, vierde lid, is van overeenkomstige toepassing.

**2.** A party must submit the application referred to in Article 1028(1) within three months after the case was made pending. If a party does not comply, it waives the right to invoke the privileged position with regard to the appointment of the arbitrator or arbitrators in the arbitral proceedings or before the court. The parties may extend the time limit by agreement.

**3.** The counterparty to the applicant must be given the opportunity to be heard. Article 1027(4) applies *mutatis mutandis*.

### Artikel 1029

**1.** Een arbiter aanvaardt zijn opdracht schriftelijk. Een arbiter kan slechts van zijn opdracht worden ontheven in de gevallen, bedoeld in het tweede tot en met het vijfde lid van dit artikel, tenzij de partijen anders zijn overeengekomen.

**2.** Een arbiter die zijn opdracht heeft aanvaard, kan op eigen verzoek daarvan worden ontheven hetzij met instemming van de partijen, hetzij door een door de partijen aangewezen derde of, bij gebreke daarvan, door de voorzieningenrechter van de rechtbank.

**3.** Een arbiter die zijn opdracht heeft aanvaard, kan door de partijen gezamenlijk van zijn opdracht worden ontheven.

**4.** Een arbiter die zijn opdracht heeft aanvaard, kan, indien hij rechtens of feitelijk niet meer in staat is zijn opdracht te vervullen, op verzoek van een der partijen van zijn opdracht worden ontheven door een door de partijen aangewezen derde of, bij gebreke daarvan, door de voorzieningenrechter van de rechtbank.

**5.** Een scheidsgerecht dat zijn opdracht heeft aanvaard kan, indien het, ondanks herhaalde aanmaning, zijn opdracht, alle omstandigheden in aanmerking genomen, op onaanvaardbare trage wijze uitvoert, op verzoek van een der partijen van zijn opdracht worden ontheven door

### Article 1029

**1.** An arbitrator accepts the mandate in writing. An arbitrator may only be released from the mandate in the events referred to in Articles 1029(2) to (5) inclusive, except where the parties have agreed otherwise.

**2.** An arbitrator who has accepted the mandate may be released from that mandate by making a request to that effect, either with the consent of the parties or by a third party designated by the parties, or in the absence of a third party, by the court in summary proceedings of the district court.

**3.** An arbitrator who has accepted the mandate may be released from that mandate by the parties jointly.

**4.** An arbitrator who has accepted the mandate and who has become unable *de jure* or *de facto* to perform that mandate, may, at the request of any party, be released from that mandate by a third party designated by the parties, or in the absence of such third party, by the court in summary proceedings of the district court.

**5.** An arbitral tribunal that has accepted its mandate may, at the request of any of the parties, be released from its mandate by the third party designated by the parties, or in the absence of a third party, by the court in summary proceedings of the district court if, taking all the circumstances

de door partijen aangewezen derde of, bij gebreke daarvan, door de voorzieningenrechter van de rechtbank.

into account, the arbitral tribunal fails to act without undue delay, even after demands for action have been made.

## Artikel 1030

**1.** Een arbiter die ingevolge artikel 1029, tweede, derde of vierde lid, dan wel een scheidsgerecht dat ingevolge artikel 1029, vijfde lid, van zijn opdracht is ontheven, wordt vervangen volgens de regelen die van toepassing waren op de oorspronkelijke benoeming, tenzij de partijen een andere wijze van vervanging zijn overeengekomen. Hetzelfde geldt ingeval van overlijden van een arbiter.

**2.** Indien de partijen in de overeenkomst tot arbitrage de arbiter of arbiters met name hebben aangewezen, vindt vervanging in de in het eerste lid bedoelde gevallen eveneens plaats, tenzij de partijen zijn overeengekomen dat de overeenkomst tot arbitrage alsdan eindigt.

**3.** Ingeval van vervanging is het geding van rechtswege geschorst, tenzij de partijen anders zijn overeengekomen. Na de schorsing wordt het geding voortgezet in de stand waarin het zich bevindt, tenzij de partijen anders zijn overeengekomen.

## Article 1030

**1.** Except where the parties have agreed another manner of replacement, an arbitrator who has been released from the mandate in accordance with the provisions of Article 1029(2), (3) or (4), or an arbitral tribunal that has been released from its mandate in accordance with the provisions of Article 1029(5), is replaced pursuant to the rules applicable to the original appointment. Article 1030(1) also applies in the event of the death of an arbitrator.

**2.** If the parties designated the arbitrator or arbitrators in the arbitration agreement by name, and one of the events referred to in Article 1030(1) occurs, the arbitrator or arbitrators will then be replaced, except where the parties have agreed that the arbitration agreement will then terminate.

**3.** Where the parties have agreed otherwise, the proceedings will, in the case of replacement, be suspended as a matter of law. Except where the parties have agreed otherwise, the arbitral proceedings will, after the suspension is lifted, move forward from their present state.

## Artikel 1031

De partijen kunnen gezamenlijk de opdracht van het scheidsgerecht beëindigen.

## Article 1031

The parties may jointly terminate the mandate of the arbitral tribunal.

## Artikel 1032

[Vervallen]

## Article 1032

[Lapsed]

## Artikel 1033

**1.** Een arbiter kan worden gewraakt indien gerechtvaardigde twijfel bestaat aan zijn onpartijdigheid of onafhankelijkheid.

**2.** Een door een partij benoemde arbiter kan door die partij slechts worden gewraakt om redenen welke haar na de benoeming bekend zijn geworden.

## Article 1033

**1.** An arbitrator may only be removed from the case if there are justifiable doubts as to that arbitrator's impartiality or independence.

**2.** A party may only seek to remove an arbitrator appointed by that party for reasons which that party became aware of after the appointment was made.

**3.** Een partij kan een door een derde of door de voorzieningenrechter van de rechtbank benoemde arbiter niet wraken, indien zij in diens benoeming heeft berust, tenzij de reden tot wraking haar eerst later bekend is geworden.

**3.** A party may not seek to remove an arbitrator appointed by a third party or the court in summary proceedings of the district court where that party waived its rights in respect of this appointment, except where that party only became aware of the ground for removing the arbitrator afterwards.

### Artikel 1034

**1.** Een als arbiter aangezochte persoon die het vermoeden heeft dat hij zou kunnen worden gewraakt, doet daarvan schriftelijk mededeling aan degene die hem heeft aangezocht, onder vermelding van de vermoedelijke redenen tot wraking.

**2.** Een tot arbiter benoemde persoon doet de in het eerste lid bedoelde mededeling aan de partijen zodra zijn benoeming heeft plaatsgevonden, tenzij zij deze mededeling reeds hebben ontvangen.

**3.** Een arbiter die hangende het arbitraal geding het vermoeden krijgt dat hij zou kunnen worden gewraakt, doet daarvan onder vermelding van de vermoedelijke redenen tot wraking schriftelijk mededeling aan de partijen en, indien het scheidsgerecht uit meer arbiters bestaat, aan de mede-arbiters.

### Article 1034

**1.** A prospective arbitrator approached to be engaged as arbitrator who suspects that the prospective arbitrator's removal might be sought communicates this information in writing to the person who approached him, stating the suspected reasons for removal.

**2.** A person who has been appointed as arbitrator transmits the communication referred to in Article 1034(1) to the parties upon having been appointed, except where they have already received that communication.

**3.** An arbitrator who, during the arbitral proceedings, suspects that the arbitrator's removal might be sought communicates this information in writing to the parties, mentioning the suspected reasons for removal, and, if the arbitral tribunal consists of many arbitrators, to the co-arbitrators.

### Artikel 1035

**1.** De wrakende partij brengt de wraking onder opgave van redenen schriftelijk ter kennis van de betrokken arbiter, de wederpartij en, indien het scheidsgerecht uit meerdere arbiters bestaat, de mede-arbiters. De kennisgeving wordt gedaan binnen vier weken na de dag van ontvangst van de mededeling als bedoeld in artikel 1034 of, bij gebreke daarvan, binnen vier weken nadat de reden tot wraking aan de wrakende partij bekend is geworden.

### Article 1035

**1.** The requesting party gives written notice of the reasons for removal to the arbitrator concerned, the counterparty and, if the arbitral tribunal consists of more than one arbitrator, to the co-arbitrators. The notice is given within four weeks after the date of receipt of the communication referred to in Article 1034 or, in the absence of this communication, within four weeks after the reason for removal is known to the requesting party.

**2.** Trekt een gewraakte arbiter zich niet binnen twee weken na de dag van de ontvangst van een tijdig uitgebrachte kennisgeving als bedoeld in het eerste lid terug, dan wordt over de gegrondheid van de wraking op verzoek van de meest gerede partij door de voorzieningenrechter van de rechtbank beslist. Het verzoek wordt gedaan binnen twee weken na de dag van ontvangst van de schriftelijke mededeling van de gewraakte arbiter dat hij zich niet terugtrekt, of bij gebreke daarvan, binnen zes weken na de dag van ontvangst van de kennisgeving.

**2.** If an arbitrator whose removal is sought does not resign within two weeks after the date of receipt of a timely notice as referred to in Article 1035(1), the court in summary proceedings of the district court will, upon an application by any party, decide whether the request for removal has merit. The application is submitted within two weeks after the date of receipt of the written notice from the arbitrator whose removal is sought that he will not resign or, in the absence of that written notice, within six weeks after the date of receipt of the notice.

**3.** Trekt de gewraakte arbiter zich terug of wordt diens wraking door de voorzieningenrechter van de rechtbank gegrond bevonden, dan wordt hij vervangen volgens de regelen welke van toepassing waren op zijn oorspronkelijke benoeming, tenzij de partijen een andere wijze van vervanging zijn overeengekomen. Artikel 1030, tweede en derde lid, is van overeenkomstige toepassing.

**3.** If the arbitrator whose removal is sought resigns or the court in summary proceedings of the district court upholds the request for removal, the arbitrator whose removal is sought is replaced in accordance with the rules that governed that arbitrator's original appointment, except where the parties have agreed another manner of replacement. Articles 1030(2) and (3) apply *mutatis mutandis*.

**4.** Trekt een gewraakte arbiter zich terug, dan impliceert dit niet een aanvaarding van de gegrondheid van de redenen tot wraking.

**4.** If an arbitrator whose removal is sought resigns, this does not imply acceptance that the reasons for the request for removal had merit.

**5.** Het scheidsgerecht kan het arbitraal geding schorsen vanaf de dag van ontvangst van de tijdig uitgebrachte kennisgeving, als bedoeld in het eerste lid, of nadien, hangende de wrakingsprocedure, vanaf het moment dat het scheidsgerecht daarvoor in aanmerking acht te komen. Indien de wraking niet ontvankelijk dan wel niet gegrond wordt bevonden, wordt het geding, indien het geschorst was, hervat in de stand waarin het zich bevindt.

**5.** The arbitral tribunal may suspend the arbitral proceedings from the date of receipt of the timely notice, as referred to in Article 1035(1), or afterwards, pending the challenge, from the time that the arbitral tribunal determines is appropriate. If the request for removal is inadmissible or is denied, the proceedings, if suspended, will resume as from their current status.

**6.** Bij overeenkomst kunnen de partijen de termijnen als bedoeld in het eerste en tweede lid van dit artikel verkorten of verlengen.

**6.** The parties may, by agreement, shorten or extend the time limits referred to in Articles 1035(1) and (2).

**7.** Bij overeenkomst kunnen partijen voorzien in de behandeling van een verzoek tot wraking door een onafhankelijke derde anders dan de voorzieningenrechter van de rechtbank.

**8.** Een partij die redenen heeft een arbiter te wraken, legt deze redenen aan een verzoek tot wraking overeenkomstig de bepalingen van dit artikel ten grondslag op straffe van verval van recht zich daarop later in het arbitraal geding of bij de rechter te beroepen.

### Artikel 1035a

Indien het scheidsgerecht zich laat bijstaan door een secretaris, zijn de artikelen 1033 tot en met 1035 van overeenkomstige toepassing.

## TWEEDE AFDELING – HET ARBITRAAL GEDING

### Artikel 1036

**1.** Onverminderd de bepalingen van dwingend recht in deze titel, wordt het arbitraal geding gevoerd op de wijze als door de partijen is overeengekomen. Voorzover de partijen niet in de regeling van het arbitraal geding hebben voorzien, wordt dit, onverminderd het bepaalde in deze titel, gevoerd op de wijze als door het scheidsgerecht bepaald.

**2.** Het scheidsgerecht behandelt de partijen op voet van gelijkheid. Het scheidsgerecht stelt de partijen over en weer in de gelegenheid hun standpunten naar voren te brengen en toe te lichten en zich uit te laten over elkaars standpunten en over alle bescheiden en andere gegevens die in het geding ter kennis van het scheidsgerecht zijn gebracht. Bij zijn beslissing baseert het scheidsgerecht zijn oordeel ten nadele van een der partijen niet op bescheiden en andere gegevens waarover die partij zich niet voldoende heeft kunnen uitlaten.

**7.** The parties may agree that a request for removal be dealt with by an independent third party other than the court in summary proceedings of the district court.

**8.** A party that has reasons to seek removal of an arbitrator makes a request for removal in accordance with the provisions in this Article. If a party does not comply, it waives the right to invoke those reasons later in the arbitral proceedings or in court.

### Article 1035a

If the arbitral tribunal is assisted by a secretary, Articles 1033 to 1035 inclusive apply *mutatis mutandis*.

## SECTION 2 – ARBITRAL PROCEEDINGS

### Article 1036

**1.** Without prejudice to the provisions of mandatory law in this Title 1, the arbitral proceedings will be conducted in the manner agreed by the parties. If and to the extent the parties have not made an agreement on the arbitral proceedings, the arbitral proceedings will, without prejudice to the provisions in this Title 1, be conducted in the manner determined by the arbitral tribunal.

**2.** The arbitral tribunal treats the parties equally. The arbitral tribunal allows the parties to present their arguments, respond to the other party's arguments, and express their views on all documents and other data brought to the attention of the arbitral tribunal during the proceedings. The arbitral tribunal may not base a decision adverse to a party on documents or other information that party did not have an adequate opportunity to express its views on.

**3.** Het scheidsgerecht waakt tegen onredelijke vertraging van het geding en treft zo nodig, op verzoek van een partij of uit eigen beweging, maatregelen. Partijen zijn tegenover elkaar verplicht onredelijke vertraging van het geding te voorkomen.

**3.** The arbitral tribunal gives, at a party's request or on its own initiative, all such directions as to prevent any unreasonable delay in the disposition of the proceedings. The parties have a duty to one another to prevent any unreasonable delay.

### Artikel 1037

**1.** De plaats van arbitrage wordt door de partijen bij overeenkomst bepaald en bij gebreke daarvan door het scheidsgerecht. Door de bepaling van de plaats van arbitrage is tevens de plaats van de uitspraak vastgesteld.

**2.** Indien de plaats van arbitrage noch door de partijen noch door het scheidsgerecht is bepaald, geldt de plaats van de uitspraak, door het scheidsgerecht in het vonnis vermeld, als plaats van arbitrage.

