IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzkering "CONSERVATRIX" N.V.; | § | Civil Action No. 1:23-CV-00879-JEP |
| Petitioners, | § | |
| v. | § | |
| GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC; | § | |
| Respondents. | § | |

**RESPONDENT GREG EVAN LINDBERG'S NOTICE OF JOINING IN NETHERLANDS INSURANCE HOLDINGS, INC. AND NIH CAPITAL, LLC'S MOTION TO DISMISS AMENDED PETITION TO CONFIRM ARBITRATION AWARD**

Respondent Greg Evan Lindberg ("Lindberg"), by and through its undersigned counsel, hereby files this Notice of Joining in Respondents Netherlands Insurance Holdings, Inc. ("Netherland Insurance") and NIH Capital, LLC's ("NIH") (collectively "NIH Respondents") Motion to Dismiss Amended Petition to Confirm Arbitration Award ("Motion to Dismiss") filed by Willem Jan M. Van Andel, LLM and Eleonora L. Zetteler, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche

Algemeene Maatschappij van Levensverzkering "Conservatrix" N.V. ("Conservatrix") (collectively, "Petitioners"), and states as follows:

Lindberg hereby joins in all respects NIH Respondents in their Motion to Dismiss, filed on February 16, 2024. [Doc. No. 27]. Lindberg further joins the NIH Respondents in their Reply in Support of their Motion to Dismiss Amended Petition to Confirm Arbitration Award ("Reply"), filed on March 29, 2024. [Doc. 35]. Lindberg further joins NIH Respondents in all other papers submitted, or to be submitted, in support thereof.

WHEREFORE, Lindberg hereby requests the Court grant all relief requested by the NIH Respondents in their Motion to Dismiss, and grant Lindberg any other and further relief as may be just and necessary under the circumstances.

Dated: APRIL 10, 2024

**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**

*/s/ Brian A. Kilpatrick*
Aaron Z. Tobin
Texas Bar No. 24028045
NC Bar No. 50019
atobin@condontobin.com
Brian A. Kilpatrick
(*Special Appearance Counsel*)
Texas Bar No. 00784392
bkilpatrick@condontobin.com
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: 214.265.3800
Facsimile: 214.691.6311

*Attorneys for Respondents Netherlands Insurance Holdings, Inc. NIH Capital, LLC, and Greg Evan Lindberg*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2024, I electronically filed the foregoing document with the Clerk of the Court through the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Brian A. Kilpatrick*
Brian A. Kilpatrick