IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzkering "CONSERVATRIX" N.V.; | § | Civil Action No. 1:23-CV-00879-JEP |
| Petitioners, | § | |
| v. | § | |
| GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC; | § | |
| Respondents. | § | |

**NIH RESPONDENTS' NOTICE OF RECORD SUPPLEMENTATION IN SUPPORT OF ITS MOTION TO DISMISS**

Respondents Netherlands Insurance Holdings, Inc. ("Netherland Insurance") and NIH Capital, LLC ("NIH") (collectively "NIH Respondents") submit this Notice of Record Supplementation in Support of its Motion to Dismiss pursuant to this Court's Text Order dated April 15, 2024.

Per the Court's request, attached hereto as Exhibit 1 is a true and correct copy of the 2015 Netherlands Arbitration Institute Arbitration Rules as cited by NIH Respondents in their Motion to Dismiss [ECF 28, pp. 6-8].

Dated: April 18, 2024

**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**

*/s/ Brian A. Kilpatrick*
Aaron Z. Tobin
Texas Bar No. 24028045
NC Bar No. 50019
atobin@condontobin.com
Brian A. Kilpatrick
(*Special Appearance Counsel*)
Texas Bar No. 00784392
bkilpatrick@condontobin.com
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: 214.265.3800
Facsimile: 214.691.6311

*Attorneys for Respondents Netherlands Insurance Holdings, Inc. NIH Capital, LLC, and Greg Evan Lindberg*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2024, I electronically filed the foregoing document with the Clerk of the Court through the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Brian A. Kilpatrick*
Brian A. Kilpatrick