**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.;<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

**<u>AFFIDAVIT OF SERVICE</u>**

Pursuant to New York Civil Practice & Law § 312-A and Federal Rule of Civil Procedure 4, the undersigned, Kate Giduz, counsel for Petitioners Willem Jan M. van Andel, LLM and Eleonora L. Zetteler, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V., says:

Pursuant to New York Civil Practice & Law § 312-A and Federal Rule of Civil Procedure 4:

1. Respondent Trier Holding B.V., c/o Gregory D. Nelson, Director, 408 E 92nd Street, Apt. 23E, New York, NY 10128 was served with copies of the Summons in a Civil Action (DE 26) and Amended Petition (DE 24) on April 27, 2024.

2. The foregoing documents and a statement of service were delivered to Gregory Nelson via First Class Mail on April 8, 2024. *See* **Exhibit A**.

3. Gregory Nelson mailed an executed statement of service to the undersigned on April 26, 2024. *See* **Exhibit B**.

4. The undersigned received the executed statement of service on May 1, 2024.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of May, 2024.

/s/ Kate Elizabeth Giduz
KATE ELIZABETH GIDUZ
N.C. Bar No. 60887
kgiduz@brookspierce.com
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, N.C. 27601
Phone: (919) 882-2546
Fax: (336) 232-9046

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon counsel of record through the Court's Case Management and Electronic Case Filing System.

This the 1st day of May, 2024.

/s/ Kate Elizabeth Giduz
Kate Elizabeth Giduz