IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.;<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

**JOINT PROPOSAL FOR BRIEFING SCHEDULE**

Pursuant to the Court's May 1, 2024 Text Order, Petitioners Willem Jan M. van Andel, LLM and Eleonora L. Zetteler, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V., and Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg state the following:

1. On May 14, 2024, Jeff Oleynik and Kate Giduz, counsel for Petitioners, and Brian Kilpatrick, counsel for Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg, together with Marie Cox, corporate counsel for Global Growth, an affiliate of Respondent entities, discussed the Court's May 1, 2024 Text Order.

2. By way of this filing, the Parties agree that no discovery is necessary, at this time, and that the matter is ripe for dispositive motions.

3. Accordingly, Petitioners notice their intent to file a dispositive motion. The Parties stipulate that this notice is timely.

4. Petitioners submit the following proposed schedule to the Court:

   a. Petitioners will have until and through June 7, 2024 to file a dispositive motion.

   b. Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg will have until and through July 12, 2024 to file a response to Petitioners' dispositive motion and to file a dispositive cross-motion, should they choose to file such response or motion.

   c. If Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg respond to Petitioners' dispositive motion but do *not* file a cross-motion, Petitioners will have until and through July 26, 2024 to reply and respond.

   d. If Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg respond to Petitioners' dispositive motion and file a cross-motion, Petitioners will have until and through August 9, 2024 to reply and respond.

   e. If Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg file a cross-motion and Petitioners choose to respond,

Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg will have until and through August 23, 2024 to reply.

5. Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg submit the following proposed schedule to the Court:

a. Petitioners will have until and through June 30, 2024 to file a dispositive motion.

b. Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg will have until and through August 30, 2024 to file a response to Petitioners' dispositive motion and to file a dispositive cross-motion, should they choose to file such response or motion.

c. If Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg respond to Petitioners' dispositive motion but do *not* file a cross-motion, Petitioners will have until and through September 26, 2024 to reply and respond.

d. If Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg respond to Petitioners' dispositive motion and file a cross-motion, Petitioners will have until and through October 30, 2024 to reply and respond.

e. If Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg file a cross-motion and Petitioners choose to respond,

Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg will have until and through December 23, 2024 to reply.

6. The Parties stipulate that if a dispositive motion(s) does not resolve all the claims for relief in the above-captioned matter, and the Court deems it necessary that Respondents file an answer to Petitioners' Amended Petition [DE 24], Respondents will have 21 days after an order on the dispositive motion(s) to timely answer the Amended Petition.

Respectfully submitted, this the 20th day of May, 2024.


/s/ Jeffrey E. Oleynik
Jeffrey E. Oleynik (NC Bar No. 14416)
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
2000 Renaissance Plaza
230 N. Elm Street
Greensboro, NC 27401
Tel: (336) 271-3182
Fax: (336) 232-9182
joleynik@brookspierce.com

Kate E. Giduz (NC Bar No. 60887)
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, NC 27601
Tel: (919) 882-2546
Fax: (336) 232-9046
kgiduz@brookspierce.com

Sergio F. Oehninger (*pro hac vice*)
Colin S. Harris (*pro hac vice*)

/s/ Brian A. Kilpatrick
Aaron Z. Tobin
Texas Bar No. 24028045
NC Bar No. 50019
atobin@condontobin.com
Brian A. Kilpatrick (*Special Appearance Counsel*)
Texas Bar No. 00784392
bkilpatrick@condontobin.com
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: 214.265.3800
Facsimile: 214.691.6311

*Attorneys for Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg*

MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (213) 739-3001
sergio.oehninger@morganlewis.com
colin.harris@morganlewis.com

Andrew J. Enschedé (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1717 Pennsylvania Avenue, NW, Suite
1025
Washington, DC 20006
Tel: (202) 558-5557
Fax: (202 318-7707
aenschede@potomaclaw.com

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon counsel of record through the Court's Case Management and Electronic Case Filing System.

This the 20th day of May, 2024.

/s/ Kate Elizabeth Giduz
Kate Elizabeth Giduz