IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlansche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V., | ) | |
| Petitioners, | ) | |
| v. | ) | 1:23-CV-879 |
| GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL LLC, | ) | |
| Respondents. | ) | |

**SCHEDULING ORDER**

The Court has reviewed the parties' submission as to an appropriate schedule for resolving the issues in this case. Doc. 40. They agree that no discovery is necessary and that the matter is ripe for dispositive motions. In its discretion, based on the record as a whole and in light of the Court's experience, it is **ORDERED** that:

1. Petitioners **SHALL** file a dispositive motion no later than June 14, 2024.
2. Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg have until and through July 19, 2024, to file a response to Petitioners' dispositive motion and to file a dispositive cross-motion, should they choose to file such response or motion.

3. If Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg respond to Petitioners' dispositive motion but do not file a cross-motion, Petitioners have until and through August 2, 2024, to reply.
4. If Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg respond to Petitioners' dispositive motion and file a crossmotion, Petitioners will have until and through August 16, 2024, to reply and respond. If the issues overlap, the reply brief and response brief may be consolidated into one brief, but such consolidation is not required.
5. If Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg file a cross-motion and Petitioners choose to respond, Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg will have until and through August 30, 2024, to reply.
6. This is a generous schedule and the Court expects timely compliance, not motions to extend time. The parties **SHALL** raise all potentially dispositive issues in the briefing authorized herein; there will not be a second round of dispositive motions. In the unlikely event dispositive motions do not resolve all claims for relief , Respondents **SHALL** answer the petition within 21 days of the order on the dispositive motion(s).

**SO ORDERED**, this the 4th day of June, 2024.

UNITED STATES DISTRICT JUDGE