IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.;<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

**PETITIONERS' MOTION TO CONFIRM ARBITRAL AWARD AND DUTCH JUDGMENT**

Petitioners Willem Jan M. van Andel and Eleonora L. Zetteler, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. ("Petitioners"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.2, move the Court to (1) confirm the arbitral award ("Award"), ECF No. 24-2, and enter judgment thereon and (2) recognize and enforce the Dutch judgment ("Judgment"), ECF Nos. 24-5, 24-6, and enter judgment thereon. In support of this motion, Petitioners show as follows:

1. The undisputed facts show that the Award is not subject to any grounds for non-recognition under the Federal Arbitration Act.

2. The undisputed facts show that the Judgment is a foreign-country judgment, with the meaning of the North Carolina Uniform Foreign-Country Money Judgments Recognition Act.

3. The undisputed facts show that the Judgment was issued by a foreign court and the foreign court had jurisdiction over the matter and parties.

4. In support of this Motion, Petitioners rely on the pleadings, exhibits accompanying the pleadings, and applicable law.

5. Pursuant to Local Rule 7.2, Petitioners are filing a Memorandum of Law contemporaneously herewith.

WHEREFORE, Petitioners respectfully request an order granting their Motion to Confirm Arbitral Award and Dutch Judgment, wherein:

1. It is determined that the Award is confirmed under 9 U.S.C. § 9.

2. The Court enters judgment on the Award under 9 U.S.C. § 13.

3. It is determined that the Judgment is recognized and enforced under N.C. Gen. Stat § 1C-1853 or under principles of comity

4. The Court enters judgment on the Judgment pursuant to N.C. Gen. Stat § 1C-1853 or under principles of comity.

5. Petitioners are entitled to any additional relief the Court deems just and proper.

Respectfully submitted, this the 14th day of June, 2024.

*/s/* Jeffrey E. Oleynik
Jeffrey E. Oleynik (NC Bar No. 14416)
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
2000 Renaissance Plaza
230 N. Elm Street
Greensboro, NC 27401
Tel: (336) 271-3182
Fax: (336) 232-9182
joleynik@brookspierce.com

Kate E. Giduz (NC Bar No. 60887)
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, NC 27601
Tel: (919) 882-2546
Fax: (336) 232-9046
kgiduz@brookspierce.com

Sergio F. Oehninger (*pro hac vice*)
Colin S. Harris (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP

1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (213) 739-3001
sergio.oehninger@morganlewis.com
colin.harris@morganlewis.com

Andrew J. Enschedé (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Tel: (202) 558-5557
Fax: (202) 318-7707
aenschede@potomaclaw.com

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon counsel of record through the Court's Case Management and Electronic Case Filing System.

This the 14th day of June, 2024.

/s/ Kate E. Giduz
Kate Elizabeth Giduz
*Counsel for Petitioners*