**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.;<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

**PETITIONERS' NOTICE OF SUBSTITUTION OF TRUSTEE AND REQUEST FOR GUIDANCE**

Petitioners Willem Jan M. van Andel and Eleonora L. Zetteler, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. ("Petitioners"), through undersigned counsel, notice the Court that J. Robert van Faassen, LLM ("van Faassen") has replaced Willem Jan M. van Andel ("van Andel") as co-trustee in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. ("Conservatrix") and request direction from the Court on whether a motion to amend the case caption would be appropriate. In support of this notice, Petitioners state as follows:

1. Van Andel has retired from the practice of law. Before his retirement, he requested that the Court of Amsterdam discharge him from his position as co-insolvency practitioner in the insolvency of Conservatrix. The Court of Amsterdam discharged him from this position, effective April 1, 2024. *See* **Exhibit A**.

2. The Court of Amsterdam appointed van Faassen as the co-insolvency practitioner in the bankruptcy of Conservatrix, effective as of April 1, 2024. **Exhibit A**.

3. Van Faassen now serves as the co-insolvency practitioner of the bankruptcy of Conservatrix, along with Eleonora L. Zetteler. *See* **Exhibit A**.

4. A duly certified copy of the Court of Amsterdam's decision and a certified translation of such decision are attached hereto as **Exhibit A**.

5. Petitioners request guidance from the Court regarding whether a motion to amend the case caption would be appropriate.

Respectfully submitted, this the 26th day of June, 2024.

/s/ Jeffrey E. Oleynik
Jeffrey E. Oleynik (NC Bar No. 14416)
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
2000 Renaissance Plaza
230 N. Elm Street
Greensboro, NC 27401
Tel: (336) 271-3182
Fax: (336) 232-9182
joleynik@brookspierce.com

Kate E. Giduz (NC Bar No. 60887)

BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, NC 27601
Tel: (919) 882-2546
Fax: (336) 232-9046
kgiduz@brookspierce.com

Sergio F. Oehninger (*pro hac vice*)
Colin S. Harris (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (213) 739-3001
sergio.oehninger@morganlewis.com
colin.harris@morganlewis.com

Andrew J. Enschedé (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Tel: (202) 558-5557
Fax: (202 318-7707
aenschede@potomaclaw.com

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon counsel of record through the Court's Case Management and Electronic Case Filing System.

This the 26th day of June, 2024.

/s/ Kate Elizabeth Giduz
Kate Elizabeth Giduz