# EXHIBIT A

[logo]
**Justice**
**Court of Amsterdam**

W.J.M. van Andel, LLM
PO Box 354
3500 AJ UTRECHT

Private law division

insolvency law team

office address
Parnassusweg 280
1076 AV Amsterdam

correspondence address
PO Box 84500
1080 BN Amsterdam

t (088) 361 7000
f (088) 361 0304
www.rechtspraak.nl

R. Datauker-Kroese sworn translator beëdigd vertaler Wbtv-nr. 3133

[logo]

**Justice**

**Court of Amsterdam**

J.R. van Faassen, LLM
PO Box 354
3500 AJ UTRECHT

Private law division

insolvency law team

office address
Parnassusweg 280
1076 AV Amsterdam

correspondence address
PO Box 84500
1080 BN Amsterdam

t (088) 361 7000
f (088) 361 0304
www.rechtspraak.nl

R. Datauker-Kroese sworn translator beëdigd vertaler Wbtv-nr. 3133

COPY

# court order

## COURT OF AMSTERDAM

Private law division

insolvency number: C/13/20/398 F

On 18 March 2024 W.J.M. van Andel, LLM, one of the insolvency practitioners in the insolvency of:

**Nederlandsche Algemeene Maatschappij van Levensverzekering 'Conservatrix',**

filed an application for his discharge as insolvency practitioner in the aforesaid insolvency, with effect from 1 April 2024.

The delegated judge has made a recommendation in accordance with the application.

The court finds that there are grounds in conformity with the application and reaches a decision on the recommendation.

**The decision**

The court:

- discharges the aforementioned W.J.M. van Andel, LLM with effect from 1 April 2024 as insolvency practitioner (or co-insolvency practitioner) in the aforesaid insolvency;

- appoints in his place as insolvency practitioner (or co-insolvency practitioner), with effect from 1 April 2024, J.R. van Faassen, LLM, lawyer practising in Utrecht (PO Box 354, 3500 AJ).

This court order was issued by K..M. van Hassel, LLM, and was pronounced in chambers on 18 March 2024.

[*signature*] [*signature*]

[*initials*]
CERTIFIED AS A TRUE COPY
THE REGISTRAR OF THE COURT OF AMSTERDAM

R. Datauker-Kroese beëdigd vertaler sworn translator Wbtv-nr. 3133

NEDERLANDS GENOOTSCHAP VAN TOLKEN EN VERTALERS
BEËDIGD VERTALER

*I, Rozemarijne Datauker-Kroese, sworn translator for the English and Dutch language, sworn in at the District Court of Amsterdam, the Netherlands (application number 430685 / KG RK 09-2564), having offices at Anemoonstraat 65 in Koog aan de Zaan, the Netherlands, certify the above text of 3 pages (Court Order concerning the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering 'Conservatrix', dated 18 March 2024) to be a true and complete translation from Dutch into English of the attached source text seen by me, in witness whereof signed and stamped:*

*7 June 2024*

R. Datauker-Kroese
beëdigd vertaler
sworn translator
Wbtv-nr. 3133

de Rechtspraak

Rechtbank Amsterdam

mr. W.J.M. van Andel
Postbus 354
3500 AJ UTRECHT

Afdeling privaatrecht

team insolventie

bezoekadres
Parnassusweg 280
1076 AV Amsterdam

correspondentieadres
Postbus 84500
1080 BN Amsterdam

t (088) 361 7000
f (088) 361 0304
www.rechtspraak.nl

R. Datauker-Kroese
sworn translator
beëdigd vertaler
Wbtv-nr. 3133

de Rechtspraak

Rechtbank Amsterdam

mr. J.R. van Faassen
Postbus 354
3500 AJ UTRECHT

Afdeling privaatrecht

team insolventie

bezoekadres
Parnassusweg 280
1076 AV Amsterdam

correspondentieadres
Postbus 84500
1080 BN Amsterdam

t (088) 361 7000
f (088) 361 0304
www.rechtspraak.nl

R. Datauker-Kroese
beëdigd vertaler
sworn translator
Wbtv-nr. 3133

AFSCHRIFT

# beschikking

## RECHTBANK AMSTERDAM

Afdeling privaatrecht

faillissementsnummer: C/13/20/398 F

mr. W.J.M. van Andel, een van de curatoren in het faillissement van:

**Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix",**

heeft op 18 maart 2024 een verzoek ingediend strekkende tot ontslag uit zijn kwaliteit van curator in bovengenoemd faillissement, ingaande per 1 april 2024.

De rechter-commissaris heeft een voordracht gedaan overeenkomstig het verzoek.

De rechtbank acht termen aanwezig overeenkomstig het verzoek en de voordracht te beslissen.

**De beslissing**

De rechtbank:

- ontslaat mr. W.J.M. van Andel voornoemd per 1 april 2024 als (mede)curator in bovengenoemd faillissement;

- stelt per 1 april 2024 in zijn plaats tot (mede)curator aan mr. J.R. van Faassen, advocaat te (3500 AJ) Utrecht, postbus 354.

Deze beschikking is gegeven door mr. K.M. van Hassel en in raadkamer uitgesproken op 18 maart 2024.

VOOR AFSCHRIFT CONFORM
DE GRIFFIER VAN DE RECHTBANK TE AMSTERDAM

R. Datauker-Kroese sworn translator Wbtv-nr. 3133 beëdigd vertaler