**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.;<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | Civil Action No.: 1:23-Cv-879 |

**<u>RESPONSE TO PETITIONERS' NOTICE OF SUBSTITUTION OF TRUSTEE</u>**

Respondents, Greg Evan Lindberg, Trier Holding B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC, by and through the undersigned counsel and pursuant to this Court's Text Order entered on June 26, 2024, hereby file this Response to the Notice of Substitution of Trustee and Request for Guidance filed by Petitioners on June 26, 2024 [Doc. 44], and state:

1. On June 26, 2024, Petitioners, Willem Jan M. Van Andel and Eleonora L. Zetteler, filed a Notice of Substitution of Trustee and Request for Guidance ("Notice").

2. The Notice states that the Court of Amsterdam replaced Willem Jan M. Van Andel with J. Robert Van Faassen as co-trustee of the Conservatrix bankruptcy, and requests guidance from this Court as to whether Petitioners should file a motion to amend the case caption.

3. This Court entered a Text Order shortly after the Notice on June 26, 2024, which

instructed Respondents to file a response to the Notice if they have a position on whether a motion to amend the caption or substitute parties is necessary.

4. The Respondents do not take any position with respect to whether the caption should be amended. The Respondent do take the position that a motion to substitute parties would be necessary if the Petitioners wish to substitute J. Robert Van Faassen in place of Willem Jan M. Van Andel as a named party, to which Respondents would respond in due course.

Dated: July 15, 2024.


*/s/ Christopher D. Sempier*
Christopher D. Sempier, Esq.
(*special appearance counsel*)
Florida Bar No.: 1002617
csempier@globalgrowth.com
**GLOBAL GROWTH**
PO BOX 159
Thonotosassa, FL 33592-0159
Telephone: (321) 274-2951
*For Respondents, Greg Evan Lindberg, Trier Holding B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC*

*/s/ Aaron Z. Tobin*
Aaron Z. Tobin, Esq.
Texas Bar No.: 24028045
North Carolina Bar No.: 50019
atobin@condontobin.com
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: 214.265.3800
Facsimile: 214.691.6311

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.

*/s/ Aaron Z. Tobin*
Aaron Z. Tobin, Esq.
Texas Bar No.: 24028045
North Carolina Bar No.: 50019