**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.;<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | Civil Action No.: 1:23-Cv-879 |

**NOTICE OF SPECIAL APPEARANCE**

Pursuant to LR 83.1(d), please take notice of the special appearance of Christopher D. Sempier, Esq., as counsel of record for Respondents, Greg Evan Lindberg, Trier Holding B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC, in the above-captioned litigation. Mr. Sempier certifies he is an active member in good standing of the bar of the highest court of Florida.

Mr. Sempier further certifies that he understands that by entering an appearance he is responsible for ensuring the presence of an attorney admitted to practice before this Court who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings, and that he will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

Mr. Sempier further certifies that he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing.

Aaron Z. Tobin, Esq., of Condon Tobin Sladek Thornton Nerenberg, PLLC, certifies, under LR 83.1(d)(2), that he is responsible to this Court for the conduct of the litigation and acknowledges that he must sign all pleadings and papers, except for certificates of service, and also that he must be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Dated: July 16, 2024.


*/s/ Christopher D. Sempier*
Christopher D. Sempier, Esq.
*(special appearance counsel)*
Florida Bar No.: 1002617
csempier@globalgrowth.com
**GLOBAL GROWTH**
PO BOX 159
Thonotosassa, FL 33592-0159
Telephone: (321) 274-2951

*/s/ Aaron Z. Tobin*
Aaron Z. Tobin, Esq.
Texas Bar No.: 24028045
North Carolina Bar No.: 50019
atobin@condontobin.com
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: 214.265.3800
Facsimile: 214.691.6311

*For Respondents, Greg Evan Lindberg, Trier Holding B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.

*/s/ Christopher D. Sempier*
Christopher D. Sempier, Esq.
Florida Bar No.: 1002617