IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG, TRIER HOLDING B.V., NETHERLANDS INSURANCE HOLDINGS, INC., and NIH CAPITAL, LLC,<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

**ORDER**

This matter is before the Court on Petitioners' Notice of Substitution and Request for Guidance [Doc. #44] and Respondents' Response [Doc. #46]. The Court cannot provide an advisory opinion, and based on Respondents' Response, it is unclear if there are issues or objections the Court would need to address. Therefore, the Court will direct counsel for the Parties to meet and confer by telephone or video by July 23, 2024, to determine if there are any issues or objections the Court would need to consider with respect to the proposed substitution.

If there are no issues or objections for the Court to address, Petitioners will have until July 24, 2024 to file an appropriate unopposed Motion.

If there are issues or objections, Petitioners will have until July 26, 2024 to file a Motion, and Respondents will have until July 31, 2024 to file a Response, and Petitioners will have until August 2, 2024 to file a Reply. However, the Court notes that any issues or objections must have a substantive basis, and the issues or objections must not be raised for delay, or to unnecessarily complicate the proceedings, or for other improper purpose.

IT IS THEREFORE ORDERED that counsel for the Parties must meet and confer by telephone or video by July 23, 2024, to determine if there are any issues or objections the Court would need to consider with respect to the proposed substitution, and if there are no issues or objections for the Court to address, Petitioners will have until July 24, 2024 to file an appropriate unopposed Motion.

IT IS FURTHER ORDERED that if there are issues or objections, Petitioners will have until July 26, 2024 to file a Motion, and Respondents will have until July 31, 2024 to file a Response, and Petitioner will have until August 2, 2024 to file a Reply.

This, the 16th day of July, 2024.

Joi Elizabeth Peake
United States Magistrate Judge