**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.;<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

**JOINT NOTICE**

Pursuant to the Court's July 16, 2024 Order [DE 48], Petitioners Willem Jan M. van Andel, LLM and Eleonora L. Zetteler, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. (collectively, "Petitioners"), and Respondents Netherlands Insurance Holdings, Inc., NIH Capital, LLC, and Greg Lindberg (collectively, "Respondents") state the following:

1. On July 19, 2024, Jeff Oleynik and Kate Giduz, counsel for Petitioners, and Christopher Sempier, counsel for Respondents, conferred via telephone pursuant to the Court's July 16, 2024 Order [DE 48].

2. Petitioners and Respondents agree that there are no issues or objections for the Court to address, as neither party, at this time, intends to substitute any parties or amend the caption, as the parties do not construe the Court's July 16, 2024 Order to direct Petitioners to move to substitute parties pursuant to Federal Rule of Civil Procedure 25(c).

Respectfully submitted, this the 24th day of July, 2024.

*/s/ Christopher D. Sempier*
Christopher D. Sempier, Esq.
*(special appearance counsel)*
Florida Bar No.: 1002617
csempier@globalgrowth.com
**GLOBAL GROWTH**
PO BOX 159
Thonotosassa, FL 33592-0159
Telephone: (321) 274-2951

*/s/ Aaron Z. Tobin*
Aaron Z. Tobin
Texas Bar No.: 24028045
North Carolina Bar No.: 50019
atobin@condontobin.com
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: 214.265.3800
Facsimile: 214.691.6311

*For Respondents*

/s/ Jeffrey E. Oleynik
Jeffrey E. Oleynik (NC Bar No. 14416)
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP
2000 Renaissance Plaza
230 N. Elm Street
Greensboro, NC 27401
Tel: (336) 271-3182
Fax: (336) 232-9182
joleynik@brookspierce.com

Kate E. Giduz (NC Bar No. 60887)
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, NC 27601
Tel: (919) 882-2546
Fax: (336) 232-9046
kgiduz@brookspierce.com

Sergio F. Oehninger (*pro hac vice*)
Colin S. Harris (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP

1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (213) 739-3001
sergio.oehninger@morganlewis.com
colin.harris@morganlewis.com

Andrew J. Enschedé (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Tel: (202) 558-5557
Fax: (202 318-7707
aenschede@potomaclaw.com

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon counsel of record through the Court's Case Management and Electronic Case Filing System.

This the 24th day of July, 2024.

/s/ Kate Elizabeth Giduz
Kate Elizabeth Giduz