# EXHIBIT A

## Eveline Neele

**Van:** Willem van Baren <Willem.vanbaren@arbitration.nl>
**Verzonden:** maandag 22 juli 2024 20:35
**Aan:** 'Greg Lindberg'; 'Greg Nelson'; Ida Lintel; Robert van Faassen; Noor Zetteler; Eveline Neele
**CC:** 'Steven Hijink (steven.hijink@calculaw.nl)'; 'Peter Ingelse || ReulingSchutte'; 'Nederlands Arbitrage Instituut (secretariaat@nai.nl)'
**Onderwerp:** NAI 4794

> Sommige personen die dit bericht hebben ontvangen, ontvangen niet vaak e-mail van willem.vanbaren@arbitration.nl. Meer informatie over waarom dit belangrijk is

Dear Mr. Lindberg, dear Counsel,

The Tribunal confirms receipt of Mr Lindberg's letter of 19 July 2024 on behalf of Respondents. As set forth in the Tribunal's e-mail of 2 July 2024, the arbitral proceedings are currently suspended until 15 November 2024, or, if earlier, until receipt of the Tribunal of written notice from any of the Parties that they wish to resume the proceedings. The Tribunal understands Respondents' letter not to contain such notice.

At this time it is not up to the Tribunal to advise Respondents whether Claimant wishes to withdraw its claims. The Tribunal suggests that Mr. Lindberg liaises directly with Claimant's counsel in this respect.

Yours sincerely,
For and on behalf of the Tribunal,

Willem van Baren
Chair

**Willem van Baren**
**Arbitrator | Advocaat**
Jan van Goyenkade 12 | 1075 HP Amsterdam | The Netherlands
T +31 20 737 3403 | M +31 651 289402
www.arbitration.nl