IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V., <br><br>Petitioners, <br><br>v. <br><br>GREG EVAN LINDBERG, TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC, <br>Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:23-CV-879 |

## **JUDGMENT**

For reasons stated separately in an Order entered August 8, 2024, Doc. 52, it is

**ORDERED AND ADJUDGED** that:

1. The motion to confirm the arbitral award, Doc. 42, is **GRANTED** and the arbitral award entered by Professor C.A. Schwarz of the Netherlands Arbitration Institute on January 31, 2020, Doc. 24-2, is **CONFIRMED**.

2. Judgment is hereby entered in favor of the petitioners, the conservators for Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V., and against the respondents, Greg Evan Lindberg,

Trier Holding B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC, in the sum of $166,797,838.

This the 14th day of August, 2024.

                                                                          UNITED STATES DISTRICT JUDGE