**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

**Civil Action No.: 1:23-cv-879**

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG, TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC,<br><br>Respondents. | **NOTICE OF APPEAL** |

Respondents GREG EVAN LINDBERG, TRIER HOLDING B.V., NETHERLANDS INSURANCE HOLDINGS, INC., and NIH CAPITAL, LLC (hereinafter collectively, "Respondents") appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on August 14, 2024.

[Signature page follows.]

This the 12th day of September 2024.

/s/ Pardis Camarda Moreland________
Pardis Camarda Moreland
N.C. Bar No. 53006
2222 Sedwick Rd., Suite 103
Durham, NC 27713
Telephone: (910) 787-1245
Email: pcmoreland@globalgrowth.com

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this day the foregoing Notice of Appeal with the Clerk of Court using the Court's CM/ECF system, with service to the following:

Andrew J. Enschede
Potomac Law Group
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, DC 20006
aenschede@potomaclaw.com
*Counsel for Petitioners*

Jeffrey E. Oleynik
Brooks Pierce Mclendon Humphrey & Leonard
P.O. Box 26000
Greensboro, NC 27420
joleynik@brookspierce.com
*Counsel for Petitioners*

Sergio F. Oehninger
Collin Sellers Harris
Morgan, Lewis &Bockus LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Sergio.oehninger@morganlewis.com
Colin.harris@morganlewis.com
*Counsel for Petitioners*

Kate Giduz
Brooks Pierce Mclendon Humphrey & Leonard
P.O. Box 1800
Raleigh, NC 27602
kgiduz@brookspierce.com
*Counsel for Petitioners*

William Otis Walker, IV
Brooks Pierce Mclendon Humphrey & Leonard
150 Fayetteville St.
1700 Wells Fargo Capitol Center
Raleigh, NC 27601
wwalker@brookspierce.com
*Counsel for Petitioners*

Christopher David Sempier
Global Growth Holdings
P.O. Box 159
Thonotosassa, FL 33592
csempier@globalgrowth.com
*Counsel for Respondents*

Brian Allen Kirkpatrick
Condon Tobin Sladek Thornton Nerenberg, PLLC
8080 Park Lane
Suite 700
Dallas, TX 75231
bkilpatrick@condontobin.com
*Counsel for Respondents*

Aaron Z. Tobin
Condon Tobin Sladek Thornton Nerenberg, PLLC
8080 Park Lane
Suite 700
Dallas, TX 75231
atobin@ctstlaw.com
*Counsel for Respondents Netherlands Insurance Holdings, Inc. and NIH Capital, LLC*

This the 12th day of September 2024.

/s/ Pardis Camarda Moreland
Pardis Camarda Moreland