FILED: September 18, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

___________________

No. 24-1898
(1:23-cv-00879-CCE-JEP)

___________________

WILLEM JAN M. VAN ANDEL, LLM; ELEONORA I. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.

Petitioners - Appellees

v.

GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; NIH CAPITAL, LLC

Respondents - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:23-cv-00879-CCE-JEP |
| Date notice of appeal filed in originating court: | 09/12/2024 |
| Appellants | Greg Evan Lindberg, Trier Holding, B.V., netherlands Insurance Holdings, Inc., and NIH Capital, LLC |
| Appellate Case Number | 24-1898 |
| Case Manager | Emily Borneisen<br>804-916-2704 |