**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

**Civil Action No.: 1:23-cv-879**

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG, TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC,<br><br>Respondents. | **NOTICE OF APPEARANCE OF MONICA LANGDON JACKSON** |

The undersigned, Monica Langdon Jackson, is admitted and authorized to practice in this Court. Undersigned hereby appears as counsel for Respondents Greg Evan Lindberg, Trier Holding, B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC (collectively "Respondents"), and requests service of all motions, orders, calendars, notices, correspondence and other pleadings affecting this action.

[Signature page follows.]

This the 3rd day of December 2024.


/s/ Monica Langdon Jackson
Monica Langdon Jackson
N.C. Bar No. 25664
2108 Fallon Oaks Court
Raleigh, NC 27608
(919) 332-6707
mlljesq@gmail.com
Counsel for Respondents

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this day the foregoing Notice of Appearance with the Clerk of Court using the Court's CM/ECF system, with service to the following:

Andrew J. Enschede
Potomac Law Group
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, DC 20006
aenschede@potomaclaw.com
*Counsel for Petitioners*

Jeffrey E. Oleynik
Brooks Pierce Mclendon Humphrey & Leonard
P.O. Box 26000
Greensboro, NC 27420
joleynik@brookspierce.com
*Counsel for Petitioners*

Sergio F. Oehninger
Collin Sellers Harris
Morgan, Lewis &Bockus LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Sergio.oehninger@morganlewis.com
Colin.harris@morganlewis.com
*Counsel for Petitioners*

Kate Giduz
Brooks Pierce Mclendon Humphrey & Leonard
P.O. Box 1800
Raleigh, NC 27602
kgiduz@brookspierce.com
*Counsel for Petitioners*

William Otis Walker, IV
Brooks Pierce Mclendon Humphrey & Leonard
150 Fayetteville St.
1700 Wells Fargo Capitol Center
Raleigh, NC 27601
wwalker@brookspierce.com
*Counsel for Petitioners*

Pardis Camarda Moreland
2222 Sedwick Rd.
Durham, North Carolina 27713
pcmoreland@globalgrowth.com
*Counsel for Respondents*

This the 3rd day of December 2024.

/s/ Monica Langdon Jackson
Monica Langdon Jackson