**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| WILLEM JAN M. VAN ANDEL, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.;<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

**MOTION TO WITHDRAW**

Undersigned counsel respectfully move the Court, pursuant to Local Rule 83.1(e), for leave to withdraw the appearances of Sergio F. Oehninger of Morgan, Lewis & Bockius LLP; Colin S. Harris, formerly of Morgan, Lewis & Bockius LLP and presently an attorney with the Federal Government; and Andrew J. Enschedé of Potomac Law Group PLLC as attorneys of record for Petitioners Willem Jan M. van Andel and Eleonora L. Zetteler, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. ("Petitioners"). In support of this motion, undersigned counsel state as follows:

1. Petitioners wish for the law firm of Brooks, Pierce, McLendon, Humphrey & Leonard, LLP, including Jeffrey E. Oleynik and Kate E. Giduz, to represent them in this matter moving forward, and Attorneys Oleynik and Giduz have agreed to do so.

2. The law firm of Brooks, Pierce, McLendon, Humphrey & Leonard, LLP has served as co-counsel for Petitioners since Petitioners initiated this action and served as counsel for Petitioners on appeal.

3. Withdrawal of the appearances of Attorneys Oehninger, Harris, and Enschedé will not adversely affect Petitioners, as Petitioners will continue to be represented by Attorneys Oleynik and Giduz.

4. Counsel for Respondents advised that Respondents take no position on this motion.

WHEREFORE, undersigned counsel request that the Court grant this Motion and withdraw Attorneys Oehninger, Harris, and Enschedé's appearances on behalf of Petitioners.

Respectfully submitted, this the 1st day of September, 2026.

/s/ Sergio F. Oehninger
Sergio F. Oehninger (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP

1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (213) 739-3001
sergio.oehninger@morganlewis.com

Andrew J. Enschedé (*pro hac vice*)
POTOMAC LAW GROUP PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Tel: (202) 558-5557
Fax: (202 318-7707
aenschede@potomaclaw.com

*/s/* Kate E. Giduz
Jeffrey E. Oleynik (N.C. Bar No. 14416)
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
2000 Renaissance Plaza
230 N. Elm Street
Greensboro, NC 27401
Tel: (336) 271-3182
Fax: (336) 232-9182
joleynik@brookspierce.com

Kate Elizabeth Giduz (N.C. Bar No. 60887)
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, NC 27601
Tel: (919) 882-2546
Fax: (336) 232-9046
kgiduz@brookspierce.com

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon counsel of record through the Court's Case Management and Electronic Case Filing System. Pursuant to Local Rule 83.1(e) this motion was also served on Petitioners at the below address.

Wyn Stael Advocaten N.V.
Eleonora Zetteler and Robert van Faassen
Postbus 354
3500 AJ Utrecht
The Netherlands

This the 1st day of September, 2026.

/s/ Kate E. Giduz
Kate E. Giduz