IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| J. ROBERT VAN FAASSEN, LLM, ELEONORA L. ZETTELER, LLM, in their capacities as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensversekering "CONSERVATRIX" N.V., Petitioners, | ) | 1:23CV879 |
| v. | ) | |
| GREG EVAN LINDBERG, TRIER HOLDING B.V.; NEITHERLANDS INSURANCE HOLDINGS, INC.; AND NIH CAPITAL, LLC, Respondents. | ) | |

**ORDER ON PARDRIS CAMARDA MORELAND'S UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY RE RESPONDENTS**

THIS MATTER is before the Court upon the Unopposed Motion of Pardis Camarda Moreland to withdraw as counsel of record in this action for Respondents Greg Evan Lindberg, Trier Holding B.V., Netherlands Insurance Holdings, Inc. and NIH Capital, LLC ("Respondents"). This Motion was filed prior to the appeal, and Attorney Moreland was allowed to withdraw by the Court of Appeals for the Fourth Circuit. So that the docket is clear, the Court enters this Order to terminate Attorney Moreland as counsel on this docket as well. Respondents will continue to be represented by Kenneth Barnes and Vivek Ramachandran, who have entered an appearance.

IT IS THEREFORE ORDERED that the Unopposed Motion of Pardis Camarda Moreland to Withdraw as Attorney for Respondents [Doc. #61] is GRANTED, and the

Court allows the withdrawal of Pardis Camarda Moreland from the representation of the Respondents.

This, the 14th day of September, 2026.

Joi Elizabeth Peake
United States Magistrate Judge