**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM, ELEONORA L. ZETTELER, LLM, in their capacities as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG, TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC,<br><br>Respondents. | Civil Action No.: 1:23-cv-00879-CCE-JEP<br><br>**ORDER ON CHRISTOPHER SEMPIER'S UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY FOR RESPONDENTS** |

THIS MATTER is before the Court upon the Unopposed Motion of Christopher Sempier to withdraw as counsel of record in this action for Respondents Greg Evan Lindberg, Trier Holding B.V., Netherlands Insurance Holdings, Inc. and NIH Capital, LLC ("Respondents"). Respondents will continue to be represented by Kenneth Barnes and Vivek Ramachandran, who have entered an appearance. The Court, having reviewed the Motion, finds that good cause exists to grant the motion.

IT IS THEREFORE ORDERED that the Unopposed Motion of Christopher Sempier to Withdraw as Attorney for Respondents [Doc. #72] is GRANTED, and the Court

allows the withdrawal of Christopher Sempier as counsel of record for Respondents. The Clerk will terminate Christopher Sempier as counsel of record for Respondents and remove him from the CM/ECF notice list in this matter.

This, the 14th day of September, 2026.

Joi Elizabeth Peake
United States Magistrate Judge