**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC,<br><br>Respondents. | Case No. 1:23-CV-879 |

**DECLARATION OF VIVEK RAMACHANDRAN IN SUPPORT OF RESPONDENTS' SUPPLEMENTAL RESPONSE IN OPPOSITION TO DOC. 42**

I, Vivek Ramachandran, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct and is stated on my personal knowledge:

1. I am counsel of record for Respondents Greg Evan Lindberg, Trier Holding B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC in this action. I submit this declaration to place before the Court the judgment cited in Respondents' Supplemental Response as Exhibit A, which has not previously been filed on the docket in this action.

2. Exhibit A is the order of the Rechtbank Amsterdam (District Court of Amsterdam) of 5 February 2026 in Case No. C/13/769512 / HA RK 25-169, ECLI:NL:RBAMS:2026:1107, in the matter of Conservatrix Group S.A.R.L. v. De Nederlandsche Bank N.V. The judges are R.A. Dudok van Heel, M. Wouters, and G.C. de Heer; the registrar is E.C. Kleverlaan.

3. Attached as Exhibit A is a true and correct copy of Order as published by the court on rechtspraak.nl (Dutch original), followed by certified English translation (Sure Translation) with Certification of Translation Accuracy at the end of the exhibit.

4. The other materials of Netherlands law cited in the Supplemental Response are already on the docket. The Netherlands Code of Civil Procedure provisions the Supplemental Response quotes — Articles 1056, 1062, and 1063 — appear in Petitioners' own exhibit at Doc. 33-1, and Respondents cite that filing rather than refiling it. See Doc. 74 at 6.

Dated: September 18, 2026

/s/ Vivek Ramachandran
Vivek Ramachandran
Dhamma Law, PLLC
418 Broadway, Suite N
Albany, NY 12207
202-860-4084
Email: vramachandran@dhammalaw.com
Special Appearance Counsel

*Counsel for Respondents Greg Evan Lindberg, Trier Holding B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: September 18, 2026

/s/ Vivek Ramachandran
Vivek Ramachandran
Special Appearance Counsel

*Counsel for Respondents*