**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.;<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC;<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

**NOTICE OF WITHDRAWAL**

Undersigned counsel respectfully notifies the Court, pursuant to Local Rule Civil 83.1(e)(1), that he is withdrawing his appearance as attorney of record for Petitioners J. Robert van Faassen and Eleonora L. Zetteler, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. ("Petitioners"). The undersigned further advises the Court of the following:

1. The law firm of Brooks, Pierce, McLendon, Humphrey & Leonard, LLP has served as co-counsel for Petitioners since Petitioners initiated this action and served as counsel for Petitioners on appeal.

2. The undersigned has accepted employment with a different firm and will be leaving his position at Brooks, Pierce, McLendon, Humphrey & Leonard L.L.P. on September 30, 2026.

3. Withdrawal of the appearance of the undersigned will not adversely affect Petitioners, as Petitioners will continue to be represented by Attorneys Jeff Oleynik and Kate Giduz.

Respectfully submitted, this the 30th day of September 2026.

*/s/* William O. Walker IV
Jeffrey E. Oleynik (N.C. Bar No. 14416)
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
2000 Renaissance Plaza
230 N. Elm Street
Greensboro, NC 27401
Tel: (336) 271-3182
Fax: (336) 232-9182
joleynik@brookspierce.com

William O. Walker IV (N.C. Bar No. 55200)
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, NC 27601
Tel: (919) 839-0300
Fax: (336) 232-9046
wwalker@brookspierce.com

Kate Elizabeth Giduz (N.C. Bar No. 60887)
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, NC 27601
Tel: (919) 882-2546
Fax: (336) 232-9046
kgiduz@brookspierce.com

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon counsel of record through the Court's Case Management and Electronic Case Filing System.

This the 30th day of September 2026.

/s/ William O. Walker IV
William O. Walker IV