**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM, and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC,<br><br>Respondents. | Civil Action No. 1:23-CV-879 |

## NOTICE OF APPEARANCE

I am admitted to practice in this Court. I appear in this case as counsel for Petitioners J. Robert van Faassen, LLM and Eleonora L. Zetteler, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.

Respectfully submitted, this the 5th day of October, 2026.

/s/ Greg Gaught
Greg Gaught
N.C. State Bar No. 57616
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP
P.O. Box 1800
Raleigh, NC 27602
Tel.: 919-882-2528
Fax: 336-232-9108
ggaught@brookspierce.com

*Counsel for J. Robert van Faassen, LLM and Eleonora L. Zetteler, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.*

## CERTIFICATE OF SERVICE

I certify that on the date indicated below, I electronically filed this Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

This the 5th day of October, 2026.

/s/ Greg Gaught
Greg Gaught