# EXHIBIT B

**FILED UNDER SEAL**

This exhibit is filed under temporary seal pursuant to Local Rule 5.4(c)(8), subject to Respondents' Motion to Seal.

Non-confidential description:
an e-mail of September 18, 2026 from the Chair of the arbitral tribunal in NAI Case No. 4794 concerning the scheduling of the main hearing.