# EXHIBIT C

**FILED UNDER SEAL**

This exhibit is filed under temporary seal pursuant to Local Rule 5.4(c)(8), subject to Respondents' Motion to Seal.

Non-confidential description:
two e-mails of September 21 and October 5, 2026 from counsel for the claimants in NAI Case No. 4794 concerning the hearing schedule.