# EXHIBIT D

**FILED UNDER SEAL**

This exhibit is filed under temporary seal pursuant to Local Rule 5.4(c)(8), subject to Respondents' Motion to Seal.

Non-confidential description:
the first page and signature page of a submission Respondents made to the tribunal in NAI Case No. 4794 on February 15, 2026.