# EXHIBIT F

E-mail exchange of 6–9 October 2026 (ten messages) among Respondents, counsel for the claimants, and the arbitral tribunal in NAI Case No. 4794 concerning the disclosure of information about the arbitration to this Court.

FILED UNDER SEAL — SUBJECT TO RESPONDENTS’ MOTION TO SEAL (LR 5.4)

This placeholder is filed on the public docket in place of the exhibit.