# EXHIBIT G

Compendium of documents from NAI Arbitration Case No. 4794:
Procedural Order No. 1 (9 October 2024); Procedural Timetable per 3 October 2025;
Procedural Order No. 2 (24 October 2025); and Respondents' Statement of Defence
and Counterclaim (15 September 2025), without exhibits.

FILED UNDER SEAL — SUBJECT TO RESPONDENTS' MOTION TO SEAL (LR 5.4)

This placeholder is filed on the public docket in place of the exhibit.