IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC,<br><br>Respondents. | Case No. 1:23-CV-879<br><br>Chief Judge Catherine C. Eagles |

## [PROPOSED] ORDER ON RESPONDENTS' MOTION TO SEAL

This matter is before the Court on Respondents' Motion to Seal. The motion was filed on the public docket with a non-confidential description of the materials to be sealed, and the public has had an opportunity to object. LR 5.4(c)(2), (5). The Court has considered the motion, the Declaration of Greg Evan Lindberg in Support of Motion to Seal, the LR 5.4 Checklist and Summary Chart, and the materials filed under temporary seal.

The Court finds that the materials sought to be sealed are correspondence, procedural orders, and party submissions in a pending arbitration governed by rules that bind all participants to confidentiality; that the petitioners asserted that

confidentiality in the arbitration, objected to disclosure, and agree that the materials must be filed under seal; that the materials were filed because the petitioners' Supplemental Reply put the status of the arbitration in issue; that Respondents have limited the request to five exhibits, with the brief and the declaration that describes them public; that redaction within the exhibits would not protect their content; and that these specific interests outweigh the public's interest in access to these particular documents for the limited period requested.

It is therefore ORDERED that the motion is GRANTED. Exhibits B, C, D, F, and G to the Declaration of Greg Evan Lindberg filed with Respondents' Supplemental Sur-Reply shall remain under seal until the arbitral tribunal in NAI Case No. 4794 renders its final award or until further order of the Court. Respondents shall notify the Court within fourteen days after the final award is rendered. The placeholder sheets filed by Respondents for those exhibits shall remain on the public docket.

This the ____ day of ______________, 2026.

________________________________

Catherine C. Eagles
Chief United States District Judge