**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC,<br><br>Respondents. | Case No. 1:23-CV-879<br><br>Chief Judge Catherine C. Eagles |

**LOCAL RULE 5.4 CHECKLIST AND SUMMARY CHART**

**(RESPONDENTS' MOTION TO SEAL)**

1. [X] Public version filed: the Lindberg Declaration in full, with a placeholder sheet in place of each exhibit to be sealed (Doc. # 82).

2. [X] Sealed version filed with all attachments, including the unredacted exhibits to be sealed (Doc. # 84).

3. [X] Sealed version is highlighted to show what was withheld from the public filing (each page of Exhibits B, C, D, F, and G is tinted and marked).

4. [X] Public motion to seal is filed (Doc. # 83) with a non-confidential description of what is to be sealed and a sufficient showing legally and factually as to why

sealing is necessary and why less drastic alternatives to sealing will not afford adequate protection, with evidentiary support including the Declaration of Greg Evan Lindberg in Support of Motion to Seal.

5. [X] Sealed supplement to motion to seal: was not necessary.

6. Does the motion include an election to have the underlying documents withdrawn if the motion to seal is denied? [ ] Yes [X] No

7. Summary Chart:

| **Docket No. of Public Version** | **Docket No. of Sealed Version** | **Description of Document** | **Party designating confidential** | **Length of time to be sealed** | **Any disagreement as to sealing?** | **Basis for Sealing** |
|---|---|---|---|---|---|---|
| Doc. 82-2 (placeholder) | Doc. 84-1 | Ex. B to Lindberg Decl.: tribunal e-mail of 18 Sept. 2026 re hearing schedule (2 pp.) | Respondents (petitioners asserted confidentiality in the arbitration) | Until the final award in NAI Case No. 4794 or further order | None — petitioners agree the materials must be filed under seal (Motion, Part VI) | Confidential arbitration materials; 2015 NAI Rules art. 6; pending hearing |
| Doc. 82-3 (placeholder) | Doc. 84-2 | Ex. C: claimants' counsel e-mails of 21 Sept. and 5 Oct. 2026 (3 pp.) | Same | Same | Same | Same |
| Doc. 82-4 (placeholder) | Doc. 84-3 | Ex. D: pp. 1 and 11 of Respondents' submission to the tribunal of 15 Feb. 2026 (3 pp.) | Same | Same | Same | Same |
| Doc. 82-6 (placeholder) | Doc. 84-4 | Ex. F: e-mail exchange of 6–8 Oct. 2026 re disclosure (10 pp.) | Same | Same | Same | Same |
| Doc. 82-7 (placeholder) | Doc. 84-5 | Ex. G: compendium — | Same | Same | Same | Same |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Procedural Orders Nos. 1 and 2, procedural timetable, Respondents' Statement of Defence and Counterclaim of 15 Sept. 2025 without exhibits (83 pp.) | | | | |

Dated: October 9, 2026

Respectfully submitted,


/s/ Kenneth N. Barnes
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com

/s/ Vivek Ramachandran
Vivek Ramachandran
Dhamma Law, PLLC
418 Broadway, Suite N
Albany, NY 12207
202-860-4084
Email: vramachandran@dhammalaw.com
Special Appearance Counsel

Counsel for Respondents Greg Evan Lindberg,
Trier Holding B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: October 9, 2026

*/s/ Kenneth Barnes*
Kenneth Barnes

*Counsel for Respondents*