IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC,<br><br>Respondents. | Case No. 1:23-CV-879<br><br>Chief Judge Catherine C. Eagles |

**RESPONDENTS' NOTICE OF FILING CORRECTED DECLARATION OF GREG EVAN LINDBERG AND CORRECTED EXHIBIT K**

Respondents file the attached Corrected Declaration of Greg Evan Lindberg and Corrected Exhibit K to replace the Declaration of Greg Evan Lindberg (Doc. ___) and its Exhibit K, filed earlier today with Respondents' Supplemental Sur-Reply. The Corrected Declaration adds paragraphs 19 and 20 and updates paragraph 12; it is otherwise unchanged, and its other exhibits are not refiled.

Paragraph 20 addresses a characterization, quoted in the United States' consolidated position in *United States v. Lindberg*, No. 3:23-CR-48-MOC (W.D.N.C.),

pages 7 and 8 of which are in Exhibit K (W.D.N.C. ECF No. 308): that Mr. Lindberg undercapitalized Conservatrix. The original Declaration inadvertently did not address that characterization.

Paragraph 19 describes a later development. The same pages of ECF No. 308 characterize the Fourth Circuit's decision in *In re Zetteler*, No. 26-1749 (4th Cir. June 13, 2026), as amended (June 15, 2026), as having found that Conservatrix was harmed by Mr. Lindberg's conduct. The Fourth Circuit made no such finding; it held only that the petitioners failed to connect the harm they asserted with his criminal conduct. Mr. Lindberg's Notice of Developments Concerning Conservatrix N.V., filed in that court later the same day (W.D.N.C. ECF No. ___), addresses that mischaracterization. Exhibit K, as filed, does not include that Notice. Corrected Exhibit K adds it, as filed and without its exhibits; the other pages of Exhibit K are unchanged, and paragraph 12 of the Corrected Declaration is updated to describe it.

The exhibits to the W.D.N.C. Notice that are drawn from the arbitration in NAI Case No. 4794 were filed in that court under seal, subject to Defendant's motion to seal (W.D.N.C. ECF No. ___), and are not attached here.

Dated: October 9, 2026

Respectfully submitted,

*/s/ Kenneth N. Barnes*
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com

*/s/ Vivek Ramachandran*
Vivek Ramachandran
Dhamma Law, PLLC
418 Broadway, Suite N
Albany, NY 12207
202-860-4084
Email: vramachandran@dhammalaw.com
Special Appearance Counsel

*Counsel for Respondents Greg Evan Lindberg,*
*Trier Holding B.V., Netherlands Insurance*
*Holdings, Inc., and NIH Capital, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: October 9, 2026

*/s/ Kenneth Barnes*
Kenneth Barnes

*Counsel for Respondents*