**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V., | |
| Petitioners, | Case No. 1:23-CV-879 |
| v. | Chief Judge Catherine C. Eagles |
| GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC, | |
| Respondents. | |

**RESPONDENTS' SECOND NOTICE OF CORRECTION**

The Western District docket number left blank in Doc. 86 (Doc. 86-1 ¶ 19; cover of Doc. 86-2) is ECF No. 362 in *United States v. Lindberg*, No. 3:23-CR-48-MOC (W.D.N.C.).

Respondents also file the attached Second Corrected Declaration of Greg Evan Lindberg, which replaces Doc. 86-1. It revises paragraph 19 and adds paragraphs 21 and 22; its exhibits are not refiled. Mr. Lindberg is in the custody of the Federal Bureau of Prisons, with very limited access to counsel. Until counsel visited him in person on October 11, 2026, counsel could communicate with him only through limited telephone calls. His declaration and corrected declaration had to be filed on

October 9, 2026 to meet the deadline set by the Court's Order of August 26, 2026 (Doc. 74), and so could not include all of the information he intended to provide. The Second Corrected Declaration supplies it. It is attached as Exhibit A. The Western District filing on the ex parte record, with its exhibits, is attached as Exhibit B.

Respondents place this material here only because Petitioners' Supplemental Reply (Doc. 81) introduced material from the criminal case without context. That record was built over more than 80 hours that the Special Master's team billed on Conservatrix, through undisclosed ex parte contacts with Conservatrix (W.D.N.C. ECF Nos. 69, 81, 95, 148, 263). They include at least 37 communications with Conservatrix or its counsel in this case, Brooks Pierce. Ex. B (Sched. 1). None of the underlying documents or work product from those 85.1 hours has been shared with defense counsel, either by the Special Master or by Conservatrix's attorneys, even today, yet that record was used in the Fourth Circuit, where Mr. Lindberg had twelve hours to respond, with new counsel who had very little information on Conservatrix, and is now being brought in here.

The Fourth Circuit was unaware that Mr. Lindberg had no time with, and no notice of, any of the material on Conservatrix; the dissenting judge spoke of "great prejudice to Conservatrix," *In re Zetteler*, No. 26-1749, slip op. at 8 (4th Cir. June 13, 2026) (King, J., concurring in part and dissenting in part), as amended (June 15, 2026), when it was Mr. Lindberg who was deprived of any notice, any motion, and any access to materials, and who was at extreme prejudice. The order appointing the Special Master contains no provision for ex parte communications. W.D.N.C. Doc. No.

56; *see* W.D.N.C. Doc. No. 346, at 6–7. Those proceedings, which shock the conscience, are on appeal (Nos. 26-4309, 26-4310) and are being prematurely invoked here.

Respondents also file, as Exhibit C, a certified English translation of the Fifteenth Public Report in the Bankruptcy of Nederlandsche Algemeene Maatschappij van Levensverzekering Conservatrix N.V., which is Exhibit I (which used a machine translation) to Mr. Lindberg's declaration. The translation was certified on October 9, 2026, but was received on October 10, 2026, after Doc. 86 had been filed, and is therefore filed now.

Dated: October 11, 2026

Respectfully submitted,

*/s/ Kenneth N. Barnes*
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com

*/s/ Vivek Ramachandran*
Vivek Ramachandran
Dhamma Law, PLLC
418 Broadway, Suite N
Albany, NY 12207
202-860-4084
Email: vramachandran@dhammalaw.com
Special Appearance Counsel

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: October 11, 2026

*/s/ Kenneth Barnes*
Kenneth Barnes

*Counsel for Respondents*