**3.** Het scheidsgerecht kan zitting houden, beraadslagen, getuigen en deskundigen horen op elke andere plaats, in of buiten Nederland, die het daartoe geschikt acht, tenzij de partijen anders zijn overeengekomen. Het scheidsgerecht is bevoegd om een van zijn leden aan te wijzen om de zitting als bedoeld in de vorige zin te houden, tenzij de partijen anders zijn overeengekomen.

### Article 1037

**1.** The place of arbitration is determined by agreement of the parties, or in the absence of an agreement, by the arbitral tribunal. The place where the award will be made is determined by the place of arbitration.

**2.** If the place of arbitration has been not been determined by the parties or by the arbitral tribunal, the place where the award is made, as stated by the arbitral tribunal in the award, is deemed to be the place of arbitration.

**3.** The arbitral tribunal may hold hearings, deliberate, and hear witnesses and experts at any other place, within or outside the Netherlands, which it considers appropriate, except where the parties have agreed otherwise. The arbitral tribunal may appoint one of its members to hold the hearing referred to in the previous sentence, except where the parties have agreed otherwise.

### Artikel 1038

**1.** De partijen kunnen in het geding in persoon verschijnen of zich doen vertegenwoordigen door een advocaat dan wel door een bijzonderlijk daartoe schriftelijk gevolmachtigde.

**2.** De partijen kunnen zich in het geding door personen van hun keuze doen bijstaan.

### Article 1038

**1.** The parties may appear in the proceedings *pro se*, or be represented by a lawyer or a representative expressly authorised in writing for this purpose.

**2.** The parties may be assisted in the proceedings by any persons of their choice.

### Artikel 1038a

**1.** Tenzij de partijen anders zijn overeengekomen, worden de eiser en de verweerder door het scheidsgerecht in de gelegenheid gesteld een memorie van eis respectievelijk een memorie van antwoord in te dienen.

### Article 1038a

**1.** Except where the parties have agreed otherwise, the arbitral tribunal allows the claimant and the respondent to present a statement of claim and a statement of defence, respectively.

**2.** Tenzij de partijen anders zijn overeengekomen, is het scheidsgerecht vrij te bepalen of nadere memoriën kunnen worden ingediend.

**2.** Except where the parties have agreed otherwise, the arbitral tribunal is free to determine whether any further statements may be presented.

### Artikel 1038b

Het scheidsgerecht stelt, op verzoek van een der partijen of uit eigen beweging, de partijen in de gelegenheid hun zaak op een zitting mondeling toe te lichten, tenzij de partijen anders zijn overeengekomen.

### Article 1038b

The arbitral tribunal, at any party's request or on its own initiative, allows the parties to present their arguments at a hearing, except where the parties have agreed otherwise.

### Artikel 1038c

**1.** Een tegenvordering is toelaatbaar indien daarop dezelfde arbitrageovereenkomst als waarop de vordering is gebaseerd van toepassing is dan wel diezelfde arbitrageovereenkomst door de partijen uitdrukkelijk of stilzwijgend van toepassing is verklaard.

**2.** Tenzij de partijen anders zijn overeengekomen, wordt een tegenvordering als bedoeld in het eerste lid dadelijk bij memorie van antwoord ingediend.

### Article 1038c

**1.** A counterclaim is allowed if it is subject to the same arbitration agreement as the agreement on which the claim is based or if that same arbitration agreement has been expressly or tacitly declared applicable by the parties.

**2.** Except where the parties have agreed otherwise, a counterclaim as referred to in Article 1038c(1) is submitted directly with the statement of defence.

### Artikel 1038d

Een partij kan zijn vordering respectievelijk tegenvordering of de gronden daarvan veranderen of vermeerderen gedurende de arbitrale procedure, op voorwaarde dat de wederpartij daardoor in zijn verdediging niet onredelijk wordt bemoeilijkt of het geding daardoor niet onredelijk wordt vertraagd.

### Article 1038d

A party may amend or increase its claim or counterclaim, or the grounds of its claim, during the arbitral proceedings, unless there is an unreasonable adverse impact on the counterparty's defence or an unreasonable delay in the proceedings.

### Artikel 1039

**1.** De bewijsvoering, de toelaatbaarheid van de bewijsmiddelen, de bewijslastverdeling en de waardering van het bewijs staan ter vrije bepaling van het scheidsgerecht, tenzij de partijen anders zijn overeengekomen.

**2.** Het scheidsgerecht is bevoegd om een van zijn leden aan te wijzen om getuigen of deskundigen te horen dan wel om een plaatsopneming of bezichtiging te houden, tenzij de partijen anders zijn overeengekomen.

### Article 1039

**1.** The arbitral tribunal is free to determine the rules of evidence, the admissibility of evidence, the allocation of the burden of proof and the assessment of evidence, except where the parties have agreed otherwise.

**2.** The arbitral tribunal may designate one of its members to examine witnesses or experts or to conduct an on-site inspection, except where the parties have agreed otherwise.

## Artikel 1040

**1.** Tenzij de partijen anders zijn overeengekomen, gaan de memoriën als bedoeld in artikel 1038a zoveel mogelijk vergezeld van de bescheiden waarop de partijen zich beroepen.

**2.** Het scheidsgerecht kan, op verzoek van een der partijen of uit eigen beweging, inzage, afschrift of uittreksel van bepaalde, op het geschil betrekking hebbende bescheiden bevelen van de partij die deze bescheiden tot zijn beschikking heeft, tenzij de partijen anders zijn overeengekomen. Het scheidsgerecht bepaalt de voorwaarden waaronder en de wijze waarop inzage, afschrift of uittreksel van bescheiden wordt verschaft.

## Article 1040

**1.** Except where the parties have agreed otherwise, the statements referred to in Article 1038a are, if and to the extent possible, accompanied by the documents relied upon by the parties.

**2.** The arbitral tribunal may, at any party's request or on its own initiative, order the inspection of, a copy of, or an extract from, specific documents related to the dispute from the party which has these documents at its disposal, unless the parties have agreed otherwise. The arbitral tribunal determines the conditions under which and the manner in which inspection of a copy of, or an extract from, documents are provided.

## Artikel 1041

**1.** Het scheidsgerecht kan, op verzoek van een der partijen of uit eigen beweging, partijen bevelen om bewijs te leveren door het horen van getuigen en deskundigen, tenzij de partijen anders zijn overeengekomen.

**2.** Het scheidsgerecht kan de vorm bepalen waarin de verklaringen van de getuigen en de deskundigen worden gegeven, tenzij de partijen anders zijn overeengekomen.

**3.** Indien een mondeling verhoor van getuigen of deskundigen plaatsvindt, bepaalt het scheidsgerecht tijdstip en plaats van het verhoor en de wijze waarop het verhoor zal geschieden.

**4.** Indien het scheidsgerecht het nodig oordeelt, hoort het de getuigen nadat dezen op de bij de wet bepaalde wijze de eed hebben gezworen de gehele waarheid en niets dan de waarheid te zullen zeggen.

## Article 1041

**1.** The arbitral tribunal may, at any party's request or on its own initiative, order the parties to provide evidence by examining witnesses and experts, except where the parties have agreed otherwise.

**2.** The arbitral tribunal may determine the form in which the statements of the witnesses and the experts are given, except where the parties have agreed otherwise.

**3.** If witnesses or experts are to be examined, the arbitral tribunal sets the time and place for the examination and the manner in which the examination is conducted.

**4.** The arbitral tribunal may, at any party's request or on its own initiative, order the parties to provide evidence by examining witnesses and experts, except where the parties have agreed otherwise.

### Artikel 1041a

**1.** Indien een getuige niet vrijwillig verschijnt dan wel, verschenen zijnde, weigert een verklaring af te leggen, kan het scheidsgerecht aan de partij die dit verzoekt, toestaan om zich, binnen een door het scheidsgerecht te bepalen termijn, te wenden tot de voorzieningenrechter van de rechtbank met het verzoek een rechter-commissaris te benoemen voor wie het getuigenverhoor zal plaatsvinden.

**2.** Het verhoor vindt plaats op dezelfde wijze als in gewone zaken, met dien verstande dat de arbiter of arbiters door de griffier van de rechtbank in de gelegenheid worden gesteld bij het getuigenverhoor aanwezig te zijn en aan de getuige vragen te stellen.

**3.** De griffier van de rechtbank zendt ten spoedigste het proces-verbaal van het verhoor aan het scheidsgerecht en aan de partijen.

**4.** Het scheidsgerecht kan het geding schorsen tot de dag dat het scheidsgerecht het verslag van het verhoor heeft ontvangen.

### Artikel 1042

**1.** Tenzij de partijen anders zijn overeengekomen, kan het scheidsgerecht een of meer deskundigen benoemen tot het uitbrengen van een advies. Het scheidsgerecht kan de partijen raadplegen over de aan de deskundigen te verstrekken opdracht. Het scheidsgerecht zendt ten spoedigste een afschrift van de benoeming en van de aan deskundigen gegeven opdracht aan de partijen.

**2.** Het scheidsgerecht kan van een partij verlangen, de deskundige de vereiste inlichtingen te verschaffen en de benodigde medewerking te verlenen.

### Article 1041a

**1.** If a witness does not voluntarily appear, or having appeared, refuses to make a statement, the arbitral tribunal may allow a party upon its request, within a time limit set by the arbitral tribunal, to submit an application to the court in summary proceedings of the district court requesting a delegated judge be appointed before whom the witness will be heard.

**2.** The hearing is in the same manner as in ordinary cases, but the clerk of the district court gives the arbitrator or arbitrators the opportunity to be present and to question the witness.

**3.** The clerk of the district court transmits the record of the hearing to the arbitral tribunal and the parties as quickly as possible.

**4.** The arbitral tribunal may suspend the proceedings until the date it has received the report of the hearing.

### Article 1042

**1.** Except where the parties have agreed otherwise, the arbitral tribunal may appoint one or more experts to give advice. The arbitral tribunal may consult the parties regarding the substance of the mandate to be issued to the experts. The arbitral tribunal transmits to the parties a copy of the appointment and the substance of the mandate given to the experts as soon as possible.

**2.** The arbitral tribunal may direct a party to provide any required information and necessary cooperation to the expert.

**3.** Op verzoek van een der partijen worden de deskundigen in een zitting van het scheidsgerecht gehoord. Indien een partij zulk een verzoek wenst te doen, deelt zij dit ten spoedigste mede aan het scheidsgerecht en aan de wederpartij.

**4.** Onverminderd het in het derde lid bepaalde stelt het scheidsgerecht de partijen in de gelegenheid zich uit te laten over het advies van de door het scheidsgerecht benoemde deskundigen, tenzij de partijen anders zijn overeengekomen.

### Artikel 1042a

Het scheidsgerecht kan, op verzoek van een der partijen of uit eigen beweging, in of buiten Nederland, een plaatselijke gesteldheid opnemen of zaken bezichtigen, tenzij de partijen anders zijn overeengekomen. Het scheidsgerecht stelt de partijen in de gelegenheid bij de plaatsopneming of bezichtiging aanwezig te zijn.

### Artikel 1043

Het scheidsgerecht kan in elke stand van het geding de persoonlijke verschijning van de partijen bevelen voor het geven van inlichtingen dan wel teneinde een vergelijk te beproeven.

### Artikel 1043a

**1.** Blijft de eiser, ofschoon daartoe behoorlijk in de gelegenheid gesteld, in gebreke zijn eisen in te dienen of naar behoren toe te lichten, zonder daartoe gegronde redenen aan te voeren, dan kan het scheidsgerecht bij vonnis, of op een andere wijze die het scheidsgerecht daartoe geschikt acht, een einde maken aan het arbitraal geding.

**2.** Blijft de verweerder, ofschoon daartoe behoorlijk in de gelegenheid gesteld, in gebreke verweer te voeren, zonder daartoe gegronde redenen aan te voeren, dan kan het scheidsgerecht aanstonds vonnis wijzen.

**3.** At any party's request, the experts will be heard at a hearing of the arbitral tribunal. If a party wishes to make such a request, it notifies the arbitral tribunal and the other party of its wish as soon as possible.

**4.** Without prejudice to the provisions in Article 1042(3), the arbitral tribunal allows the parties to be heard regarding the advice of the experts appointed by the arbitral tribunal, except where the parties have agreed otherwise.

### Article 1042a

The arbitral tribunal may, at any party's request or on its own initiative, inspect a site or objects in or outside the Netherlands, except where the parties have agreed otherwise. The arbitral tribunal allows the parties to be present at the inspection.

### Article 1043

At any stage of the proceedings, the arbitral tribunal may order the parties to appear in person for the purpose of providing information or attempting to reach a settlement.

### Article 1043a

**1.** If the claimant, having been given a reasonable opportunity, fails to assert or sufficiently explain its claims, without providing justified reasons for its failure to do so, the arbitral tribunal may, by award, or in another manner it considers appropriate, end the arbitral proceedings.

**2.** If the respondent, having been given a reasonable opportunity, fails to submit its defence, without providing justified reasons for its failure to do so, the arbitral tribunal may forthwith make an award.

**3.** Bij het vonnis, bedoeld in het tweede lid, wordt de eis toegewezen, tenzij deze aan het scheidsgerecht onrechtmatig of ongegrond voorkomt. Het scheidsgerecht kan, alvorens vonnis te wijzen, van de eiser het bewijs van een of meer van zijn stellingen verlangen.

**3.** In the award referred to in Article 1043a(2), the claim will be awarded, except where the arbitral tribunal determines that the claim is unlawful or without merit. The arbitral tribunal may, before making its award, order the claimant to provide proof of one or more of its assertions.

### Artikel 1043b

**1.** Tijdens een aanhangig arbitraal geding ten gronde kan het scheidsgerecht, op verzoek van een der partijen, een voorlopige voorziening, met uitzondering van bewarende maatregelen als bedoeld in de vierde titel van het Derde Boek, treffen. De voorlopige voorziening moet samenhangen met de vordering of tegenvordering in het aanhangige arbitraal geding.

**2.** Bij overeenkomst kunnen de partijen een afzonderlijk daartoe te benoemen scheidsgerecht, binnen de grenzen gesteld bij artikel 254, eerste lid, de bevoegdheid verlenen, ongeacht of het arbitraal geding ten gronde aanhangig is, op verzoek van een der partijen, een voorlopige voorziening te treffen, met uitzondering van bewarende maatregelen als bedoeld in de vierde titel van het Derde Boek.

**3.** Het scheidsgerecht, bedoeld in het eerste en tweede lid, kan in samenhang met de voorlopige voorziening van iedere partij het stellen van afdoende zekerheid verlangen.

**4.** Tenzij het scheidsgerecht anders bepaalt, geldt een uitspraak van het scheidsgerecht over het verzoek een voorlopige voorziening te treffen als een arbitraal vonnis; daarop zijn de bepalingen van de derde tot en met de vijfde afdeling van deze titel van toepassing.

### Article 1043b

**1.** During pending arbitral proceedings on the merits, the arbitral tribunal may, at the request of any of the parties, grant an interim measure, except for protective measures as referred to in Book 3, Title 4. The interim measure must be related to the claim or counterclaim in the pending arbitral proceedings.

**2.** By agreement, the parties may authorise an arbitral tribunal separately appointed for that purpose, irrespective of whether the arbitral proceedings on the merits are pending within the limits of Article 254(1), to grant an interim measure upon a request by any of the parties, except for protective measures as referred to in Book 3, Title 4.

**3.** The arbitral tribunal as referred to in Articles 1043b(1) and (2) may, in conjunction with an interim measure, require any party to provide sufficient security.

**4.** Except where the arbitral tribunal determines otherwise, a decision by the arbitral tribunal on the request to grant an interim measure constitutes an arbitral award to which the provisions of Title 1, Sections 3 to 5 inclusive are applicable.

**5.** Het scheidsgerecht kan, op eenparig verzoek van de partijen, onder vermelding van het verzoek, in plaats van een uitspraak over een voorlopige voorziening dadelijk een uitspraak ten gronde doen. Een zodanige uitspraak ten gronde geldt als een arbitraal vonnis; daarop zijn de bepalingen van de derde tot en met de vijfde afdeling van deze titel van toepassing.

**6.** Het scheidsgerecht kan, op eenparig verzoek van de partijen, onder vermelding van het verzoek, een arbitraal vonnis als bedoeld in het vierde lid omzetten in een arbitraal vonnis als bedoeld in het vijfde lid.

**5.** The arbitral tribunal may, upon a unanimous request by the parties, immediately rule on the merits instead of ruling on the interim measure. When doing so the arbitral tribunal states the parties' request in its decision. Such a decision on the merits constitutes an arbitral award to which the provisions of Title 1, Sections 3 to 5 inclusive are applicable.

**6.** The arbitral tribunal may, upon a unanimous request by the parties, convert an arbitral award as referred to in Article 1043b(4) to an arbitral award as referred to in Article 1043b(5), which award states the parties' request.

## Artikel 1044

**1.** Tenzij de partijen anders zijn overeengekomen, kan het scheidsgerecht door tussenkomst van de voorzieningenrechter van de rechtbank Den Haag een verzoek om inlichtingen doen als bedoeld in artikel 3 van de op 7 juni 1968 te Londen gesloten Europese Overeenkomst nopens het verstrekken van inlichtingen over buitenlands recht (*Trb.* 1968, 142). De voorzieningenrechter zendt het verzoek, tenzij het hem nutteloos voorkomt, ten spoedigste aan het orgaan als bedoeld in artikel 2 van de Overeenkomst en deelt dit aan het scheidsgerecht mede.

**2.** Het scheidsgerecht kan het geding schorsen tot de dag dat het scheidsgerecht het antwoord op het verzoek om inlichtingen heeft ontvangen.

## Article 1044

**1.** Except where the parties have agreed otherwise, the arbitral tribunal may, through the intervention of the court in summary proceedings of the District Court of The Hague, request information as referred to in Article 3 of the European Convention on Information on Foreign Law, done at London, 7 June 1968 (Dutch Treaty Series 1968, 142). The court in summary proceedings transmits the request, except where the court determines that this would be useless, to the agency referred to in Article 2 of the Convention without delay and notify the arbitral tribunal of this fact.

**2.** The arbitral tribunal may suspend the proceedings until the date on which it has received the answer to its request for information.

## Artikel 1045

**1.** Tenzij de partijen anders zijn overeengekomen, kan op schriftelijk verzoek van een derde die enig belang heeft bij een arbitraal geding, het scheidsgerecht hem toestaan om zich daarin te voegen of tussen te komen, mits tussen de partijen en de derde dezelfde overeenkomst tot arbitrage geldt of van kracht wordt als tussen de oorspronkelijke partijen.

## Article 1045

**1.** Except where the parties have agreed otherwise, the arbitral tribunal may allow a third party which has an interest in the arbitral proceedings and which has submitted a request in writing to the arbitral tribunal to join or intervene in the proceedings, provided that the same arbitration agreement as between the original parties applies or enters into force between the parties and the third party.

**2.** Het scheidsgerecht zendt ten spoedigste een afschrift van het verzoek aan de partijen.

**2.** The arbitral tribunal transmits a copy of the request to the parties without delay.

**3.** Het scheidsgerecht stelt de partijen in de gelegenheid hun mening kenbaar te maken. Het scheidsgerecht kan de derde in de gelegenheid stellen zijn mening kenbaar te maken.

**3.** The arbitral tribunal allows the parties to make their opinions known. The arbitral tribunal may allow the third party to make its opinion known.

**4.** Door de toelating van de voeging of tussenkomst wordt de derde in het arbitraal geding partij.

**4.** By allowing the joinder or intervention of a third party, that third party becomes a party to the arbitral proceedings.

**5.** Na de toelating van een voeging of tussenkomst regelt het scheidsgerecht de verdere gang van het geding, tenzij de partijen daarin bij overeenkomst hebben voorzien.

**5.** After allowing the joinder or intervention of a third party, the arbitral tribunal will give directions as to the next steps in the proceedings, except where the parties have agreed appropriate arrangements.

### Artikel 1045a

**1.** Op schriftelijk verzoek van een partij kan het scheidsgerecht deze toestaan een derde schriftelijk in vrijwaring op te roepen, mits tussen de belanghebbende partij en de derde dezelfde arbitrageovereenkomst geldt of van kracht wordt als tussen de oorspronkelijke partijen.

**2.** De oproep wordt ten spoedigste in afschrift gezonden aan het scheidsgerecht en aan de wederpartij.

**3.** Het scheidsgerecht stelt de partijen en de derde in de gelegenheid hun mening kenbaar te maken.

**4.** Het scheidsgerecht laat de vrijwaring niet toe indien het scheidsgerecht het op voorhand onaannemelijk acht dat de derde verplicht zal zijn de nadelige gevolgen van een eventuele veroordeling van de belanghebbende partij te dragen dan wel van oordeel is dat door een vrijwaringsprocedure onredelijke of onnodige vertraging van het geding te verwachten valt.

### Article 1045a

**1.** At the written request of a party, the arbitral tribunal may allow a third party to be added to the action for indemnity, provided that the same arbitration agreement as between the original parties applies or enters into force between the interested party and the third party.

**2.** A copy of the notice to the third party is transmitted to the arbitral tribunal and the counterparty as soon as possible.

**3.** The arbitral tribunal allows the parties and the third party to give their opinions.

**4.** The arbitral tribunal will deny the request to add a third party to the action for indemnity if the arbitral tribunal determines upon summary enquiry that it is unlikely that the third party will be required to bear the adverse consequences of a possible award against the interested party, or indemnification proceedings are likely to cause unreasonable or unnecessary delay of the proceedings.


Case 1:23-cv-00879-CCE-JEP Document 33-1 Filed 03/15/24 Page 29 of 59

**5.** Na de toelating van een vrijwaring regelt het scheidsgerecht de verdere gang van het geding, tenzij de partijen daarin bij overeenkomst hebben voorzien.

**5.** After allowing the request to add a third party, the arbitral tribunal determines the next steps in the proceedings, except where the parties have agreed appropriate arrangements.

### Artikel 1046

**1.** Ten aanzien van een in Nederland aanhangig arbitraal geding kan een partij een door de partijen daartoe aangewezen derde verzoeken de samenvoeging met een ander in of buiten Nederland aanhangig arbitraal geding te gelasten, tenzij de partijen anders zijn overeengekomen. Bij gebreke van een door partijen daartoe aangewezen derde kan de voorzieningenrechter van de rechtbank te Amsterdam worden verzocht de samenvoeging van een in Nederland aanhangig arbitraal geding te gelasten met een ander in Nederland aanhangig arbitraal geding, tenzij de partijen anders zijn overeengekomen.

**2.** Samenvoeging kan worden gelast voorzover zij geen onredelijke vertraging van de aanhangige gedingen oplevert, mede gezien de stand waarin zij zich bevinden en er tussen de arbitrale gedingen een zo nauwe band bestaat dat een goede rechtsbedeling vraagt om gelijktijdige behandeling en berechting, teneinde te vermijden dat bij afzonderlijke berechting van de zaken onverenigbare beslissingen worden gegeven.

**3.** De derde of de voorzieningenrechter kan, nadat hij alle partijen en, indien benoemd, de arbiters in de gelegenheid heeft gesteld hun mening kenbaar te maken, het verzoek toewijzen dan wel afwijzen. Zijn beslissing wordt aan alle partijen en de betrokken scheidsgerechten schriftelijk medegedeeld.

### Article 1046

**1.** In respect of arbitral proceedings pending in the Netherlands, a party may apply to a third party, designated to that end by the parties, for an order of consolidation with other arbitral proceedings pending in or outside the Netherlands, except where the parties have agreed otherwise. In the absence of a designated third party, an application to the court in summary proceedings of the District Court of Amsterdam may be submitted requesting arbitral proceedings pending in the Netherlands be consolidated with other arbitral proceedings pending in the Netherlands, except where the parties have agreed otherwise.

**2.** Consolidation may be ordered to the extent it does not cause unreasonable delay in the pending proceedings, also taking into account the present status of the proceedings, and the two arbitral actions are so closely connected that the sound administration of justice demands hearing and dealing with them together to avoid the risk of irreconcilable decisions resulting from separate proceedings.

**3.** The third party or the court in summary proceedings may grant or deny the request after having given all parties and, if appointed, arbitrators, an opportunity to make their opinions known. The decision must be communicated in writing to all the parties and the arbitral tribunals concerned.

**4.** Indien de derde of de voorzieningenrechter samenvoeging beveelt, benoemen de partijen in onderling overleg de arbiter of arbiters, in oneven getale, en bepalen zij, welke regelen op het samengevoegde geding van toepassing zullen zijn. Indien de partijen daarover binnen een door een derde of de voorzieningenrechter te stellen termijn geen overeenstemming kunnen bereiken, benoemt de derde of de voorzieningenrechter, op verzoek van de meest gerede partij, de arbiter of arbiters en bepaalt hij, zo nodig, welke regelen op het samengevoegde geding van toepassing zullen zijn. De derde of de voorzieningenrechter bepaalt zo nodig voor de arbiter of arbiters die als gevolg van de samenvoeging van hun opdracht worden ontheven, de beloning voor de reeds door hen verrichte werkzaamheden. Artikel 1027, vierde lid, is van overeenkomstige toepassing.

**4.** If the third party or the court in summary proceedings orders consolidation, the parties will, in mutual consultation, appoint the arbitrator or arbitrators, in an odd number, and determine the rules which apply to the consolidated proceedings. If, within a time limit set by the third party or the court in summary proceedings, the parties fail to reach agreement on the appointment of the arbitrator or arbitrators, the third party or the court in summary proceedings will, upon an application by any party, appoint the arbitrator or arbitrators and, if necessary, determine the rules which apply to the consolidated proceedings. The third party or the court in summary proceedings will, if necessary, determine the fees for the work already carried out by the arbitrators whose mandate is terminated by reason of the consolidation. Article 1027(4) applies *mutatis mutandis*.

### Artikel 1047

Ingeval van arbitrage omtrent zaken als bedoeld in artikel 1020, vierde lid, onder a, blijft, behoudens de artikelen 1037 en 1048, het in deze afdeling bepaalde buiten toepassing. Het geding wordt alsdan gevoerd op de wijze als door de partijen is overeengekomen of, voor zover de partijen daarin niet hebben voorzien, als door het scheidsgerecht bepaald.

### Article 1047

With the exception of the provisions of Articles 1037 and 1048, the provisions of this Section 2 do not apply to arbitral proceedings concerning the matters referred to in Article 1020(4)(a). In that event the proceedings will be as agreed by the parties or, to the extent the parties have not made provision to this effect, as determined by the arbitral tribunal.

### Artikel 1048

De bepaling van het tijdstip waarop het vonnis zal worden gewezen, is het scheidsgerecht voorbehouden.

### Article 1048

The determination of the date on which the award will be made is at the exclusive discretion of the arbitral tribunal.

### Artikel 1048a

Een partij die in het geding is verschenen maakt zonder onredelijke vertraging bezwaar bij het scheidsgerecht met een afschrift aan de wederpartij zodra zij weet of redelijkerwijs behoort te weten dat is gehandeld in strijd met of is nagelaten te handelen overeenkomstig enige bepalingen van de tweede afdeling van

### Article 1048a

A party that has entered an appearance in the proceedings must, as soon as it knows or reasonably should know of any act contrary to, or failure to act in accordance with, any provisions in this Title 1 Section 2, the arbitration agreement, or any order, decision or measure of the arbitral tribunal, raise an objection to that effect to the arbitral

deze titel, de overeenkomst tot arbitrage dan wel een opdracht, beslissing of maatregel van het scheidsgerecht. Laat een partij dit na, dan vervalt het recht daarop nadien, in het arbitraal geding of bij de gewone rechter, alsnog een beroep te doen.

tribunal without unreasonable delay, transmitting a copy of its objection to the counterparty. If a party fails to do so, the right to rely on this later in the arbitral proceedings or before the court is waived.

## DERDE AFDELING – HET ARBITRAAL VONNIS

## SECTION 3 – THE ARBITRAL AWARD

### Artikel 1049

**1.** Het scheidsgerecht kan een geheel of gedeeltelijk eindvonnis dan wel een tussenvonnis wijzen. Van een geheel of gedeeltelijk eindvonnis is sprake wanneer het gevorderde in een vonnis geheel of gedeeltelijk bij dictum wordt afgedaan.

**2.** Indien een scheidsgerecht een vonnis wijst dat blijkens het dictum deels een tussenvonnis en deels een eindvonnis vormt, is een dergelijk vonnis een gedeeltelijk eindvonnis.

### Article 1049

1. The arbitral tribunal may issue a final award, a partial final award, or an interim award. A final award or a partial final award is an award that wholly or partially disposes of the claim in the operative part of the award.

2. If an arbitral tribunal makes an award that, as evidenced by the operative part, partially forms an interim award and partially a final award, such an award is a partial final award.

### Artikel 1050

[Vervallen]

### Article 1050

[Lapsed]

### Artikel 1051

[Vervallen]

### Article 1051

[Lapsed]

### Artikel 1052

**1.** Het scheidsgerecht is gerechtigd, over zijn bevoegdheid te oordelen.

**2.** Een partij die in het arbitraal geding is verschenen, dient een beroep op de onbevoegdheid van het scheidsgerecht op de grond dat een geldige overeenkomst tot arbitrage ontbreekt, voor alle weren te doen, op straffe van verval van haar recht op dat ontbreken later, in het arbitraal geding of bij de gewone rechter, alsnog een beroep te doen, tenzij dit beroep wordt gedaan op de grond dat het geschil volgens artikel 1020, derde lid, niet vatbaar is voor arbitrage.

### Article 1052

1. The arbitral tribunal may rule on its own jurisdiction.

2. A party that has entered an appearance in the arbitral proceedings must contest the jurisdiction of the arbitral tribunal, on the ground that a valid arbitration agreement does not exist, prior to all defences. If it fails to comply, the right to contest jurisdiction on this ground at a later stage, in the arbitral proceedings or in court, is waived, except where this motion is made on the ground that the dispute is not arbitrable under Article 1020(3).

**3.** Een partij die aan de samenstelling van het scheidsgerecht heeft medegewerkt, kan in het arbitraal geding of bij de gewone rechter geen beroep doen op de onbevoegdheid van het scheidsgerecht op de grond dat het scheidsgerecht in strijd met de daarvoor geldende regelen is samengesteld. Een partij die in het arbitraal geding is verschenen en die niet aan de samenstelling van het scheidsgerecht heeft medegewerkt, dient het beroep op de onbevoegdheid van het scheidsgerecht op de grond dat het scheidsgerecht in strijd met de daarvoor geldende regelen is samengesteld, voor alle weren te doen, op straffe van verval van haar recht daarop later, in het arbitraal geding of bij de gewone rechter, alsnog een beroep te doen.

3. A party that has cooperated in the composition of the arbitral tribunal may not, in the arbitral action or before the court, contest the jurisdiction of the arbitral tribunal on the ground that the arbitral tribunal was composed in violation of the applicable rules. A party that has entered an appearance in the arbitral action but has not cooperated in the composition of the arbitral tribunal must contest the jurisdiction of the arbitral tribunal on the ground that the arbitral tribunal was composed in violation of the applicable rules prior to all defences. If it fails to comply, its right to contest jurisdiction on this ground at a later stage, in the arbitral action or in court, is waived.

**4.** De beslissing, waarbij het scheidsgerecht zich bevoegd verklaart, kan slechts tegelijk met een daaropvolgend geheel of gedeeltelijk eindvonnis met de rechtsmiddelen, genoemd in artikel 1064, worden bestreden.

4. The decision in which the arbitral tribunal accepts jurisdiction may only be challenged concurrently with a subsequent final or partial final award and using the legal remedies referred to in Article 1064.

**5.** Indien en voorzover het scheidsgerecht zich onbevoegd heeft verklaard op grond van het ontbreken van een geldige overeenkomst tot arbitrage als bedoeld in het tweede lid, is de gewone rechter bevoegd van de zaak kennis te nemen. Indien en voorzover het scheidsgerecht zich onbevoegd heeft verklaard op een andere grond, blijft de overeenkomst tot arbitrage van kracht, tenzij de partijen anders zijn overeengekomen.

5. If and to the extent the arbitral tribunal has declined jurisdiction on the ground that a valid arbitration agreement does not exist as referred to in Article 1052(2), the court will have jurisdiction to hear the case. If and to the extent the arbitral tribunal has jurisdiction on another ground, the arbitration agreement remains valid, except where the parties have agreed otherwise.

**6.** De onbevoegdverklaring als bedoeld in het vorige lid, geldt als een arbitraal vonnis waarop de eerste afdeling B tot en met de vijfde afdeling van deze titel van toepassing is.

6. The decision declining jurisdiction referred to in Article 1052(5) constitutes an arbitral award to which Title 1, Sections 1B to 5 inclusive are applicable.

### Artikel 1053

De overeenkomst tot arbitrage dient als een afzonderlijke overeenkomst te worden beschouwd en beoordeeld. Het scheidsgerecht is bevoegd te oordelen over het bestaan en de rechtsgeldigheid van de hoofdovereenkomst waarvan de overeenkomst tot arbitrage deel uitmaakt of waarop zij betrekking heeft.

### Article 1053

An arbitration agreement must be considered and decided upon as a separate agreement. The arbitral tribunal may rule on the existence and the validity of the main contract of which the arbitration agreement forms part or to which it pertains.

### Artikel 1054

**1.** Het scheidsgerecht beslist naar de regelen des rechts.

**2.** Ingeval de partijen een rechtskeuze hebben gedaan, beslist het scheidsgerecht naar de door de partijen aangewezen regelen des rechts. Indien een dergelijke rechtskeuze niet heeft plaatsgevonden, beslist het scheidsgerecht volgens de regelen des rechts die het in aanmerking acht te komen.

**3.** Het scheidsgerecht beslist als goede personen naar billijkheid, indien de partijen het daartoe bij overeenkomst opdracht hebben gegeven.

**4.** In alle gevallen houdt het scheidsgerecht rekening met de toepasselijke handelsgebruiken.

### Article 1054

**1.** The arbitral tribunal decides in accordance with the rules of law.

**2.** If a choice of law has been made by the parties, the arbitral tribunal decides in accordance with the rules of law designated by the parties. In the absence of a choice of law, the arbitral tribunal decides in accordance with the rules of law which it considers appropriate.

**3.** The arbitral tribunal will decide as *amiable compositeur* if the parties, by agreement, have authorised it to do so.

**4.** In any event the arbitral tribunal takes any applicable trade usages into account.

### Artikel 1055

[Vervallen]

### Article 1055

[Lapsed]

### Artikel 1056

In de gevallen waarin de gewone rechter een dwangsom kan opleggen, is een scheidsgerecht daartoe eveneens bevoegd. Onverminderd de toepasselijkheid van de artikelen 611a tot en met 611h dient in de gevallen, bedoeld in artikel 611d, om de opheffing, de opschorting of de vermindering van de dwangsom bij het scheidsgerecht te worden verzocht, en indien de opdracht van het scheidsgerecht niet voortduurt, te worden verzocht aan de voorzieningenrechter van de rechtbank van het arrondissement waarin de plaats van de arbitrage is gelegen.

### Article 1056

In those events where the court may impose a penalty for non-compliance, the arbitral tribunal has such power as well. Without prejudice to the applicability of Articles 611a to 611h inclusive, in the events referred to in Article 611d, the parties must submit an application for any lifting, suspension or reduction of the penalty to the arbitral tribunal, or, if the mandate of the arbitral tribunal is not in effect, to the court in summary proceedings of the district court within whose district the place of arbitration is located.

## Artikel 1057

**1.** Het scheidsgerecht beslist, indien het uit meer arbiters bestaat, bij meerderheid van stemmen, tenzij de partijen anders zijn overeengekomen. Indien het scheidsgerecht uit meer arbiters bestaat, kunnen procedurele zaken van ondergeschikt belang door de voorzitter worden beslist indien daartoe door de mede-arbiters bevoegdheid is verleend, tenzij de partijen anders zijn overeengekomen.

**2.** Het vonnis wordt op schrift gesteld en door de arbiter of arbiters ondertekend.

**3.** Weigert een minderheid van de arbiters te ondertekenen, dan wordt daarvan door de andere arbiters in het door hen ondertekende vonnis melding gemaakt. Een overeenkomstige melding vindt plaats, indien een minderheid niet in staat is te ondertekenen en niet verwacht kan worden dat het beletsel daartoe binnen korte tijd zal zijn opgeheven.

**4.** Het vonnis bevat, naast de beslissing, in elk geval:

a. de namen en woonplaatsen van de arbiter of arbiters;

b. de namen en woonplaatsen van de partijen;

c. de dagtekening van de uitspraak;

d. de plaats van de uitspraak;

e. de gronden voor de in het vonnis gegeven beslissing.

**5.** In afwijking van het vierde lid, onder e, bevat het vonnis geen gronden voor de gegeven beslissing indien:

a. het vonnis uitsluitend betreft de enkele vaststelling van de hoedanigheid of van de toestand van zaken als bedoeld in artikel 1020, vierde lid, onder a;

b. de vastlegging van een vergelijk als bedoeld in artikel 1069; of

## Article 1057

**1.** Except where the parties have agreed otherwise, if the arbitral tribunal consists of multiple arbitrators, the arbitral tribunal decides by a majority of votes. If the arbitral tribunal consists of multiple arbitrators, procedural matters of minor importance may be decided by the chairman of the arbitral tribunal if the chairman has been so authorised by the co-arbitrators, except where the parties have agreed otherwise.

**2.** The award is made in writing and signed by the arbitrator or arbitrators.

**3.** If a minority of the arbitrators refuses to sign, this is stated by the other arbitrators in the award they signed. A similar statement is made if a minority is incapable of signing and it is unlikely that the impediment will cease to exist in the short term.

**4.** In addition to the decision, the award in any event states:

a. the name and place of residence of the arbitrator or each of the arbitrators;

b. the name and place of residence of each of the parties;

c. the date on which the award is made;

d. the place where the award is made;

e. the grounds for the decision given in the award.

**5.** In derogation from Article 1057(4)(e), the award need not include grounds for the decision given if:

a. the award exclusively concerns the determination only of the quality or condition of tangibles as referred to in Article 1020(4)(a);

b. the recording of a settlement as referred to in Article 1069; or

c. in alle andere gevallen, nadat de arbitrage aanhangig is gemaakt, de partijen schriftelijk overeenkomen dat geen gronden voor de beslissing worden gegeven.

c. in all other events, after the arbitration has been initiated, the parties agree in writing that no grounds will be given for the decision.

### Artikel 1058

### Article 1058

**1.** Het scheidsgerecht draagt er zorg voor dat ten spoedigste:

a. het origineel van het vonnis, of een afschrift hiervan gewaarmerkt door een arbiter of de door partijen aangewezen derde, aan de partijen wordt verzonden;

b. het origineel van een geheel of gedeeltelijk eindvonnis wordt nedergelegd ter griffie van de rechtbank binnen welker arrondissement de plaats van de arbitrage is gelegen, voor zover de partijen dit zijn overeengekomen.

**2.** Het vonnis wordt geacht te zijn verzonden indien vier weken na de dagtekening van het vonnis zijn verstreken.

**3.** Onverminderd het bepaalde in de artikelen 1060, 1061 en 1065a eindigt de opdracht van het scheidsgerecht door verzending van het laatste eindvonnis aan partijen of in het geval bedoeld in het eerste lid onder b, door nederlegging ter griffie van de rechtbank van het laatste eindvonnis.

**4.** Van een nedergelegd vonnis wordt geen afschrift of uittreksel aan derden verstrekt.

**5.** Tenzij de partijen andere termijnen als bedoeld in de artikelen 1060, 1061, 1061c zijn overeengekomen, geldt een termijn van drie maanden na de dag van nederlegging van het vonnis ter griffie van de rechtbank, indien partijen nederlegging zijn overeengekomen.

**1.** The arbitral tribunal must ensure that, as soon as possible:

a. the original of the award, or a copy of the award certified by an arbitrator or a third party designated by the parties, is transmitted to the parties;

b. the original of a final or partial final award is filed with the court office of the district court within whose district the place of arbitration is located, to the extent the parties have so agreed.

**2.** The award is treated as having been transmitted if four weeks have elapsed after the date of the award.

**3.** Without prejudice to the provisions of Articles 1060, 1061 and 1065a, the mandate of the arbitral tribunal terminates when the last final award is transmitted to the parties or, in the event referred to in Article 1058(1)(b), upon the last final award being filed with the court office of the district court.

**4.** No copy of or extract from an award filed may be issued to third parties.

**5.** Except where the parties have agreed other time limits as referred to in Articles 1060, 1061, and 1061c, a time limit of three months from the date of filing the award with the court office of the district court applies, if the parties have agreed to file the award.

### Artikel 1059

**1.** Beslissingen die de rechtsbetrekking in geschil betreffen en zijn vervat in een in kracht van gewijsde gegaan arbitraal vonnis hebben in een ander geding tussen dezelfde partijen gezag van gewijsde met ingang van de dag waarop zij zijn gegeven. Artikel 236, tweede en derde lid, is van overeenkomstige toepassing.

### Article 1059

**1.** Decisions pertaining to the legal relationship in dispute and taken in an arbitral award not subject to ordinary remedies have *res judicata* effect in another action between the same parties as from the date on which such decisions are given. Article 236(2) and (3) apply *mutatis mutandis*.

**2.** Het eerste lid geldt niet voor beslissingen als bedoeld in artikel 1043b betreffende een voorlopige voorziening.

**3.** Een in kracht van gewijsde gegaan arbitraal vonnis als bedoeld in het eerste lid heeft bindende kracht tussen dezelfde partijen in een ander geding met ingang van de dag waarop het is gewezen.

**2.** Article 1059(1) does not apply to decisions as referred to in Article 1043b concerning interim measures.

**3.** An arbitral award as referred to in Article 1059(1), which is not subject to ordinary remedies, will have binding effect between the same parties in other actions as from the date on which the award was given.

### Artikel 1060

**1.** Een partij kan binnen een termijn als overeengekomen tussen de partijen of tot drie maanden na de dag van verzending van het vonnis, het scheidsgerecht schriftelijk verzoeken een kennelijke rekenfout, schrijffout of andere kennelijke fout die zich voor eenvoudig herstel leent in het vonnis te verbeteren.

**2.** Indien de gegevens, genoemd in artikel 1057, vierde lid, onder a tot en met d, onjuist zijn vermeld of geheel of gedeeltelijk in het vonnis ontbreken, kan een partij binnen een termijn als overeengekomen tussen de partijen of tot drie maanden na de dag van verzending van het vonnis, het scheidsgerecht schriftelijk de verbetering van die gegevens verzoeken.

**3.** Een verzoek als bedoeld in het eerste of tweede lid, wordt door het scheidsgerecht in afschrift aan de wederpartij gezonden.

**4.** Het scheidsgerecht kan, binnen een termijn als overeengekomen tussen de partijen of tot drie maanden na de dag van verzending van het vonnis, ook uit eigen beweging tot de verbetering, bedoeld in het eerste of het tweede lid, overgaan.

**5.** Voordat het scheidsgerecht op het verzoek, bedoeld in het eerste of tweede lid, beslist, of uit eigen beweging tot de verbetering als bedoeld in het vierde lid beslist, over te gaan, stelt het de partijen in de gelegenheid zich daarover uit te laten.

### Article 1060

**1.** A party may, within a time limit as agreed by the parties or within three months after the date on which the award was transmitted, apply to the arbitral tribunal in writing requesting that the arbitral tribunal correct a manifest computing error, clerical error, or other manifest error that is easy to correct.

**2.** If the particulars referred to in Article 1057(4)(a) to (d) inclusive are stated incorrectly or are partially or wholly absent from the award, a party may, within a time limit as agreed by the parties or within three months after the date on which the award was transmitted, apply to the arbitral tribunal in writing requesting that the arbitral tribunal correct such particulars.

**3.** The arbitral tribunal transmits a copy of the request as referred to in Articles 1060(1) and (2) to the counterparty.

**4.** The arbitral tribunal may, within a time limit as agreed by the parties or within three months after the date on which the award was transmitted, correct an error as referred to in Articles 1060(1) and (2) on its own initiative.

**5.** Before the arbitral tribunal decides on an request as referred to in Articles 1060(1) and (2), or decides on its own initiative to correct an error as referred to in Article 1060(4), it allows the parties to express their views.


Case 1:23-cv-00879-CCE-JEP Document 33-1 Filed 03/15/24 Page 37 of 59

**6.** Gaat het scheidsgerecht tot de verbetering over, dan wordt deze door het scheidsgerecht op het origineel en op de afschriften van het vonnis aangebracht en ondertekend, dan wel in een apart door het scheidsgerecht ondertekend stuk vermeld, welk stuk geacht wordt deel uit te maken van het vonnis. De artikelen 1057, eerste tot en met het derde lid, en artikel 1058, eerste lid, zijn van overeenkomstige toepassing.

**6.** If the arbitral tribunal corrects an error, the arbitral tribunal must make the correction on the original and the copies of the award and sign these documents, or state the correction in a separate document and sign this separate document. This separate document is treated as a part of the award. Articles 1057(1) to (3) inclusive and Article 1058(1) apply *mutatis mutandis*.

**7.** Wijst het scheidsgerecht het verzoek tot de verbetering af, dan deelt het dit schriftelijk aan de partijen mede.

**7.** If the arbitral tribunal denies the application for correction, it communicates this to the parties in writing.

**8.** Het verzoek, bedoeld in het eerste en tweede lid, schort de mogelijkheid tot tenuitvoerlegging niet op, tenzij de voorzieningenrechter gewichtige redenen aanwezig acht om die mogelijkheid wel op te schorten totdat over het verzoek is beslist. Het bepaalde in artikel 1070 is op de beschikking van de voorzieningenrechter van toepassing. Hetzelfde geldt als het scheidsgerecht overeenkomstig het vierde lid uit eigen beweging tot verbetering overgaat.

**8.** The request referred to in Articles 1060(1) and (2) does not suspend the possibility of enforcement of the award, except where the court in summary proceedings finds that compelling reasons exist to suspend enforcement until a decision has been made on the request The provisions in Article 1070 apply *mutatis mutandis* to the decision of the court in summary proceedings. The same applies if the arbitral tribunal proceeds to make the correction on its own initiative in accordance with Article 1060(4).

### Artikel 1061

**1.** Heeft het scheidsgerecht nagelaten, te beslissen omtrent een of meer vorderingen of tegenvorderingen welke aan zijn oordeel waren onderworpen, dan kan de meest gerede partij, binnen een tussen partijen overeengekomen termijn of tot drie maanden na de dag van verzending van het vonnis, het scheidsgerecht verzoeken, een aanvullend vonnis te wijzen.

**2.** Het verzoek wordt door het scheidsgerecht in afschrift aan de wederpartij gezonden.

**3.** Voordat het scheidsgerecht op het verzoek beslist, stelt het de partijen in de gelegenheid zich daarover uit te laten.

### Article 1061

**1.** Within a time limit agreed by the parties or within three months after the date on which the award was transmitted, a party may apply to the arbitral tribunal for an additional award where the award does not include a decision on every part of the claim or counterclaims presented to the arbitral tribunal.

**2.** The arbitral tribunal transmits a copy of the request to the counterparty.

**3.** The arbitral tribunal allows the parties to express their views on the request before deciding on it.

**4.** Een aanvullend vonnis geldt als een arbitraal vonnis; daarop zijn de bepalingen van de derde tot en met de vijfde afdeling van deze Titel van toepassing.

**5.** Wijst het scheidsgerecht het verzoek tot een aanvullend vonnis af, dan deelt het zulks schriftelijk aan de partijen mede. Een afschrift van deze mededeling, getekend door een arbiter of de secretaris van het scheidsgerecht, kan, overeenkomstig het bepaalde in artikel 1058, eerste lid, onderdeel b ter griffie van de rechtbank worden nedergelegd.

**4.** An additional award constitutes an arbitral award to which the provisions of Title 1, Sections 3 to 5 inclusive apply.

**5.** If the arbitral tribunal denies a request for an additional award, it also notifies the parties in writing. A copy of this notice, signed by an arbitrator or the secretary of the arbitral tribunal, may be filed with the court office of the district court in accordance with the provisions of Article 1058(1)(b).

## DERDE A AFDELING – ARBITRAAL HOGER BEROEP

## SECTION 3A – ARBITRAL APPEAL

### Artikel 1061a

Indien de partijen arbitraal hoger beroep zijn overeengekomen, is het bepaalde in deze titel van toepassing voorzover in deze afdeling niet anders is bepaald of de aard van het arbitraal hoger beroep zich daartegen verzet.

### Article 1061a

If the parties have agreed to arbitral appeal, the provisions in Title 1 apply if and to the extent not otherwise provided in this Section or to the extent inappropriate given the nature of the arbitral appeal.

### Artikel 1061b

Arbitraal hoger beroep tegen een arbitraal vonnis is slechts mogelijk indien de partijen daarin bij overeenkomst hebben voorzien. Deze overeenkomst dient te voldoen aan de vereisten van de artikelen 1020 en 1021 alsmede aan de vereisten van de artikelen 166 en 167 van Boek 10 van het Burgerlijk Wetboek.

### Article 1061b

Arbitral appeal against an arbitral award is only possible if the parties have so provided by agreement. That agreement must comply with the requirements of Articles 1020 and 1021 as well as the requirements of Book 10, Articles 166 and 167 of the Civil Code.

### Artikel 1061c

Binnen een termijn als overeengekomen tussen de partijen of tot drie maanden na de dag van verzending van het vonnis, kunnen partijen arbitraal hoger beroep instellen.

### Article 1061c

The parties may initiate an arbitral appeal within a time limit as agreed between the parties or within three months after the date on which the award was transmitted.

### Artikel 1061d

**1.** Arbitraal hoger beroep kan worden ingesteld tegen een geheel eindvonnis en een laatste gedeeltelijk eindvonnis.

### Article 1061d

**1.** An arbitral appeal may be initiated against a final award and a last partial final award.

**2.** Tenzij de partijen anders zijn overeengekomen, kan eveneens arbitraal hoger beroep worden ingesteld tegen andere gedeeltelijke eindvonnissen.

**3.** Tegen een tussenvonnis, met uitzondering van een vonnis op grond van artikel 1043b, eerste lid, kan arbitraal hoger beroep slechts tegelijk met dat van het geheel of gedeeltelijk eindvonnis worden ingesteld, tenzij de partijen anders zijn overeengekomen.

### Artikel 1061e

Tegen een op de voet van artikel 1046, vierde lid, gewezen arbitraal vonnis staat arbitraal hoger beroep open, indien en voorzover alle bij het samengevoegde geding betrokken partijen bij overeenkomst in zodanig hoger beroep hebben voorzien. Deze overeenkomst dient te voldoen aan de vereisten van de artikelen 1020 en 1021 alsmede aan de vereisten van de artikelen 166 en 167 van Boek 10 van het Burgerlijk Wetboek.

### Artikel 1061f

**1.** Ingeval van onbevoegdverklaring door het scheidsgerecht als bedoeld in artikel 1052, vijfde lid, tweede zin, is arbitraal hoger beroep toegelaten.

**2.** Ingeval van bevoegdverklaring en onbevoegdverklaring door het scheidsgerecht zijn de bepalingen van artikel 1052, vierde en vijfde lid, van toepassing nadat in hoger beroep uitspraak is gedaan, of de voor dit beroep geldende termijn ongebruikt is verstreken dan wel eerder, indien door ieder der partijen schriftelijk van hoger beroep afstand is gedaan, of later, op het moment van voortijdige beëindiging van het hoger beroep.

### Artikel 1061g

**1.** De dwangsom als bedoeld in artikel 1056 kan ook voor het eerst in arbitraal hoger beroep worden gevorderd.

**2.** Except where the parties have agreed otherwise, an arbitral appeal may also be initiated against other partial final awards.

**3.** Save for an award based on Article 1043b(1), an arbitral appeal against an interim award may only be initiated concurrently with an arbitral appeal against a final or partial final award, except where the parties have agreed otherwise.

### Article 1061e

Arbitral appeal is available against an arbitral award made under Article 1046(4) if and to the extent all the parties to the consolidated proceedings have agreed for there to be an arbitral appeal. That agreement must comply with the requirements of Articles 1020 and 1021 as well as with the requirements of Book 10, Articles 166 and 167 of the Civil Code.

### Article 1061f

**1.** If the arbitral tribunal declines jurisdiction as referred to in the second sentence of Article 1052(5), arbitral appeal is allowed.

**2.** If the arbitral tribunal accepts or declines jurisdiction, the provisions in Articles 1052(4) and (5) apply after a decision has been made on appeal, or the time limit for initiating an appeal has expired without being used, or earlier, if either party has waived the possibility of appeal in writing, or later, at the moment of premature termination of the appeal.

### Article 1061g

**1.** The penalty for non-compliance as referred to in Article 1056 may also be claimed for the first time on arbitral appeal.

**2.** In afwijking van het bepaalde in artikel 1056, dient in de gevallen bedoeld in artikel 611d de opheffing, de opschorting of de vermindering van de dwangsom te worden verzocht aan het scheidsgerecht in hoger beroep, indien en voor zolang de opdracht van dat scheidsgerecht voortduurt.

**2.** In derogation from the provisions in Article 1056, in the events referred to in Article 611d, parties must apply for any lifting, suspension, or reduction of the penalty for non-compliance to the arbitral tribunal on appeal, if and to the extent the mandate of that arbitral tribunal is still in effect.

### Artikel 1061h

Het in eerste aanleg gewezen arbitraal vonnis kan slechts in arbitraal hoger beroep worden aangevuld overeenkomstig artikel 1061. Het verzoek daartoe moet binnen de voor het hoger beroep geldende termijn worden gedaan. De partijen kunnen bij overeenkomst van het in dit artikel bepaalde afwijken.

### Article 1061h

The arbitral award made in first instance may only be supplemented in arbitral appeal in accordance with Article 1061. The application to that end must be made within the time limit applicable for arbitral appeal. The parties may depart from the provisions of this Article by agreement.

### Artikel 1061i

**1.** Tenzij uit de wet of uit de aard van de zaak anders voortvloeit, kan het scheidsgerecht in eerste aanleg, indien dit wordt gevorderd, verklaren dat zijn vonnis uitvoerbaar bij voorraad zal zijn niettegenstaande arbitraal hoger beroep. De uitvoerbaarverklaring bij voorraad kan het gehele vonnis betreffen of een gedeelte daarvan. Het scheidsgerecht kan aan de uitvoerbaarverklaring bij voorraad de voorwaarde verbinden dat tot een door het scheidsgerecht te bepalen bedrag zekerheid wordt gesteld.

**2.** Indien het vonnis niet uitvoerbaar bij voorraad is verklaard door het scheidsgerecht in eerste aanleg en tegen dat vonnis arbitraal hoger beroep is ingesteld, kan een vordering tot uitvoerbaarverklaring bij voorraad worden ingesteld bij het scheidsgerecht in arbitraal hoger beroep. Op deze vordering zal, de wederpartij gehoord, dadelijk worden beslist. De tweede en derde zin van het eerste lid zijn van overeenkomstige toepassing.

### Article 1061i

**1.** Except where the law provides otherwise or where inappropriate given the nature of the case, the arbitral tribunal in first instance may, if this is claimed, declare that its award is enforceable notwithstanding arbitral appeal. The declaration may relate to the entire award or any part of the award. The arbitral tribunal may make the declaration conditional on an amount of security as determined by the arbitral tribunal being provided.

**2.** If the award is not declared enforceable notwithstanding arbitral appeal by the arbitral tribunal in first instance and arbitral appeal is initiated against that award, a claim seeking such a declaration may be submitted to the arbitral tribunal on arbitral appeal. That claim, after the counterparty has been heard, is dealt with without delay. The second and third sentences of Article 1061i(1) apply *mutatis mutandis.*

**3.** Indien het vonnis uitvoerbaar bij voorraad is verklaard door het scheidsgerecht in eerste aanleg, evenwel zonder dat daaraan de voorwaarde is verbonden dat zekerheid wordt gesteld, en indien tegen dat vonnis arbitraal hoger beroep is ingesteld, kan een daartoe strekkende vordering worden ingesteld bij het scheidsgerecht in arbitraal hoger beroep. Op deze vordering zal, de wederpartij gehoord, dadelijk worden beslist.

**3.** If the arbitral tribunal in first instance declares the award enforceable notwithstanding arbitral appeal, but does not impose a condition that security be provided, and if arbitral appeal is initiated against that award, a claim to that end may be presented to the arbitral tribunal on appeal. That claim, after the counterparty has been heard, is dealt with without delay.

### Artikel 1061j

In afwijking van het bepaalde in artikel 1059, derde lid, heeft een in eerste aanleg gewezen arbitraal vonnis bindende kracht tussen dezelfde partijen in een ander geding met ingang van de dag waarop de voor het arbitraal hoger beroep geldende termijn ongebruikt is verstreken, of eerder, met ingang van de dag waarop schriftelijk van hoger beroep afstand is gedaan, of later, op het moment van voortijdige beëindiging van het hoger beroep, dan wel met ingang van de dag waarop in hoger beroep uitspraak is gedaan, indien en voorzover het vonnis in eerste aanleg in dat hoger beroep is bevestigd.

### Article 1061j

In derogation from the provisions in Article 1059(3), an arbitral award made in first instance is binding between the same parties in other actions as from the date on which the time limit for arbitral appeal has expired and no appeal has been initiated, or earlier, as from the date on which the possibility of appeal has been waived in writing, or later, at the moment of premature termination of the appeal, or as from the date on which a decision has been made on appeal, if and to the extent the award in first instance has been affirmed in that appeal.

### Artikel 1061k

**1.** Een in eerste aanleg gewezen arbitraal vonnis dat uitvoerbaar bij voorraad is verklaard, en een arbitraal vonnis dat is gewezen in arbitraal hoger beroep, kan worden tenuitvoergelegd overeenkomstig de bepalingen van de vierde afdeling van deze titel. In aanvulling op artikel 1063, eerste lid, kan de voorzieningenrechter van de rechtbank tenuitvoerlegging van het arbitraal vonnis ook weigeren, indien in strijd met artikel 1061i tenuitvoerlegging bij voorraad is bevolen.

### Article 1061k

**1.** An arbitral award given in first instance that has been declared enforceable notwithstanding arbitral appeal, and an arbitral award that has been made on appeal, may be enforced in accordance with the provisions of Title 1, Section 4. In addition to Article 1063(1), the court in summary proceedings of the district court may also deny enforcement if enforceability notwithstanding arbitral appeal has been ordered contrary to Article 1061i.

**2.** Een in eerste aanleg gewezen arbitraal vonnis dat niet uitvoerbaar bij voorraad is verklaard kan slechts worden tenuitvoergelegd overeenkomstig de bepalingen van de vierde afdeling van deze titel nadat de voor het arbitraal hoger beroep geldende termijn ongebruikt is verstreken, of indien en voorzover het in hoger beroep is bevestigd, dan wel eerder, indien schriftelijk van hoger beroep afstand is gedaan, dan wel later, op het moment van voortijdige beëindiging van het hoger beroep.

**2.** An arbitral award made in first instance that has not been declared enforceable notwithstanding arbitral appeal may only be enforced in accordance with the provisions of Title 1, Section 4 after the time limit for initiating an arbitral appeal has expired and no appeal has been initiated, or if and to the extent it has been affirmed on appeal, or earlier, if the right to appeal has been waived in writing, or later, at the moment of premature termination of the appeal.

### Artikel 1061l

**1.** Tegen een geheel of gedeeltelijk eindvonnis gewezen in arbitraal hoger beroep staan slechts de rechtsmiddelen van vernietiging en van herroeping op de voet van de vijfde afdeling van deze titel open.

**2.** Vernietiging of herroeping van een arbitraal vonnis gewezen in arbitraal hoger beroep brengt van rechtswege de vernietiging of herroeping van het in eerste aanleg gewezen arbitraal vonnis met zich mede, tenzij de rechter bepaalt dat het in eerste aanleg gewezen arbitraal vonnis in stand blijft.

**3.** Tegen een in eerste aanleg gewezen geheel of gedeeltelijk arbitraal eindvonnis staan slechts de rechtsmiddelen van vernietiging en van herroeping op de voet van de vijfde afdeling van deze titel open indien de voor het arbitraal hoger beroep geldende termijn ongebruikt is verstreken dan wel eerder indien door ieder der partijen schriftelijk van hoger beroep afstand is gedaan. In afwijking van artikel 1064a, tweede lid, vervalt de bevoegdheid tot het instellen van een vordering tot vernietiging van een zodanig vonnis drie maanden na de dag waarop de voor het arbitraal hoger beroep geldende termijn is verstreken.

**4.** Ten aanzien van een arbitraal tussenvonnis gewezen in eerste aanleg of in hoger beroep is, met inachtneming van het in dit artikel bepaalde, artikel 1064a, derde lid, van overeenkomstige toepassing.

### Article 1061l

**1.** Only the legal remedies of setting aside and revocation based on Title 1, Section 5 are available in respect of a final or partial final award made on arbitral appeal.

**2.** The setting aside or revocation of an arbitral award made on arbitral appeal entails, by operation of law, the setting aside or revocation of the arbitral award made in first instance, unless the court directs that the arbitral award made in first instance remains in effect.

**3.** Only the legal remedies of setting aside and revocation based on Title 1 Section 5 are available in respect of a final or a partial final arbitral award made in first instance if the time limit for arbitral appeal has expired and no appeal has been initiated, or earlier, if each of the parties has waived the right to appeal in writing. In derogation from Article 1064a(2), the right to bring a claim to set aside such an award lapses three months after the date on which the time limit for arbitral appeal expires.

**4.** Article 1064a(3), in accordance with the provisions in this Article, applies *mutatis mutandis* to an arbitral award made in first instance or on appeal.

## VIERDE AFDELING – DE TENUITVOERLEGGING VAN HET ARBITRAAL VONNIS

### Artikel 1062

**1.** De tenuitvoerlegging in Nederland van een arbitraal vonnis kan eerst plaatsvinden nadat de voorzieningenrechter van de rechtbank van het arrondissement waarin de plaats van arbitrage is gelegen daartoe op verzoek van een der partijen verlof heeft verleend.

**2.** Het verlof wordt aangetekend op het origineel van het vonnis of, zo geen nederlegging heeft plaatsgevonden, opgenomen in een beschikking. De griffier zendt ten spoedigste aan de partijen een gewaarmerkt afschrift van het vonnis, met het daarop aangetekend verlof tot tenuitvoerlegging of een gewaarmerkt afschrift van de beschikking waarbij het verlof tot tenuitvoerlegging is verleend.

**3.** Verleent de voorzieningenrechter van de rechtbank het verlof tot tenuitvoerlegging, dan staan de wederpartij van de verzoeker slechts de rechtsmiddelen genoemd in artikel 1064, open.

**4.** Vernietiging of herroeping van het arbitraal vonnis brengt van rechtswege die van het verlof tot tenuitvoerlegging met zich mede.

### Artikel 1063

**1.** De voorzieningenrechter van de rechtbank kan de tenuitvoerlegging van het arbitraal vonnis slechts weigeren, indien hem na een summierlijk onderzoek is gebleken dat het aannemelijk is dat het vonnis zal worden vernietigd op een van de gronden genoemd in artikel 1065, eerste lid, of herroepen op een van de gronden genoemd in artikel 1068, eerste lid, dan wel indien in strijd met artikel 1056 een dwangsom is opgelegd. In dit laatste geval betreft de weigering alleen de tenuitvoerlegging van de dwangsom.

## SECTION 4 – ENFORCEMENT OF THE ARBITRAL AWARD

### Article 1062

**1.** An arbitral award may only be enforced in the Netherlands after the court in summary proceedings of the district court within whose district the place of arbitration is located has granted permission on an application by any of the parties.

**2.** The permission must be recorded on the original of the award or, if the award has not been filed, in a judgment. The clerk of the district court must, as soon as possible, transmit to the parties a certified copy of the award in which the permission has been recorded or a certified copy of the judgment in which permission has been granted.

**3.** If the court in summary proceedings of the district court grants permission, only the legal remedies provided for in Article 1064 are available to the counterparty.

**4.** Setting aside or revocation of the arbitral award entails, by operation of law, the setting aside or revocation of the permission.

### Article 1063

**1.** Enforcement of an arbitral award may be denied by the court in summary proceedings of the district court only where the court determines, on a summary enquiry, that a setting aside action is likely to be successful based on one of the grounds stated in Article 1065(1) or Article 1068(1), or if a penalty for non-compliance has been imposed contrary to Article 1056. In this last event the denial covers only the enforcement of the penalty.

**2.** Als de termijn voor het instellen van een vordering tot vernietiging als bedoeld in artikel 1064a ongebruikt is verstreken, dan kan de voorzieningenrechter van de rechtbank het verlof tot tenuitvoerlegging van het arbitraal vonnis slechts weigeren, indien hem na een summierlijk onderzoek is gebleken dat het aannemelijk is dat het vonnis in strijd is met artikel 1065, eerste lid, onder e.

**2.** If the time limit to bring a claim to set aside as referred to in Article 1064a has expired, the court in summary proceedings of the district court may deny permission to enforce the arbitral award only where the court determines, on a summary enquiry, that the award violates Article 1065(1)(e).

**3.** De griffier zendt ten spoedigste aan de partijen een gewaarmerkt afschrift van de beschikking van de voorzieningenrechter van de rechtbank waarbij het verlof tot tenuitvoerlegging wordt geweigerd.

**3.** The clerk of the district court transmits to the parties as soon as possible a certified copy of the judgment of the court in summary proceedings of the district court in which permission to enforce was denied.

**4.** Tegen de beschikking waarbij het verlof tot tenuitvoerlegging wordt geweigerd, kan hoger beroep bij het gerechtshof worden ingesteld.

**4.** An appeal against the judgment denying permission to enforce may be initiated at the court of appeal.

**5.** Indien het verlof tot tenuitvoerlegging ook in hoger beroep niet wordt verleend, kan beroep in cassatie worden ingesteld.

**5.** If permission to enforce is not granted on appeal, appeal to the Supreme Court may be initiated.

**6.** Indien in hoger beroep of na beroep in cassatie het verlof tot tenuitvoerlegging alsnog wordt verleend, is het bepaalde in artikel 1062, derde lid, van overeenkomstige toepassing.

**6.** If on appeal, or after appeal to the Supreme Court, permission to enforce is granted, the provisions in Article 1062(3) will apply *mutatis mutandis*.

## VIJFDE AFDELING – DE VERNIETIGING EN DE HERROEPING VAN HET ARBITRAAL VONNIS

## SECTION 5 – SETTING ASIDE AND REVOCATION OF THE ARBITRAL AWARD

### Artikel 1064

Tegen een geheel of gedeeltelijk arbitraal eindvonnis staan slechts de rechtsmiddelen van vernietiging en van herroeping op de voet van het bepaalde in deze afdeling open.

### Article 1064

A final or a partial final arbitral award is not subject to any remedy except setting aside and revocation under the provisions in this Section 5.


Case 1:23-cv-00879-CCE-JEP Document 33-1 Filed 03/15/24 Page 45 of 59

## Artikel 1064a

**1.** De vordering tot vernietiging wordt ingesteld bij het gerechtshof van het ressort waarin de plaats van arbitrage is gelegen. Indien de plaats van arbitrage is gelegen in het ressort Amsterdam en partijen dit uitdrukkelijk zijn overeengekomen, kan de vordering tot vernietiging worden ingesteld bij de internationale handelskamer van het gerechtshof Amsterdam («Netherlands Commercial Court of Appeal»). Artikel 30r is van overeenkomstige toepassing.

**2.** De bevoegdheid tot het instellen van de vordering tot vernietiging vervalt drie maanden na de dag van verzending van het vonnis. Indien de partijen zijn overeengekomen gebruik te maken van het in artikel 1058, eerste lid, onderdeel b, bepaalde, vervalt deze bevoegdheid drie maanden na de dag van nederlegging van het vonnis. Wordt echter het vonnis, voorzien van een verlof tot tenuitvoerlegging, aan de wederpartij betekend, dan kan die partij, ongeacht het verstreken zijn van de termijn van drie maanden genoemd in de vorige zin, alsnog binnen drie maanden na deze betekening de vordering tot vernietiging instellen.

**3.** Tegen een arbitraal tussenvonnis kan de vordering tot vernietiging slechts worden ingesteld tezamen met de vordering tot vernietiging van het geheel of gedeeltelijk eindvonnis.

**4.** Alle gronden tot vernietiging moeten, op straffe van verval van het recht daartoe, in de dagvaarding worden voorgedragen.

## Article 1064a

**1.** The claim to set aside is brought in the court of appeal in the district where the place of arbitration is located. If the place of arbitration is located in the Amsterdam appellate district and the parties have expressly agreed so, a claim for setting aside may be brought before the International Commercial Chamber of the Amsterdam Court of Appeal ("Netherlands Commercial Court of Appeal"). Article 30r applies *mutatis mutandis.*

**2.** The right to bring a claim to set aside an arbitral award lapses three months from the date on which the award was transmitted. If the parties have agreed to file the award in accordance with Article 1058(1)(b), this right lapses three months after the award is filed. If the award is served on the counterparty with permission to enforce, that party may, notwithstanding the expiration of the time limit of three months stated in the previous sentence, bring a claim to set aside within three months after such service.

**3.** The claim to set aside an interim award may only be submitted together with the claim to set aside a final or partial final award.

**4.** The claimant states the grounds for the award to be set aside in the writ of summons. The claimant's right to assert any grounds not stated in the writ of summons is waived.

**5.** Tegen een uitspraak op grond van het eerste lid kan beroep in cassatie worden ingesteld. Partijen kunnen overeenkomen dat geen beroep in cassatie kan worden ingesteld tegen een uitspraak op grond van het eerste lid, tenzij een van hen een natuurlijk persoon is niet handelend in de uitoefening van een beroep of bedrijf.

**5.** Appeal to the Supreme Court may be initiated against a judgment based on Article 1064(1). The parties may agree that no appeal to the Supreme Court may be initiated against a judgment based on Article 1064(1), except where a party is a natural person not pursuing commercial or professional activities.

### Artikel 1065

**1.** Vernietiging kan slechts plaatsvinden op een of meer van de navolgende gronden:

a. een geldige overeenkomst tot arbitrage ontbreekt;

b. het scheidsgerecht is in strijd met de daarvoor geldende regelen samengesteld;

c. het scheidsgerecht heeft zich niet aan zijn opdracht gehouden;

d. het vonnis is niet overeenkomstig het in artikel 1057 bepaalde ondertekend of niet met redenen omkleed;

e. het vonnis, of de wijze waarop dit tot stand kwam, is in strijd met de openbare orde.

**2.** De grond, bedoeld onder *a* van het eerste lid, kan niet tot vernietiging leiden in het geval genoemd in artikel 1052, tweede lid.

**3.** De grond, bedoeld onder *b* van het eerste lid, kan niet tot vernietiging leiden in de gevallen genoemd in de artikelen 1028, tweede lid, en 1052, derde lid.

**4.** De grond, bedoeld onder c van het eerste lid, kan niet tot vernietiging leiden indien het niet houden aan de opdracht niet van ernstige aard is. Evenmin kan de grond, bedoeld onder c van het eerste lid, tot vernietiging leiden indien de partij die deze aanvoert heeft nagelaten ter zake bezwaar te maken overeenkomstig artikel 1048a.

### Article 1065

**1.** An award may only be set aside on one or more of the following grounds:

a. a valid arbitration agreement does not exist;

b. the arbitral tribunal was composed in violation of the applicable rules;

c. the arbitral tribunal did not comply with its mandate;

d. the award did not state the reasons for the award, or was not signed in accordance with the provisions of Article 1057;

e. the award, or the manner in which it was made, violates public policy.

**2.** The ground referred to in Article 1065(1)(a) does not constitute a ground for setting aside in the event referred to in Article 1052(2).

**3.** The ground referred to in Article 1065(1)(b) does not constitute a ground for setting aside in the event referred to in Articles 1028(2) and 1052(3).

**4.** The ground referred to in Article 1065(1)(c) does not constitute a ground for setting aside if the departure from the mandate is not of a serious nature. The ground referred to in Article 1065(1)(c) also does not constitute a ground for setting aside if the party asserting this ground failed to object on this point in accordance with Article 1048a.


Case 1:23-cv-00879-CCE-JEP Document 33-1 Filed 03/15/24 Page 47 of 59

**5.** Betreft een grond voor vernietiging slechts een deel van het arbitraal vonnis, dan wordt het niet vernietigd voor het resterende deel, voorzover dit, gelet op de inhoud en strekking van het vonnis, niet in onverbrekelijk verband met het te vernietigen deel staat.

**5.** If a ground for setting aside concerns only a part of the arbitral award, the award is not set aside in respect of the remaining part to the extent this, taking the substance and purport of the award into account, is not inseparably connected with the part to be set aside.

**6.** Indien en voorzover het scheidsgerecht heeft nagelaten, uitspraak te doen omtrent een of meer van de vorderingen of tegenvorderingen welke aan zijn oordeel waren onderworpen, kan de vordering tot vernietiging op de grond, bedoeld in het eerste lid, onder *c*, slechts worden ingesteld indien een aanvullend vonnis, bedoeld in artikel 1061, eerste lid, is gewezen dan wel een verzoek tot aanvulling, bedoeld in artikel 1061, eerste lid, geheel of ten dele is afgewezen.

**6.** If and to the extent the arbitral tribunal has not decided on one or more claims or counterclaims presented to it, the claim for setting aside on the ground referred to in Article 1065(1)(c) is admissible only if an additional award as referred to in Article 1061(1) has been made, or the request for an additional award as referred to in Article 1061(1) has wholly or partially been denied.

**7.** In afwijking van het bepaalde in artikel 1064a, tweede lid, vervalt de termijn voor het instellen van de in het vorige lid bedoelde vordering tot vernietiging drie maanden na de dag van verzending van het aanvullend vonnis dan wel van de mededeling der afwijzing, bedoeld in artikel 1061, vijfde lid. Indien de partijen zijn overeengekomen gebruik te maken van het in artikel 1058, eerste lid, onderdeel b, bepaalde, vervalt de termijn voor het instellen van de in het vorige lid bedoelde vordering tot vernietiging drie maanden na de dag van nederlegging van het aanvullend vonnis dan wel van de mededeling der afwijzing, bedoeld in artikel 1061, vijfde lid. Het in de eerste en tweede zin bepaalde is van overeenkomstige toepassing op de verbetering van het vonnis, bedoeld in artikel 1060.

**7.** In derogation from the provisions of Article 1064a(2), the time limit to submit a claim to set aside as referred to in Article 1065(6) expires three months after the date on which the additional award or the notice of denial as referred to in Article 1061(5) was transmitted. If the parties have agreed to apply the provision in Article 1058(1)(b), the time limit to submit a claim to set aside as referred to in the preceding paragraph lapses three months after the date on which the additional award or of the notice of denial as referred to in Article 1061(5) is transmitted. The provisions in the first and second sentences apply *mutatis mutandis* to the correction of the award as referred to in Article 1060.

### Artikel 1065a

**1.** Het gerechtshof kan, op verzoek van een partij of uit eigen beweging, de vernietigingsprocedure schorsen voor een door het gerechtshof te bepalen termijn om het scheidsgerecht in staat te stellen de grond tot vernietiging ongedaan te maken door het heropenen van het arbitraal geding dan

### Article 1065a

**1.** The court of appeal may, at the request of a party or on its own initiative, suspend the setting aside proceedings for a period of time to be determined by the court of appeal to allow the arbitral tribunal to remedy the ground for setting aside by reopening the arbitral proceedings or by taking such other

wel door het nemen van een andere maatregel als het scheidsgerecht geraden acht. Tegen een beslissing van het gerechtshof staat geen hogere voorziening open.

measures as the arbitral tribunal may consider appropriate. A judgment of the court of appeal is not subject to any higher remedy.

**2.** Voordat het scheidsgerecht beslist, stelt het de partijen in de gelegenheid te worden gehoord.

**2.** Before the arbitral tribunal makes a decision, it allows the parties to be heard.

**3.** Indien het scheidsgerecht van oordeel is dat de grond tot vernietiging ongedaan kan worden gemaakt, wijst het een dienovereenkomstig arbitraal vonnis dat in plaats komt van het vonnis waarvan vernietiging is gevorderd.

**3.** If the arbitral tribunal determines that the ground for setting aside may be remedied, it makes an award accordingly, and this award will replace the award that was subject to the claim to set aside.

**4.** Na de schorsing van de vernietigingsprocedure, beslist het gerechtshof overeenkomstig hetgeen het, de omstandigheden in aanmerking genomen, passend acht.

**4.** After the suspension of the proceedings, the court of appeal disposes of the matter as it considers appropriate in the circumstances.

### Artikel 1066

**1.** De vordering tot vernietiging schorst de tenuitvoerlegging van het vonnis niet.

**2.** De rechter die omtrent de vernietiging oordeelt, kan echter, indien daartoe gronden zijn, op verzoek van de meest gerede partij, de tenuitvoerlegging schorsen totdat over de vordering tot vernietiging onherroepelijk is beslist.

**3.** Het verzoek tot schorsing wordt door de griffier van het gerechtshof ten spoedigste aan de wederpartij in afschrift toegezonden.

**4.** De rechter beslist niet op het verzoek dan nadat de wederpartij in de gelegenheid is gesteld, zich daarover uit te laten.

**5.** Bij toewijzing van het verzoek kan de rechter bepalen dat door de verzoeker zekerheid wordt gesteld. Bij afwijzing van het verzoek kan de rechter bepalen dat de wederpartij zekerheid stelt.

**6.** Ingeval van schorsing van de tenuitvoerlegging kan de meest gerede partij de rechter verzoeken, de schorsing op te heffen. Het derde tot en met vijfde lid zijn van overeenkomstige toepassing.

### Article 1066

**1.** A claim for setting aside does not suspend the enforcement of the award.

**2.** The court that rules on a claim to set aside may, upon the application of any party, if there are grounds to do so, suspend enforcement until a decision on the claim to set aside is no longer subject to ordinary remedies.

**3.** A copy of the application for a suspension of enforcement is communicated by the clerk of the court of appeal to the counterparty as soon as possible.

**4.** The court may not rule on the request for suspension of enforcement until the counterparty has been given an opportunity to express its views.

**5.** When granting the application, the court may order the applicant to provide security. When denying the application, the court may order the counterparty to provide security.

**6.** If enforcement is suspended, any party may make an application to the court to lift the suspension. The provisions of Articles 1066(3) to (5) inclusive apply *mutatis mutandis*.

## Artikel 1067

Zodra het arrest waarbij een arbitraal vonnis is vernietigd onherroepelijk is geworden, herleeft de bevoegdheid van de gewone rechter, indien en voorzover het arbitraal vonnis is vernietigd op grond van het ontbreken van een geldige overeenkomst tot arbitrage. Indien en voorzover het arbitraal vonnis wordt vernietigd op een andere grond, blijft de overeenkomst tot arbitrage van kracht, tenzij de partijen anders zijn overeengekomen.

## Article 1067

The ordinary court has jurisdiction as soon as a judgment setting aside an arbitral award is no longer subject to ordinary remedies, if and to the extent the arbitral award has been set aside on the ground that a valid arbitration agreement does not exist. If and to the extent the arbitral award is set aside on any other ground, the arbitration agreement will remain in force, except where the parties have agreed otherwise.

## Artikel 1068

**1.** Herroeping kan slechts plaats vinden op een of meer van de navolgende gronden:

a. het vonnis berust geheel of ten dele op na de uitspraak ontdekt bedrog, door of met medeweten van de wederpartij in de arbitrale procedure gepleegd;

b. het vonnis berust geheel of ten dele op bescheiden die na de uitspraak blijken vals te zijn;

c. een partij heeft na de uitspraak bescheiden die op de beslissing van het scheidsgerecht van invloed zouden zijn geweest en door toedoen van de wederpartij zijn achtergehouden, in handen gekregen.

**2.** De vordering tot herroeping wordt binnen drie maanden nadat het bedrog of de valsheid in geschrifte bekend is geworden of een partij de nieuwe bescheiden in handen heeft gekregen, aangebracht voor het gerechtshof van het ressort waarin de plaats van arbitrage is gelegen. Artikel 1066 is van overeenkomstige toepassing.

**3.** Indien de rechter de voor herroeping aangevoerde grond of gronden juist bevindt, vernietigt hij het vonnis geheel of gedeeltelijk. De artikelen 1065a en 1067 zijn van overeenkomstige toepassing.

## Article 1068

**1.** The arbitral award may only be revoked on one or more of the following grounds:

a. the arbitral award is wholly or partially based on fraud discovered after the award was made and committed during the arbitral proceedings by or with the knowledge of the counterparty;

b. the award is wholly or partially based on documents which, after the award was made, are discovered to have been falsified;

c. after the award was made, a party obtained documents which would have had an influence on the decision of the arbitral tribunal and which were withheld at the counterparty's behest.

**2.** A claim for revocation is brought before the court of appeal in whose judicial district the place of arbitration is located, within three months after the fraud or falsification of documents has become known or the party has obtained the new documents. The provisions of Article 1066 apply *mutatis mutandis*.

**3.** If the court determines the ground or grounds for revocation presented to have merit, it will set aside the award wholly or partially. Articles 1065a and 1067 apply *mutatis mutandis*.

## ZESDE AFDELING – HET ARBITRAAL VONNIS, HOUDENDE EEN VERGELIJK TUSSEN DE PARTIJEN

### ARTIKEL 1069

**1.** Indien de partijen gedurende een arbitraal geding tot een vergelijk komen, kan op gezamenlijk verzoek het scheidsgerecht de inhoud daarvan in een arbitraal vonnis vastleggen. Het scheidsgerecht kan het verzoek zonder opgave van redenen weigeren.

**2.** Het arbitraal vonnis, houdende een vergelijk tussen de partijen, geldt als een arbitraal vonnis waarop de bepalingen van de derde tot en met de vijfde afdeling van deze Titel van toepassing zijn, met dien verstande dat:

a. het vonnis slechts kan worden vernietigd op de grond dat het in strijd is met de openbare orde; en

b. het vonnis, in afwijking van het bepaalde in artikel 1057, niet de gronden waarop het berust, behoeft te bevatten.

## SECTION 6 – THE ARBITRAL AWARD RECORDING A SETTLEMENT

### ARTICLE 1069

**1.** If the parties reach a settlement during the arbitral proceedings, the arbitral tribunal may, at the parties' joint request, record the substance of the settlement in an arbitral award. The arbitral tribunal may deny this request without giving reasons.

**2.** An arbitral award based on the parties' settlement will be regarded as an arbitral award to which the provisions of this Title 1, Sections 3 to 5 inclusive apply, but:

a. the award may be set aside only on the ground that it is contrary to public policy; and

b. in derogation from the provisions of Article 1057, the award need not state the grounds on which it is based.

## ZEVENDE AFDELING – SLOTBEPALINGEN

### ARTIKEL 1070

Tegen beschikkingen van de voorzieningenrechter van de rechtbank, als bedoeld in de eerste tot en met de derde afdeling van deze Titel, staat geen voorziening open.

### ARTIKEL 1071

In de gevallen bedoeld in de artikelen 1026, tweede en vierde lid, 1027, derde lid, 1028, eerste lid, 1029, tweede, vierde en vijfde lid, 1041a, eerste lid, 1044, eerste lid en 1062, eerste lid, behoeven het verzoekschrift en, voorzover van toepassing, het verweerschrift niet door een advocaat te worden ingediend.

## SECTION 7 – FINAL PROVISIONS

### ARTICLE 1070

Judgments of the court in summary proceedings of the district court as referred to in this Title 1, Sections 1 to 3 inclusive are not subject to any remedy.

### ARTICLE 1071

In the events referred to in Articles1026(2) and (4), 1027(3), 1028(1), 1029(2), (4) and (5), 1041a(1), 1044(1) and 1062(1), the application and, to the extent applicable, the defence need not be submitted by a lawyer.

## Artikel 1072

De partijen kunnen bij overeenkomst de voorzieningenrechter van een bepaalde rechtbank als bevoegde voorzieningenrechter aanwijzen voor zaken als bedoeld in de artikelen 1026, tweede en vierde lid, 1027, derde lid, 1028, eerste lid, 1029, tweede, vierde en vijfde lid, 1035, tweede lid, en 1041a, eerste lid.

## Article 1072

The parties may designate by agreement the court in summary proceedings of a specific district court as the court in summary proceedings having jurisdiction for the matters as referred to in Articles 1026(2) and (4), 1027(3), 1028(1), 1029(2), (4) and (5), 1035(2), and 1041a(1).

## Artikel 1072a

Voorzover in deze titel niet anders is bepaald, zijn de artikelen 261 tot en met 291 van toepassing op zaken welke ingevolge het bij deze titel bepaalde met een verzoek worden ingediend.

## Article 1072a

To the extent not otherwise provided in this Title 1, Articles 261 to 291 inclusive apply *mutatis mutandis* to cases that are initiated by application in accordance with the provisions of this Title 1.

## Artikel 1072b

**1.** Indien de geadresseerde kenbaar heeft gemaakt dat hij daarvoor langs deze weg bereikbaar is en het scheidsgerecht daarmee instemt, kan, voorzover in enige bepaling van deze titel voor een overeenkomst, processtuk, mededeling, verzoek of handeling de schriftelijke vorm wordt vereist, dit ook op elektronische wijze geschieden, behalve voorzover het een handeling betreft die geschiedt in een gerechtelijke procedure, tenzij dit wordt toegestaan in laatstgenoemde procedure. De bereikbaarheid langs deze weg geldt voor de duur van het arbitraal geding, tenzij de geadresseerde meedeelt dat hij haar wijzigt of, voor zover partijen deze mogelijkheid zijn overeengekomen, intrekt.

**2.** Onder bescheiden als bedoeld in deze titel worden mede verstaan op een gegevensdrager aangebrachte gegevens, alsmede langs elektronische weg ingediende gegevens.

## Article 1072b

**1.** If any provision of this Title 1 requires an agreement, a document of process, a communication, a request or an act to be in writing, these written documents may be transmitted electronically where the addressee has communicated that it may be reached electronically for these purposes and the arbitral tribunal has agreed, except to the extent the act is in a court action, unless this is allowed in the court action. The availability by such means will be valid for the duration of the arbitral proceedings, except where the addressee gives notice amending its availability or, to the extent the parties have so agreed, withdraws its availability.

**2.** Documents as referred to in this Title 1 also include data on a data carrier as well as data presented by electronic means.

**3.** Het vonnis als bedoeld in artikel 1057, tweede lid, kan ook in elektronische vorm worden opgemaakt door het te voorzien van een gekwalificeerde handtekening als bedoeld in artikel 3, onderdeel 12, van verordening (EU) nr. 910/2014 van het Europees Parlement en de Raad van 23 juli 2014 betreffende elektronische identificatie en vertrouwensdiensten voor elektronische transacties in de interne markt en tot intrekking van richtlijn 1999/93/EG (PbEU 2014, L 257).

**4.** In plaats van een persoonlijke verschijning van een getuige, een deskundige of een partij, kan het scheidsgerecht bepalen dat de desbetreffende persoon door middel van elektronische middelen rechtstreeks in contact staat met het scheidsgerecht en, voorzover van toepassing, met anderen. Het scheidsgerecht bepaalt, in overleg met de betrokkenen, welke elektronische middelen daartoe worden gebruikt en op welke wijze dit geschiedt.

**5.** Een mededeling of handeling die langs elektronische weg geschiedt of een processtuk dat langs elektronische weg wordt ingediend, wordt geacht te zijn verzonden op het tijdstip waarop het bericht een systeem voor gegevensverwerking heeft bereikt waarvoor de verzender geen verantwoordelijkheid draagt.

### Artikel 1072c

**1.** Het overlijden van een partij doet de overeenkomst tot arbitrage noch de opdracht van het scheidsgerecht eindigen, tenzij de partijen anders zijn overeengekomen.

**2.** Het scheidsgerecht schorst het geding voor een door hem te bepalen termijn. Het scheidsgerecht kan, op verzoek van de rechtsopvolgers van een overleden partij, deze termijn verlengen. Het scheidsgerecht stelt de wederpartij in de gelegenheid, op het verzoek te worden gehoord.

**3.** The arbitral award as referred to in Article 1057(2) may also be made in electronic form by providing it with a qualified electronic signature as referred to in Article 3(12) of the EU Regulation No 910/2014 of the European Parliament and of the Council of 23 July 2014 on electronic identification and trust services for electronic transactions in the internal market and repealing Directive 1999/93/EU (OJ EU 2014, L 257).

**4.** Instead of a witness, an expert or a party appearing in person, the arbitral tribunal may determine that the relevant person may have direct contact by electronic means with the arbitral tribunal and, to the extent applicable, with others. The arbitral tribunal will determine, in consultation with all parties, which electronic means of communication will be used to this end and in what manner this will occur.

**5.** A communication or act that occurs by electronic means or a document of process which is submitted by electronic means is treated as transmitted at the time at which the message has reached a data processing system for which the transmitting party is not responsible.

### Article 1072c

**1.** The death of a party terminates neither the arbitration agreement nor the mandate of the arbitral tribunal, except where the parties have agreed otherwise.

**2.** The arbitral tribunal will suspend the proceedings for a period of time that it determines. The arbitral tribunal may, at the request of the legal successors of a deceased party, extend this period. The arbitral tribunal allows the counterparty, at its request, to be heard.


Case 1:23-cv-00879-CCE-JEP Document 33-1 Filed 03/15/24 Page 53 of 59

**3.** Na de schorsing wordt het geding voortgezet in de stand waarin het zich bevindt, tenzij de partijen anders zijn overeengekomen.

**4.** Indien de partij die gronden heeft de vernietiging of herroeping van een arbitraal vonnis te vorderen binnen de termijnen genoemd in artikel 1064a, tweede lid, en artikel 1065, zevende lid, respectievelijk artikel 1068, tweede lid, overlijdt, is artikel 341 van overeenkomstige toepassing.

**3.** After a suspension of the proceedings, the proceedings move forward as from their current status, except where the parties have agreed otherwise.

**4.** If the party which has grounds to submit a claim for setting aside or revocation of an arbitral award dies within the time limits referred to in Article 1064a(2), Article 1065(7) or Article 1068(2), Article 341 applies *mutatis mutandis*.

### Artikel 1073

**1.** Het in deze Titel bepaalde is van toepassing indien de plaats van arbitrage in Nederland is gelegen.

**2.** Ingeval de partijen de plaats van arbitrage niet hebben bepaald, kan de benoeming of de wraking van de arbiter of arbiters of de aan het scheidsgerecht toegevoegde secretaris met toepassing van de voorzieningen in de eerste afdeling B van deze Titel reeds plaatsvinden, indien ten minste een der partijen in Nederland woont dan wel feitelijk verblijf houdt.

### Article 1073

**1.** The provisions of this Title 1 apply if the place of arbitration is located in the Netherlands.

**2.** If the parties have not determined the place of arbitration, the appointment or the request for removal of the arbitrator or arbitrators or the secretary engaged by an arbitral tribunal is in accordance with the provisions of this Title 1, Section 1B if at least one of the parties is domiciled or has its actual residence in the Netherlands.

## TWEEDE TITEL – ARBITRAGE BUITEN NEDERLAND

### Artikel 1074

De rechter in Nederland bij wie een geschil aanhangig is gemaakt waarover een overeenkomst tot arbitrage is gesloten en waaruit voortvloeit dat arbitrage buiten Nederland moet plaatsvinden, verklaart zich onbevoegd, indien een partij zich voor alle weren op het bestaan van deze overeenkomst beroept, tenzij de overeenkomst ongeldig is onder het op die overeenkomst toepasselijke recht.

### Artikel 1074a

De overeenkomst waaruit voortvloeit dat arbitrage buiten Nederland moet plaatsvinden, belet niet dat een partij de Nederlandse rechter verzoekt om een maatregel tot bewaring van recht of zich wendt tot de voorzieningenrechter van de rechtbank of de kantonrechter in kort geding overeenkomstig artikel 254.

### Artikel 1074b

Een overeenkomst tot arbitrage waaruit voortvloeit dat arbitrage buiten Nederland moet plaatsvinden, belet niet dat een partij de Nederlandse rechter verzoekt een voorlopig getuigenverhoor, een voorlopig deskundigenbericht of een voorlopige plaatsopneming en bezichtiging in Nederland te bevelen.

### Artikel 1074c

Een overeenkomst tot arbitrage waaruit voortvloeit dat arbitrage buiten Nederland moet plaatsvinden, belet niet dat een partij de gewone rechter verzoekt een rechter-commissaris te benoemen indien een getuige die in Nederland woont of feitelijk verblijf houdt, niet vrijwillig verschijnt. In dat geval zijn de bepalingen van artikel 1041a, eerste tot en met derde lid, van overeenkomstige toepassing.

## TITLE 2 – ARBITRATION OUTSIDE THE NETHERLANDS

### Article 1074

A court in the Netherlands where a dispute is pending in respect of which an arbitration agreement has been concluded, which agreement requires arbitration in a jurisdiction outside the Netherlands, must decline jurisdiction if a party invokes the existence of an arbitration agreement prior to all defences, except where the agreement is invalid under the law applicable to that agreement.

### Article 1074a

An arbitration agreement requiring arbitration in a jurisdiction other than the Netherlands does not preclude a party from applying to a court in the Netherlands to grant interim protective measures, or from bringing an action in the court in summary proceedings of the district court or the subdistrict court in summary proceedings in accordance with the provisions of Article 254.

### Article 1074b

An arbitration agreement requiring arbitration outside the Netherlands does not preclude a party from applying to a court in the Netherlands to order a preparatory evidentiary hearing, preparatory experts' report, or preparatory inspection of a site or of objects in the Netherlands.

### Article 1074c

An arbitration agreement requiring arbitration outside the Netherlands does not preclude a party from applying to an ordinary court to appoint a delegated judge if a witness that is domiciled or has its actual residence in the Netherlands does not voluntarily appear. In that event the provisions of Articles 1041a(1) to (3) inclusive apply *mutatis mutandis*.


Case 1:23-cv-00879-CCE-JEP Document 33-1 Filed 03/15/24 Page 55 of 59

## Artikel 1074d

Indien in de gevallen, genoemd in de artikelen 1074a tot en met 1074c, een partij zich voor alle weren beroept op het bestaan van een overeenkomst tot arbitrage, verklaart de rechter zich uitsluitend bevoegd, indien de gevraagde beslissing niet of niet tijdig in arbitrage kan worden gekregen.

## Article 1074d

If, in the events mentioned in Articles 1047a to 1074c inclusive, a party invokes the existence of an arbitration agreement prior to all defences, the court may only accept jurisdiction if the decision requested cannot, or cannot in a timely manner, be obtained in arbitration.

## Artikel 1075

**1.** Een in een vreemde Staat gewezen arbitraal vonnis waarop een erkennings- en tenuitvoerleggingsverdrag van toepassing is, kan, op verzoek van een der partijen, in Nederland worden erkend en ten uitvoer gelegd.

**2.** De artikelen 985 tot en met 991 zijn van overeenkomstige toepassing voor zover het verdrag geen afwijkende voorzieningen inhoudt en met dien verstande dat het gerechtshof in de plaats treedt van de rechtbank en de termijn voor beroep in cassatie drie maanden bedraagt.

**3.** De artikelen 261 tot en met 291 zijn van toepassing op het verzoek voorzover niet anders is bepaald in het tweede lid van dit artikel.

## Article 1075

**1.** An arbitral award made in a foreign State to which a treaty concerning recognition and enforcement is applicable may, upon an application by any of the parties, be recognised and enforced in the Netherlands.

**2.** Articles 985 to 991 inclusive apply *mutatis mutandis* to the extent the treaty does not contain provisions that depart from Articles 985 to 991 inclusive and provided that the court of appeal is substituted for the district court and the time limit for appeal to the Supreme Court is three months.

**3.** Articles 261 to 291 inclusive apply *mutatis mutandis* to the application if and to the extent not otherwise provided in Article 1075(2).

## Artikel 1076

**1.** Is geen erkennings- en tenuitvoerleggingsverdrag van toepassing of laat een toepasselijk verdrag toe, zich te beroepen op de wet van het land waar de erkenning of tenuitvoerlegging wordt verzocht, dan kan een in een vreemde Staat gewezen arbitraal vonnis in Nederland worden erkend en kan daarvan in Nederland de tenuitvoerlegging door een van de partijen worden verzocht, tegen overlegging van het origineel of een gewaarmerkt afschrift, van de overeenkomst tot arbitrage en van het arbitraal vonnis, tenzij:

A. de partij tegen wie de erkenning of tenuitvoerlegging wordt verzocht, stelt en bewijst dat:

## Article 1076

**1.** If no treaty concerning recognition and enforcement is applicable, or if an applicable treaty allows a party to rely on the law of the country in which recognition and enforcement is sought, an arbitral award made in a foreign State may be recognised in the Netherlands and its enforcement may be applied for in the Netherlands by any of the parties upon submission of the original or a certified copy of the arbitration agreement and arbitral award, except where:

A. the party against whom application is made for recognition or enforcement, asserts and proves that:

a. een geldige overeenkomst tot arbitrage ontbreekt onder het op die overeenkomst toepasselijke recht;

b. het scheidsgerecht in strijd met de daarvoor geldende regelen is samengesteld;

c. het scheidsgerecht zich niet aan zijn opdracht heeft gehouden;

d. tegen het arbitraal vonnis hoger beroep bij arbiters of de rechter openstaat in het land waar het arbitraal vonnis is gewezen;

e. het arbitraal vonnis is vernietigd door een bevoegde autoriteit van het land waar dat vonnis is gewezen;

B. de rechter oordeelt dat de erkenning of tenuitvoerlegging strijdig is met de openbare orde.

**2.** De grond onder A*a* van het eerste lid leidt niet tot weigering van erkenning of tenuitvoerlegging, indien de partij die zich daarop beroept, in het arbitraal geding is verschenen en heeft nagelaten voor alle weren een beroep te doen op de onbevoegdheid van het scheidsgerecht op grond dat een geldige overeenkomst tot arbitrage ontbreekt.

**3.** De grond onder A*b* van het eerste lid leidt niet tot weigering van erkenning of tenuitvoerlegging, indien de partij die zich daarop beroept, aan de samenstelling van het scheidsgerecht heeft medegewerkt of indien de partij die niet aan de samenstelling van het scheidsgerecht heeft medegewerkt, in het arbitraal geding is verschenen en heeft nagelaten voor alle weren een beroep te doen op de onbevoegdheid van het scheidsgerecht op de grond dat het scheidsgerecht in strijd met de daarvoor geldende regelen is samengesteld.

a. no valid arbitration agreement under the law applicable to the agreement exists;

b. the arbitral tribunal was composed in violation of the applicable rules;

c. the arbitral tribunal did not comply with its mandate;

d. the arbitral award is subject to arbitral appeal or appeal in the courts in the country in which the award was made;

e. the arbitral award was set aside by a competent authority of the country in which that award was made;

B. the court determines that recognition or enforcement would be contrary to public policy.

**2.** The ground mentioned in Article 1076(l)(A)(a) does not constitute a ground for denial of recognition or enforcement if the party relying on this ground entered an appearance in the arbitral proceedings and, prior to all defences, did not contest the jurisdiction of the arbitral tribunal on the ground that a valid arbitration agreement does not exist.

**3.** The ground mentioned in Article 1076(l)(A)(b) does not constitute a ground for denial of recognition or enforcement if the party relying on this ground cooperated in the composition of the arbitral tribunal, or if it did not cooperate in the composition of the arbitral tribunal, entered an appearance in the arbitral action and did not, prior to all defences, contest the jurisdiction of the arbitral tribunal on the ground that the arbitral tribunal was composed in violation of the applicable rules.

**4.** De grond onder A sub c van het eerste lid leidt niet tot weigering van de erkenning of tenuitvoerlegging, indien het niet houden aan de opdracht niet van ernstige aard is. Evenmin kan de grond onder A sub c van het eerste lid leiden tot weigering van de erkenning of tenuitvoerlegging, indien de partij die deze aanvoert aan het geding heeft deelgenomen zonder daarop tijdig een beroep te doen, hoewel haar bekend was dat het scheidsgerecht zich niet aan zijn opdracht hield.

**4.** The ground mentioned in Article 1076(1)(A)(c) does not constitute a ground for denial of recognition or enforcement if the departure from the mandate is not of a serious nature. Nor does the ground in Article 1076(1)(A)(c) constitute a basis for denial of recognition or enforcement if the party relying on this ground participated in the arbitral action without timely raising this ground, although it knew that the arbitral tribunal did not comply with its mandate.

**5.** Is meer of anders toegewezen dan gevorderd, dan is het arbitraal vonnis voor gedeeltelijke erkenning of tenuitvoerlegging vatbaar voorzover het anders of meer toegewezene kan worden gescheiden van het overige gedeelte van het vonnis.

**5.** If the arbitral award granted more than or something different from what was claimed, the arbitral award may be partially recognised or enforced to the extent the part of the award which is more than or different from what was claimed may be separated from the remaining part of the award.

**6.** De artikelen 985 tot en met 991 zijn van overeenkomstige toepassing, met dien verstande dat het gerechtshof in de plaats treedt van de rechtbank, de termijn voor beroep in cassatie drie maanden bedraagt en geen bescheiden behoeven te worden overgelegd waaruit blijkt dat het arbitraal vonnis uitvoerbaar is in het land waar het is gewezen.

**6.** The provisions of Articles 985 to 991 inclusive apply *mutatis mutandis*, provided that the court of appeal is substituted for the district court, the time limit for appeal to the Supreme Court is three months, and no documents need to be submitted evidencing the enforceability of the arbitral award in the country in which the award was made.

**7.** De artikelen 261 tot en met 291 zijn van toepassing op het verzoek voorzover niet anders is bepaald in het zesde lid van dit artikel.

**7.** Articles 261 to 291 inclusive apply *mutatis mutandis* to the application to the extent not otherwise provided in Article 1076(6).

**8.** Indien de vernietiging van een in een vreemde Staat gewezen arbitraal vonnis is verzocht aan de bevoegde autoriteit van het land waar dat vonnis is gewezen, is, indien in Nederland de erkenning of tenuitvoerlegging wordt verzocht, artikel 1066, tweede tot en met het zesde lid, van overeenkomstige toepassing.

**8.** If an application for setting aside an arbitral award made in a foreign State is made to a competent authority of the country in which the award was made, the provisions of Article 1066(2) to (6) inclusive apply *mutatis mutandis* if an application is made for recognition or enforcement in the Netherlands.

## Artikel 1077. Algemene slotbepaling

**1.** De Algemene termijnenwet is niet van toepassing op de termijn gesteld in de artikelen 443, eerste lid, eerste zin, en 479g, tweede lid.

**2.** Voor de toepassing van de Algemene termijnenwet worden de termijnen, gesteld in de artikelen 114 tot en met 116, als termijnen in de zin van artikel 1, tweede lid, van die wet aangemerkt.

**3.** Onder algemeen erkende feestdagen worden in dit wetboek verstaan de in artikel 3 van de Algemene termijnenwet als zodanig genoemde en de bij of krachtens dat artikel daarmede gelijkgestelde dagen.

## Article 1077. General final provision

**1.** The General Extension of Time Limits Act (*Algemene termijnenwet*) does not apply to the time limits set in the first sentence of Article 443(1) and in Article 479g(2).

**2.** In the application of the General Extension of Time Limits Act (*Algemene termijnenwet*), the time limits set in Articles 114 to 116 inclusive are treated as time limits referred to in Article 1(2) of that Act.

**3.** For purposes of this Code, generally recognised public holidays mean the days referred to as such in Article 3 of the General Extension of Time Limits Act (*Algemene termijnenwet*) and the days treated as such by or pursuant to that Article.


Case 1:23-cv-00879-CCE-JEP Document 33-1 Filed 03/15/24 Page 59 of 59