**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GREG E. LINDBERG,<br>Defendant. | Case No. 3:23-CR-48-MOC<br>Judge Max O. Cogburn, Jr. |

# DEFENDANT GREG E. LINDBERG'S NOTICE OF THE SPECIAL MASTER'S BILLED HOURS FOR EX PARTE COMMUNICATIONS WITH CONSERVATRIX N.V. AND VISTA LIFE & CASUALTY REINSURANCE COMPANY

Defendant Greg E. Lindberg respectfully submits this Notice of the time the Special Master and his team billed for communications with two restitution claimants, Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. ("Conservatrix") and Vista Life & Casualty Reinsurance Company ("Vista"). Every figure below is taken from the Special Master's own fee applications (Doc. Nos. 69, 81, 95, 148, and 263), which itemize the time of the Special Master, his firm, Grier Wright Martinez, PA ("GWM"), and Paladin Management Group ("Paladin"). Each entry relied on is listed, with its ECF page, in Schedules 1 (Conservatrix) and 2 (Vista) of Exhibit A. None of these communications included defense counsel.

## I. The Special Master's Team Communicated With Conservatrix and Its Counsel at Least 37 Times Without the Defense.

The fee applications contain 74 entries, totaling 85.1 hours, that refer to Conservatrix or to its counsel, Jeff Oleynik and Kate Giduz of Brooks Pierce. Of those, 37 entries record a telephone call, video call, email, letter, or written submission

between the Special Master's team and Conservatrix or its counsel, from January 31, 2025 through June 11, 2026. Those 37 entries account for up to 33.8 hours; several are block-billed with other tasks, and the figure is the full time of each entry. No defense counsel is named as a participant in any of these communications. The only one of the 37 entries that mentions defense counsel at all—a July 3, 2025 block entry on the Clanwilliam compromise motion—lists defense counsel in a separate email group from Conservatrix's counsel. Doc. No. 81 at 19. On two occasions the United States was included while the defense was not. *Id.* at 28 (July 24, 2025); Doc. No. 263 at 18 (June 11, 2026).

Of the 85.1 hours, 72.5 were billed before June 11, 2026, when Conservatrix petitioned the Fourth Circuit for a writ of mandamus. The communications began within weeks of the Special Master's appointment and continued while the restitution report was being prepared. They include telephone calls from Conservatrix's counsel about "victim restitution questions" and the "scope and purpose of special master order," Doc. No. 69 at 20, 24; emails with Conservatrix's counsel about "Greg Lindberg's objection to presentence investigation report," *id.* at 70; a call with Conservatrix's counsel on "Conservatrix claims, clarification on policyholder damage, Lindberg role, level of distress at Lindberg entry and other related queries," *id.* at 136; a memorandum from Conservatrix's counsel "in support of victim qualification theory," Doc. No. 95 at 12; a conference call among the Special Master, Mr. Martinez, and Conservatrix's counsel on October 10, 2025, *id.* at 14–15; a telephone call from Conservatrix's counsel while the draft restitution report was being revised, Doc. No.

148 at 44; and emails with Conservatrix's counsel about the "special master's restitution loss theories," *id.* at 48.

No entry records that any of these communications, or any of the materials Conservatrix submitted, was disclosed to the defense, and Defendant did not receive them. None of the underlying documents or work product from those 85.1 hours has been shared with defense counsel, either by the Special Master or by Conservatrix's attorneys, even today. *See* Second Corrected Decl. of Greg Evan Lindberg ¶ 19 (Exhibit B).

## II. The Special Master's Team Communicated With Vista and Those Acting for It Without the Defense.

The fee applications contain 70 entries, totaling 74.8 hours, that refer to Vista. Two of them, on August 11, 2025 and June 11, 2026, also refer to Conservatrix and are counted in Part I as well. Eleven entries record calls or messages between the Special Master's team and Vista or those acting for it—Don Solow of Vista, an attorney representing Vista's rehabilitator, and Walton Milam regarding Vista—at times with others present, such as representatives of USA-Call (USAP), Noble, and the Cell rehabilitator. Those 11 entries account for up to 12.9 hours, from March 11, 2025 through June 18, 2026. No defense counsel is named as a participant in any of them.

These contacts went to the very question the Special Master was deciding. They include a "[c]all with Vista and Paladin team to discuss victim eligibility," Doc. No. 81 at 79 (August 22, 2025); a call with Mr. Solow of Vista and a representative of USAP "regarding victim impact statement," Doc. No. 148 at 61 (January 14, 2026); a

call with Mr. Solow and the Cell rehabilitator "to discuss info requirements," *id.* at 76 (March 2, 2026); and "[e]mails and exchange messages with Walton Milam re potential new pleading from Vista," Doc. No. 263 at 20 (June 18, 2026).

The defense appears to have been included concerning Vista on one occasion. On August 19, 2025, the Special Master's team held a conference with the United States and Defendant's then-counsel, Katten Muchin Rosenman LLP and James F. Wyatt, III, concerning Vista's victim status. Doc. No. 81 at 40, 77–78. Three days later, the team spoke with Vista itself about its "victim eligibility" without the defense. *Id.* at 79. The August 19, 2025 entries, and a June 10, 2026 entry recording emails with defense counsel about recent pleadings, Doc. No. 263 at 17, are excluded from the figures above and listed separately in Part 2 of Schedule 2 of Exhibit A.

## III. Why the Communications Were Ex Parte, and the Prejudice to Defendant.

When contacted, Defendant's former counsel confirmed that all of the communications described in Parts I and II were ex parte. Former counsel further confirmed that many of the Special Master's contacts were ex parte because many of the parties involved—for example, the guaranty associations, the NHCs, and the NCICs—generally refused to recognize this Court's jurisdiction and did not want to be subject to it.

Moreover, the government and the Special Master refused to return to this Court and obtain the required authorization. The order appointing the Special Master contains no provision for ex parte communications, Doc. No. 56; *see* Doc. No. 346, at 6–7, and the ex parte communications described in this Notice were therefore

precipitated by the government's own reluctance to approach this Court and obtain the orders and subpoenas needed to commence its work consistently with the Mandatory Victims Restitution Act and the Constitution.

Taken together, the fee applications record at least 48 communications between the Special Master's team and these two claimants, accounting for up to 46.7 hours, in which the defense did not take part. The defense had no opportunity to hear what was said or to answer it. Both claimants then pressed their claims on that record: Vista through its objections and its motion under the Crime Victims' Rights Act, and Conservatrix through its petition for a writ of mandamus, to which Defendant had about twelve hours to respond. The prejudice has not ended. Conservatrix's trustees are pursuing a contract claim of €215,356,806 against Defendant in arbitration in the Netherlands and are seeking recognition of a related Dutch judgment in *van Faassen v. Lindberg*, No. 1:23-cv-879 (M.D.N.C.), where they rely on the Fourth Circuit's decision—a decision reached on a record shaped by communications the defense never saw.

Defendant also files, as Exhibit B, the Second Corrected Declaration of Greg Evan Lindberg, which is being filed in *van Faassen v. Lindberg*, No. 1:23-cv-879 (M.D.N.C.). Paragraph 19 of that declaration addresses the Conservatrix communications and the Fourth Circuit proceeding.

**IV. The Fourth Circuit Decided Conservatrix's Petition on This One-Sided Record, Without Notice to Defendant.**

Conservatrix never filed a motion in this Court asserting rights under the Crime Victims' Rights Act. It filed only an objection to the Special Master's Report

(Doc. No. 130). On June 11, 2026, it went directly to the Fourth Circuit with a petition for a writ of mandamus under 18 U.S.C. § 3771(d)(3), supported by a 278-page appendix (Doc. No. 189-1), triggering a 72-hour mandamus proceeding without any motion in the district court. The separate opinion in that proceeding noted that "no such 'motion' was tendered to the district court"; Conservatrix "merely objected to the Special Master's recommendation pertaining to the issue of restitution . . . without invoking § 3771." *In re Zetteler*, No. 26-1749, slip op. at 6 (4th Cir. June 13, 2026) (King, J., concurring in part and dissenting in part), as amended (June 15, 2026) (Doc. No. 203).

The Fourth Circuit's notice, issued the same day, required Defendant's response by 12:00 p.m. on June 12, 2026. Ex. B ¶ 18. Defendant therefore had about twelve hours to respond. He did so in the middle of a change of counsel—motions to withdraw were filed in this Court that same day (Doc. Nos. 195, 196, 197)—with new counsel who had very little information on Conservatrix. He filed what he could: a 28-page response (Doc. No. 198). Ex. B ¶¶ 18, 19(b).

Defendant had no access to the record that Conservatrix had built with the Special Master over the preceding fifteen months. *See In re Zetteler*, No. 26-1749, slip op. at 3 (noting that "[t]he Special Master spent 15 months evaluating the claims"). None of the underlying documents or work product from the 85.1 hours the Special Master's team billed on Conservatrix has been shared with defense counsel, either by the Special Master or by Conservatrix's attorneys, even today. Defense counsel have instead had to play detective, piecing together the existence, timing, and subject of

these contacts line by line from the Special Master's own fee applications, which is how the entries in Exhibit A were found. Nor did Defendant have any idea what the Special Master would tell the Fourth Circuit. The fee applications show that on June 11, 2026, the day the petition was filed, the Special Master's counsel took a telephone call from the Fourth Circuit and had a telephone call and e-mails with Conservatrix's counsel, Mr. Oleynik, and that on June 11 and 12 the Special Master's team billed further time reviewing the petition and preparing the Special Master's own response to it. Doc. No. 263 at 18. The Special Master appeared in the Fourth Circuit through his counsel. *In re Zetteler*, No. 26-1749, slip op. at 1.

The Fourth Circuit relied on the record so made without knowing how it was made. The per curiam opinion recites that "the Special Master spoke with Petitioners' counsel multiple times and reviewed information submitted by Petitioners." *Id.* at 3. The court was not told that those communications were ex parte; that they span 37 billed entries from January 2025 to June 2026; that none of the information was disclosed to Defendant; or that Defendant had no time with, and no notice of, any of that material. The Fourth Circuit thus became the court of first impression on Conservatrix's claim on twelve hours' notice to Defendant, and it still has not been apprised of these developments.

The separate opinion observed that the panel decided the petition "in a rather summary fashion, and apparently with great prejudice to Conservatrix." *Id.* at 8 (King, J., concurring in part and dissenting in part). But Conservatrix was the party that had received 85.1 hours of the Special Master's consideration. It was Defendant

who was deprived of any notice, any motion, and any access to the materials, and who was at extreme prejudice. The minimal response he could assemble in twelve hours is now being cited selectively against him: Conservatrix's trustees have placed material from this proceeding before the Middle District of North Carolina, without its context, in their Supplemental Reply in *van Faassen v. Lindberg*, No. 1:23-cv-879 (M.D.N.C.), Doc. No. 81.

The Special Master has refused to provide Defendant any documents, including in billion-dollar dispositions, and the government and the Special Master have actively resisted Defendant's requests for any of this information. Defendant moved to compel production (Doc. Nos. 331, 332); the Government and the Special Master opposed (Doc. Nos. 341, 344); and the Special Master has withheld documents "to preserve the free-flow of information to the Special Master," Doc. No. 343 ¶ 24. Defendant's earlier Rule 17(c) subpoenas to the custodians of the same information were opposed by the Government and the Special Master and denied. Doc. No. 248 & Exs. A–F; Doc. Nos. 261, 266, 304; *see* Doc. No. 356, at 9.

These issues are before the Fourth Circuit in Defendant's pending appeals, Nos. 26-4309 and 26-4310, which will address this extreme lack of due process and the constitutionality of a Special Master acting as a second prosecutor, as a receiver, and as the executive branch in disposing of assets without court approval, among other roles. Those proceedings, which shock the conscience, are on appeal to the Fourth Circuit.

## V. The Government's and the Special Master's Ex Parte Contacts Extended Well Beyond Conservatrix and Vista.

Defendant has already placed before the Court a reconstructed record of the ex parte communications between the Government and the Special Master, his counsel, and his financial advisor (the "Special Master Team"). Doc. No. 356, at 17–26 (Part VI) & Ex. 3, App. 1. The fee applications alone record more than 150 contacts between the Government and the Special Master Team before sentencing, none with defense counsel present. *Id.* at 3. Because the fee applications are block-billed, those entries are "a floor, not a ceiling." *Id.* at 17 n.4. The Special Master's counsel has sworn that he continues to communicate "outside the presence of both the government and Defendant's counsel with third parties on a daily (or near daily) basis," and he describes the Special Master Team's communications "[w]ithout having tallied each and every phone call, email, video conference, or the amount of time spent on each." Doc. No. 343 ¶¶ 9–10. That record was not produced by the Government or the Special Master; defense counsel had to reconstruct it, entry by entry, from the Special Master's fee applications, former counsel's billing records, and former counsel's non-privileged e-mails. Doc. No. 356, at 18 n.5.

The Government's contacts with the Special Master Team began before the Special Master was appointed. In December 2024, Mr. Martinez had "conversations with Assistant US Attorney" about the "form of motion seeking special master, and form of order appointing special master," and on December 17, 2024, the Special Master and Mr. Martinez held a conference with AUSA Dan Ryan, AUSA Stout, and Trial Attorney Freeman "re contents of brief in support of order appointing special

master." *Id.* at 19, 26; Doc. No. 69, at 11–12. They continued throughout: a "[f]ollow-up phone call with D. Ryan and B. Bain-Creed re scope of special master order" (February 13, 2025); a one-hour video conference "re special master rights and responsibilities clarification term sheet" (March 6, 2025); a video conference "re asset valuation" (March 24, 2025); and a telephone call "re special master's role and responsibilities" (March 26, 2025). Doc. No. 356, at 20. The Special Master Team e-mailed its billing statements to AUSA Dan Ryan before filing its fee application and reviewed "feedback from Dan Ryan re: invoices" (July 2025); and on August 20, 2025, it held a "Teams meeting with DOJ to prepare for status hearing on 8/26." *Id.* at 21.

The Government also commented on what the Special Master would tell the Court. The Special Master's counsel reviewed "AUSA comments to draft status report" before the Second Status Report was filed (October 27, 2025). *Id.* at 22. In 2026 the Special Master and his counsel held a one-hour conference with AUSA Dan Ryan and AUSA Bain-Creed "re special master's report" and "re restitution concepts" (February 23, 2026); received "comments to draft restitution report and redline of proposed order from DOJ" (March 16, 2026); exchanged e-mails with the prosecutors while "revising draft restitution report" (March 27, 2026); and held a conference call with AUSA Dan Ryan "re specific language in various parts of the restitution report and appendices," followed by e-mails "re futher [sic] edits to draft report from the government" (April 1, 2026). *Id.* at 23–24.

The contacts reached sentencing itself. On May 11, 2026, after a joint exchange of feedback with defense counsel on the defense's draft sentencing memorandum, Mr.

Martinez placed a separate "[t]elephone call to Dan Ryan re the same and related sentencing issues"; and on May 20, 2026, he received a "[t]elephone call from Dan Ryan re the same," concerning a draft statement about Defendant's cooperation. *Id.* at 25; Doc. No. 263, at 11, 13. Those entries were first disclosed on July 30, 2026, after sentence was imposed. Doc. No. 356, at 25. The Government also provided the Special Master "a transcript of the sentencing hearing." *Id.* at 26. And the Government's own contacts with third parties outside the Special Master Team—for example, M3 Partners and Wes Camden—would not appear in the Special Master's billing records at all. *Id.* at 18 n.5.

The pattern described above was not confined to two claimants. Defense counsel have reviewed every time entry in the Special Master's fee applications for calls, meetings, video conferences, e-mails, letters, and other communications between the Special Master's team and persons outside that team, the government, defense counsel, and the Court. Apart from the Conservatrix and Vista entries in Schedules 1 and 2 of Exhibit A, the fee applications contain 762 further entries, from December 2024 through June 2026 and totaling up to 569.8 hours, that record such communications with third parties and name no defense counsel as a participant. They are listed, by counterparty and with their ECF pages, in Schedule 3 of Exhibit A. As with Schedules 1 and 2, the hours are the full time of each entry, including any block-billed tasks, and so are an upper bound; and each entry is quoted as billed, so that the Court can test the schedule against the fee applications themselves.

The counterparties appear to include counsel for the North Carolina rehabilitator and Noble Consulting; the Bermuda insurance companies, their counsel, and Deloitte; NHC and its counsel; management and counsel of a primary restitution asset; ULICO and its counsel; Epiq, the claims administrator; the Clanwilliam parties; M3 Partners; the guaranty associations; and others, including lenders and prospective purchasers. Schedule 3 of Exhibit A sets out the entries for each.

Many of these communications appear to concern matters the Court will decide, including victim status, losses, and the valuation and sale of restitution assets. Defendant was not a party to them, and the Special Master has actively resisted Defendant's earlier requests for information. None has been produced.

## VI. There Is No Record of What the Government Did Without the Special Master.

Everything set out above is known only because the Special Master Team bills for its time and files its fee applications on this docket. The Government does not. There is no record of the Government's own communications with Conservatrix, Vista, the other claimants, the guaranty associations, the North Carolina rehabilitator, or the managers and purchasers of the restitution assets when the Special Master Team was not on the call or copied on the e-mail. The Government has disclosed none of them, and the defense cannot reconstruct them as it has reconstructed the Special Master Team's, because there are no billing entries to reconstruct them from.

The fee applications show that such communications exist. On July 21, 2025 and October 15, 2025, the Government met with the guaranty associations together with the Special Master Team; no defense counsel is named in the entries. Doc. No. 81, at 26, 66; Doc. No. 95, at 15, 38. And on June 16, 2026, while emergency motions were pending, the Special Master's counsel billed time to "[r]eview emails between Dan Ryan and others re the same"—the responses to those motions. Doc. No. 263, at 19. Those e-mails between AUSA Dan Ryan and unnamed others appear in the record only because the Special Master's counsel billed for reading them. What the Government said to claimants and third parties on every other occasion is unknown.

The restitution determination, which the Court must make de novo, 18 U.S.C. § 3664(d)(6), should not rest on communications between the prosecution and claimants that neither the Court nor the defense has seen.

## VII. The Record of These Communications Has Not Been Produced.

None of these communications, and none of the materials exchanged in them, has been produced. Defendant requested them in writing, Doc. No. 331-2, at 25–27, and moved to compel, Doc. Nos. 331, 332; the Government and the Special Master opposed, Doc. Nos. 341, 344. The Special Master's counsel concedes that the communications were never "tallied." Doc. No. 343 ¶ 10.

The record has changed materially since the Court denied Defendant's earlier subpoenas. The Special Master's fee application of July 30, 2026 first disclosed the sentencing-related contacts with the Government. Doc. No. 263, at 11, 13. On August 7, 2026, the Special Master acknowledged that, "[f]rom the outset, the Special Master

has had ex parte communications with various interested parties." Doc. No. 288, at 10. His counsel's affidavit of September 10, 2026 confirmed their frequency and that they were never tallied. Doc. No. 343 ¶¶ 9–10. And the Fourth Circuit relied on the Special Master's communications with Conservatrix's counsel without knowing that they were ex parte. *In re Zetteler*, No. 26-1749, slip op. at 3. Defense counsel have now identified the communications by date, participants, subject, and ECF page. Ex. A; Doc. No. 356, at 19–26.

The Special Master is this Court's appointee. Even in a civil case, the appointing order must state "the circumstances, if any, in which the master may communicate ex parte with the court or a party." Fed. R. Civ. P. 53(b)(2)(B). The Federal Rules of Criminal Procedure have no counterpart, and in a criminal proceeding, where restitution is imposed as punishment, the protection should be higher, not lower.

Rule 17(c)(1) provides that a subpoena "may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates," and that "[t]he court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence." Fed. R. Crim. P. 17(c)(1). The party seeking production must show relevancy, admissibility, and specificity. *United States v. Nixon*, 418 U.S. 683, 700 (1974). The communications meet each requirement. The communications are relevant because they concern the victims, losses, valuations, and asset dispositions on which the restitution determination rests, a determination the Court must make de novo. 18 U.S.C. § 3664(d)(6). They bear on what the Special

Master considered and on his impartiality. And they are specific: each is identified by date, participants, subject, and the fee-application page on which it is recorded. Ex. A; Doc. No. 356, at 19–26.

The communications and the materials exchanged in them are held by the Special Master Team, by the Government, and by the third parties with whom they were held, including Brooks, Pierce, McLendon, Humphrey & Leonard, LLP; counsel for Vista Life & Casualty Reinsurance Company and its rehabilitator; Williams Mullen; Noble Consulting; Stevens & Lee; Deloitte; Troutman (counsel for ULICO); Waldrep Wall; M3 Partners; Epiq; and the National Organization of Life and Health Insurance Guaranty Associations amongst others. None of them has produced any of it to Defendant.

## CONCLUSION

Defendant respectfully asks the Court to take this record into account in weighing the Special Master's recommendations concerning Conservatrix and Vista. Defendant reserves all objections, including the right to seek production of the communications described above, including the Government's own communications with claimants and third parties, and of the materials Conservatrix, Vista, and the other third parties provided to the Special Master's team.

## INDEX OF EXHIBITS

Exhibit A — Schedules of Special Master fee-application entries recording communications in which no defense counsel is named: Schedule 1, Conservatrix N.V. or its counsel (37 entries); Schedule 2, Vista Life & Casualty Reinsurance Company or those acting for it (Part 1, 11 entries; Part 2, 6 entries in which defense counsel was included); and Schedule 3, other third parties, by counterparty (762 entries).

Exhibit B — Second Corrected Declaration of Greg Evan Lindberg, *van Faassen v. Lindberg*, No. 1:23-cv-879 (M.D.N.C.).

Dated: October 11, 2026

Respectfully submitted,

*/s/ Kenneth N. Barnes*
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com

Vivek Ramachandran
Dhamma Law, PLLC
202-860-4084
Email: vramachandran@dhammalaw.com

*Counsel for Greg E. Lindberg*

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: October 11, 2026

*/s/ Kenneth Barnes*
Kenneth Barnes
*Counsel for Greg E. Lindberg*

# EXHIBIT A

United States v. Lindberg, No. 3:23-CR-48-MOC (W.D.N.C.)

## Schedules of Special Master fee-application entries recording communications with third parties in which no defense counsel is named

Source: Special Master's fee applications, Doc. Nos. 69, 81, 95, 148, and 263. "Doc. __ at __" is the ECF page. Entry text is quoted as billed; billing codes and rates omitted. Hours are the full time of each entry, including any block-billed tasks.

*Disclaimer: These schedules were not produced by the Special Master or the Government. Defense counsel compiled them from the Special Master's publicly filed fee applications (Doc. Nos. 69, 81, 95, 148, 263), which are block-billed and record for each entry only a date, the participants, and a few words of subject matter. The schedules are therefore necessarily incomplete and approximate. They cannot show communications that were not billed, how long any communication lasted, or what was said; and an entry may record a communication only in part or may be classified imperfectly. The complete record of these communications remains with the Special Master and the Government. See Doc. No. 356, at 17 n.4, 18 n.5. Schedule 3 was compiled by searching every time entry in the fee applications for a call, meeting, video conference, e-mail, letter, or other communication naming a person outside the Special Master's team, the Government, defense counsel, and the Court. Defendant's prior counsel confirmed that they had no contacts with the attorneys for Conservatrix or with the attorneys for Vista, and they reviewed the list of ex parte contacts filed with Defendant's Update of October 5, 2026 (Doc. No. 356, Ex. 3, App. 1) and did not identify anything that appeared inaccurate.*

### Schedule 1 — Conservatrix N.V. and its counsel (Jeff Oleynik, Kate Giduz, Brooks Pierce): communications with no defense counsel named

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 1 | 01/31/2025 | Doc. 69 at 16 | Michael L. Martinez (GWM) | 0.6 | Telephone call from Jeff Oleynik re Conservatrix. Emails with Scott Avila, JWG, and BDR re the same. |
| 2 | 02/08/2025 | Doc. 69 at 85 | Amy Kirschner (Paladin) | 0.3 | Review of call with J Oleynik regarding Dutch insurance company arbitration award |
| 3 | 02/10/2025 | Doc. 69 at 20 | Michael L. Martinez (GWM) | 0.2 | Telephone call from Jeff Oleynik re victim restitution questions. |
| 4 | 02/14/2025 | Doc. 69 at 24 | Michael L. Martinez (GWM) | 0.2 | Telephone call from Jeff Oleynik re scope and purpose of special master order. |
| 5 | 03/01/2025 | Doc. 69 at 96 | Amy Kirschner (Paladin) | 1.3 | Drafting research notes on Conservatrix judgement and outreach for contact information on Joe Oleynik and related correspondence with Joe Oleynik and Grier Law |
| 6 | 03/03/2025 | Doc. 69 at 32 | Michael L. Martinez (GWM) | 0.2 | Return telephone call to Jeff Oleynik re victim restitution issues. |
| 7 | 03/03/2025 | Doc. 69 at 98 | Amy Kirschner (Paladin) | 0.1 | Correspondence with Grier Law firm and separately Jeff Oleynik on scheduling call regarding Conservatrix claim |
| 8 | 03/05/2025 | Doc. 69 at 101 | Amy Kirschner (Paladin) | 0.5 | Call with professionals representing Conservatrix regarding judgement and understanding history of claim. |
| 9 | 03/05/2025 | Doc. 69 at 101 | Amy Kirschner (Paladin) | 0.2 | Follow up information request for Conservatrix professionals at Brooks Pierce |
| 10 | 03/05/2025 | Doc. 69 at 102 | Charles Urwin (Paladin) | 0.8 | Call with J. Oleynik, K. Giduz (Brooks Pierce), A. Kirschner (Paladin) to discuss Conservatrix claims. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 11 | 03/11/2025 | Doc. 69 at 108 | Amy Kirschner (Paladin) | 0.3 | Follow up on Conservatrix diligence request; correspondence with Charles Urwin and Kathy Giduz |
| 12 | 05/12/2025 | Doc. 69 at 66 | Michael L. Martinez (GWM) | 0.1 | Return telephone call to Jeff Oleynik re status of special master claims process. |
| 13 | 05/15/2025 | Doc. 69 at 69 | Michael L. Martinez (GWM) | 0.2 | Telephone call from Jeff Oleynik re status of establishing victim claim process. |
| 14 | 05/20/2025 | Doc. 69 at 69 | Michael L. Martinez (GWM) | 0.4 | Emails with Kate Giduz and Jeff Oleynik re Conservatrix's claim documentation and Clanwilliam sale proceeds. |
| 15 | 05/20/2025 | Doc. 69 at 134 | Amy Kirschner (Paladin) | 0.2 | Organization for call with Kate Giduz and Jeffrey Oleynik regarding follow up questions on Conservatrix data production |
| 16 | 05/22/2025 | Doc. 69 at 70 | Michael L. Martinez (GWM) | 0.1 | Emails with Kate Giduz and Jeff Oleynik re Greg Lindberg's objection to presentence investigation report. Emails with BDR and JWG re the same. |
| 17 | 05/23/2025 | Doc. 69 at 135 | Amy Kirschner (Paladin) | 0.1 | Coordination of call with B Pierce on questions related to the Conservatrix data production and judgement |
| 18 | 05/23/2025 | Doc. 69 at 136 | Amy Kirschner (Paladin) | 0.8 | Call with B Pierce on Conservatrix claims, clarification on policyholder damage, Lindberg role, level of distress at Lindberg entry and other related queries |
| 19 | 05/23/2025 | Doc. 69 at 136 | Charles Urwin (Paladin) | 0.5 | Call with Conservatrix to discuss document production. |
| 20 | 07/03/2025 | Doc. 81 at 19 | Michael L. Martinez (GWM) | 4.2 | Emails with Nick Kajon, Wes Camden, Caitlin Poe, John Babcock, and Tony Jones re final revision to Clanwilliam compromise motion. Emails with Wes Camden and Caitlin Poe re timing of filings. Telephone calls from Wes Camden re logistics of various filings. Emails with James Wyatt, Ryan Meyer, Ryan Dean, and Brandon McCarthy re the same. Telephone call from John Babcock re the same. Revise draft proposed order granting Clanwilliam compromise consent motion. Emails with Don Solow, Luis Llach-Zuniga, Ben Worley, Nick Kajon, Constantine Pourakis, John Babcock, Wes Camden, Caitlin Poe, Tony Jones, JWG, and BDR re the same. Emails with Dan Ryan, Lyndie Freeman, Ben Bain-Creed, Julia Park, Taylor Stout, Scott Avila, Don Harer, Ryan Dean, Ryan Meyer, Brandon McCarthy, James Wyatt, JWG, and BDR re the same. Emails with Eric Wolkoff, Steve Wilson, and John Bash re the same. Emails with Kate Giduz and Jeff Oleynik re the same. |
| 21 | 07/08/2025 | Doc. 81 at 21 | Joseph W. Grier III (Special Master) | 0.3 | Telephone conversation with Jeff Oleynik, Kate Giduz, attorneys for Conservatrix, and B. Rhodes re Clanwilliam sale. |
| 22 | 07/08/2025 | Doc. 81 at 21 | Benjamin D. Rhodes (GWM) | 0.3 | Call with Jeff Oleynik and Kate Giduz about Clanwilliam deal. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 23 | 07/23/2025 | Doc. 81 at 28 | Benjamin D. Rhodes (GWM) | 0.3 | Revision to letter to Conservatrix re: victim status. |
| 24 | 07/24/2025 | Doc. 81 at 28 | Michael L. Martinez (GWM) | 0.1 | Telephone call to Jeff Oleynik re Conservatrix. Emails with Jeff Oleynik and Kate Giduz re the same. Emails with Dan Ryan, Julia Park, Taylor Stout, BDR, and JWG re the same. |
| 25 | 07/28/2025 | Doc. 81 at 28 | Michael L. Martinez (GWM) | 0.1 | Emails with Don Harer, David Elkin, Minesh Patel, Scott Avila, and BDR re Conservatrix's status as a victim. Review voicemail from Jeff Oleynik re the same. |
| 26 | 09/03/2025 | Doc. 81 at 46 | Joseph W. Grier III (Special Master) | 0.2 | Review of letter from Conservatrix supporting its claim as a Restitution Victim. |
| 27 | 10/06/2025 | Doc. 95 at 12 | Michael L. Martinez (GWM) | 1.6 | Review memorandum provided by counsel for Conservatrix in support of victim qualification theory. Review memorandum from Paladin re the same. Follow-up research re the same. Emails with Jeff Oleynik, Kate Giduz, and JWG re the same. |
| 28 | 10/07/2025 | Doc. 95 at 13 | Michael L. Martinez (GWM) | 2.9 | Further review of documents and information provided by counsel for Conservatrix. Emails with Don Harer, Paula Sosamon, Minesh Patel, Scott Avila, JWG, and BDR re the same. |
| 29 | 10/10/2025 | Doc. 95 at 14 | Michael L. Martinez (GWM) | 1.4 | Prepare for call with Jeff Oleynik, Kate Giduz, and JWG re Conservatrix. Participate on the same. Emails with Jeff Oleynik, Kate Giduz, BDR, and JWG re the same. |
| 30 | 10/10/2025 | Doc. 95 at 15 | Joseph W. Grier III (Special Master) | 0.4 | Phone conference J. Oleynik, K. Giduz & M. Martinez re Conservatrix. |
| 31 | 11/12/2025 | Doc. 95 at 24 | Joseph W. Grier III (Special Master) | 0.3 | Review email from Conservatrix re its response to follow up questions from Special Master |
| 32 | 04/03/2026 | Doc. 148 at 44 | Michael L. Martinez (GWM) | 6.7 | Continue revising draft restitution report. Emails with Jason Cowley, Joel Glover, and Eric Au re the same. Telephone call from Jeff Oleynik and Kate Giduz re the same. |
| 33 | 04/16/2026 | Doc. 148 at 47 | Michael L. Martinez (GWM) | 0.1 | Emails with Kate Giduz and Jeff Oleynik re deadline to object to special master report. |
| 34 | 04/17/2026 | Doc. 148 at 48 | Michael L. Martinez (GWM) | 0.6 | Emails with Kate Giduz and Jeff Oleynik re special master's restitution loss theories. |
| 35 | 04/20/2026 | Doc. 148 at 49 | Benjamin D. Rhodes (GWM) | 0.5 | Review and analysis of demand to Lindberg sent by counsel for Conservatrix. |
| 36 | 04/27/2026 | Doc. 148 at 51 | Michael L. Martinez (GWM) | 0.1 | Emails with Kate Giduz and Jeff Oleynik re process for resolving objections to the restitution report. |
| 37 | 06/11/2026 | Doc. 263 at 18 | Michael L. Martinez (GWM) | 6.6 | Review recent pleadings filed by Greg Lindberg, Conservatrix, and Vista. Telephone call from the Fourth Circuit re the same. Conferences with JWG, BDR, and ASG re the same. Telephone call and emails with Jeff Oleynik re the same. Emails with Lyndie Freeman, Dan Ryan, Ben Bain- |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | Creed, JWG, and BDR re the same. Research re writs of mandamus. |
| | | | **Total** | **33.8** | |

**Schedule 2, Part 1 — Vista Life & Casualty Reinsurance Company or those acting for it: communications with no defense counsel named**

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 1 | 03/11/2025 | Doc. 69 at 107 | Donald Harer (Paladin) | 2.0 | Prepare for and participate in call with USAP and Vista regarding loan and reinsurance structureregarding [sic] Follow-up call with A. Kirschner to discuss and clarify. |
| 2 | 03/11/2025 | Doc. 69 at 108 | Amy Kirschner (Paladin) | 1.0 | Call among D Harer, Don Solow (Vista), Mike Dinius (Noble), Cameron Waite (USA-call) regarding insurance company position, claims under the MOU and policy holder claims |
| 3 | 08/22/2025 | Doc. 81 at 79 | Donald Harer (Paladin) | 1.1 | Prepare for and participate in call with M. Patel, P. Sosamon and D. Solow regarding Vista victimology |
| 4 | 08/22/2025 | Doc. 81 at 79 | Minesh Patel (Paladin) | 1.0 | Call with Vista and Paladin team to discuss victim eligibility |
| 5 | 08/22/2025 | Doc. 81 at 79 | Paula Sosamon (Paladin) | 1.0 | Call with D Solow (VISTA), D Harer and Patel (PMG) |
| 6 | 01/14/2026 | Doc. 148 at 61 | Donald Harer (Paladin) | 0.5 | Call with D. Solo (Vista), C. Waite (USAP), M. Martinez (Grier), and A. Cowie (PMG) regarding victim impact statement |
| 7 | 01/14/2026 | Doc. 148 at 61 | Andrew Cowie (Paladin) | 0.2 | Call with C. Waite (USAP), D. Solow (Vista) and D. Harer (Paladin) in regard to victim statement. |
| 8 | 03/02/2026 | Doc. 148 at 76 | Donald Harer (Paladin) | 1.0 | Call with D. Solo (Vista), D. Leslie (Cell rehabilitator), and M. Martinez (SM) to discuss info requirements |
| 9 | 04/16/2026 | Doc. 148 at 47 | Benjamin D. Rhodes (GWM) | 0.1 | Call from attorney representing Vista rehabilitator re deadline for response to Memorandum and Recommendations. |
| 10 | 05/06/2026 | Doc. 263 at 9 | Michael L. Martinez (GWM) | 0.3 | Telephone call from Walton Milam re Vista. |
| 11 | 06/18/2026 | Doc. 263 at 20 | Michael L. Martinez (GWM) | 4.7 | Emails and exchange messages with Walton Milam re potential new pleading from Vista. Conduct historical/factual and legal research re recent pleadings filed in the case. |
| | | | **Total** | **12.9** | |

**Schedule 2, Part 2 — Vista entries in which defense counsel (Katten Muchin Rosenman LLP; James F. Wyatt, III) was included (excluded from the Notice's ex parte totals)**

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 1 | 08/19/2025 | Doc. 81 at 40 | Joseph W. Grier III (Special Master) | 0.8 | Teams conference with Paladin, DOJ and Katten re VISTA and post conference discussion with B. Rhodes and M. Martinez. |
| 2 | 08/19/2025 | Doc. 81 at 40 | Benjamin D. Rhodes (GWM) | 0.8 | Call with JWG, MLM, Ben Bain-Creed, Dan Ryan, Julia Park, Taylor Stout, Don Harer, Scott Avila, Paula Sosamon, and Ryan Meyer re: VISTA victim statuts [sic]; follow-up conference with JWG re: same. |
| 3 | 08/19/2025 | Doc. 81 at 77 | Donald Harer (Paladin) | 3.0 | Research Vista damages claim in advance of DOJ and Katten meeting. Call with DOJ, Katten and Grier Law. Follow-up work session with M. Patel and P. Sosamon. |
| 4 | 08/19/2025 | Doc. 81 at 78 | Minesh Patel (Paladin) | 0.5 | Call with DOJ, Grier, Katten and Paladin team to discuss diligence approach for Vista |
| 5 | 08/19/2025 | Doc. 81 at 78 | Scott Avila (Paladin) | 0.5 | Call with DOJ, Katten, James W., and GWM re: Vista |
| 6 | 06/10/2026 | Doc. 263 at 17 | Michael L. Martinez (GWM) | 1.2 | Review recent pleadings filed in the criminal action by Vista and Greg Lindberg. Conferences with JWG and BDR re the same. Emails with Andrew Cowie, Scott Avila, David Elkin, Don Harer, JWG, and BDR re the same. Emails with James Wyatt, Brandon McCarthy, Robert Blake, and Dan Ryan re the same. |
| | | | **Total** | **6.8** | |

**Schedule 3 — Other third parties: North Carolina rehabilitator's counsel (Williams Mullen) and Noble Consulting — 146 entries**

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 1 | 02/04/2025 | Doc. 69 at 17 | Benjamin D. Rhodes (GWM) | 0.3 | Review slide deck from Williams Mullen in advance of call with Wes Camden and Caitlin Poe. |
| 2 | 02/04/2025 | Doc. 69 at 17 | Michael L. Martinez (GWM) | 2.4 | Video conference with Wes Camden, Caitlin Poe, and BDR re victim restitution issues. |
| 3 | 02/04/2025 | Doc. 69 at 17 | Benjamin D. Rhodes (GWM) | 2.4 | Call with Wes Camden and Caitlin Poe. |
| 4 | 02/20/2025 | Doc. 69 at 89 | Amy Kirschner (Paladin) | 0.5 | Call among Paladin, Williams Mullen, Grier law firm regarding NC Claims and process |
| 5 | 02/21/2025 | Doc. 69 at 28 | Joseph W. Grier III (Special Master) | 0.4 | Teams call with W. Camden, C. Poe, S. Avila and A. Kirshner re claim of NC Insurance companies. |
| 6 | 02/21/2025 | Doc. 69 at 89 | Amy Kirschner (Paladin) | 2.1 | Call with Wes Camden, Catilin Poe Williams Mullen, Insurance company counsel; discussion on NC Insurance companies claims, background, schedule of assets, policy holder liabilities and other related claims valuation issues. |
| 7 | 02/25/2025 | Doc. 69 at 92 | Amy Kirschner (Paladin) | 0.2 | Correspondence with Williams Mullen regarding status of policy holder liability data and request for diligence call on Lindberg assets |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 8 | 02/26/2025 | Doc. 69 at 93 | Charles Urwin (Paladin) | 1.2 | Call with W. Camden, C. Poe (Williams Mullen), A. Kirschner (Paladin) to discuss North Carolina entity cases history and data requests. |
| 9 | 03/02/2025 | Doc. 69 at 97 | Amy Kirschner (Paladin) | 0.6 | Correspondence to Deloitte and Williams Mullen regarding existence of other hard assets at each entity and financial information available |
| 10 | 03/04/2025 | Doc. 69 at 34 | Michael L. Martinez (GWM) | 1.6 | Video conference with Wes Camden, Caitlin Poe, and BDR re victim restitution concepts. |
| 11 | 03/04/2025 | Doc. 69 at 34 | Benjamin D. Rhodes (GWM) | 1.6 | Call with MLM, Wes Camden, and Caitlin Poe. |
| 12 | 03/06/2025 | Doc. 69 at 36 | Michael L. Martinez (GWM) | 0.4 | Telephone call from Wes Camden re certification regarding beneficial owners of legal entity customers for Wells Fargo. Research re the same. Emails with John Babcock, Jim Lanik, JWG, and BDR re the same. |
| 13 | 03/07/2025 | Doc. 69 at 37 | Benjamin D. Rhodes (GWM) | 0.3 | Call with JWG, MLM, Jim Lanik, Mo Meghji, and Wes Camden re: ultimate beneficial owner certification. |
| 14 | 03/07/2025 | Doc. 69 at 37 | Michael L. Martinez (GWM) | 0.5 | Video conference with Mo Meghji, Jim Lanik, Wes Camden, JWG, and BDR re depository issues. Follow-up calls with Jim Lanik re the same. |
| 15 | 03/07/2025 | Doc. 69 at 37 | Joseph W. Grier III (Special Master) | 0.3 | Call with J. Lanik, Mo Meghji, Wes Camden, M. Martinez and B. Rhodes re: ultimate beneficial owner certification. |
| 16 | 03/10/2025 | Doc. 69 at 38 | Benjamin D. Rhodes (GWM) | 0.1 | Review of correspondence between Paladin team and Williams Mullen. |
| 17 | 03/10/2025 | Doc. 69 at 106 | Amy Kirschner (Paladin) | 0.2 | Follow up outreach to Williams Mullen for status update on information requests and related correspondence with W Camden |
| 18 | 03/12/2025 | Doc. 69 at 39 | Michael L. Martinez (GWM) | 0.1 | Emails with Caitlin Poe and Wes Camden re victim loss calculations. |
| 19 | 03/19/2025 | Doc. 69 at 113 | Donald Harer (Paladin) | 1.3 | Prepare for and participate in call with M. Dinius |
| 20 | 03/21/2025 | Doc. 69 at 44 | Michael L. Martinez (GWM) | 0.2 | Emails with Wes Camden and Caitlin Poe re special master role term sheet. |
| 21 | 03/25/2025 | Doc. 69 at 45 | Michael L. Martinez (GWM) | 0.8 | Video conference with Wes Camden, Caitlin Poe, and BDR re special master scope term sheet. |
| 22 | 03/25/2025 | Doc. 69 at 45 | Michael L. Martinez (GWM) | 0.3 | Conference BDR following up on discussion with Wes Camden and Caitlin Poe. |
| 23 | 03/25/2025 | Doc. 69 at 45 | Benjamin D. Rhodes (GWM) | 0.8 | Call with MLM, Wes Camden, and Caitlin Poe re: term sheet. |
| 24 | 03/26/2025 | Doc. 69 at 46 | Michael L. Martinez (GWM) | 0.1 | Draft email to Wes Camden and Caitlin Poe re special master role in distributing funds. |
| 25 | 03/28/2025 | Doc. 69 at 47 | Michael L. Martinez (GWM) | 0.3 | Conference call with Caitlin Poe, Wes Camden, JWG, and BDR re possible special master distribution of SAC liquidation proceeds. |
| 26 | 03/28/2025 | Doc. 69 at 47 | Benjamin D. Rhodes (GWM) | 0.3 | Call with JWG, MLM, Wes Camden, and Caitlin Poe. |
| 27 | 03/28/2025 | Doc. 69 at 47 | Joseph W. Grier III (Special Master) | 0.3 | Conference call with Caitlin Poe, Wes Camden, JWG, and BDR re possible special master distribution of SAC liquidation proceeds. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 28 | 04/01/2025 | Doc. 69 at 49 | Michael L. Martinez (GWM) | 1.3 | Emails with Mo Meghji, Matt Manning, and John Babcock re possible dispositions of ClanWilliam sale proceeds. Emails with John Johnston and Nick Kajon re the same. Conferences with BDR re the same. Emails with Wes Camden, Caitlin Poe, BDR, and JWG re the same. Emails with John Johnston, Marthinus Dreyer, Benjamin Wylie, Nick Kajon, Constantine Pourakis, Oliver Dancey, JWG, and BDR re the same. |
| 29 | 04/02/2025 | Doc. 69 at 49 | Michael L. Martinez (GWM) | 0.1 | Emails with Wes Camden and Caitlin Poe re distribution of ClanWilliam sale proceeds. |
| 30 | 04/02/2025 | Doc. 69 at 50 | Michael L. Martinez (GWM) | 0.6 | Draft letter to Wes Camden and Caitlin Poe requesting documents and information from the North Carolina insurance companies. |
| 31 | 04/03/2025 | Doc. 69 at 51 | Michael L. Martinez (GWM) | 0.6 | Continue drafting letter to Williams Mullen re document and information request. |
| 32 | 04/03/2025 | Doc. 69 at 51 | Benjamin D. Rhodes (GWM) | 0.2 | Revisions to letter to Williams Mullen re: information request. |
| 33 | 04/03/2025 | Doc. 69 at 51 | Michael L. Martinez (GWM) | 0.2 | Emails with Wes Camden, Caitlin Poe, JWG, and BDR re ClanWilliam sale proceeds. |
| 34 | 04/04/2025 | Doc. 69 at 51 | Michael L. Martinez (GWM) | 0.4 | Emails with Wes Camden and Caitlin Poe re Vista Life & Casualty Reinsurance Company. |
| 35 | 04/08/2025 | Doc. 69 at 53 | Michael L. Martinez (GWM) | 1.0 | Prepare for and attend video conference with Dan Ryan, Caitlin Poe, Wes Camden, Lyndie Freeman, Ben Bain-Creed, JWG, and BDR re documents and information requested from North Carolina insurance companies. Follow-up call with BDR and JWG re the same. |
| 36 | 04/08/2025 | Doc. 69 at 53 | Benjamin D. Rhodes (GWM) | 0.7 | Call with JWG, MLM, Dan Ryan, Ben Bain-Creed, Wes Camden, and Caitlin Poe re: request for information. |
| 37 | 04/08/2025 | Doc. 69 at 53 | Benjamin D. Rhodes (GWM) | 0.3 | Follow-up conference with JWG and MLM after call with DOJ and Williams Mullen personnel. |
| 38 | 04/09/2025 | Doc. 69 at 53 | Michael L. Martinez (GWM) | 0.2 | Finalize document request letter to Williams Mullen. Emails with Wes Camden, Caitlin Poe, Dan Ryan, Ben Bain-Creed, Lyndie Freeman, Scott Avila, Amy Kirschner, Don Harer, JWG, and BDR re the same. |
| 39 | 04/23/2025 | Doc. 69 at 58 | Michael L. Martinez (GWM) | 0.5 | Review, edit, and finalize ClanWilliam Group sale proceeds distribution proposal. Emails with Scott Avila, Don Harer, JWG, and BDR re the same. Emails with Wes Camden and Caitlin Poe re the same. |
| 40 | 04/24/2025 | Doc. 69 at 60 | Michael L. Martinez (GWM) | 0.2 | Email Don Solow re special master's proposal for distributing the net proceeds generated from the sale of the ClanWilliam Group of Companies. Emails with Wes Camden and Caitlin Poe re the same. |
| 41 | 05/01/2025 | Doc. 69 at 62 | Benjamin D. Rhodes (GWM) | 1.2 | Draft letter to Williams Mullen with counterproposal. |
| 42 | 05/06/2025 | Doc. 69 at 63 | Michael L. Martinez (GWM) | 0.9 | Emails with Don Harer, Scott Avila, JWG, and BDR re ClanWilliam sale proceeds distribution. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | Emails with Ben Wylie, John Johnston, Oliver Dancey, Nick Kajon, Constantine Pourakis, Elizabeth Cava, JWG, and BDR re the same. Video conference with Wes Camden and Caitlin Poe re the same. |
| 43 | 05/09/2025 | Doc. 69 at 66 | Michael L. Martinez (GWM) | 1.6 | Conference BDR re Clanwilliam sale distribution proposal. Revise draft letter to Wes Camden and others re the same. Emails with JWG and BDR re the same. Conference JWG re the same. Emails with Wes Camden and Caitlin Poe re the same. Emails with John Babcock re the same. Emails with Dan Ryan, Ben Bain-Creed, Lyndie Freeman, Taylor Stout, Julia Park, JWG, and BDR re the same. |
| 44 | 05/13/2025 | Doc. 69 at 67 | Benjamin D. Rhodes (GWM) | 0.6 | Call with MLM, Wes Camden, and Caitlin Poe re: Clanwilliam deal. |
| 45 | 05/14/2025 | Doc. 69 at 67 | Michael L. Martinez (GWM) | 0.2 | Emails with John Babcock, Wes Camden, and Caitlin Poe re language in TA Associates purchase agreement re disbursement of sale proceeds. |
| 46 | 05/15/2025 | Doc. 69 at 68 | Michael L. Martinez (GWM) | 0.8 | Telephone call from John Babcock re proposal for distributing Clanwilliam net sale proceeds. Emails with Wes Camden and Caitlin Poe re the same. Emails with Don Harer, Scott Avila, and JWG re the same. |
| 47 | 05/19/2025 | Doc. 69 at 69 | Michael L. Martinez (GWM) | 0.7 | Video conference with Wes Camden and Caitlin Poe re proposed distribution of Clanwilliam sale proceeds. Follow-up conference with BDR re the same. |
| 48 | 05/19/2025 | Doc. 69 at 69 | Benjamin D. Rhodes (GWM) | 0.7 | Call with MLM, Wes Camden, and Caitlin Poe re: Clanwilliam proposal; follow-up conference re: same. |
| 49 | 05/28/2025 | Doc. 69 at 72 | Michael L. Martinez (GWM) | 0.7 | Video conference with Wes Camden re relationship between state court and federal court. |
| 50 | 06/05/2025 | Doc. 81 at 9 | Michael L. Martinez (GWM) | 0.6 | Emails with Wes Camden re draft motion and order authorizing Clanwilliam distribution process. Emails with John Babcock and Jim Lanik re the same. Emails with Luis Llach-Zuniga and Tony Jones re the same. |
| 51 | 06/16/2025 | Doc. 81 at 13 | Michael L. Martinez (GWM) | 2.6 | Review further proposed edits to Clanwilliam compromise pleadings from the North Carolina insurance companies. Conference JWG re the same. Emails with Luis Llach-Zuniga and Tony Jones re the same. Emails with Nick Kajon re the same. Telephone call with Wes Camden re the same. |
| 52 | 06/16/2025 | Doc. 81 at 13 | Michael L. Martinez (GWM) | 0.2 | Emails with Margaret Westbrook, Bill Janvier, Caitlin Poe, Wes Camden, Cassidy Willard, John Babcock, Lauren Fussell, and JWG re documents recovered from 2222 Sedwick Road, Suite 103. |
| 53 | 06/16/2025 | Doc. 81 at 13 | Michael L. Martinez (GWM) | 0.4 | Review emails from John Babcock and Mo Meghji re Irish income tax issues. Telephone call to Wes Camden re the same. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 54 | 06/18/2025 | Doc. 81 at 14 | Michael L. Martinez (GWM) | 1.9 | Revise draft consent motion to approve Clanwilliam compromise. Emails with Nick Kajon re the same. Emails with Ronan Lennon, John Bash, and Steve Wilson re the same. Emails with Luis Llach-Zuniga and Tony Jones re the same. Emails with Wes Camden re the same. |
| 55 | 06/18/2025 | Doc. 81 at 14 | Michael L. Martinez (GWM) | 0.3 | Video conference with Caitlin Poe, John Babcock, and Wes Camden re Irish income tax issues. |
| 56 | 06/18/2025 | Doc. 81 at 14 | Michael L. Martinez (GWM) | 0.3 | Video conference with Bill Janvier, Margaret Westbrook, Cassidy Willard, Caitlin Poe, John Babcock, and Wes Camden re records discovered at 2222 Sedwick Road, Suite 103. |
| 57 | 06/18/2025 | Doc. 81 at 14 | Michael L. Martinez (GWM) | 1.5 | Research re Irish tax issues and potential impact on Clanwilliam transaction. Emails with Wes Camden re the same. |
| 58 | 06/24/2025 | Doc. 81 at 15 | Michael L. Martinez (GWM) | 0.4 | Prepare for call with David Paulson, Wes Camden, and John Babcock re Clanwilliam. |
| 59 | 06/24/2025 | Doc. 81 at 15 | Michael L. Martinez (GWM) | 1.4 | Video conference with David Paulson, Wes Camden, and John Babcock re Irish income tax issues. |
| 60 | 06/26/2025 | Doc. 81 at 16 | Michael L. Martinez (GWM) | 3.5 | Emails with Nick Kajon re Clanwilliam compromise. Emails with Luis Llach-Zuniga and Tony Jones re the same. Emails with Don Harer, Scott Avila, and BDR re the same. Emails with Wes Camden, David Paulson, and John Babcock re the same. Telephone call from Nick Kajon re the same. Emails with Steve Wilson, John Bash, and Eric Wolkoff re the same. |
| 61 | 06/27/2025 | Doc. 81 at 17 | Michael L. Martinez (GWM) | 5.1 | Review edits proposed by North Carolina Insurance Companies and NHC to draft consent motion on Clanwilliam compromise to deal with tax issues. Conferences with JWG and BDR re the same. Emails with John Babcock re the same. Revise draft consent motion on Clanwilliam compromise. Emails with Dan Ryan re the same. Telephone call from John Babcock re the same. Emails with Wes Camden, David Paulson, and John Babcock re the same. |
| 62 | 07/02/2025 | Doc. 81 at 19 | Michael L. Martinez (GWM) | 4.4 | Analyze Irish tax issues impeding Clanwilliam transaction. Draft language potentially resolving issue for purposes of immediate filing of motion. Emails with Tony Jones, Luis Llach-Zuniga, Nick Kajon, and Constantine Pourakis re the same. Emails with Caitlin Poe, Wes Camden, John Babcock, Don Solow, Ben Worley, Luis Llach-Zuniga, Tony Jones, Constantine Pourakis, Nick Kajon, BDR, and JWG re the same. Telephone call with John Babcock re the same. Emails with prosecution team and defense team re the same. Telephone call to Scott Avila re the same. Video conference (I participated audio-only) with Nick Kajon, John Babcock, Tony Jones, Wes Camden, |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | and Caitlin Poe re the same. Follow-up telephone call with John Babcock re the same. Follow-up emails with Nick Kajon, John Babcock, Tony Jones, Wes Camden, and Caitlin Poe re the same. |
| 63 | 07/22/2025 | Doc. 81 at 27 | Michael L. Martinez (GWM) | 1.6 | Telephone call and emails with John Babcock re Clanwilliam closing logistics and other hurdles. Emails with Wes Camden and Caitlin Poe re the same and related issues. Review motion to approve settlement filed by Bermuda insurance companies with the U.S. Bankruptcy Court for the Southern District of New York. Conference JWG and BDR re the same. Emails with Ronan Lennon re the same. |
| 64 | 07/22/2025 | Doc. 81 at 27 | Michael L. Martinez (GWM) | 0.5 | Video conference with Wes Camden and Caitlin Poe re NOLHGA and Clanwilliam. |
| 65 | 07/22/2025 | Doc. 81 at 27 | Michael L. Martinez (GWM) | 0.3 | Review entered order approving Clanwilliam compromise. Emails with Nick Kajon, Constantine Pourakis, Luis Llach-Zuniga, Tony Jones, Don Solow, Wes Camden, Caitlin Poe, John Babcock, and Ronan Lennon re the same. |
| 66 | 07/28/2025 | Doc. 81 at 70 | David Elkin (Paladin) | 0.3 | Call with M. Dinius, J. Murphy, D. Harer regarding Clanwilliam and Restitution worksheets |
| 67 | 07/28/2025 | Doc. 81 at 70 | Donald Harer (Paladin) | 0.8 | Call with M. Dinius, J. Murphy (NCIC) and D. Elkin regarding distribution process. Follow-up call with D. Elkin |
| 68 | 07/30/2025 | Doc. 81 at 71 | David Elkin (Paladin) | 0.4 | Call with M. Dinius regarding updated files |
| 69 | 07/30/2025 | Doc. 81 at 71 | David Elkin (Paladin) | 0.4 | Follow-up call with M. Dinius on updated files |
| 70 | 07/31/2025 | Doc. 81 at 31 | Michael L. Martinez (GWM) | 1.1 | Emails with Paul Dolman, Kevin Huff, Eric Leon, Ronan Lennon, Zeynep Kocabas, Tom Schultz, Antonina Semyachkova, Scott Rothstein, JWG, and BDR re agreement between the Bermuda insurance companies and Clanwilliam re closing procedures. Review the same. Emails with Nick Kajon, Constantine Pourakis, JWG, and BDR re the same. Emails with Wes Camden and Caitlin Poe re hearing before the U.S. Bankruptcy Court for the Southern District of New York. Emails with John Babcock re the same. |
| 71 | 08/04/2025 | Doc. 81 at 72 | Andrew Cowie (Paladin) | 0.9 | Call with C. Poe, L. Fussell (Williams Mullen) and D. Harer, D. Elkins (Paladin) in regard to restitution worksheets. |
| 72 | 08/04/2025 | Doc. 81 at 72 | David Elkin (Paladin) | 0.8 | Call with L. Fussell and Caitlin Poe (William Mullen; D. Harer |
| 73 | 08/04/2025 | Doc. 81 at 72 | Donald Harer (Paladin) | 1.0 | Call with William Mullins (C. Poe, L. Fussell), D. Elkin, and A. Cowie regarding restitution worksheets and historical loan details. Follow-up call with PMG team. |
| 74 | 08/06/2025 | Doc. 81 at 73 | David Elkin (Paladin) | 0.3 | Draft Restitution Template questions email to M. Dinius |
| 75 | 08/07/2025 | Doc. 81 at 35 | Michael L. Martinez (GWM) | 0.1 | Emails with Wes Camden, Caitlin Poe, JWG, and BDR re drafting a non-disclosure agreement |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | between North Carolina insurance companies and special master's professionals. |
| 76 | 08/07/2025 | Doc. 81 at 73 | David Elkin (Paladin) | 1.0 | Restructure Worksheet call with D. Harer and M. Dinius |
| 77 | 08/07/2025 | Doc. 81 at 74 | Donald Harer (Paladin) | 1.6 | Review files and call with M. Dinius and D. Elkin to review restitution worksheets and debt amounts |
| 78 | 08/08/2025 | Doc. 81 at 74 | David Elkin (Paladin) | 0.9 | Call with M. Dinius regarding restitution worksheets |
| 79 | 08/13/2025 | Doc. 81 at 38 | Michael L. Martinez (GWM) | 0.1 | Emails with Don Harer and others with confidentiality agreements with NOLHGA and NCICs. Emails with Wes Camden and Caitlin Poe re the same. |
| 80 | 08/14/2025 | Doc. 81 at 38 | Michael L. Martinez (GWM) | 1.7 | Telephone call from Wes Camden re Gramm Leach Bliley Act provisions on transmission of personally identifiable information. Research re the same. Emails with JWG and BDR re the same. Telephone call from JWG re the same. Emails with Wes Camden and Caitlin Poe re the same. |
| 81 | 08/27/2025 | Doc. 81 at 45 | Michael L. Martinez (GWM) | 0.3 | Emails with Wes Camden and Caitlin Poe re policyholder personally identifiable information. |
| 82 | 09/03/2025 | Doc. 81 at 46 | Michael L. Martinez (GWM) | 2.6 | Further revise special master consent to Clanwilliam transaction based on recent developments. Telephone call to John Babcock re the same. Further analysis re the same. Conferences with JWG re the same. Emails with Wes Camden, Caitlin Poe, and Don Solow re the same. Emails with Nick Kajon, Ronan Lennon, Paul Dolman, Howard Beggs, Antonina Semyachkova, John Babcock, JWG, and BDR. |
| 83 | 09/12/2025 | Doc. 81 at 53 | Michael L. Martinez (GWM) | 0.1 | Emails with Wes Camden, Caitlin Poe, Joel Glover, Jason Cowley, JWG, and BDR re consent motion to compel disclosure of information and protective order. |
| 84 | 09/16/2025 | Doc. 81 at 54 | Michael L. Martinez (GWM) | 1.1 | Telephone call from Wes Camden re draft motion to compel disclosure of information and protective order. Review additional edits from NOLHGA re the same. Review additional edits from the North Carolina Insurance Companies re the same. Emails with Wes Camden, Caitlin Poe, JWG, and BDR re the same. |
| 85 | 09/22/2025 | Doc. 81 at 56 | Michael L. Martinez (GWM) | 0.7 | Telephone calls from Don Harer re communications with Mike Dinius and John Murphy. Conferences with BDR re the same. Emails with Wes Camden, Caitlin Poe, JWG, and BDR re the same. |
| 86 | 09/22/2025 | Doc. 81 at 56 | Joseph W. Grier III (Special Master) | 0.1 | Review emails between M. Martinez and W. Camden re draft consent order re policyholder data. |
| 87 | 09/22/2025 | Doc. 81 at 83 | David Elkin (Paladin) | 0.4 | Call with M. Dinius and J. Murphy (NC Ins.) and D. Harer |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 88 | 09/22/2025 | Doc. 81 at 83 | Donald Harer (Paladin) | 1.0 | Call with M. Dinius, J. Murphy, and D. Elkin to discuss policy holder info access. Follow-up discussions with S. Avila and M. Martiniez |
| 89 | 09/24/2025 | Doc. 81 at 56 | Michael L. Martinez (GWM) | 0.3 | Emails with Wes Camden, Caitlin Poe, Don Harer, JWG, and BDR re information required to make distributions to NCICs policyholders with uncovered liabilities. Telephone call to Don Harer re the same. |
| 90 | 09/29/2025 | Doc. 81 at 58 | Michael L. Martinez (GWM) | 0.3 | Video conference with John Murphy, Mike Dinius, Wes Camden, Caitlin Poe, BDR, ACW, and JWG re distributions to policyholders with uncovered liabilities. |
| 91 | 09/29/2025 | Doc. 81 at 58 | Benjamin D. Rhodes (GWM) | 0.3 | Call with JWG, MLM, ACW, Wes Camden, Caitlin Poe, John Murphy, Mike Dinius, and Don Harer to discuss information requirements in order to distribute funds to excess policyholders. |
| 92 | 10/15/2025 | Doc. 95 at 16 | Michael L. Martinez (GWM) | 0.2 | Review email from Joel Glover re excess policyholder data. Emails with Scott Avila, Don Harer, JWG, and BDR re the same. Telephone call and email to Wes Camden re the same. |
| 93 | 10/22/2025 | Doc. 95 at 18 | Michael L. Martinez (GWM) | 1.3 | Video conference with Wes Camden re policyholders with uncovered losses and related issues. Follow-up conference with BDR re the same. Emails with Don Harer, Scott Avila, JWG, ACW, and BDR re the same. |
| 94 | 10/23/2025 | Doc. 95 at 18 | Michael L. Martinez (GWM) | 0.2 | Emails with Wes Camden re distribution of Clanwilliam proceeds. |
| 95 | 11/04/2025 | Doc. 95 at 21 | Michael L. Martinez (GWM) | 1.0 | Video conference with Mike Dinius, John Murphy, Wes Camden, Kathryn Tran, Alicia Den Beste, Don Harer, Paula Sosamon, JWG, and ACW re policyholder distribution mechanics and related issues. |
| 96 | 11/04/2025 | Doc. 95 at 42 | Andrew Cowie (Paladin) | 1.0 | Call with M. Dinius, J. Murphy (Noble), W. Cambden (Williams Mullin), K. Tran, A. Den Beste (EPIQ), M. Martinez, J. Grier (Grier Law) in regard to distribution. |
| 97 | 11/04/2025 | Doc. 95 at 42 | Donald Harer (Paladin) | 1.0 | Participate in call with Special Master, William Mullens, Epiq, and Paladin team to develop and coordinate process to distribute excess policy holder payments. |
| 98 | 11/10/2025 | Doc. 95 at 23 | Michael L. Martinez (GWM) | 0.3 | Left message with Wes Camden re policyholder distributions and liquidation of primary restitution assets. Emails with Wes Camden re the same. |
| 99 | 11/13/2025 | Doc. 95 at 25 | Michael L. Martinez (GWM) | 0.5 | Emails with Wes Camden and ACW re distributions to policyholders re uncovered liabilities. Conference(s) with ACW (and BDR) re the same. Emails with Andrew Cowie, Don Harer, Paula Sosamon, and Scott Avila re the same. Emails with JWG, BDR, and ACW re the same. Review detail from Epiq re the same. |
| 100 | 12/01/2025 | Doc. 95 at 27 | Michael L. Martinez (GWM) | 3.3 | Conferences with JWG, BDR, and ACW re distributions to policyholders with uncovered |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | liabilities and related restitution issues. Review files for information on the same. Review ACW's revisions to draft letter to policyholders with uncovered liabilities for whom we are missing tax identification numbers. Emails with ACW, JWG, and BDR re the same. Emails with Wes Camden, Caitlin Poe, and Lauren Fussell re the same. Emails with Kathryn Tran, Alicia Den Beste, Don Harer, Paula Sosamon, ACW, JWG, and BDR re the same. |
| 101 | 12/08/2025 | Doc. 95 at 30 | Michael L. Martinez (GWM) | 0.5 | Emails with ACW re policyholder distribution issues. Emails with Wes Camden and ACW re the same. |
| 102 | 12/08/2025 | Doc. 95 at 30 | Michael L. Martinez (GWM) | 0.6 | Emails with Wes Camden and ACW re disclosure of claimant names, addresses, and claim amounts. Research re the same. Emails with Alicia Den Beste, Kathryn Tran, Tim Conklin, Scott Avila, Don Harer, Paula Sosamon, JWG, BDR, and ACW re the same. |
| 103 | 12/08/2025 | Doc. 95 at 49 | Paula Sosamon (Paladin) | 0.5 | Various correspondence with AMR and NOBLE re: amount validation / reconciliation |
| 104 | 12/09/2025 | Doc. 95 at 31 | Michael L. Martinez (GWM) | 0.1 | Emails with Wes Camden and ACW re confidentiality of policyholder data. |
| 105 | 12/10/2025 | Doc. 95 at 31 | Michael L. Martinez (GWM) | 0.1 | Emails with Wes Camden and ACW re policyholder detail portal. Emails with Paula Sosamon, Alica Den Beste, Kathryn Tran, Don Harer, Scott Avila, ACW, JWG, and BDR re the same. |
| 106 | 12/11/2025 | Doc. 95 at 32 | Michael L. Martinez (GWM) | 0.6 | Video conference with Matt Manning, John Murphy, John Babcock, and Don Harer re liquidation of certain specified affiliated companies. |
| 107 | 12/12/2025 | Doc. 95 at 51 | Paula Sosamon (Paladin) | 0.2 | Correspondence with Noble re: policy statements |
| 108 | 12/12/2025 | Doc. 95 at 51 | Paula Sosamon (Paladin) | 0.5 | Call with Nadine (Noble) to discuss sample policy statements. |
| 109 | 12/15/2025 | Doc. 95 at 32 | Michael L. Martinez (GWM) | 0.3 | Emails with Wes Camden re distribution to policyholders with uncovered claims. Follow-up call from Wes Camden re the same. |
| 110 | 01/29/2026 | Doc. 148 at 65 | David Elkin (Paladin) | 1.5 | Call with M. Dinius, D. Harer and A. Cowie |
| 111 | 01/29/2026 | Doc. 148 at 65 | Andrew Cowie (Paladin) | 1.5 | Call with M. Dinius (Noble), D. Harer, D. Elkin (Paladin) in regard to outstanding IALA model questions. |
| 112 | 01/29/2026 | Doc. 148 at 66 | David Elkin (Paladin) | 0.4 | Prepare for call with M. Dinius |
| 113 | 02/11/2026 | Doc. 148 at 69 | David Elkin (Paladin) | 1.0 | Call with M. Dinius and A. Cowie to discuss Vista and PBLA Main |
| 114 | 02/11/2026 | Doc. 148 at 70 | Andrew Cowie (Paladin) | 1.0 | Call with M. Dinius (Noble), D. Elkin (Paladin) in regard to restitution loans. |
| 115 | 02/11/2026 | Doc. 148 at 70 | David Elkin (Paladin) | 0.6 | Compose call notes following call with M. Dinius |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 116 | 02/11/2026 | Doc. 148 at 70 | David Elkin (Paladin) | 0.3 | Prepare for call with M. Dinius |
| 117 | 02/19/2026 | Doc. 148 at 71 | Donald Harer (Paladin) | 2.0 | Prepare for and participate in call with Special Master, W. Camden, C. Poe (William Mullens), M. Dinius, J. Murphey (Noble), D. Elkin, and A. Cowie (PMG) regarding status and various restitution topics |
| 118 | 02/19/2026 | Doc. 148 at 71 | David Elkin (Paladin) | 0.7 | Call with M. Dinius, J. Murphy, C. Poe, L. Fussell, W. Camden, M. Martinez, D. Harer, and A. Cowie to discuss various topics |
| 119 | 02/19/2026 | Doc. 148 at 71 | Andrew Cowie (Paladin) | 0.7 | Call with J. Murphy, M. Dinius (Noble), M. Martinez (Grier Law), W. Cambden, C. Poe, L Fussell (WIlliams Mullen), D. Harer, D. Elkin (Paladin) in regard to NCICs and SASL questions. |
| 120 | 02/24/2026 | Doc. 148 at 73 | David Elkin (Paladin) | 0.9 | Call with M. Dinius (Noble) and A. Cowie regarding a primary restitution asset schedules |
| 121 | 02/25/2026 | Doc. 148 at 73 | David Elkin (Paladin) | 1.0 | Call with M. Dinius and D. Harer to discuss new schedules |
| 122 | 02/25/2026 | Doc. 148 at 73 | Donald Harer (Paladin) | 1.0 | Call with M. Dinius (Noble) and D. Elkin regarding restitution calculation. Follow-up |
| 123 | 03/02/2026 | Doc. 148 at 77 | David Elkin (Paladin) | 0.2 | Call with M. Dinius regarding Vista schedule |
| 124 | 03/18/2026 | Doc. 148 at 84 | David Elkin (Paladin) | 1.0 | Call with M. Dinius (Noble) to review reconciling items |
| 125 | 03/18/2026 | Doc. 148 at 84 | David Elkin (Paladin) | 0.7 | Review notes and prepare for call with M. Dinius |
| 126 | 03/21/2026 | Doc. 148 at 85 | David Elkin (Paladin) | 0.6 | Review email from M. Dinius and upload Restitution Worksheets excluding interest to Onehub |
| 127 | 04/13/2026 | Doc. 148 at 88 | David Elkin (Paladin) | 0.2 | Call with M. Dinius regarding primary restitution asset Pref |
| 128 | 04/24/2026 | Doc. 148 at 51 | Michael L. Martinez (GWM) | 0.3 | Telephone call from Wes Camden re sentencing issues. Emails with JWG and BDR re the same. |
| 129 | 04/28/2026 | Doc. 148 at 92 | David Elkin (Paladin) | 0.3 | Prepare for call with M. Dinius |
| 130 | 04/28/2026 | Doc. 148 at 92 | Andrew Cowie (Paladin) | 1.3 | Call with M. Dinius (Noble), D. Elkin (Paladin) in regard to historical gains and losses. |
| 131 | 05/01/2026 | Doc. 263 at 8 | Michael L. Martinez (GWM) | 0.3 | Telephone call from Wes Camden re exchange of information following up on restitution report. Emails Andrew Cowie, David Elkin, Don Harer, Scott Avila, JWG, and BDR re the same. Emails with Wes Camden re the same. |
| 132 | 05/04/2026 | Doc. 263 at 9 | Michael L. Martinez (GWM) | 0.2 | Emails with Wes Camden re new spreadsheet from Mike Dinius. Emails with Andrew Cowie, David Elkin, and Don Harer re the same. |
| 133 | 05/04/2026 | Doc. 263 at 27 | David Elkin (Paladin) | 0.5 | Call with M. Dinius and A. Cowie |
| 134 | 05/04/2026 | Doc. 263 at 27 | Andrew Cowie (Paladin) | 0.8 | Call with M. Dinius (Noble), D. Elkin (Paladin) in regard to historical payments. |
| 135 | 05/11/2026 | Doc. 263 at 28 | David Elkin (Paladin) | 1.2 | Call with M. Dinius and A. Cowie regarding Lindberg objection |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 136 | 05/11/2026 | Doc. 263 at 28 | Andrew Cowie (Paladin) | 1.2 | Call with M. Dinius (Noble) in regard to court report replies questions. |
| 137 | 05/13/2026 | Doc. 263 at 11 | Michael L. Martinez (GWM) | 3.8 | Follow-up research on certain restitution issues raised in responses to special master's report. Conference call with Wes Camden and Caitlin Poe re the same and related issues. |
| 138 | 05/18/2026 | Doc. 263 at 29 | David Elkin (Paladin) | 0.2 | Call with M. Dinius |
| 139 | 06/02/2026 | Doc. 263 at 15 | Michael L. Martinez (GWM) | 0.2 | Emails with Francesca Morris, Arthur Rosenberg, Jonathan Halpern, Abigail Grise, Amy Patterson, and Huguette Craggs re potential purchase of a specified affiliated company. Emails with John Babcock and Wes Camden re the same. |
| 140 | 06/04/2026 | Doc. 263 at 16 | Michael L. Martinez (GWM) | 0.7 | Telephone call with Wes Camden re remaining restitution issues. |
| 141 | 06/08/2026 | Doc. 263 at 16 | Michael L. Martinez (GWM) | 0.3 | Conference call with Wes Camden and JWG re payment priority issues and related issues. Emails with Nick Kajon re the same. |
| 142 | 06/10/2026 | Doc. 263 at 17 | Michael L. Martinez (GWM) | 1.2 | Telephone call from Jason Cowley re open restitution issues. Emails with Jason Cowley and Wes Camden the same. Revise draft term sheet to govern consensual resolution of outstanding restitution issues. |
| 143 | 06/15/2026 | Doc. 263 at 19 | Michael L. Martinez (GWM) | 3.9 | Continue reviewing recent pleadings filed by various parties, including Fourth Circuit opinion denying petition for writ of mandamus with prejudice. Conferences with BDR and JWG re the same. Emails with Jason Cowley re the same. Emails with Wes Camden and Dan Ryan re the same. Telephone call from Wes Camden re the same. |
| 144 | 06/16/2026 | Doc. 263 at 19 | Michael L. Martinez (GWM) | 1.3 | Emails with Dan Ryan and Lyndie Freeman re responses to recent motions filed. Review emails between Dan Ryan and others re the same. Emails with Wes Camden re the same. Review government's motion for extension of time to respond to emergency motions. Further review of emergency motion for which today is the purported deadline to respond. |
| 145 | 06/23/2026 | Doc. 263 at 32 | David Elkin (Paladin) | 0.1 | Draft email to M. Dinius regarding potential items requiring report modifications |
| 146 | 06/26/2026 | Doc. 263 at 22 | Michael L. Martinez (GWM) | 3.4 | Telephone call from Jason Cowley status of preparation of final supplement to restitution report. Telephone call from Wes Camden re the same. Draft final supplement to restitution report. |
| | | | **Total** | **125.6** | |

**Schedule 3 — Other third parties: Bermuda insurance companies, their counsel (Stevens & Lee), and Deloitte — 111 entries**

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 1 | 12/10/2024 | Doc. 69 at 11 | Joseph W. Grier III (Special Master) | 0.1 | Review and respond to email from Nick Kajon, attorney for Bermuda insurance companies. |
| 2 | 01/29/2025 | Doc. 69 at 14 | Michael L. Martinez (GWM) | 1.5 | Video conference with Nick Kajon, John Johnston, Scott Avila, Allen Soong, Amy Kirschner, Jeff Nerland, JWG, and BDR re issues facing the Bermudian insurance companies. |
| 3 | 01/29/2025 | Doc. 69 at 15 | Benjamin D. Rhodes (GWM) | 2.0 | Review of MOU, Interim Amendment to Loan Agreements, and related documents in preparation for calls with New Hold Co. and Bermuda insurance company attorneys. |
| 4 | 01/29/2025 | Doc. 69 at 79 | Scott Avila (Paladin) | 1.0 | Call with N Kajon - victims counsel |
| 5 | 01/29/2025 | Doc. 69 at 79 | Amy Kirschner (Paladin) | 1.0 | Introductory call with N Kajon and J Johnston, criminal restitution for Greg Lindberg victims |
| 6 | 01/29/2025 | Doc. 69 at 79 | Allen Soong (Paladin) | 1.1 | Call with N Kajon, J Johnston, J Grier, M Martinez, S Avila, J Nerland, A Kirshner regarding restitution |
| 7 | 01/30/2025 | Doc. 69 at 15 | Benjamin D. Rhodes (GWM) | 0.5 | Review of call with Nick Kajon re: Special Master's authority as to sale of ClanWilliam. |
| 8 | 02/10/2025 | Doc. 69 at 20 | Michael L. Martinez (GWM) | 0.5 | Video conference with Nick Kajon and Scott Avila re Clanwilliam sale and related issues. |
| 9 | 02/10/2025 | Doc. 69 at 85 | Scott Avila (Paladin) | 0.7 | Call with M Martinez and Nik Kajon |
| 10 | 02/11/2025 | Doc. 69 at 20 | Michael L. Martinez (GWM) | 0.1 | Emails with Nick Kajon and Scott Avila re New Hold Co. |
| 11 | 02/12/2025 | Doc. 69 at 87 | Scott Avila (Paladin) | 0.2 | Review and respond to emails from Deloitte |
| 12 | 02/12/2025 | Doc. 69 at 87 | Donald Harer (Paladin) | 1.5 | Meeting with N. Kajon (Stevens Lee), B. Wylie (Deloitte), D. Mongare (Deloitte), & PMG |
| 13 | 02/12/2025 | Doc. 69 at 87 | Amy Kirschner (Paladin) | 1.0 | Meeting with Ben Wylie, Danvas Mongare, Nick Kajon and Paladin regarding Bermuda Insurance Company claims and background |
| 14 | 02/13/2025 | Doc. 69 at 88 | Amy Kirschner (Paladin) | 1.0 | Meeting with Danvas Mongare and Ben Wylie regarding Bermuda claims process. |
| 15 | 02/17/2025 | Doc. 69 at 25 | Michael L. Martinez (GWM) | 0.8 | Video conference with Nick Kajon, John Johnston, Amy Kirschner, Scott Avila, BDR, and JWG re overall progress of special master and next steps. |
| 16 | 02/17/2025 | Doc. 69 at 25 | Benjamin D. Rhodes (GWM) | 0.8 | Call with JWG, MLM, Nick Kajon, John Johnston, Scott Avila, and Amy Kirschner. |
| 17 | 02/17/2025 | Doc. 69 at 25 | Michael L. Martinez (GWM) | 0.2 | Conference BDR and JWG following-up on video conference with Nick Kajon and John Johnston. |
| 18 | 02/17/2025 | Doc. 69 at 88 | Scott Avila (Paladin) | 0.8 | Call with GWM and Nick Kajon and John Johnson |
| 19 | 02/17/2025 | Doc. 69 at 88 | Amy Kirschner (Paladin) | 0.9 | Conference call with Nick Kajon, Grier law firm and Paladin regarding claims, distribution, clarification |
| 20 | 02/24/2025 | Doc. 69 at 90 | Amy Kirschner (Paladin) | 1.2 | Call with Deloitte regarding Bermuda policy holder information and status of ULICO claims |
| 21 | 03/04/2025 | Doc. 69 at 100 | Amy Kirschner (Paladin) | 0.6 | Call with Deloitte to review quantification of claims based on the asset basis (MOU) |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 22 | 03/04/2025 | Doc. 69 at 100 | Charles Urwin (Paladin) | 0.6 | Call with B. Wylie (Deloitte), A. Kirschner (Paladin) to discuss additional Bermuda entity diligence questions. |
| 23 | 03/07/2025 | Doc. 69 at 104 | Amy Kirschner (Paladin) | 0.9 | Call with B Wylie regarding claims values, crystalizing amounts as of a certain date, policy holder value evolving over time |
| 24 | 03/07/2025 | Doc. 69 at 104 | Amy Kirschner (Paladin) | 0.4 | Call with B Wylie regarding clarification on question list and discussion on history of hard asset sales including G Lindberg real estate and follow up correspondence |
| 25 | 03/12/2025 | Doc. 69 at 39 | Michael L. Martinez (GWM) | 0.4 | Emails with Nick Kajon, Scott Avila, Daniel Huyett, Ryan O'Neill, JWG, and BDR re clemency and related concerns. |
| 26 | 03/14/2025 | Doc. 69 at 41 | Michael L. Martinez (GWM) | 1.1 | Video conference with John Johnston, Nick Kajon, Benjamin Wylie, Constantine Pourakis, and BDR re special master responsibilities term sheet. |
| 27 | 03/14/2025 | Doc. 69 at 41 | Benjamin D. Rhodes (GWM) | 1.1 | Call with MLM, Nick Kajon, Benjamin Wylie, John Johnston, CP, and RLO re: reaction to term sheet. |
| 28 | 03/19/2025 | Doc. 69 at 114 | Amy Kirschner (Paladin) | 0.5 | Call with Ben Wylie, Deloitte regarding status of information request and Clanwilliam sale and related Bermuda insurance company litigation |
| 29 | 03/19/2025 | Doc. 69 at 114 | Charles Urwin (Paladin) | 1.3 | Call with B. Wylie (Deloitte), A. Kirschner (Paladin) to discuss Bermuda claims data, outstanding diligence requests, and Clanwilliam sale process. |
| 30 | 03/20/2025 | Doc. 69 at 43 | Michael L. Martinez (GWM) | 0.2 | Emails with Nick Kajon, Ryan O'Neill, JWG, and BDR re ClanWilliam sale and related issues. |
| 31 | 03/21/2025 | Doc. 69 at 116 | Donald Harer (Paladin) | 1.0 | Call with J. Johnston, B. Wylie (Deloitte) regarding Bermuda proposal to resolve Clanwilliam litigation. Correspond with team regarding same. |
| 32 | 03/21/2025 | Doc. 69 at 116 | Charles Urwin (Paladin) | 0.6 | Call with J. Johnson, B. Wylie (Deloitte), D Harer, A. Kirschner (Paladin) to discuss Clanwilliam sale process. |
| 33 | 03/26/2025 | Doc. 69 at 46 | Michael L. Martinez (GWM) | 0.4 | Emails with Nick Kajon re ClanWilliam sale. |
| 34 | 03/26/2025 | Doc. 69 at 46 | Michael L. Martinez (GWM) | 0.5 | Video conference with Nick Kajon, John Johnston, Ben Wylie, Oliver Dancey, and BDR re monetization of primary restitution assets. |
| 35 | 03/26/2025 | Doc. 69 at 46 | Benjamin D. Rhodes (GWM) | 0.5 | Call with MLM, Nick Kajon, John Johnston, Ben Wylie, and Oliver Dancey. |
| 36 | 03/28/2025 | Doc. 69 at 120 | Amy Kirschner (Paladin) | 0.7 | Call with Ben Wylie, Bermuda liquidators and Charles Urwin regarding additional claims information, policyholder and asset detail and claims process provider introductions |
| 37 | 03/28/2025 | Doc. 69 at 120 | Charles Urwin (Paladin) | 0.6 | Call with B. Wylie (Deloitte), A. Kirschner (Paladin) to request additional data and discuss previously provided information. |
| 38 | 03/31/2025 | Doc. 69 at 48 | Michael L. Martinez (GWM) | 0.3 | Emails with Nick Kajon re distribution waterfall. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 39 | 04/01/2025 | Doc. 69 at 48 | Michael L. Martinez (GWM) | 0.7 | Conference call with Nick Kajon, John Johnston, and others re potential consensual waterfall for ClanWilliam. |
| 40 | 04/01/2025 | Doc. 69 at 49 | Benjamin D. Rhodes (GWM) | 0.3 | Review of correspondence with Deloitte re: Bermuda Ins. Cos. proposed ClanWilliam distribution; preparation of questions re: same. |
| 41 | 04/02/2025 | Doc. 69 at 49 | Benjamin D. Rhodes (GWM) | 0.1 | Email to Deloitte to set up meeting re: ClanWilliam distribution. |
| 42 | 04/02/2025 | Doc. 69 at 49 | Benjamin D. Rhodes (GWM) | 2.1 | Preparation for meeting with Deloitte personnel re: Bermuda's proposed ClanWilliam distribution; meeting with Deloitte; review of information provided re: distribution calculations. |
| 43 | 04/02/2025 | Doc. 69 at 123 | Amy Kirschner (Paladin) | 0.5 | Call with C Urwin and Dreyer Marthinus (Deloitte) regarding Agera entities, investments and history and questions around placement in the MOU |
| 44 | 04/02/2025 | Doc. 69 at 123 | Charles Urwin (Paladin) | 0.5 | Call with M. Dreyer (Deloitte), A. Kirschner (Paladin) to discuss Bermuda outstanding diligence items and AGERA background. |
| 45 | 04/04/2025 | Doc. 69 at 51 | Michael L. Martinez (GWM) | 0.8 | Emails with Nick Kajon and John Johnston re emails from Greg Lindberg. Video conference with Nick Kajon and John Johnston re the same. |
| 46 | 04/10/2025 | Doc. 69 at 55 | Michael L. Martinez (GWM) | 0.4 | Emails with Ben Wylie, Constantine Pourakis, Elizabeth Cava, Nick Kajon, John Johnston, BDR, and JWG re possible resolution for distributing ClanWilliam sale proceeds. |
| 47 | 04/14/2025 | Doc. 69 at 56 | Benjamin D. Rhodes (GWM) | 0.2 | Emails to Deloitte/Ben Wylie re: discussions on Clanwilliam distribution. |
| 48 | 04/22/2025 | Doc. 69 at 128 | Amy Kirschner (Paladin) | 0.5 | Call with Georgia Thompson Deloitte; overview of situation, role and responsibilities |
| 49 | 04/25/2025 | Doc. 69 at 60 | Michael L. Martinez (GWM) | 0.5 | Emails with Ben Wylie, Oliver Dancey, John Johnston, Nick Kajon, Constantine Pourakis, JWG, and BDR re ClanWilliam distribution proposal. |
| 50 | 04/30/2025 | Doc. 69 at 61 | Michael L. Martinez (GWM) | 0.2 | Emails with Nick Kajon, Ben Wylie, John Johnston, Oliver Dancey, Constantine Pourakis, JWG, and BDR re ClanWilliam sale proceeds. Emails with Don Harer, Scott Avila, JWG, and BDR re the same. |
| 51 | 05/09/2025 | Doc. 69 at 65 | Michael L. Martinez (GWM) | 0.5 | Video conference with Ben Wylie, Ben Worley, Nick Kajon, and Oliver Dancey re Paradigm Park funds. |
| 52 | 07/21/2025 | Doc. 81 at 66 | Andrew Cowie (Paladin) | 0.8 | Call with M. Marthinus, B. Wylie (Deloitte) and D. Harer (Paladin) in regard to Bermuda damages. |
| 53 | 07/23/2025 | Doc. 81 at 67 | Andrew Cowie (Paladin) | 3.9 | Met with B. Wylie, O. Dancey, M. Dreyer (Deloitte) in regard to Bermuda case statuses. |
| 54 | 07/24/2025 | Doc. 81 at 28 | Michael L. Martinez (GWM) | 0.4 | Emails with Nick Kajon re Clanwilliam closing logistics. Emails with Ronan Lennon re the same. |
| 55 | 07/24/2025 | Doc. 81 at 68 | David Elkin (Paladin) | 0.6 | Call with Deloitte, D. Harer A. Cowie regarding Bermuda claims |
| 56 | 07/29/2025 | Doc. 81 at 29 | Michael L. Martinez (GWM) | 0.6 | Emails with Paul Dolman, Kevin Huff, Eric Leon, Ronan Lennon, Zeynap Kocabas, Tom Schultz, |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | Antonina Semyachkova, JWG, and BDR re various outstanding Clanwilliam closing issues. Emails with Nick Kajon and Constantine Pourakis re the same. |
| 57 | 07/30/2025 | Doc. 81 at 30 | Michael L. Martinez (GWM) | 4.6 | Review draft settlement agreement between Bermuda insurance companies and Clanwilliam. Emails with Paul Dolman, Kevin Huff, Eric Leon, Ronan Lennon, Zeynep Kocabas, Tom Schultz, Antonina Semyachkova, Scott Rothstein, JWG, and BDR re the same. Emails with Nick Kajon, Constantine Pourakis, JWG, and BDR re the same. Conferences with BDR and JWG re the same. Review Bermuda insurance companies' edits to the same. Review BDR's proposed edits to the same. Revise the same. |
| 58 | 07/31/2025 | Doc. 81 at 32 | Benjamin D. Rhodes (GWM) | 0.1 | Email to Nick Kajon re: proposed order approving settlement. |
| 59 | 08/06/2025 | Doc. 81 at 34 | Michael L. Martinez (GWM) | 0.3 | Emails with Nick Kajon, Constantine Pourakis, JWG, and BDR re finalizing settlement agreement between Bermuda insrurance companies and Clanwilliam. Emails with Paul Dolman, Tom Schultz, Ronan Lennon, Kevin Huff, Eric Leon, Zeynep Kocabas, Antonina Semyachkova, Scott Rothstein, Howard Beggs, Howard Beggs, JWG, and BDR. |
| 60 | 08/07/2025 | Doc. 81 at 34 | Michael L. Martinez (GWM) | 0.2 | Emails with Antonina Semyachkova re Bermuda supreme court approval process concerning Clanwilliam transaction. Emails with Nick Kajon and Constantine Pourakis re the same. |
| 61 | 08/07/2025 | Doc. 81 at 34 | Michael L. Martinez (GWM) | 1.2 | Emails with Paul Dolman, Tom Shultz, Ronan Lennon, Kevin Huff, Eric Leon, Scott Rothstein, Zeynep Kocabas, Antonina Semyachkova, Howard Beggs, Arthur Price, JWG, and BDR re outstanding deliverables to close Clanwilliam transaction. Emails with Nick Kajon and Constantine Pourakis re the same. Emails with Paladin, prosecution team, and defense team re the same. |
| 62 | 08/07/2025 | Doc. 81 at 73 | Andrew Cowie (Paladin) | 2.0 | Call with B. Wiley (Deloitte) and D. Harer in regard to Bermuda damages questions. |
| 63 | 08/07/2025 | Doc. 81 at 73 | Donald Harer (Paladin) | 1.3 | Call with Deloitte (B. Wylie) regarding restitution information |
| 64 | 08/08/2025 | Doc. 81 at 36 | Michael L. Martinez (GWM) | 0.3 | Review order entered by the Bermuda Supreme Court. Emails with Nick Kajon re the same. Emails with Paul Dolman and others re the same. |
| 65 | 08/12/2025 | Doc. 81 at 75 | Andrew Cowie (Paladin) | 0.4 | Call with B. Wylie, Deloitte in regard to ULICO preferred shares. |
| 66 | 08/14/2025 | Doc. 81 at 76 | Donald Harer (Paladin) | 1.1 | Call with Special Master, Deloitte, Freshfields, and Primary Restitution Asset mgmt to discuss taxes and transaction |
| 67 | 08/15/2025 | Doc. 81 at 39 | Michael L. Martinez (GWM) | 1.9 | Emails with Paul Dolman, Scott Rothstein, Ronan Lennon, Kevin Huff, Eric Leon, Zeynep Kocabas, |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | Antonina Semyachova, JWG, and BDR re outstanding Clanwilliam closing deliverables. Analyze execution versions of PBLA-Clanwilliam settlement documents. Emails with Nick Kajon and Constantine Pourakis re the same. |
| 68 | 08/15/2025 | Doc. 81 at 77 | Andrew Cowie (Paladin) | 0.5 | Call with B. Wylie, Deloitte and D. Harer in regard to outstanding Bermuda questions. |
| 69 | 08/15/2025 | Doc. 81 at 77 | Donald Harer (Paladin) | 0.5 | Call with Deloitte (B. Wylie) regarding issues list |
| 70 | 08/15/2025 | Doc. 81 at 77 | Donald Harer (Paladin) | 0.7 | Call with Deloitte (B. Wylie) and ULICO team |
| 71 | 08/20/2025 | Doc. 81 at 40 | Michael L. Martinez (GWM) | 0.1 | Emails with Nick Kajon and Constantine Pourakis re revisions to stipulation of dismissal for certain claims in adversary proceeding. Emails with Ronan Lennon, Antonina Semyachkova, Zeynep Kocabas, Tom Schultz, Paul Dolman, Kevin Huff, and Scott Rothstein re the same. |
| 72 | 08/21/2025 | Doc. 81 at 41 | Michael L. Martinez (GWM) | 0.4 | Emails with Zeynep Kocabas and others re banking concerns. Emails with Alicia Den Beste and others re the same. Emails with Nick Kajon and Constantine Pourakis re the same. |
| 73 | 08/27/2025 | Doc. 81 at 44 | Michael L. Martinez (GWM) | 0.1 | Emails with Nick Kajon and Constantine Pourakis re status of Clanwilliam closing. Emails with Paul Dolman, Antonina Semyachkova, Zeynep Kocabas, Scott Rothstein, and Eric Leon re the same. |
| 74 | 08/28/2025 | Doc. 81 at 45 | Michael L. Martinez (GWM) | 0.2 | Emails with Nick Kajon re status conference. |
| 75 | 09/08/2025 | Doc. 81 at 49 | Michael L. Martinez (GWM) | 0.7 | Emails with Antonina Semyachkova, Paul Dolman, and Zeynep Kocabas re Clanwilliam closing logistics. Emails with Nick Kajon re below. Emails with Alicia Den Beste, Julia Bealler, Don Harer, and JWG re the same. |
| 76 | 09/09/2025 | Doc. 81 at 49 | Michael L. Martinez (GWM) | 0.2 | Emails with Antonina Semyachkova, Paul Dolman, and Zeynep Kocabas re test wires, wiring instructions, and other logistical details for Clanwilliam closing. Emails with Nick Kajon re the same. Emails with Alicia Den Beste, Julia Bealler, Don Harer, and JWG re the same. |
| 77 | 09/10/2025 | Doc. 81 at 50 | Michael L. Martinez (GWM) | 0.3 | Review emails with Antonina Semyachkova, Zeynep Kocabas, Paul Dolman, Alicia Den Beste, Julia Bealler, and Marthinus Dreyer re payment logistics of Clanwilliam closing. Emails with BDR and JWG re the same. |
| 78 | 09/12/2025 | Doc. 81 at 52 | Michael L. Martinez (GWM) | 3.2 | Emails with Antonina Semyachkova, Paul Dolman, Zeynep Kocabas, Ben Wylie, Marthinus Dreyer, Alicia Den Beste, and Julia Bealler re Clanwilliam closing wire transfers. Emails with Scott Avila, Don Harer, JWG, and BDR re the same. Conferences with BDR re accounting and distribution methodolgies. Conferences with JWG and BDR re the same. Emails with Don Solow re the same. Review analysis prepared by Don Harer |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | re the same. Develop spreadsheet of distribution flow from Clanwilliam proceeds. Emails with Don Harer, Scott Avila, Minesh Patel, Andrew Cowie, David Elkin, JWG, and BDR re the same. |
| 79 | 09/17/2025 | Doc. 81 at 55 | Michael L. Martinez (GWM) | 0.1 | Telephone call from Matt Wolper re prospects of paying in full losses of victims who had policies through Bermudan insurance companies. |
| 80 | 09/23/2025 | Doc. 81 at 83 | Andrew Cowie (Paladin) | 0.9 | Call with B. Wylie, Deloitte and D. Harer in regard to distribution issues. |
| 81 | 09/23/2025 | Doc. 81 at 83 | Donald Harer (Paladin) | 1.0 | Call with B. Wylie (Deloitte) and A. Cowie regarding Bermuda policy holder information |
| 82 | 10/15/2025 | Doc. 95 at 38 | Andrew Cowie (Paladin) | 0.7 | Call with B. Wylie (Deloitte) in regard to policyholder liabilities. |
| 83 | 10/16/2025 | Doc. 95 at 38 | Andrew Cowie (Paladin) | 0.6 | Call with B. Wylie (Deloitte), J. Benetiz, R. Martinez Santiago (ULICO) in regard to primary restitution asset sale issues. |
| 84 | 10/17/2025 | Doc. 95 at 17 | Michael L. Martinez (GWM) | 0.7 | Video conference with Nick Kajon re issues with selling one of the primary restitution assets. Follow-up conference with JWG and BDR re the same. |
| 85 | 10/20/2025 | Doc. 95 at 17 | Michael L. Martinez (GWM) | 2.0 | Create spreadsheet itemizing principal amounts owed under affiliated debt instruments. Review documents re the same. Emails with Nick Kajon re the same. Emails with David Elkin and Don Harer re the same. Conference BDR re the same. |
| 86 | 10/24/2025 | Doc. 95 at 40 | Andrew Cowie (Paladin) | 0.8 | Call with B. Wylie, M. Dreyer (Deloitte) in regard to variable vs. fixed policyholder liabilities. |
| 87 | 10/30/2025 | Doc. 95 at 20 | Michael L. Martinez (GWM) | 1.3 | Prepare for call with Nick Kajon re sale of primary restitution assets. Participate on the same. Review email from Nick Kajon to Steve Waterman re the same. Emails with Layne Smith, Ian Bushner, and Steve Waterman re the same. |
| 88 | 11/18/2025 | Doc. 95 at 26 | Michael L. Martinez (GWM) | 0.7 | Emails with Nick Kajon re status of liquidating certain primary restitution assets. Follow-up conference with JWG re the same. Emails with Scott Avila, Don Harer, JWG, and BDR re the same. |
| 89 | 12/01/2025 | Doc. 95 at 28 | Michael L. Martinez (GWM) | 0.6 | Emails with Nick Kajon re sale of primary restitution assets. Emails with Don Harer and Scott Avila re the same. Follow-up research re the same. |
| 90 | 02/16/2026 | Doc. 148 at 70 | Scott Avila (Paladin) | 0.2 | R/R to emails from Bermuda's counsel |
| 91 | 02/19/2026 | Doc. 148 at 71 | Donald Harer (Paladin) | 1.5 | Prepare for and participate in call with J. Johnston, B. Wylie (Deloitte), Special Master, R. O'Neill, C. Puirakis, N. Kajon (Stevens Lee), A. Cowie, and D. Elkin (PMG) regarding status and various restitution topics |
| 92 | 02/19/2026 | Doc. 148 at 71 | Scott Avila (Paladin) | 0.5 | Call with Bermuda professionals re: update |
| 93 | 02/19/2026 | Doc. 148 at 72 | Andrew Cowie (Paladin) | 0.4 | Call with N. Kajon, R. O'Neill, C. Pourakis (Stevens Lee), B. Wylie (Deloitte), M. Martinez, B. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | Rhodes, J. Grier (Grier Law), S. Avila, D. Elkin, D. Harer (Paladin) re: court report. |
| 94 | 03/09/2026 | Doc. 148 at 80 | Andrew Cowie (Paladin) | 0.9 | Call with B. Wylie (Deloitte) in regard to court report. |
| 95 | 04/17/2026 | Doc. 148 at 90 | David Elkin (Paladin) | 0.2 | Read email from B. Wylie and request information from M. Dinius regarding Northstar and Yarrrow Three |
| 96 | 04/20/2026 | Doc. 148 at 49 | Michael L. Martinez (GWM) | 0.1 | Emails with Don Harer, David Elkin, and Andrew Cowie re restitution loss analysis. Telephone call to Nick Kajon re the same. |
| 97 | 04/24/2026 | Doc. 148 at 91 | David Elkin (Paladin) | 1.2 | Call with A. Cowie and B. Wylie (Bermuda) regarding schedules |
| 98 | 04/24/2026 | Doc. 148 at 91 | Andrew Cowie (Paladin) | 1.1 | Call with B. Wylie (Deloitte), D. Elkin (Paladin) in regard to Bermuda issues with the Court Report. |
| 99 | 04/27/2026 | Doc. 148 at 52 | Michael L. Martinez (GWM) | 0.4 | Emails with Nick Kajon, John Johnston, Ben Wylie, and Ryan O'Neill re restitution calculation. |
| 100 | 05/01/2026 | Doc. 263 at 8 | Michael L. Martinez (GWM) | 1.7 | Video conference with Andrew Cowie, David Elkin, Don Harer, and BDR re new information discovered concerning restitution calculations. Follow-up conference with BDR re the same. Telephone call to Nick Kajon re the same and related issues. |
| 101 | 05/25/2026 | Doc. 263 at 29 | David Elkin (Paladin) | 5.0 | Dinner and pot-dinner meeting with N. Kajon, R. O'Neil, M. Czarnoc, B. Wylie, J. Grier, M. Martinez, A. Cowie |
| 102 | 05/26/2026 | Doc. 263 at 14 | Michael L. Martinez (GWM) | 2.0 | Conference with Nick Kajon, Marcin Czarnocki, Ben Wylie, Ryan O'Neill, Andrew Cowie, David Elkin, JWG, and BDR re outstanding restitution issues and asset liquidation obstacles. |
| 103 | 05/26/2026 | Doc. 263 at 14 | Joseph W. Grier III (Special Master) | 2.0 | Post-sentencing conference with Bermuda contingency re case issues. |
| 104 | 05/26/2026 | Doc. 263 at 29 | David Elkin (Paladin) | 3.3 | In person meeting with Grier Law, Deloitte, and A. Cowie |
| 105 | 05/26/2026 | Doc. 263 at 30 | Andrew Cowie (Paladin) | 3.1 | Meeting with N. Kajon, R. O'Neill, B. Wylie, M. Czarnocki (Deloitte), B. Rhodes, J. Grier, M. Martinez (Grier), D. Elking (Paladin) re: Bermuda issues. |
| 106 | 05/27/2026 | Doc. 263 at 14 | Michael L. Martinez (GWM) | 0.1 | Emails with Nick Kajon re secondary restitution assets. |
| 107 | 05/28/2026 | Doc. 263 at 15 | Michael L. Martinez (GWM) | 0.1 | Emails with Nick Kajon re secondary restitution assets. |
| 108 | 06/09/2026 | Doc. 263 at 17 | Michael L. Martinez (GWM) | 0.4 | Draft lenghty email to Ryan O'Neill, Constantine Pourakis, and Nick Kajon re remaining restitution issues and possibility for larger resolution. |
| 109 | 06/11/2026 | Doc. 263 at 18 | Michael L. Martinez (GWM) | 0.1 | Emails with Constantine Pourakis re Lindberg's recent motion to stay special master's efforts. |
| 110 | 06/23/2026 | Doc. 263 at 21 | Michael L. Martinez (GWM) | 0.1 | Emails with Constantine Pourakis re potential sale of one of the specified affiliated companies. |
| 111 | 06/23/2026 | Doc. 263 at 32 | Andrew Cowie (Paladin) | 0.5 | Call with B. Wylie (Deloitte) in regard to outstanding BIC questions. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | **Total** | **96.8** | |

**Schedule 3 — Other third parties: NHC and its counsel (Waldrep Wall) — 93 entries**

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 1 | 01/24/2025 | Doc. 69 at 12 | Michael L. Martinez (GWM) | 0.7 | Telephone call to Jim Lanik re initial conference. Emails with Jim Lanik, John Babcock, and Cassidy Willard re the same and various issues involved in case. |
| 2 | 01/29/2025 | Doc. 69 at 14 | Michael L. Martinez (GWM) | 2.1 | Conference with Cassidy Willard, John Babcock, Jim Lanik, BDR, and JWG re New Hold Co., plus Scott Avila, Allen Soong, Amy Kirschner, and Jeff Nerland via video. |
| 3 | 02/03/2025 | Doc. 69 at 16 | Benjamin D. Rhodes (GWM) | 0.7 | Call with MLM, Jim Lanik, and John Babcock re: suits filed by Lindberg against trustee Steve Wilson. |
| 4 | 02/03/2025 | Doc. 69 at 16 | Michael L. Martinez (GWM) | 1.0 | Conference call with John Babcock, Jim Lanik, and BDR re sale of New Hold Co. assets [0.7 hrs.]. Follow-up conference with BDR re the same [0.3 hrs.]. |
| 5 | 02/03/2025 | Doc. 69 at 17 | Benjamin D. Rhodes (GWM) | 0.1 | Email with Cassidy Willard re: NHC Org Chart and Clanwilliam Group Structure |
| 6 | 02/04/2025 | Doc. 69 at 17 | Michael L. Martinez (GWM) | 0.1 | Emails with John Babcock, Jim Lanik, Cassidy Willard, JWG, and BDR re draft assignment agreement for NHC. |
| 7 | 02/06/2025 | Doc. 69 at 18 | Michael L. Martinez (GWM) | 0.4 | Telephone call from Jim Lanik re status of special master's efforts. |
| 8 | 02/10/2025 | Doc. 69 at 20 | Michael L. Martinez (GWM) | 0.3 | Telephone call to Jim Lanik re Clanwilliam sale, motions and lawsuits filed by Greg Lindberg, and related issues. |
| 9 | 02/12/2025 | Doc. 69 at 22 | Michael L. Martinez (GWM) | 0.6 | Video conference with Mo Mejhi, Bo Gallagher, Matt Manning, John Babcock, Jim Lanik, and JWG re Clanwilliam. Follow-up conference with JWG re the same. |
| 10 | 02/14/2025 | Doc. 69 at 24 | Michael L. Martinez (GWM) | 0.4 | Emails with Paul Murray, Michael Neary, Luke Smullen, Steve Wilson, William Gallagher, Mo Meghji, John Babcock, and Ronan Lennon re Grant Thornton fairness opinion. |
| 11 | 02/20/2025 | Doc. 69 at 26 | Michael L. Martinez (GWM) | 0.3 | Emails with Paul Murray, William Gallagher, John Babcock, Mo Meghji, Matt Manning, Ronan Lennon, Steve Wilson, Michael Neary, Luke Smullen, Diarmuid Argue, and JWG re no duty release letter for Grant Thornton. Conference JWG re the same. Emails with Scott Avila and JWG re the same. |
| 12 | 02/25/2025 | Doc. 69 at 28 | Michael L. Martinez (GWM) | 0.6 | Conference call with Jim Lanik and John Babcock re NHC corporate governance concerns and relationship between special master and NHC. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 13 | 02/25/2025 | Doc. 69 at 29 | Michael L. Martinez (GWM) | 0.5 | Emails with John Babcock and Jim Lanik on NHC corporate governance issues and Clanwilliam sale. |
| 14 | 03/03/2025 | Doc. 69 at 33 | Michael L. Martinez (GWM) | 0.3 | Emails with John Babcock, Jim Lanik, JWG, and BDR re banking issues facing entities affiliated with Global Growth. Emails with Scott Avila and Don Harer re the same. |
| 15 | 03/04/2025 | Doc. 69 at 33 | Michael L. Martinez (GWM) | 0.1 | Emails with John Babcock and Jim Lanik re officers and directors insurance and complete execution of assignment agreement. Emails with BDR and JWG re the same. |
| 16 | 03/04/2025 | Doc. 69 at 34 | Michael L. Martinez (GWM) | 0.5 | Video conference with Mo Meghji, Matt Manning, John Babcock, Jim Lanik, and BDR re depository institution concerns relating to ultimate beneficial ownership of SACs. |
| 17 | 03/04/2025 | Doc. 69 at 34 | Benjamin D. Rhodes (GWM) | 0.5 | Call with MLM, John Babcock, Jim Lanik, Matthew Manning, and Mohsin Meghji re: Metropolitan Bank closing NHC/GGH accounts. |
| 18 | 03/04/2025 | Doc. 69 at 34 | Michael L. Martinez (GWM) | 1.1 | Draft letter to Metropolitan Commercial Bank re SACs deposits. Emails with John Babcock and Jim Lanik re the same. |
| 19 | 03/06/2025 | Doc. 69 at 35 | Michael L. Martinez (GWM) | 0.1 | Emails with Bill Gallagher, Billy Kroupa, Richard Kellner, Mo Meghji, Matt Manning, John Babcock, and Don Harer re D&O insurance issues for NHC. |
| 20 | 03/06/2025 | Doc. 69 at 35 | Michael L. Martinez (GWM) | 0.1 | Finalize letter to Metropolitan Commercial Bank. Emails with John Babcock, JWG, and BDR re the same. |
| 21 | 03/07/2025 | Doc. 69 at 37 | Michael L. Martinez (GWM) | 0.3 | Emails with John Babcock, Jim Lanik, BDR, and JWG re depository banking issues. Emails with Steve Wilson, Bill Janvier, and Margaret Westbrook re the same. Emails with Dan Ryan and Ben Bain-Creed re the same. |
| 22 | 03/07/2025 | Doc. 69 at 103 | Scott Avila (Paladin) | 0.3 | Call with Kathy Millon (NHC) |
| 23 | 03/10/2025 | Doc. 69 at 37 | Michael L. Martinez (GWM) | 0.3 | Review issues re depository services to Specified Affiliated Companies. Emails with Jim Lanik re the same. Emails with Jim Lanik, Cassidy Willard, John Babcock, Mo Meghji, Matt Manning, JWG, and BDR re the same. |
| 24 | 03/11/2025 | Doc. 69 at 39 | Michael L. Martinez (GWM) | 0.1 | Emails with Jim Lanik and John Babcock re list of SACs. |
| 25 | 03/12/2025 | Doc. 69 at 40 | Michael L. Martinez (GWM) | 0.2 | Emails with Jim Lanik, John Babcock, Cassidy Willard, BDR, and JWG re up-to-date, comprehensive list of Specified Affiliated Companies. Emails with Don Harer and Scott Avila re the same. |
| 26 | 03/13/2025 | Doc. 69 at 109 | Donald Harer (Paladin) | 0.5 | Call with J. Babcock (NHC) regarding NHC board materials |
| 27 | 03/19/2025 | Doc. 69 at 43 | Michael L. Martinez (GWM) | 0.7 | Telephone call from John Babcock re special master term sheet and related issues. |
| 28 | 03/24/2025 | Doc. 69 at 44 | Michael L. Martinez (GWM) | 0.4 | Telephone call from John Babcock re status of SAC liquidations and special master investigation. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 29 | 03/24/2025 | Doc. 69 at 45 | Michael L. Martinez (GWM) | 0.8 | Video conference with Mo Meghji, Matt Manning, and John Babcock re asset valuation concerns and ClanWilliam sale. |
| 30 | 04/01/2025 | Doc. 69 at 49 | Michael L. Martinez (GWM) | 0.3 | Telephone call from John Babcock re banking issues across the various SAC operating companies. |
| 31 | 04/07/2025 | Doc. 69 at 52 | Michael L. Martinez (GWM) | 0.6 | Telephone call from John Babcock re status of term sheet reactions and related issues. |
| 32 | 04/10/2025 | Doc. 69 at 54 | Michael L. Martinez (GWM) | 0.2 | Emails with John Babcock re ClanWilliam sale. |
| 33 | 04/10/2025 | Doc. 69 at 55 | Michael L. Martinez (GWM) | 0.2 | Telephone call from John Babcock re ClanWilliam sale. |
| 34 | 04/14/2025 | Doc. 69 at 126 | Donald Harer (Paladin) | 0.5 | Call with J. McFarland regarding NHC SACs & follow-up |
| 35 | 04/16/2025 | Doc. 69 at 57 | Joseph W. Grier III (Special Master) | 0.1 | Review and respond to email from C. Willard re special master being listed as beneficial owner of NHC bank accounts at Wells Fargo and First Horizon. |
| 36 | 05/05/2025 | Doc. 69 at 63 | Michael L. Martinez (GWM) | 1.7 | Review and analyze Lindberg's response to NCICs counterproposal on the ClanWilliam group of companies net sale proceeds. Emails with Don Solow re the same. Review memorandum from John Babcock re ClanWilliam proceeds distribution issues. Telephone call to John Babcock re the same. Conference JWG and BDR re issues raised during call with John Babcock. |
| 37 | 05/12/2025 | Doc. 69 at 66 | Michael L. Martinez (GWM) | 0.8 | Telephone call to John Babcock re Clanwilliam sale proposal and potential Damovo sale transaction. Follow-up conference with JWG re the same. |
| 38 | 05/21/2025 | Doc. 69 at 70 | Michael L. Martinez (GWM) | 0.4 | Telephone call to John Babcock re Damovo. |
| 39 | 05/22/2025 | Doc. 69 at 71 | Michael L. Martinez (GWM) | 0.8 | Telephone calls from John Babcock re potential option of special master to acquire specialized affiliated companies that are deemed to have no value. Follow-up conferences with JWG re the same. Emails with John Babcock re the same. |
| 40 | 06/11/2025 | Doc. 81 at 11 | Michael L. Martinez (GWM) | 0.9 | Review charging order entered in Galen Publishing v. ASiM Holdings, LLC on September 10, 2024. Emails with Ian Quigley and John Babcock re the same. Research re Galen Publishing. |
| 41 | 06/12/2025 | Doc. 81 at 12 | Michael L. Martinez (GWM) | 0.7 | Emails with John Babcock re Clanwilliam tax questions. Conference BDR re the same. Conference JWG re the same. |
| 42 | 06/17/2025 | Doc. 81 at 14 | Michael L. Martinez (GWM) | 0.5 | Telephone call from John Babcock re Irish income tax issues. |
| 43 | 06/26/2025 | Doc. 81 at 17 | Michael L. Martinez (GWM) | 0.3 | Telephone call from John Babcock re Steve Wilson trusts and Clanwilliam tax issues. |
| 44 | 06/30/2025 | Doc. 81 at 18 | Michael L. Martinez (GWM) | 2.9 | Review emails between Grant Thornton and John Babcock re Irish income tax issues. Telephone call |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | from Nick Kajon re the same. Conference BDR re the same. Follow-up research re the same. |
| 45 | 08/04/2025 | Doc. 81 at 33 | Michael L. Martinez (GWM) | 0.3 | Telephone call from John Babcock re liquidation of certain SACs and related issues. |
| 46 | 08/12/2025 | Doc. 81 at 36 | Michael L. Martinez (GWM) | 1.0 | Review BDR edits to draft Lindberg-Clanwilliam-TA release document. Revise the same. Conference BDR re the same. Emails with Tom Schultz, Paul Dolman, Ronan Lennon, Scott Rothstein, Kevin Huff, Eric Leon, Zeynep Kocabas, Antonina Semyachkova, Howard Beggs, Arthur Price, JWG, and BDR re the same. Telephone call to John Babcock re the same. |
| 47 | 08/13/2025 | Doc. 81 at 37 | Michael L. Martinez (GWM) | 0.1 | Telephone call to John Babcock re ERC refund checks to Boston Laser Eye Care Management LLC and Greg Lindberg. Draft letter to Epiq re the same. Emails with JWG and BDR re the same. |
| 48 | 08/21/2025 | Doc. 81 at 42 | Joseph W. Grier III (Special Master) | 0.3 | Teams meeting with Clanwilliam, Steve Wilson, John Babcock, M. Martinez and B. Rhodes re execution of Clanwilliam sale documents. |
| 49 | 08/21/2025 | Doc. 81 at 42 | Benjamin D. Rhodes (GWM) | 0.3 | Call with JWG, MLM, Ronan Lennon, Howard Beggs, Steve Wilson, and John Babcock re: releases necessary for Steve Wilson. |
| 50 | 08/28/2025 | Doc. 81 at 45 | Michael L. Martinez (GWM) | 2.7 | Review and analyze closing statement provided by Paul Dolman. Emails with JWG and BDR re the same. Emails with Paul Dolman and Antonina Semyachkova re the same. Conference JWG and BDR re the same. Telephone call from John Babcock re the same. |
| 51 | 09/02/2025 | Doc. 81 at 46 | Michael L. Martinez (GWM) | 8.8 | Video conference with Ronan Lennon, Howard Beggs, Mo Meghji, John Babcock, and Steve Wilson re emergency issues with the forthcoming Clanwilliam closing. Telephone calls with John Babcock re the same. Conferences with JWG re the same. Review February 21, 2025 Share Purchase Agreement with TA Associates. Finalize and execute special master's deed of consent to Clanwilliam transaction. Review various professional fee invoices incurred by Steve Wilson. Revise spreadsheet prepared by John Babcock. Telephone call to Nick Kajon re the same. Telephone call to JWG re the same. |
| 52 | 09/04/2025 | Doc. 81 at 47 | Michael L. Martinez (GWM) | 5.8 | Continue shepherding Clanwilliam transaction toward closing by communicating with various attorneys, reviewing and analyzing memoranda on tax issues, vetting leakage amounts, and preparing to receive and disburse funds. Emails with Don Harer, Scott Avila, David Elkin, and Minesh Patel re the same. Emails with BDR re the same. Emails with John Babcock re the same. Telephone call from John Babcock re the same. Emails with Ronan Lennon and Steve Wilson re the same. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 53 | 09/05/2025 | Doc. 81 at 48 | Michael L. Martinez (GWM) | 1.4 | Emails with Ronan Lennon, Steve Wilson, and John Babcock re Clanwilliam leakage amounts. Review additional documents provided by Ronan Lennon re the same. Emails with Nick Kajon on various transaction details. Emails with Paul Dolman, Antonina Semyachkova, and others re the same. |
| 54 | 09/11/2025 | Doc. 81 at 51 | Michael L. Martinez (GWM) | 0.7 | Review draft Deed of Notification of the Termination of the Trust for the Clanwilliam Group. Emails with Scott Avila, Don Harer, JWG, and BDR re the same. Emails with John Babcock re the same. |
| 55 | 09/11/2025 | Doc. 81 at 52 | Michael L. Martinez (GWM) | 0.4 | Telephone call from John Babcock re Paradigm Park funds, income tax issues, termination of Clanwilliam trust, and related issues. |
| 56 | 09/12/2025 | Doc. 81 at 52 | Michael L. Martinez (GWM) | 0.3 | Review emails between John Babcock, Ronan Lennon, and various attorneys re termination of Clanwilliam trust. Emails with JWG and BDR re the same. |
| 57 | 09/12/2025 | Doc. 81 at 52 | Michael L. Martinez (GWM) | 1.1 | Emails with JWG and BDR re expenses incurred by Steve Wilson in administering the Clanwilliam trust. Emails with Steve Wilson and John Babcock re the same. Telephone call to Steve Wilson re the same. |
| 58 | 09/12/2025 | Doc. 81 at 53 | Michael L. Martinez (GWM) | 0.8 | Telephone call from Jim Lanik re Prairie Eye & Laser Management. Conference JWG and BDR re the same. |
| 59 | 09/16/2025 | Doc. 81 at 53 | Michael L. Martinez (GWM) | 0.3 | Emails with Cassidy Willard and John Babcock re termination of Clanwilliam trust. |
| 60 | 09/16/2025 | Doc. 81 at 54 | Benjamin D. Rhodes (GWM) | 0.1 | Email to Cassidy Willard with revisions to escrow agreement. |
| 61 | 09/18/2025 | Doc. 81 at 55 | Joseph W. Grier III (Special Master) | 0.2 | Review email from C. Willard NHC//UBO - Royal Bank of Canada; discuss with B. Rhodes, and respond to C. Willard. |
| 62 | 09/30/2025 | Doc. 81 at 58 | Michael L. Martinez (GWM) | 0.6 | Telephone call from John Babcock re escrow agreement and tax issues. Quantity Subtotal 520.5 Services Subtotal $207,752.00 Expenses Date Notes Quantity Rate Total |
| 63 | 10/06/2025 | Doc. 95 at 12 | Michael L. Martinez (GWM) | 0.6 | Video conference with Matt Manning, Mo Meghji, John Babcock, Don Harer, Andrew Cowie re potential income tax issues at the operating company level [0.4 hrs]. Follow-up conference with BDR and JWG re the same [0.2 hrs]. |
| 64 | 10/06/2025 | Doc. 95 at 37 | Donald Harer (Paladin) | 1.0 | Call with NCIC, NHC, and Paladin to discuss tax filing issues. Follow-up |
| 65 | 10/07/2025 | Doc. 95 at 13 | Michael L. Martinez (GWM) | 0.2 | Emails with Cassidy Willard, John Babcock, JWG, and BDR re escrow fund for Irish income tax liabilities. |
| 66 | 10/07/2025 | Doc. 95 at 13 | Benjamin D. Rhodes (GWM) | 0.3 | Prepare W9; conference JWG; email to Cassidy Willard. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 67 | 10/08/2025 | Doc. 95 at 14 | Benjamin D. Rhodes (GWM) | 0.2 | Review of banking documents for Clanwilliam Irish tax escrow account; conference MLM re: same; email to Waldrep Wall re: same. |
| 68 | 10/22/2025 | Doc. 95 at 18 | Michael L. Martinez (GWM) | 0.7 | Review emails from John Babcock re Irish income tax concerns. Emails with Scott Avila, Don Harer, JWG, and BDR re the same. Conference JWG re the same. Emails with Cassidy Willard and John Babcock re the same. |
| 69 | 10/24/2025 | Doc. 95 at 40 | Donald Harer (Paladin) | 0.9 | Call with NHC board regarding asset divestiture opportunities. |
| 70 | 10/30/2025 | Doc. 95 at 19 | Michael L. Martinez (GWM) | 0.2 | Emails with John Babcock, Cassidy Willard, JWG, and BDR re 2022 Irish income tax returns for Triton Financial. |
| 71 | 10/31/2025 | Doc. 95 at 21 | Michael L. Martinez (GWM) | 0.2 | Emails with Cassidy Willard, Jim Lanik, and BDR re Parrott v. Yeh. |
| 72 | 11/04/2025 | Doc. 95 at 21 | Michael L. Martinez (GWM) | 0.1 | Emails with Cassidy Willard re Irish income tax excrow account statement. Emails with BDR re the same. |
| 73 | 11/17/2025 | Doc. 95 at 25 | Joseph W. Grier III (Special Master) | 0.3 | Review email from John Babcock re SAC Tax Compliance |
| 74 | 11/17/2025 | Doc. 95 at 26 | Michael L. Martinez (GWM) | 0.5 | Telephone call to John Babcock re liquidation of primary restitution assets, tax issues, and status of trusts. |
| 75 | 11/19/2025 | Doc. 95 at 46 | Donald Harer (Paladin) | 0.7 | Call with M. Manning, J. Babcock (NHC) and A. Cowie regarding tax issues |
| 76 | 11/24/2025 | Doc. 95 at 26 | Michael L. Martinez (GWM) | 0.6 | Conference call with Steve Wilson and John Babcock re trust issues. |
| 77 | 12/08/2025 | Doc. 95 at 30 | Joseph W. Grier III (Special Master) | 0.1 | Review email from J. Babcock re certain primary restitution assets. |
| 78 | 12/08/2025 | Doc. 95 at 30 | Michael L. Martinez (GWM) | 0.4 | Emails with John Babcock and Cassidy Willard re potential liquidations of certain SACs. Emails with JWG and BDR re the same. Emails with Don Harer and Scott Avila re the same. |
| 79 | 12/09/2025 | Doc. 95 at 31 | Michael L. Martinez (GWM) | 0.2 | Emails with John Babcock and Cassidy Willard re special master official opinion on various potential liquidation transactions. |
| 80 | 12/10/2025 | Doc. 95 at 31 | Michael L. Martinez (GWM) | 0.5 | Telephone call from John Babcock re sale of certain specified affiliated companies. Conferences with JWG and BDR re the same. |
| 81 | 12/11/2025 | Doc. 95 at 32 | Michael L. Martinez (GWM) | 0.4 | Emails with John Babcock, Matt Manning, Jacob Hazel, and Cassidy Willards re accounting and tax issues. Emails with Scott Avila, Don Harer, JWG, and BDR re the same. |
| 82 | 04/15/2026 | Doc. 148 at 46 | Michael L. Martinez (GWM) | 0.9 | Return telephone call to, and emails with, Steve Wilson re remnant Clanwilliam funds. Telephone call to, and emails with, Kathryn Tran re the same. Emails with Scott Avila, Don Harer, Andrew Cowie, David Elkin, JWG, and BDR re the same. Emails with John Babcock re the same. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 83 | 04/20/2026 | Doc. 148 at 49 | Michael L. Martinez (GWM) | 0.1 | Review mail to Greg Lindberg and various others received by M3 Partners. Emails with John Babcock re the same. Emails with BDR and JWG re the same. |
| 84 | 04/21/2026 | Doc. 148 at 49 | Joseph W. Grier III (Special Master) | 0.1 | Review and respond to email from J. Babcock re special master providing identification documents to Danish counsel for SAC. |
| 85 | 04/22/2026 | Doc. 148 at 50 | Michael L. Martinez (GWM) | 0.8 | Telephone call from John Babcock re general status of NHC Holdings activities. Follow-up conferences with BDR and JWG re the same. |
| 86 | 05/12/2026 | Doc. 263 at 11 | Michael L. Martinez (GWM) | 0.6 | Telephone call from John Babcock re status of NHC Holdings' efforts and related issues. |
| 87 | 05/18/2026 | Doc. 263 at 12 | Michael L. Martinez (GWM) | 0.1 | Review engagement letter between NHC Holdings LLC and A&L Goodbody LLP. Emails with JWG and BDR re the same. Emails with John Babcock re the same. |
| 88 | 05/28/2026 | Doc. 263 at 14 | Michael L. Martinez (GWM) | 0.4 | Telephone call from John Babcock re employee retention credit refund and related issues. |
| 89 | 06/02/2026 | Doc. 263 at 15 | Michael L. Martinez (GWM) | 0.1 | Emails with John Babcock re NHC Holdings, LLC executive committee. Emails with Don Harer re the same. |
| 90 | 06/04/2026 | Doc. 263 at 15 | Michael L. Martinez (GWM) | 0.2 | Emails with John Babcock, Don Harer, and JWG re employee retention tax credits deposited into special master's deposit account. |
| 91 | 06/13/2026 | Doc. 263 at 19 | Michael L. Martinez (GWM) | 0.4 | Emails with John Babcock re status of restitution and related processes. |
| 92 | 06/19/2026 | Doc. 263 at 20 | Michael L. Martinez (GWM) | 0.3 | Telephone call from John Babcock re status NHC Holdings, LLC's efforts to administer the Specified Affiliated Companies for the benefit of victims. |
| 93 | 06/22/2026 | Doc. 263 at 21 | Michael L. Martinez (GWM) | 0.3 | Research re available historical information on employee retention credit refund received last year. Emails with John Babcock re the same. |
| | | | **Total** | **62.6** | |

**Schedule 3 — Other third parties: Primary restitution asset management and counsel — 71 entries**

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 1 | 01/24/2025 | Doc. 69 at 13 | Michael L. Martinez (GWM) | 1.5 | Video conference with general counsel for primary restitution asset, Layne Smith, Steve Waterman, and JWG re primary restitution assets. |
| 2 | 01/24/2025 | Doc. 69 at 13 | Joseph W. Grier III (Special Master) | 1.3 | Teams meeting with general counsel for primary restitution asset, Layne Smith and Steven Wateman re case background and their recommendations for proceeding. |
| 3 | 01/29/2025 | Doc. 69 at 14 | Michael L. Martinez (GWM) | 0.6 | Review draft beneficial interest assignment agreement for primary restitution asset. Conference and emails with JWG and BDR re the same. Emails with general counsel for primary |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | restitution asset, Bart Pisella, Layne Smith, Hannah Tuttle, Steve Waterman, and JWG re the same. |
| 4 | 01/30/2025 | Doc. 69 at 15 | Michael L. Martinez (GWM) | 1.7 | Emails with general counsel for primary restitution asset and others re primary restitution asset matters [0.6 hrs]. Telephone call with general counsel for primary restitution asset, Layne Smith, and JWG re the same [0.8 hrs]. Telephone call with Scott Avila and JWG re the same [0.3 hrs]. |
| 5 | 01/30/2025 | Doc. 69 at 15 | Michael L. Martinez (GWM) | 0.4 | Emails with Patrick Ryan, Bart Pisella, David T.B. Audley, Steve Waterman, Layne Smith, Hannah Tuttle, general counsel for primary restitution asset and JWG re assignment of rights in primary restitution asset to special master. Revise the same. |
| 6 | 01/31/2025 | Doc. 69 at 15 | Michael L. Martinez (GWM) | 0.4 | Review additional revisions to primary restitution asset beneficial interest assignment. Emails with general counsel for primary restitution asset, Layne Smith, Steve Waterman, Hannah Tuttle, Bart Pisella, David T.B. Audley, Patrick Ryan, and JWG re the same. |
| 7 | 02/04/2025 | Doc. 69 at 80 | Scott Avila (Paladin) | 0.5 | Call with HPS regarding Primary Restitution Assets |
| 8 | 02/06/2025 | Doc. 69 at 19 | Michael L. Martinez (GWM) | 0.1 | Emails with Layne Smith, Steve Waterman, Hannah Tuttle, general counsel for primary restitution asset, and JWG re assignment agreement. |
| 9 | 02/12/2025 | Doc. 69 at 23 | Michael L. Martinez (GWM) | 0.4 | Review edits to ancillary assignment documents by lenders. Emails with general counsel for primary restitution asset, Layne Smith, Steve Waterman, Hannah Tuttle, and JWG re the same. |
| 10 | 02/13/2025 | Doc. 69 at 24 | Michael L. Martinez (GWM) | 0.1 | Telephone call from Layne Smith re status of execution of assignment agreement and related ancillary documents. |
| 11 | 02/20/2025 | Doc. 69 at 26 | Michael L. Martinez (GWM) | 0.3 | Review revised joinders to operating agreement and voting trust agreement. Emails with Layne Smith, Hannah Tuttle, general counsel for primary restitution asset, Steve Waterman, and JWG re the same. |
| 12 | 02/20/2025 | Doc. 69 at 27 | Michael L. Martinez (GWM) | 0.4 | Further review and analysis of late-proposed edits to beneficial interest assignment agreement. Conference JWG re the same. Emails with Layne Smith, Hannah Tuttle, general counsel for primary restitution asset, Steve Waterman, and JWG re the same. |
| 13 | 02/20/2025 | Doc. 69 at 27 | Michael L. Martinez (GWM) | 0.3 | Review final versions of joinders to operating agreement and voting trust agreement. Emails with Hannah Tuttle, Layne Smith, Steve Waterman, general counsel for primary restitution asset, and JWG re the same. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 14 | 02/21/2025 | Doc. 69 at 27 | Michael L. Martinez (GWM) | 0.1 | Emails with Patrick Ryan, Layne Smith, JWG, and others re designation of voting trust in pertinent documents. |
| 15 | 02/26/2025 | Doc. 69 at 29 | Michael L. Martinez (GWM) | 1.1 | Review final execution versions of assignment-related documents. Conferences with JWG re the same. Conference BLF re the same. Emails with Layne Smith, Hannah Tuttle, general counsel for primary restitution asset, and JWG re the same. |
| 16 | 02/28/2025 | Doc. 69 at 95 | Scott Avila (Paladin) | 1.2 | Call with Primary Restitution Asset independent directors, CEO and Corporate Counsel and the Special Master |
| 17 | 03/06/2025 | Doc. 69 at 36 | Michael L. Martinez (GWM) | 0.5 | Video conference with Freedom 3 representatives, general counsel for primary restitution asset, Layne Smith, and Scott Avila. |
| 18 | 03/07/2025 | Doc. 69 at 103 | Scott Avila (Paladin) | 0.5 | Call with HPS, Primary Restitution Asset inside and outside counsel |
| 19 | 03/10/2025 | Doc. 69 at 106 | Donald Harer (Paladin) | 0.6 | Introductory call with G. Cappelli (Primary Restitution Asset) |
| 20 | 03/12/2025 | Doc. 69 at 40 | Michael L. Martinez (GWM) | 0.1 | Emails with Layne Smith, Steve Waterman, general counsel for primary restitution asset, and JWG re potential interference with forthcoming sale efforts. |
| 21 | 03/13/2025 | Doc. 69 at 109 | Scott Avila (Paladin) | 0.4 | Call with S Puri (Primary Restitution Asset) |
| 22 | 03/13/2025 | Doc. 69 at 109 | Donald Harer (Paladin) | 0.5 | Call with S Puri (VP Finance Primary Restitution Asset), G. Lembo and S Avila regarding covenant compliance relief |
| 23 | 03/13/2025 | Doc. 69 at 109 | Donald Harer (Paladin) | 0.5 | Call with General Counsel (Primary Restitution Asset), R. Welch (Raymond James) and G. Lembo regarding Primary Restitution Asset sale process. |
| 24 | 03/18/2025 | Doc. 69 at 42 | Michael L. Martinez (GWM) | 1.2 | Video conference with Steve Waterman, Layne Smith, general counsel for primary restitution asset, and JWG re primary restitution asset sale issues and follow-up conference with JWG re the same. |
| 25 | 03/18/2025 | Doc. 69 at 42 | Joseph W. Grier III (Special Master) | 1.2 | Zoom conference with L. Smith, S. Waterman, general counsel for primary restitution asset & M. Martinez re primary restitution asset board and proposed term sheet modifying special master order [0.9 hrs.]. Follow-up conference with M. Martinez re same [0.3 hrs.]. |
| 26 | 03/24/2025 | Doc. 69 at 117 | ? | 0.1 | Thomas Delzenero External call with S. Puri (Primary Restitution Asset) on future period projections |
| 27 | 03/24/2025 | Doc. 69 at 118 | Gary Lembo (Paladin) | 3.9 | Calls on Lindberg matter with Paladin team Scott Avila, Tom DelZenero Review of convents and definitions Calls with S Puri and General Counsel |
| 28 | 03/25/2025 | Doc. 69 at 118 | ? | 0.7 | Thomas Delzenero External call with S. Puri (Primary Restitution Asset) and G. Lembo (PMG) on covenant projections |
| 29 | 03/26/2025 | Doc. 69 at 46 | Michael L. Martinez (GWM) | 0.4 | Conference BDR re primary restitution asset membership interest transfer restrictions. Emails |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | with general counsel for primary restitution asset, Layne Smith, Scott Avila, Don Harer, Gary Lembo, JWG, and BDR re the same. |
| 30 | 04/07/2025 | Doc. 69 at 52 | Michael L. Martinez (GWM) | 0.8 | Video conference with general counsel for primary restitution asset, Layne Smith, Steve Waterman, Scott Avila, Don Harer, and JWG re options for effectuating assignment of interest in primary restitution asset. |
| 31 | 04/07/2025 | Doc. 69 at 124 | Scott Avila (Paladin) | 0.9 | Call with Michael Martinez, General Counsel, Joe Grier and Steve Waterman regarding Primary Restitution Asset legal issues |
| 32 | 04/08/2025 | Doc. 69 at 53 | Michael L. Martinez (GWM) | 0.6 | Participate (audio only) in video conference with Steve Waterman, general counsel for primary restitution asset, Layne Smith, Hannah Tuttle, Scott Avila, and JWG re Freedom 3. |
| 33 | 04/10/2025 | Doc. 69 at 54 | Michael L. Martinez (GWM) | 1.4 | Emails with Layne Smith, Hannah Tuttle, Steve Waterman,general counsel for primary restitution asset, Scott Avila, Don Harer, and JWG re primary restitution asset loan documents and voting trust agreement and conduct further analysis of the same. Conferences with BDR re the same. |
| 34 | 04/24/2025 | Doc. 69 at 128 | Scott Avila (Paladin) | 0.3 | Call with Primary Restitution Asset - General Counsel and Bevan regarding Investment Banker |
| 35 | 04/28/2025 | Doc. 69 at 60 | Michael L. Martinez (GWM) | 1.3 | Emails with conferences with JWG re primary restitution asset sale efforts. Telephone calls to general counsel for primary restitution asset re the same. Emails with Layne Smith, Steve Waterman, Hannah Tuttle, general counsel for primary restitution asset, and JWG re the same. Emails with Scott Avila and Don Harer re the same. |
| 36 | 05/01/2025 | Doc. 69 at 62 | Joseph W. Grier III (Special Master) | 0.8 | Call with general counsel for primary restitution asset, L. Smith and S. Avila re consent by Freedom 3 to Lindberg assignment of primary restitution asset interest to special master. |
| 37 | 05/05/2025 | Doc. 69 at 63 | Michael L. Martinez (GWM) | 1.8 | Telephone calls from general counsel for primary restitution asset re Freedom 3 and related issues. Review and edit draft support and voting agreement prepared by primary restitution asset. Conferences and emails with BDR re the same. Emails with Scott Avila, general counsel for primary restitution asset, Layne Smith, BDR, and JWG re the same. Conference BDR re draft motion to clarify special master's interest in primary restitution asset. |
| 38 | 05/06/2025 | Doc. 69 at 64 | Michael L. Martinez (GWM) | 1.7 | Review and edit draft motion to clarify special master's rights re primary restitution asset. Emails with Scott Avila and Don Harer re the same. Emails with Layne Smith, Steve Waterman, Hannah Tuttle, general counsel for primary restitution asset, JWG, and BDR re the same. Emails with general counsel for primary restitution asset, Layne Smith, JWG, and BDR re |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | primary restitution asset sale support agreement. Emails with Dan Ryan, Taylor Stout, Ben Bain-Creed, Lyndie Freeman, JWG, and BDR re the same. Conference JWG and BDR re the same. |
| 39 | 05/09/2025 | Doc. 69 at 65 | Michael L. Martinez (GWM) | 0.9 | Conferences with JWG re draft primary restitution asset sale support agreement. Review edits to the same suggested by Freedom 3, and then Layne Smith in response. Emails with JWG and BDR re the same. Emails with Layne Smith, Hannah Tuttle, general counsel for primary restitution asset, Scott Avila, JWG, and BDR. |
| 40 | 05/13/2025 | Doc. 69 at 67 | Michael L. Martinez (GWM) | 0.9 | Review and analyze additional edits to draft support agreement from Freedom 3's attorneys. Conference call with general counsel for primary restitution asset and Layne Smith re the same. |
| 41 | 05/14/2025 | Doc. 69 at 67 | Michael L. Martinez (GWM) | 0.8 | Review further revisions to support and voting agreement made by Layne Smith. Revise support and voting agreement. Emails with Layne Smith, Hannah Tuttle, general counsel for primary restitution asset, Scott Avila, BDR, and JWG re the same. |
| 42 | 05/15/2025 | Doc. 69 at 68 | Michael L. Martinez (GWM) | 0.7 | Review primary restitution asset corporate governance documents to respond to inquiry from general counsel. Emails with general counsel, Scott Avila, Layne Smith, and JWG re the same. Conference JWG re the same. Conference JWG and BDR re the same. |
| 43 | 05/20/2025 | Doc. 69 at 69 | Michael L. Martinez (GWM) | 0.5 | Return telephone call to general counsel for primary restitution asset and CEO re Freedom 3. Follow-up call from general counsel for primary restitution asset reporting positive developments. Emails with JWG and BDR re the same. |
| 44 | 05/21/2025 | Doc. 69 at 70 | Michael L. Martinez (GWM) | 0.7 | Revise draft voting and support agreement. Telephone call from general counsel for primary restitution asset and Layne Smith re the same. Emails with Layne Smith, general counsel for primary restitution asset, Scott Avila, Hannah Tuttle, JWG, and BDR re the same. |
| 45 | 05/22/2025 | Doc. 69 at 71 | Michael L. Martinez (GWM) | 0.2 | Emails with Layne Smith, general counsel for primary restitution asset, Hannah Tuttle, Scott Avila, and JWG draft support agreement. |
| 46 | 05/27/2025 | Doc. 69 at 72 | Michael L. Martinez (GWM) | 0.3 | Emails with general counsel for primary restitution asset and Layne Smith re resolution with Freedom 3. Conferences with JWG re the same. |
| 47 | 06/04/2025 | Doc. 69 at 137 | Scott Avila (Paladin) | 0.2 | Call with General Counsel regarding Primary Restitution Asset |
| 48 | 06/10/2025 | Doc. 81 at 11 | Michael L. Martinez (GWM) | 1.9 | Telephone calls to and from counsel for certain primary restitution asset re removing Kathy Million from the Board of Directors. Review and revise draft letter prepared by BDR re the same. Emails with Layne Smith, BDR, JWG and others |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | re the same. Telephone call to Scott Avila re the same. |
| 49 | 07/01/2025 | Doc. 81 at 19 | Michael L. Martinez (GWM) | 0.1 | Emails with Layne Smith and others re draft first status report. |
| 50 | 07/22/2025 | Doc. 81 at 27 | Michael L. Martinez (GWM) | 1.2 | Video conference with Layne Smith, Steve Waterman, Ian Bushner, Eva Mak, Tim Howard, JWG, and BDR re various task items to streamline sale efforts. |
| 51 | 07/22/2025 | Doc. 81 at 67 | Minesh Patel (Paladin) | 1.0 | Call with Saurabh P. to discuss Primary Restitution Asset proceeds |
| 52 | 08/12/2025 | Doc. 81 at 36 | Michael L. Martinez (GWM) | 0.1 | Emails with Layne Smith and others re drafting of potential purchase agreement. |
| 53 | 08/14/2025 | Doc. 81 at 76 | Minesh Patel (Paladin) | 1.4 | Call with Primary Restitution Asset, Grier, FreshFields and Paladin team to discuss tax diligence |
| 54 | 08/20/2025 | Doc. 81 at 40 | Michael L. Martinez (GWM) | 1.3 | Attend video conference with Ian Bushner, Tim Howard, Steve Waterman, Layne Smith, Allison Kowalski, Shannon Sciaretta, JWG, BDR, and other company officers re sale process for primary restitution assets. |
| 55 | 08/20/2025 | Doc. 81 at 40 | Benjamin D. Rhodes (GWM) | 1.3 | Call with JWG, MLM, Allison Kowalski, Shannon Sciaretta, Timothy Howard, Ian Bushner, Layne Smith, and CEO/general counsel for primary restitution asset re: sale process; conference JWG and MLM re: same. |
| 56 | 09/04/2025 | Doc. 81 at 48 | Michael L. Martinez (GWM) | 0.3 | Telephone call to Layne Smith re board issues. Draft letter re the same. Emails with Layne Smith and others re the same. |
| 57 | 09/04/2025 | Doc. 81 at 81 | Donald Harer (Paladin) | 0.5 | Call with J. Wissink to discuss various Primary Restitution Asset portfolio operations |
| 58 | 09/05/2025 | Doc. 81 at 48 | Michael L. Martinez (GWM) | 0.3 | Review confidential settlement agreement entered into by ULICO and one of the primary restitution assets. Emails with Hannah Tuttle and others re the same. |
| 59 | 09/08/2025 | Doc. 81 at 49 | Benjamin D. Rhodes (GWM) | 1.0 | Call with JWG, MLM, Hannah Tuttle, Steven Waterman, Allison Kowalski, general counsel for primary restitution asset, Joshua Critchlow, Philip Turpin, Timothy Howard, Steven Matays, Layne Smith, Ian Bushner, and Saurabh Puri to discuss sale process for primary restitution asset [0.7] and follow-up conference with JWG and MLM re: same [0.3]. |
| 60 | 10/01/2025 | Doc. 95 at 10 | Michael L. Martinez (GWM) | 0.3 | Telephone call from Layne Smith re status of liquidation of primary restitution assets. |
| 61 | 10/08/2025 | Doc. 95 at 14 | Michael L. Martinez (GWM) | 3.5 | Review various documents provided by attorneys at Freshfields US LLP re special master's interest in a certain primary restitution assets. Conferences with JWG and BDR re the same. Emails with JWG and BDR re the same. Telephone call to Layne Smith re the same. Draft agreement between special master and Greg Lindberg re potential tax distributions. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 62 | 10/09/2025 | Doc. 95 at 14 | Michael L. Martinez (GWM) | 0.4 | Conference JWG re tax distribution issue relating to one of the primary restitution assets. Emails with Callum Riseley, Ian Bushner, Steven Matays, Joshua Critchlow, Timothy Howard, Hannah Tuttle, Steve Waterman, Layne Smith, JWG, and others re the same. |
| 63 | 10/28/2025 | Doc. 95 at 19 | Joseph W. Grier III (Special Master) | 0.2 | Review email from S. Waterman re sale process for primary restitution asset. |
| 64 | 11/04/2025 | Doc. 95 at 21 | Michael L. Martinez (GWM) | 0.2 | Emails with Alexandria Ku, Ian Bushner, and others re income tax issues related to liquidation of primary restitution assets and other related concerns. |
| 65 | 11/13/2025 | Doc. 95 at 25 | Michael L. Martinez (GWM) | 0.2 | Emails with Philip Turpin, Steven Matays, Joshue Critchlow, Tim Howard, Hannah Tuttle, Steve Waterman, and Layne Smith re primary restitution asset tax issues. |
| 66 | 11/17/2025 | Doc. 95 at 25 | Michael L. Martinez (GWM) | 1.1 | Conference JWG re issues with liquidating primary restitution assets. Continuing drafting email to Madlyn Primoff and others re the same. Emails with BDR and JWG re the same. |
| 67 | 03/05/2026 | Doc. 148 at 79 | David Elkin (Paladin) | 0.4 | Draft email to PBLA / Northstar regarding a primary restitution asset related payments |
| 68 | 03/31/2026 | Doc. 148 at 86 | Andrew Cowie (Paladin) | 0.4 | Call with B. Erickson (a primary restitution asset), S. Avila (Paladin) in regard to financials. |
| 69 | 04/01/2026 | Doc. 148 at 87 | Andrew Cowie (Paladin) | 0.7 | Call with S. Puri (primary restitution asset) in regard to forecasted operations. |
| 70 | 04/08/2026 | Doc. 148 at 87 | Andrew Cowie (Paladin) | 1.0 | Call with B. Erickson (PRA), A. Nordini, S. Karkare (GS), S. Avila (Paladin) in regard to primary restitution asset sale process. |
| 71 | 04/17/2026 | Doc. 148 at 49 | Benjamin D. Rhodes (GWM) | 0.8 | Call with CEO, board members, and general counsel for primary restitution assets, as well as MLM and investment bankers re sale process. |
| | | | **Total** | **55.4** | |

**Schedule 3 — Other third parties: ULICO and its counsel (Troutman) — 69 entries**

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 1 | 02/06/2025 | Doc. 69 at 19 | Michael L. Martinez (GWM) | 0.8 | Video conference with Jose Benitez, Tony Jones, Bob Martinez, Raul Ramirez, Luis Llach-Zuniga, Scott Avila, Allen Soong, and BDR re introduction to ULICO. |
| 2 | 02/06/2025 | Doc. 69 at 19 | Benjamin D. Rhodes (GWM) | 0.8 | Call with ULICO (Tony James, Luis J., Roberto Martinez, Raul Ramirez, and Jose Benitez) and Paladin team. |
| 3 | 02/06/2025 | Doc. 69 at 82 | Scott Avila (Paladin) | 0.9 | Call with ULICO 's counsel and mgmt regarding introductory issues |
| 4 | 02/06/2025 | Doc. 69 at 83 | Allen Soong (Paladin) | 0.8 | Call with ULICO, GWM, S Avila |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 5 | 02/15/2025 | Doc. 69 at 88 | Scott Avila (Paladin) | 0.5 | Draft emails to NC and ULICO counsel regarding claims, draft emails to GWM |
| 6 | 02/18/2025 | Doc. 69 at 88 | Scott Avila (Paladin) | 0.8 | Call with ULICO lawyers and A Kirschner |
| 7 | 02/18/2025 | Doc. 69 at 88 | Amy Kirschner (Paladin) | 1.9 | Conference call with ULICO counsel and Paladin regarding ULICO claims |
| 8 | 02/20/2025 | Doc. 69 at 89 | Amy Kirschner (Paladin) | 0.7 | Preparation of ULICO victim claims restitution template and related correspondence with ULICO counsel |
| 9 | 02/25/2025 | Doc. 69 at 92 | Amy Kirschner (Paladin) | 0.2 | Correspondence with ULICO regarding follow up questions on claims liability overview |
| 10 | 02/27/2025 | Doc. 69 at 94 | Amy Kirschner (Paladin) | 1.0 | Conference with ULICO regarding book of business reinsured by PBLA as of 12/31/24 and overview of ULICO's preferred equity stake in Primary Restitution Asset |
| 11 | 03/03/2025 | Doc. 69 at 98 | Amy Kirschner (Paladin) | 1.2 | Conference with C Urwin on claims outline and status, ULICO preferred equity and related issues, questions and next steps |
| 12 | 03/04/2025 | Doc. 69 at 99 | Amy Kirschner (Paladin) | 1.0 | Call with C Urwin and S Avila on claims workstream, how to quantify, ULICO claim and how it differs and staffing |
| 13 | 03/06/2025 | Doc. 69 at 103 | Amy Kirschner (Paladin) | 0.1 | Correspondence with ULICO and follow up with C Urwin regarding information flow |
| 14 | 03/11/2025 | Doc. 69 at 107 | Scott Avila (Paladin) | 0.5 | Call with ULICO's counsel regarding Primary Restitution Asset sale process |
| 15 | 03/14/2025 | Doc. 69 at 41 | Benjamin D. Rhodes (GWM) | 0.8 | Call with MLM, Tony Jones, and other counsel for ULICO re: term sheet. |
| 16 | 03/14/2025 | Doc. 69 at 41 | Michael L. Martinez (GWM) | 0.8 | Video conference with Tony Jones, Luis Llach-Zuniga, and BDR re special master responsibilities term sheet. |
| 17 | 03/27/2025 | Doc. 69 at 47 | Michael L. Martinez (GWM) | 0.1 | Emails with Luis Llach-Zuniga, Victor Acevedo-Hernandez, Tony Jones, JWG, and BDR re victim distribution priorities. |
| 18 | 03/28/2025 | Doc. 69 at 47 | Michael L. Martinez (GWM) | 0.1 | Review email from Victor Acevedo-Hernandez on ULICO's situation. Follow-up research re the same. |
| 19 | 03/31/2025 | Doc. 69 at 48 | Michael L. Martinez (GWM) | 0.6 | Video conference with Luis Llach-Zuniga re special master role and possible distribution waterfalls. |
| 20 | 04/04/2025 | Doc. 69 at 124 | Scott Avila (Paladin) | 0.4 | Call with Luis Zuniga - ULICO |
| 21 | 04/07/2025 | Doc. 69 at 52 | Michael L. Martinez (GWM) | 0.5 | Telephone call from Luis Llach-Zuniga re status of ClanWilliam and primary restitution asset sale efforts and related concerns. |
| 22 | 04/29/2025 | Doc. 69 at 60 | Michael L. Martinez (GWM) | 0.2 | Emails with Luis Llach-Zuniga and Tony Jones re primary restitution asset and ClanWilliam. Conference BDR re the same. |
| 23 | 05/07/2025 | Doc. 69 at 64 | Michael L. Martinez (GWM) | 2.7 | Emails with Luis Llach-Zuniga and Tony Jones re court approval of ClanWilliam settlement. Conference JWG re the same. Emails with Ben Wylie, John Johnston, Oliver Dancey, Nick Kajon, Constantine Pourakis, Elizabeth Cava, JWG, and BDR re the same. Draft new term sheet letter |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | based on recent negotiations. Review suggested prepared by John Babcock re the same. Emails with JWG and BDR re the same. Conference JWG re the same. |
| 24 | 05/12/2025 | Doc. 69 at 66 | Michael L. Martinez (GWM) | 0.2 | Emails with Luis Llach-Zuniga and Tony Jones re Clanwilliam and F3. |
| 25 | 05/14/2025 | Doc. 69 at 68 | Michael L. Martinez (GWM) | 0.1 | Emails with Luis Llach-Zuniga and Tony Jones re status of Freedom 3's demand for funds and Clanwilliam sale proceeds disposition. |
| 26 | 05/19/2025 | Doc. 69 at 69 | Michael L. Martinez (GWM) | 0.4 | Emails with Tony Jones and Luis Llach-Zuniga re status of liquidation of primary restitution assets. Emails with Ben Wylie, Nick Kajon, John Johnston, Oliver Dancey, Constantine Pourakis, Elizabeth Cava, JWG, and BDR re the same. Emails with Don Solow re the same. |
| 27 | 05/28/2025 | Doc. 69 at 73 | Michael L. Martinez (GWM) | 0.1 | Emails with Luis Llach-Zuniga and Tony Jones re Clanwilliam and primary restitution asset. |
| 28 | 05/29/2025 | Doc. 69 at 136 | Scott Avila (Paladin) | 0.2 | Review and respond to emails from ULICO |
| 29 | 05/30/2025 | Doc. 69 at 74 | Michael L. Martinez (GWM) | 0.1 | Review emails between Luis Llach-Zuniga and Scott Avila re primary restitution asset. |
| 30 | 06/23/2025 | Doc. 81 at 15 | Michael L. Martinez (GWM) | 0.2 | Emails with Luis Llach-Zuniga and Tony Jones re status of Clanwilliam compromise. |
| 31 | 07/07/2025 | Doc. 81 at 20 | Michael L. Martinez (GWM) | 0.8 | Emails with Nick Kajon re procedural hurdles for effectuating Clanwilliam compromise. Emails with Ronan Lennon re the same. Emails with John Fletcher re the same. Telephone call from John Fletcher re the same. Emails with Luis Llach-Zuniga, Tony Jones, Nick Kajon, and Constantine Pourakis re the same. |
| 32 | 07/28/2025 | Doc. 81 at 28 | Michael L. Martinez (GWM) | 0.4 | Emails with Tony Jones and Nick Kajon re possible objections to the Clanwilliam motion pending before the U.S. Bankruptcy Court for the Southern District of New York and potential escrow agreement to resolve issues with TA Associates. Follow-up emails with Nick Kajon and Constantine Pourakis re the same. Follow-up emails with Tony Jones and Luis Llach-Zuniga re the same. |
| 33 | 08/06/2025 | Doc. 81 at 33 | Michael L. Martinez (GWM) | 1.9 | Emails with Tony Jones, John Babcock, and Nick Kajon re concerns with multiple "SACs." Review materials provided by John Babcock re the same. Video conference with Luis Llach-Zuniga, John Babcock, Tony Jones, Nick Kajon, and Christopher Rivera Blas re the same. Conference JWG re the same. Conference BDR re the same. |
| 34 | 08/06/2025 | Doc. 81 at 34 | Michael L. Martinez (GWM) | 0.1 | Emails with Luis Llach-Zuniga and Tony Jones re Lindberg's dismissal of Texas and Colorado suits without prejudice, contrary to special master's instructions. |
| 35 | 08/15/2025 | Doc. 81 at 77 | Andrew Cowie (Paladin) | 0.3 | Prep for call with ULICO. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 36 | 08/15/2025 | Doc. 81 at 77 | Andrew Cowie (Paladin) | 0.9 | Call with J. Ullmer, O. Raboller (ULICO), B. Wylie, D. Oliver (Deloitte) |
| 37 | 08/19/2025 | Doc. 81 at 39 | Michael L. Martinez (GWM) | 0.3 | Emails with Antonina Semyachkova, Ronan Lennon, and others re finalization of certain Clanwilliam closing documents. Emails with Tony Jones and Luis Llach-Zuniga re the same. |
| 38 | 08/20/2025 | Doc. 81 at 41 | Michael L. Martinez (GWM) | 0.6 | Video conference with Tony Jones and Luis Llach-Zuniga re processes for selling primary restitution assets. |
| 39 | 08/26/2025 | Doc. 81 at 44 | Michael L. Martinez (GWM) | 0.2 | Emails with Luis Llach-Zuniga and Tony Jones re status conference. |
| 40 | 08/29/2025 | Doc. 81 at 45 | Michael L. Martinez (GWM) | 1.4 | Emails with Tony Jones and Luis Llach-Zuniga re Clanwilliam closing issues. Emails with John Babcock re the same. Emails with Paul Dolman and Antonina Semyachkova re the same. Telephone call from John Babcock re the same. Emails with John Babcock re the same. Emails with Don Harer, Scott Avila, Alicia Den Beste, and others at Epiq re the same. |
| 41 | 09/09/2025 | Doc. 81 at 49 | Michael L. Martinez (GWM) | 0.7 | Review email from Bob Alban to Jose Benitez. Conference JWG re the same. Conference call with Tony Jones and Luis Llach-Zuniga re the same. |
| 42 | 09/29/2025 | Doc. 81 at 58 | Michael L. Martinez (GWM) | 0.3 | Emails with Luis Llach-Zuniga re ULICO potential distributions from primary restitution assets. |
| 43 | 09/30/2025 | Doc. 81 at 58 | Michael L. Martinez (GWM) | 0.2 | Emails with Tony Jones and Luis Llach-Zuniga re payment priority issues. |
| 44 | 10/02/2025 | Doc. 95 at 12 | Michael L. Martinez (GWM) | 2.9 | Emails with Luis Llach-Zuniga and Tony Jones re ULICO's status as victim and pending litigation with Greg Lindberg. Emails with JWG and BDR re the same. Research re the same. Conferences with JWG and BDR re the same. |
| 45 | 10/16/2025 | Doc. 95 at 16 | Michael L. Martinez (GWM) | 0.3 | Emails with Luis Llach-Zuniga and Tony Jones re civil litigation by Greg Lindberg challenging whether any money is owed to ULICO. Review recent pleadings re the same. |
| 46 | 10/16/2025 | Doc. 95 at 38 | Donald Harer (Paladin) | 0.5 | Call with J. Ulmer, R. Santiago (ULICO), B. Wylie (Deloitte), and A. Cowie (PMG) regarding restitution matters. |
| 47 | 10/17/2025 | Doc. 95 at 16 | Michael L. Martinez (GWM) | 0.9 | Prepare for call with attorneys for ULICO. Video conference with Chris Browning and Luis Llach-Zuniga re status of pending litigation matters and asset liquidation afforts. Follow-up discussion with BDR re the same. |
| 48 | 10/27/2025 | Doc. 95 at 19 | Michael L. Martinez (GWM) | 1.0 | Emails with Luis Llach-Zuniga and Tony Jones re asset liquidation issues. Emails with Don Harer, Scott Avila, Andrew Cowie, David Elkin, JWG, and BDR re the same. Conference JWG re the same. Emails with Layne Smith, Steve Waterman, Ian Bushner, and JWG re the same. |
| 49 | 10/28/2025 | Doc. 95 at 19 | Michael L. Martinez (GWM) | 2.9 | Video conference with Luis Llach-Zuniga and Tony Jones re loss calculations and distribution |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | waterfall issues. Review emails from various counsel re the same. Conferences with JWG re the same. Video conference wit Layne Smith, Steve Waterman, Ian Bushner, JWG and others re the same. |
| 50 | 10/31/2025 | Doc. 95 at 20 | Michael L. Martinez (GWM) | 0.5 | Emails with Luis Llach-Zuniga, Tony Jones, Ian Bushner, Layne Smith, Steve Waterman, Andy Gladstein, JWG, and BDR re liquidation of primary restitution assets. Conference BDR re the same. |
| 51 | 11/04/2025 | Doc. 95 at 22 | Michael L. Martinez (GWM) | 0.5 | Video conference with Tony Jones and Luis Llach-Zuniga re liquidation of primary restitution assets. |
| 52 | 11/06/2025 | Doc. 95 at 23 | Michael L. Martinez (GWM) | 0.2 | Emails with Tony Jones and Luis Llach-Zuniga re loss calculations. |
| 53 | 11/12/2025 | Doc. 95 at 24 | Michael L. Martinez (GWM) | 0.7 | Review and analyze summary from Luis Llach-Zuniga re transferability of ULICO's preferred equity. Conference BDR re the same. Emails with Luis Llach-Zuniga and Tony Jones re the same. |
| 54 | 12/05/2025 | Doc. 95 at 30 | Michael L. Martinez (GWM) | 0.6 | Video conference with Tony Jones and Luis Llach-Zuniga re status of liquidation efforts. |
| 55 | 12/15/2025 | Doc. 95 at 33 | Michael L. Martinez (GWM) | 0.1 | Emails with Luis Llach-Zuniga and Tony Jones re sale of primary restitution assets. |
| 56 | 04/15/2026 | Doc. 148 at 47 | Michael L. Martinez (GWM) | 0.6 | Video conference with Roberto Martinez Santiago, Victor Acevedo-Hernandez, Luis Llach- Zuniga, Don Harer, Andrew Cowie, and David Elkin re PBLA Main and related issues. |
| 57 | 04/15/2026 | Doc. 148 at 89 | David Elkin (Paladin) | 0.7 | Attend PBLA Main Call with M. Martinez, ULICO, A. Cowie and D. Harer. |
| 58 | 04/22/2026 | Doc. 148 at 50 | Michael L. Martinez (GWM) | 2.9 | Video conference with Nick Kajon, Ben Wylie, Chris Browning, Tony Jones, Luis Llach-Zuniga, Roberto Martinez, and others re restitution loss calculations and related issues. Follow-up telephone call to Nick Kajon re the same. Follow-up conferences with JWG and BDR re the same. Emails with Don Harer, Scott Avila, Andrew Cowie, David Elkin, JWG, and BDR re the same. Emails with Dan Ryan and others in preparation of weekly video conference. |
| 59 | 04/23/2026 | Doc. 148 at 51 | Michael L. Martinez (GWM) | 0.9 | Video conference with Luis Llach-Zuniga and Tony Jones re primary restitution assets. Follow- up conference with BDR re the same. |
| 60 | 04/29/2026 | Doc. 148 at 52 | Michael L. Martinez (GWM) | 0.7 | Emails with Luis Llach-Zuniga, Chris Browning, and Tony Jones re PBLA Main deposit account and related issues. Conference and emails with BDR re the same. Conference JWG re the same. |
| 61 | 04/30/2026 | Doc. 148 at 53 | Michael L. Martinez (GWM) | 0.7 | Video conference with Chris Browning, Tony Jones, Luis Llach-Zuniga, and Victor re various requested clarifications to the special master's recommendations. Follow-up conference with BDR re the same. Quantity Subtotal 137.1 Services Subtotal $57,536.50 Expenses Date Notes Quantity Rate Total |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 62 | 05/06/2026 | Doc. 263 at 9 | Michael L. Martinez (GWM) | 0.1 | Emails with Luis Llach-Zuniga re liquidation of primary restitution assets. |
| 63 | 05/08/2026 | Doc. 263 at 11 | Michael L. Martinez (GWM) | 0.5 | Conference call with Tony Jones and Luis Llach-Zuniga re sentencing and sale of primary restitution assets. |
| 64 | 05/14/2026 | Doc. 263 at 12 | Michael L. Martinez (GWM) | 5.3 | Conference call with Tony Jones and Luis Llach-Zuniga re various unresolved restitution issues. Follow-up research re the same. Finalize restitution report suuplement. |
| 65 | 05/14/2026 | Doc. 263 at 12 | Michael L. Martinez (GWM) | 0.5 | Emails with Dan Ryan, Lyndie Freeman, and Ben Bain-Creed re revised proposed preliminary restitution order. Revise the same. Emails with Andrew Cowie, David Elkin, Don Harer, BDR, and JWG re the same. Emails with Luis Llach-Zuniga and Tony Jones re the same. |
| 66 | 06/12/2026 | Doc. 263 at 19 | Michael L. Martinez (GWM) | 0.5 | Video conference with Tony Jones and Luis Llach-Zuniga (I participated audio only) re various outstanding issues, including recent filings and draft term sheet. |
| 67 | 06/15/2026 | Doc. 263 at 19 | Michael L. Martinez (GWM) | 0.3 | Emails with Luis Llach-Zuniga and Tony Jones re priority issues. |
| 68 | 06/18/2026 | Doc. 263 at 20 | Michael L. Martinez (GWM) | 0.3 | Emails with Luis Llach-Zuniga and Tony Jones re draft term sheet to resolve distribution issues. |
| 69 | 06/20/2026 | Doc. 263 at 21 | Michael L. Martinez (GWM) | 0.2 | Emails with Tony Jones, Luis Llach-Zuniga, and Andrea Farley re process for liquidating primary restitution assets. |
| | | | **Total** | **52.1** | |

**Schedule 3 — Other third parties: Epiq (claims administrator) — 65 entries**

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 1 | 05/29/2025 | Doc. 69 at 136 | Donald Harer (Paladin) | 0.5 | Correspond with Special Master regarding fund management. Call with Epiq |
| 2 | 06/24/2025 | Doc. 81 at 63 | Donald Harer (Paladin) | 0.5 | Call with A. Den Beste (Epiq) regarding SM bank account and disbursement process |
| 3 | 07/09/2025 | Doc. 81 at 22 | Benjamin D. Rhodes (GWM) | 1.2 | Review Epiq banking documents; develop agenda for meeting with Epiq. |
| 4 | 07/14/2025 | Doc. 81 at 24 | Benjamin D. Rhodes (GWM) | 0.8 | Call with JWG, Don Harer, David Elkin, Alicia Den Beste, and Brad Tuttle re: Special Master banking and claims process. |
| 5 | 07/22/2025 | Doc. 81 at 27 | Benjamin D. Rhodes (GWM) | 0.1 | Email to Epiq with redlined Escrow Agreement. |
| 6 | 07/25/2025 | Doc. 81 at 69 | Donald Harer (Paladin) | 0.2 | Call with Epiq regarding distributions and next week's diligence priorities |
| 7 | 07/30/2025 | Doc. 81 at 30 | Benjamin D. Rhodes (GWM) | 0.1 | Email to Epiq re: conversion of Euro to USD. |
| 8 | 07/30/2025 | Doc. 81 at 31 | Benjamin D. Rhodes (GWM) | 0.2 | Review of account wiring instructions and email to Epiq re: same. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 9 | 07/30/2025 | Doc. 81 at 71 | Andrew Cowie (Paladin) | 0.5 | Call with K. Tran, K. Mailloux, T. Conklin, A Den Besta (EPIQ) and D. Harer in regard to initial disbursement mechanics. |
| 10 | 07/30/2025 | Doc. 81 at 71 | Donald Harer (Paladin) | 0.5 | Call with A. Cowie and Epiq regarding preliminary discussions on distribution process |
| 11 | 08/20/2025 | Doc. 81 at 41 | Michael L. Martinez (GWM) | 0.2 | Emails with Alicia Den Beste, Kathryn Tran, Tim Conklin, Scott Avila, Paula Sosamon, Don Harer, JWG, and BDR re international banking concerns. |
| 12 | 08/20/2025 | Doc. 81 at 78 | Scott Avila (Paladin) | 0.1 | Read and respond to emails from Epiq |
| 13 | 08/26/2025 | Doc. 81 at 44 | Michael L. Martinez (GWM) | 0.1 | Emails with Don Harer, Paula Sosamon, Alicia Den Beste, Scott Avila, and BDR re excess policyholder information. |
| 14 | 08/28/2025 | Doc. 81 at 80 | Donald Harer (Paladin) | 0.6 | Call with Epiq, M. Patel, and P. Sosamon regarding distribution process |
| 15 | 08/28/2025 | Doc. 81 at 80 | Minesh Patel (Paladin) | 1.5 | Call with Epiq and Paladin team to discuss NCIC disbursement process |
| 16 | 09/10/2025 | Doc. 81 at 50 | Michael L. Martinez (GWM) | 3.0 | Further review of draft motions to compel production of personal identifying information prepared by NCICs and NOLHGA. Emails with BDR and JWG re the same. Conference JWG re the same. Emails with Don Harer, Paula Sosamon, Alicia Den Beste, and Scott Avila re the same. Emails with ACW and others re preliminary distribution concerns. Conference with ACW, JWG, and BDR re distributions to excess policyholders. |
| 17 | 09/15/2025 | Doc. 81 at 53 | Michael L. Martinez (GWM) | 0.5 | Review cash ledger prepared by Kathryn Tran. Review emails between Don Harer, Kathryn Tran, and others re the same. Emails with Don Harer, Minesh Patel, Andrew Cowie, Scott Avila, JWG, and BDR re accounting concerns. |
| 18 | 09/16/2025 | Doc. 81 at 82 | Donald Harer (Paladin) | 1.3 | Call with K. Tran (Epiq) regarding disbursement process and protocols. Draft and submit disbursement requests to Grier Law. |
| 19 | 09/18/2025 | Doc. 81 at 56 | Joseph W. Grier III (Special Master) | 0.1 | Confirming telephone call with EPIQ re Wire Transfer Requests. |
| 20 | 09/18/2025 | Doc. 81 at 82 | Donald Harer (Paladin) | 0.5 | Address wire transfer process. Calls with Epiq and Grier |
| 21 | 09/18/2025 | Doc. 81 at 82 | Donald Harer (Paladin) | 0.3 | Address wire transfer process. Correspond with Epiq. Call with K. Tran |
| 22 | 10/07/2025 | Doc. 95 at 13 | Benjamin D. Rhodes (GWM) | 0.1 | Emails to Epiq re: bank statements. |
| 23 | 10/14/2025 | Doc. 95 at 38 | Donald Harer (Paladin) | 0.3 | Preparation of distribution direction letter to Epiq |
| 24 | 10/30/2025 | Doc. 95 at 19 | Michael L. Martinez (GWM) | 0.2 | Emails with Alicia Ben Beste, Kathryn Tran, Tim Conklin, Andrew Cowie, Don Harer, Scott Avila, Paula Sosamon, and ACW re uncovered policyholder distributions. |
| 25 | 11/04/2025 | Doc. 95 at 21 | Michael L. Martinez (GWM) | 0.9 | Review revised agenda for call with representatives for the North Carolina insurance |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | companies, Epiq, and Paladin. Conference ACW re the same. Follow-up conference with JWG and ACW re the same. |
| 26 | 11/04/2025 | Doc. 95 at 22 | ACW | 1.0 | Participate in conference with JWG, MLM, Epiq, Paladin, and NC Insurance Companies re: procedures and other issues as to distributions to unpaid policyholders. |
| 27 | 11/04/2025 | Doc. 95 at 41 | Paula Sosamon (Paladin) | 1.0 | Call with EPIC, Greer, AMR and Paladin team's to discuss disbursements |
| 28 | 11/04/2025 | Doc. 95 at 41 | Paula Sosamon (Paladin) | 0.5 | Review of meeting agenda and dataset in preparation for the meeting with counsel, Epiq and AMR |
| 29 | 11/04/2025 | Doc. 95 at 42 | Donald Harer (Paladin) | 1.0 | Draft agenda for disbursements call with NCIC, WC, Epiq, and |
| 30 | 11/05/2025 | Doc. 95 at 22 | Michael L. Martinez (GWM) | 0.7 | Telephone call from Kathryn Tran re cash management issues. Research re the same. Conference BDR re the same. Emails with Don Harer, Scott Avila, Kathryn Tran, Tim Conklin, JWG, and BDR re the same. Draft transfer request letter from main cash account to professional fee account. |
| 31 | 11/10/2025 | Doc. 95 at 43 | Donald Harer (Paladin) | 0.1 | Call with A. Den Beste regarding FAQs supporting excess policy holder disbursements |
| 32 | 11/13/2025 | Doc. 95 at 44 | David Elkin (Paladin) | 0.7 | Attend AMR and NCIC Disbursements call with D. Harer, P. Sosamon, T. Conklin (Epiq), M. Dinius, K. Tran (Epiq), J. Murphy, A. Den Beste (Epiq), and R. Messenkopf (AMR), Taylor (AMR) |
| 33 | 11/24/2025 | Doc. 95 at 46 | Paula Sosamon (Paladin) | 0.4 | Draft of address change tracker and correspondence with Epiq of the same |
| 34 | 12/01/2025 | Doc. 95 at 27 | ACW | 1.7 | Reviewed letter requesting TINs drafted by Epiq and prepared revised version of same; circulated to JWG, MLM & BDR for comments; brief conference with BDR re: edits to letter; made final review and edits and emailed revised letter to Epiq. |
| 35 | 12/01/2025 | Doc. 95 at 28 | Benjamin D. Rhodes (GWM) | 0.6 | Prepare correspondence to Epiq re: Steve Wilson release. |
| 36 | 12/01/2025 | Doc. 95 at 47 | Donald Harer (Paladin) | 0.1 | Call with A. Den Beste regarding disbursement process |
| 37 | 12/02/2025 | Doc. 95 at 47 | Paula Sosamon (Paladin) | 0.5 | Discussions with K Tran (Epiq) and A Cowie (PMG) re: disbursement file and AMRs latest version |
| 38 | 12/02/2025 | Doc. 95 at 47 | Paula Sosamon (Paladin) | 0.7 | Meeting with AMR, Epic and A Cowie to align on dataset count and amounts |
| 39 | 12/04/2025 | Doc. 95 at 48 | Paula Sosamon (Paladin) | 0.5 | Various correspondence with Epiq re: policy holder disbursement |
| 40 | 12/09/2025 | Doc. 95 at 50 | Paula Sosamon (Paladin) | 0.4 | Read and respond to various correspondence from Epiq re: excess policyholder |
| 41 | 12/11/2025 | Doc. 95 at 31 | Michael L. Martinez (GWM) | 0.9 | Review revised draft cover memorandum to include with distributions to policyholders with uncovered claims. Emails with Kathryn Tran and others re the same. Conferences with JWG and ACW re de minimis distributions and unclaimed |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| | | | | | funds. Emails with Alicia Den Beste, Kathryn Tran, Paula Sosamon, Don Harer, Scott Avila, BDR, JWG, and ACW re the same. |
| 42 | 12/11/2025 | Doc. 95 at 51 | Paula Sosamon (Paladin) | 0.5 | Meeting with K Tran (Epiq) to discuss disbursements and tax filings |
| 43 | 12/11/2025 | Doc. 95 at 51 | Paula Sosamon (Paladin) | 1.0 | Various correspondence with AMR and Epiq re: taxes |
| 44 | 12/11/2025 | Doc. 95 at 51 | Donald Harer (Paladin) | 0.5 | Call with K Tran (Epiq) and P. Sosamon (PMG) regarding distributions and tax matters. |
| 45 | 12/18/2025 | Doc. 148 at 58 | Donald Harer (Paladin) | 0.3 | Call with A. Den Beste to discuss fees and reimbursement process |
| 46 | 12/18/2025 | Doc. 148 at 58 | Donald Harer (Paladin) | 0.3 | Call with A. Den Beste and M. Martinez regarding excess policyholder distribution |
| 47 | 12/23/2025 | Doc. 148 at 59 | Donald Harer (Paladin) | 2.1 | Review and reconciliation of NCIC remittance. Call with K. Tran (Epiq) regarding same. |
| 48 | 01/02/2026 | Doc. 148 at 60 | Donald Harer (Paladin) | 0.1 | Call with K. Tran (Epiq) regarding additional excess policy holder disbursement requests |
| 49 | 01/05/2026 | Doc. 148 at 60 | Donald Harer (Paladin) | 0.3 | Call with Epiq and PMG team regarding excess policyholder disbursements |
| 50 | 01/05/2026 | Doc. 148 at 60 | Andrew Cowie (Paladin) | 0.3 | Call with A. Dan Beste, K. Tran (Epiq), D. Harer, P. Sosamon (Paladin) in regard to excess policyholder distribution. |
| 51 | 01/05/2026 | Doc. 148 at 60 | Paula Sosamon (Paladin) | 0.2 | Coordinating calls with Epiq & PMG for status update |
| 52 | 01/05/2026 | Doc. 148 at 60 | Paula Sosamon (Paladin) | 0.2 | Status update call with K Tran, A DeBeste (Epiq), A Cowie & D Harer (PMG) |
| 53 | 01/06/2026 | Doc. 148 at 60 | Paula Sosamon (Paladin) | 0.2 | Correspondence with Epiq re: status update |
| 54 | 01/09/2026 | Doc. 148 at 61 | Paula Sosamon (Paladin) | 0.2 | Call with K Tran (Epiq) to discuss disbursement documentation request and timing |
| 55 | 02/03/2026 | Doc. 148 at 67 | Paula Sosamon (Paladin) | 0.3 | Correspondence with K Tran (Epiq) re: December reconciliation and status of January bank statements |
| 56 | 02/05/2026 | Doc. 148 at 69 | Paula Sosamon (Paladin) | 0.2 | Correspondence with K Tran (Epiq) and M Martinez (Grier) re: deceased policy holder checks |
| 57 | 02/27/2026 | Doc. 148 at 75 | Paula Sosamon (Paladin) | 0.5 | Call with K Tran (Epiq) to discuss discrepency on Bank Recon for January |
| 58 | 03/03/2026 | Doc. 148 at 77 | Paula Sosamon (Paladin) | 0.7 | Call with K Tran (Epiq) to discuss next steps on the 13k outstanding checks |
| 59 | 03/13/2026 | Doc. 148 at 83 | Paula Sosamon (Paladin) | 0.3 | Correspondence with A Cowie, Grier team and Epiq re: outstading checks |
| 60 | 04/13/2026 | Doc. 148 at 45 | Benjamin D. Rhodes (GWM) | 0.2 | Review of Feb-March account statements for Epiq master account; email to Kathryn Tran re additional account statement request. |
| 61 | 04/14/2026 | Doc. 148 at 46 | Michael L. Martinez (GWM) | 0.1 | Conference BDR re professional fee disbursement for Epiq. Emails with Paula Sosamon, Kathryn Tran, and Don Harer re the same. |
| 62 | 04/23/2026 | Doc. 148 at 50 | Michael L. Martinez (GWM) | 0.3 | Emails with Don Harer, Kathryn Tran, Paula Sosamon, and ACW re communications with policyholders having uncovered claims. Conference JWG re the same. Emails with ACW re the same. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 63 | 04/24/2026 | Doc. 148 at 51 | ACW | 0.7 | Call with K.Tran re: information relative to checks sent to policyholders that were undeliverable; status of unclaimed funds; and additional information regarding same. Sent email to K.Tran requesting she review my notes from our call. |
| 64 | 04/30/2026 | Doc. 148 at 53 | Joseph W. Grier III (Special Master) | 0.1 | Review email from K. Tran re policy holder complaint. |
| 65 | 05/08/2026 | Doc. 263 at 10 | ACW | 0.1 | Email to K.Tran requesting additional details re: policyholders who have not negotiated their checks. |
| | | | **Total** | **34.8** | |

**Schedule 3 — Other third parties: Clanwilliam parties and trustee — 32 entries**

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 1 | 02/07/2025 | Doc. 69 at 84 | Amy Kirschner (Paladin) | 0.4 | Call with Q Brown to review presentation on questions and implications for Special Master scope arising out of Wake County North Carolina 2023 decision on Clanwilliam sale and priority distribution |
| 2 | 02/11/2025 | Doc. 69 at 21 | Michael L. Martinez (GWM) | 0.3 | Conference call with Arthur Price, JWG, and BDR re lawsuit filed by Lindberg against Steve Wilson and TA Associates. |
| 3 | 02/11/2025 | Doc. 69 at 21 | Michael L. Martinez (GWM) | 0.1 | Telephone call from Arthur Price at TA Associates re Clanwilliam sale. |
| 4 | 02/12/2025 | Doc. 69 at 23 | Michael L. Martinez (GWM) | 0.4 | Video conference with Paul Dolman, Arthur Pierce, and John Bash re lawsuit filed by Greg Lindberg against TA Associates. |
| 5 | 02/28/2025 | Doc. 69 at 95 | Donald Harer (Paladin) | 0.3 | Call with Blackstone regarding Clanwilliam sale |
| 6 | 03/12/2025 | Doc. 69 at 39 | Michael L. Martinez (GWM) | 0.2 | Emails with Steve Wilson, Scott Avila, Don Harer, JWG, and BDR re introductory call. |
| 7 | 03/18/2025 | Doc. 69 at 42 | Michael L. Martinez (GWM) | 1.0 | Video conference with Steve Wilson, Scott Avila, Don Harer, and JWG re trust structures. |
| 8 | 03/18/2025 | Doc. 69 at 43 | Joseph W. Grier III (Special Master) | 1.0 | Zoom call with Steve Wilson, M. Martinez, D. Harer & S. Avila re various Lindberg entities |
| 9 | 03/18/2025 | Doc. 69 at 112 | Scott Avila (Paladin) | 1.0 | Call with Steve Wilson (Trustee) |
| 10 | 03/18/2025 | Doc. 69 at 113 | Donald Harer (Paladin) | 1.5 | Prepare for and participate in call with S. Wilson (trustee), Grier Law, and S. Avila. Call with M. Martinez |
| 11 | 03/19/2025 | Doc. 69 at 43 | Michael L. Martinez (GWM) | 1.1 | Review pleadings from UK legal proceeding concerning Fleet Assist. Telephone call from Steve Wilson re the same. Conferences with JWG and BDR re the same. |
| 12 | 03/19/2025 | Doc. 69 at 43 | Michael L. Martinez (GWM) | 0.1 | Telephone call from John Bash re litigation against Steve Wilson. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 13 | 03/20/2025 | Doc. 69 at 115 | Donald Harer (Paladin) | 1.1 | Prepare for and participate in Asset team call. Follow-up call with S. Ho. Correspondence with S. Wilson |
| 14 | 03/20/2025 | Doc. 69 at 115 | Donald Harer (Paladin) | 1.0 | Prepare for and participate in call with S. Wilson, trustee, and PMG team regarding port groups. Follow-up call with team |
| 15 | 03/20/2025 | Doc. 69 at 115 | ? | 0.5 | John McDonald Call with S Wilson and the paladin asset team |
| 16 | 03/21/2025 | Doc. 69 at 44 | Michael L. Martinez (GWM) | 0.5 | Return telephone call to Steve Wilson re Fleet Assist and ClanWilliam litigation. |
| 17 | 03/28/2025 | Doc. 69 at 47 | Michael L. Martinez (GWM) | 0.7 | Review emails with Steve Wilson re portfolio managers and various trusts. |
| 18 | 04/10/2025 | Doc. 69 at 54 | Michael L. Martinez (GWM) | 0.3 | Emails with Steve Wilson re ClanWilliam sale. Conferences with BDR re the same. |
| 19 | 04/23/2025 | Doc. 69 at 128 | Donald Harer (Paladin) | 0.6 | Prepare for and participate in call with S. Wilson (trustee) regarding Fleet Assist |
| 20 | 04/28/2025 | Doc. 69 at 60 | Michael L. Martinez (GWM) | 0.2 | Emails with John Bash re Lindberg's civil actions against Steve Wilson. Return telephone call to John Bash re the same. Emails with JWG and BDR re the same. |
| 21 | 05/09/2025 | Doc. 69 at 65 | Michael L. Martinez (GWM) | 0.1 | Emails with John Bash re lawsuits against Steve Wilson. |
| 22 | 05/20/2025 | Doc. 69 at 69 | Michael L. Martinez (GWM) | 0.3 | Emails with Ronan Lennon, Steve Wilson, and John Bash re outstanding deliverables for Clanwilliam closing. |
| 23 | 06/19/2025 | Doc. 81 at 15 | Michael L. Martinez (GWM) | 0.3 | Emails with John Bash, Eric Wolkoff, and Steve Wilson re letter to Greg Lindberg demanding dismissal of lawsuits against Steve Wilson. Conference JWG re the same. |
| 24 | 07/10/2025 | Doc. 81 at 23 | Benjamin D. Rhodes (GWM) | 0.1 | Email to Steve Wilson re: dismissal of Fleet Assist lawsuit. |
| 25 | 07/21/2025 | Doc. 81 at 26 | Benjamin D. Rhodes (GWM) | 0.1 | Review email from Clanwilliam counsel re: dismissal of PBLA lawsuit. |
| 26 | 07/28/2025 | Doc. 81 at 29 | Michael L. Martinez (GWM) | 0.9 | Prepare for meeting re Clanwilliam closing logistics with Ronan Lennon and representatives of TA Associates. Attend pre-meeting video conference with Ronan Lennon and BDR. Follow-up emails with Ronan Lennon re the same. |
| 27 | 07/28/2025 | Doc. 81 at 29 | Michael L. Martinez (GWM) | 0.5 | Video conference with Paul Dolman, Howard Beggs, Zeynep Kocabas, Eric Leon, Tom Schultz, Kevin Huff, Ronan Lennon, and BDR re Clanwilliam closing logistics and potential escrow agreement. |
| 28 | 07/28/2025 | Doc. 81 at 29 | Benjamin D. Rhodes (GWM) | 0.8 | Call with MLM, Ronan Lennon, Paul Dolman, Howard Beggs, Zeynep Kocabas, Eric Leon, Tom Schultz, and Kevin Huff re: Clanwilliam closing. |
| 29 | 07/28/2025 | Doc. 81 at 29 | Michael L. Martinez (GWM) | 1.4 | Emails with Paul Dolman, Zeynep Kocabas, Eric Leon, Tom Schultz, Kevin Huff, Ronan Lennon, BDR, and JWG re outstanding action items for Clanwilliam closing. Follow-up research re the same. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 30 | 08/08/2025 | Doc. 81 at 35 | Michael L. Martinez (GWM) | 0.4 | Emails with Paul Dolman and Kevin Huff re methods to satisfy TA Associates concerning potential frivolous claims by Greg Lindberg. Emails with Eric Wolkoff, John Bash, and Steve Wilson re dismissals of lawsuits against Steve Wilson. |
| 31 | 08/19/2025 | Doc. 81 at 39 | Michael L. Martinez (GWM) | 2.8 | Review messages from Steve Wilson re Clanwilliam transaction and release from special master. Return telephone call to Steve Wilson. Conferences with JWG re the same. Analyze request from Steve Wilson. Emails with Steve Wilson, John Bash, and Eric Wolkoff re Lindberg's release of claims relating to TA Associates or Clanwilliam. |
| 32 | 06/05/2026 | Doc. 263 at 16 | Benjamin D. Rhodes (GWM) | 0.1 | Email to James Paul re Clanwilliam Irish tax escrow account statements. |
| | | | **Total** | **20.1** | |

**Schedule 3 — Other third parties: M3 Partners (Mo Meghji, Matt Manning) — 24 entries**

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 1 | 02/04/2025 | Doc. 69 at 80 | Scott Avila (Paladin) | 0.7 | Call with M3 regarding NHC structure and updates |
| 2 | 02/05/2025 | Doc. 69 at 81 | Donald Harer (Paladin) | 2.8 | Prepare for and participate in call with M3 regarding Clanwilliam sale. Follow-up |
| 3 | 02/05/2025 | Doc. 69 at 82 | ? | 0.1 | Jeff Nerland Review of two emails from M Manning regarding confidentiality and NDA |
| 4 | 02/06/2025 | Doc. 69 at 83 | ? | 0.3 | John McDonald draft agenda for cash call with M3 |
| 5 | 02/10/2025 | Doc. 69 at 85 | Donald Harer (Paladin) | 1.0 | Call with D. Harington (Goodbody), M3, and Clanwilliam management regarding sale process. Follow-up with General Counsel (Primary Restitution Asset) |
| 6 | 02/10/2025 | Doc. 69 at 86 | ? | 0.8 | Jeff Nerland Call with M3, Goodbody, CEO and CLO of Clanwilliam, Steven Wilson, D Harer regarding Clanwilliam sale overview |
| 7 | 02/12/2025 | Doc. 69 at 87 | ? | 0.1 | Jeff Nerland Email to M Manning (M3) regarding status of information request |
| 8 | 03/12/2025 | Doc. 69 at 40 | Michael L. Martinez (GWM) | 0.1 | Review email from Matt Manning re Damovo. Emails with JWG and BDR re the same. |
| 9 | 03/12/2025 | Doc. 69 at 109 | Donald Harer (Paladin) | 0.3 | Call with M. Manning (M3) regarding Damovo |
| 10 | 03/24/2025 | Doc. 69 at 118 | ? | 1.0 | John McDonald Call with V Kumar, G Khattar, M Manning, D Harer, S Ho |
| 11 | 04/09/2025 | Doc. 69 at 125 | Donald Harer (Paladin) | 0.6 | Call with M3 regarding Damovo. Follow-up with S Avila |
| 12 | 04/23/2025 | Doc. 69 at 128 | Donald Harer (Paladin) | 0.7 | Call with M. Menji (M3) regarding term sheet. Follow-up |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 13 | 04/30/2025 | Doc. 69 at 129 | Donald Harer (Paladin) | 1.6 | Call with M3 regarding NHC valuation materials |
| 14 | 05/15/2025 | Doc. 69 at 132 | Donald Harer (Paladin) | 0.8 | Call with M3. Follow-up correspondence |
| 15 | 09/17/2025 | Doc. 81 at 82 | Donald Harer (Paladin) | 0.8 | Call with M3 regarding CWG sales details and tax matters |
| 16 | 09/26/2025 | Doc. 81 at 84 | Donald Harer (Paladin) | 1.0 | Review INTAACT related correspondence. Prepare for and participate in call with M. Meghji (M3) and M. Manning (M3) |
| 17 | 10/03/2025 | Doc. 95 at 37 | Andrew Cowie (Paladin) | 0.2 | Set up Monday meeting with M3 and counsel in regard to tax issue. |
| 18 | 10/06/2025 | Doc. 95 at 37 | Andrew Cowie (Paladin) | 0.5 | Call with M. Manning, M. Mohsin (M3), M. Martinez (Grier Law), J. Babcock (Waldrep Wall) regarding tax issues. |
| 19 | 10/14/2025 | Doc. 95 at 38 | Donald Harer (Paladin) | 0.2 | Call with M. Manning (M3) regarding sale progress and tax matters |
| 20 | 11/19/2025 | Doc. 95 at 46 | Andrew Cowie (Paladin) | 0.7 | Call with M. Manning (CR3), J. Babcock (Waldrep) and D. Harer in regard to Lindberg taxes. |
| 21 | 11/26/2025 | Doc. 95 at 46 | Andrew Cowie (Paladin) | 0.6 | Call with M. Manning (M3), J. Babcock (Waldrep Wall) and D. Harer in regard to tax issues. |
| 22 | 11/26/2025 | Doc. 95 at 47 | Donald Harer (Paladin) | 0.6 | Call with M. Manning (M3), J. Babcock (NHC) and A. Cowie regarding tax issues |
| 23 | 02/26/2026 | Doc. 148 at 74 | Donald Harer (Paladin) | 0.2 | Call with M. Manning (M3) regarding Agera and AGH history |
| 24 | 03/04/2026 | Doc. 148 at 78 | Andrew Cowie (Paladin) | 0.5 | Call with M. Meghji (M3), D. Harer (Paladin) in regard to Agera. |
| | | | **Total** | **16.2** | |

**Schedule 3 — Other third parties: Guaranty associations (NOLHGA) — 17 entries**

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 1 | 05/12/2025 | Doc. 69 at 66 | Benjamin D. Rhodes (GWM) | 0.4 | Return call of CBL customer's son (stated that his father received "a few hundred dollars less" than the full value of his account when State Guarantee Association paid out). Field call from CBL policyholder's son re: amount of check received from state guarantee association. |
| 2 | 07/21/2025 | Doc. 81 at 26 | Benjamin D. Rhodes (GWM) | 3.5 | Travel to and attend conference with JWG, MLM, Dan Ryan, Taylor Stout, Scott Avila, Don Harer, Joel Glover and Katie Wade and other NOLHGA personnel. |
| 3 | 07/21/2025 | Doc. 81 at 26 | Michael L. Martinez (GWM) | 3.5 | Attend conference with Dan Ryan, Taylor Stout, Joel Glover, Katie Wade, Bill O'Sullivan, Brad Taman, John Colpean (via Zoom), Lyndie Freeman (via Zoom), Julia Park (via Zoom), BDR, and JWG re NOLHGA issues. |
| 4 | 07/21/2025 | Doc. 81 at 66 | Donald Harer (Paladin) | 2.5 | Meeting with NOLHGA, DOJ, and Grier Law to discuss restitution |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 5 | 07/21/2025 | Doc. 81 at 67 | Scott Avila (Paladin) | 2.9 | Meeting with the DOJ, NOLHGA and members of the GWM firm |
| 6 | 07/25/2025 | Doc. 81 at 28 | Joseph W. Grier III (Special Master) | 0.1 | Review follow-up email from K. Wade re NOLHGA. |
| 7 | 08/07/2025 | Doc. 81 at 35 | Benjamin D. Rhodes (GWM) | 0.2 | Email to NOLHGA to circulate confidentiality agreement. |
| 8 | 10/15/2025 | Doc. 95 at 15 | Benjamin D. Rhodes (GWM) | 0.8 | Preparation for meeting with NOLHGA. |
| 9 | 10/15/2025 | Doc. 95 at 15 | Joseph W. Grier III (Special Master) | 2.5 | Attend meeting with DOJ, NOLHGA & Paladin re case issues. |
| 10 | 10/15/2025 | Doc. 95 at 15 | Michael L. Martinez (GWM) | 2.5 | Conference with Joel Glover, Jason Cowley, Kate Wade, Bill O'Sullivan, Brad Taman, John Colpean, Dan Ryan, Ben Bain-Creed, Scott Avila, Don Harer, JWG, and BDR re NOLHGA issues. |
| 11 | 10/15/2025 | Doc. 95 at 15 | Benjamin D. Rhodes (GWM) | 2.5 | Travel to/from and attend meeting with JWG, MLM, Jason Cowley, Bill O'Sullivan, Katie Wade, Joel Glover, Brad Taman, John Colpean, Scott Avila, Don Harer, Dan Ryan, and Ben Bain- Creed. |
| 12 | 10/15/2025 | Doc. 95 at 38 | Donald Harer (Paladin) | 2.0 | Meeting with NOLHGA, DOJ, and special master |
| 13 | 10/17/2025 | Doc. 95 at 39 | Donald Harer (Paladin) | 0.2 | Call with J. Glover (NOHLGA) regarding claims information |
| 14 | 11/10/2025 | Doc. 95 at 23 | Michael L. Martinez (GWM) | 1.6 | Retrieve and conduct preliminary review of information provided by NOLHGA. Emails with Jason Cowley and Joel Glover re the same. Emails with BDR re the same. Emails with Andrew Cowie and others at Paladin re the same. |
| 15 | 11/13/2025 | Doc. 95 at 33 | ? | 1.0 | Parking: Parking for Meeting with NOLHGA |
| 16 | 04/15/2026 | Doc. 148 at 46 | Michael L. Martinez (GWM) | 0.2 | Emails with Jason Cowley, Eric Au, and Joel Glover re responses to restitution report. |
| 17 | 04/20/2026 | Doc. 148 at 49 | Michael L. Martinez (GWM) | 0.1 | Telephone call to Jason Cowley re status of state guaranty associations' recoveries from the North Carolina insurance companies. |
| | | | **Total** | **26.5** | |

**Schedule 3 — Other third parties: Other third parties — 134 entries**

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 1 | 01/31/2025 | Doc. 69 at 16 | Michael L. Martinez (GWM) | 0.1 | Emails with Bill Janvier, Margaret Westbrook, Scott Avila, JWG, and BDR re relationship between limited receiver and special master. |
| 2 | 02/03/2025 | Doc. 69 at 80 | Allen Soong (Paladin) | 1.5 | Call with D Harer and J McDonald regarding project organization; call with Q Brown; reviewing project accountabilities |
| 3 | 02/05/2025 | Doc. 69 at 18 | Michael L. Martinez (GWM) | 0.1 | Review email and voicemail from Kevin Davidson re potential purchasers for various assets. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 4 | 02/05/2025 | Doc. 69 at 18 | Michael L. Martinez (GWM) | 0.3 | Telephone call from Bill Janvier re preliminary issues in advance of video conference. Emails with Bill Janvier and others re the same. |
| 5 | 02/05/2025 | Doc. 69 at 18 | Michael L. Martinez (GWM) | 1.7 | Attend video conference with Bill Janvier, Margaret Westbrook, Scott Avila, Amy Kirschner, Allen Soong, and BDR. |
| 6 | 02/05/2025 | Doc. 69 at 18 | Benjamin D. Rhodes (GWM) | 1.7 | Call with MLM, Bill Janvier, Margaret Westbrook, and Paladin team members. |
| 7 | 02/05/2025 | Doc. 69 at 81 | Scott Avila (Paladin) | 1.8 | Call with Bill Janvier and Margaret Westbrook |
| 8 | 02/05/2025 | Doc. 69 at 82 | Allen Soong (Paladin) | 1.5 | Call with GWM, W Janvier, M Westbrook, S Avila, A Kirschner |
| 9 | 02/06/2025 | Doc. 69 at 18 | Michael L. Martinez (GWM) | 0.7 | Telephone call from Margaret Westbrook re asset liquidation issues. |
| 10 | 02/06/2025 | Doc. 69 at 19 | Michael L. Martinez (GWM) | 0.7 | Emails with Bill Janvier, Margaret Westbrook, BDR, and JWG re scope of special master order. |
| 11 | 02/10/2025 | Doc. 69 at 86 | Paula Sosamon (Paladin) | 0.6 | Claims teams kick-off call with A Soong, D Harper, Q Brown, M Lang, A Kirschner (PMG) |
| 12 | 02/11/2025 | Doc. 69 at 86 | Scott Avila (Paladin) | 0.3 | Call with Brad Philips regarding engagement matters |
| 13 | 02/12/2025 | Doc. 69 at 22 | Michael L. Martinez (GWM) | 0.7 | Video conference with Bill Janvier, Margaret Westbrook, Don Harer, John McDonald, Amy Kirschner, Jeff Nerland, Scott Avila, JWG, and BDR re various SACs and non-SACs. |
| 14 | 02/12/2025 | Doc. 69 at 22 | Benjamin D. Rhodes (GWM) | 0.7 | Call with JWG, MLM, Bill Janvier, Margaret Westbrook, Scott Avila, Don Harer, John McDonald, Amy Kirschner, Jeff Nerland re restitution assets. |
| 15 | 02/12/2025 | Doc. 69 at 22 | Joseph W. Grier III (Special Master) | 0.7 | Call with Bill Janvier, Margaret Westbrook, Scott Avila, Don Harer and others re assets. |
| 16 | 02/12/2025 | Doc. 69 at 22 | Michael L. Martinez (GWM) | 0.3 | Conference with JWG and BDR following up on call with Bill Janvier and Margaret Westbrook. |
| 17 | 02/12/2025 | Doc. 69 at 23 | Michael L. Martinez (GWM) | 1.0 | Telephone call to Margaret Westbrook following up on video conference with Bill Janvier and others. |
| 18 | 02/12/2025 | Doc. 69 at 87 | Scott Avila (Paladin) | 0.3 | Call with Kevin Davidson - private investor |
| 19 | 02/12/2025 | Doc. 69 at 87 | Scott Avila (Paladin) | 0.7 | Call with Bill Janvier regarding update |
| 20 | 02/12/2025 | Doc. 69 at 87 | Donald Harer (Paladin) | 0.7 | Call with W. Janvier, M. Westbrook (K&L Gates), Grier, & PMG |
| 21 | 02/12/2025 | Doc. 69 at 87 | Donald Harer (Paladin) | 0.7 | Call with Klas Bak (Pro-Wide Consulting), Kevin Davison, & S. Avila |
| 22 | 02/12/2025 | Doc. 69 at 87 | ? | 0.6 | John McDonald Call with Janvier, Grier, Paladin team members |
| 23 | 02/12/2025 | Doc. 69 at 87 | ? | 0.6 | Jeff Nerland Attend call with B Janvier, S Avila, A Kirchner, D Harer, Grier Law regarding roles, MOU, status of sales |
| 24 | 02/20/2025 | Doc. 69 at 89 | Amy Kirschner (Paladin) | 0.3 | Correspondence with NC Insurance co counsel regarding claims and questions around schedules |
| 25 | 02/21/2025 | Doc. 69 at 89 | Donald Harer (Paladin) | 1.1 | Call with BRG regarding valuation efforts |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 26 | 02/24/2025 | Doc. 69 at 28 | Michael L. Martinez (GWM) | 0.5 | Telephone call from Margaret Westbrook re corporate governance issues and administrative expenses. |
| 27 | 02/25/2025 | Doc. 69 at 91 | Amy Kirschner (Paladin) | 0.5 | Conference with S Ho, W Branson, C Urwin, J MacDonald regarding contacts and information to gather data on Lindberg company assets |
| 28 | 02/25/2025 | Doc. 69 at 92 | Amy Kirschner (Paladin) | 1.0 | Call with Insurance advisor with expertise regarding annuity contract diligence, policy holder obligations |
| 29 | 02/27/2025 | Doc. 69 at 31 | Michael L. Martinez (GWM) | 0.8 | Conference call with Margaret Westbrook and JWG re asset and liability information gathering. |
| 30 | 02/27/2025 | Doc. 69 at 93 | Scott Avila (Paladin) | 0.6 | Call with Robert Alban and Harrison Hains |
| 31 | 02/27/2025 | Doc. 69 at 93 | Donald Harer (Paladin) | 0.6 | Call with R. Alban & H. Haines (BCP Ptrs), S. Avila, and J. Nerland |
| 32 | 02/28/2025 | Doc. 69 at 95 | Scott Avila (Paladin) | 0.3 | Call with D Harer and Blackstone |
| 33 | 03/04/2025 | Doc. 69 at 34 | Michael L. Martinez (GWM) | 0.4 | Draft introductory emails to HPS and Freedom 3. |
| 34 | 03/05/2025 | Doc. 69 at 101 | ? | 1.0 | Stanley Ho Discussion with D Hareron next steps |
| 35 | 03/06/2025 | Doc. 69 at 102 | Scott Avila (Paladin) | 0.5 | Call with Freedom 3 regarding assignment |
| 36 | 03/06/2025 | Doc. 69 at 102 | Donald Harer (Paladin) | 0.5 | Call with Lincoln regarding potential valuation work |
| 37 | 03/07/2025 | Doc. 69 at 37 | Michael L. Martinez (GWM) | 0.5 | Video conference with HPS re role of special master. |
| 38 | 03/11/2025 | Doc. 69 at 107 | Donald Harer (Paladin) | 0.5 | Call with J. General Counsel, S. Avila, and G. Lembo to discuss HBS loan negotiations |
| 39 | 03/12/2025 | Doc. 69 at 40 | Michael L. Martinez (GWM) | 0.1 | Emails with Margaret Westbrook, Bill Janvier, John Gardner, and BDR re Fleet Assist. |
| 40 | 03/13/2025 | Doc. 69 at 109 | ? | 0.6 | Stanley Ho Discussion with Nishant about the master list from M Martinez, line up with 2020 total list, valuation list, GGH org chart list all subordinate to master check. |
| 41 | 03/13/2025 | Doc. 69 at 110 | Gary Lembo (Paladin) | 2.4 | Calls with Reed Welch of Raymond James on overall industry dynamics and previous process and possible valuation and new process |
| 42 | 03/13/2025 | Doc. 69 at 110 | Allen Soong (Paladin) | 0.2 | Emails with D Harer and M Balistreri regarding non- Lindberg assets |
| 43 | 03/18/2025 | Doc. 69 at 112 | Scott Avila (Paladin) | 0.2 | Call with Rob Hirsh regarding attorney for victim regarding claim |
| 44 | 03/18/2025 | Doc. 69 at 113 | Donald Harer (Paladin) | 0.6 | Call with Critical Point regarding non-SAC sale mandate |
| 45 | 03/24/2025 | Doc. 69 at 117 | Scott Avila (Paladin) | 0.6 | Call with Peter Pinto (potential victim) |
| 46 | 03/24/2025 | Doc. 69 at 118 | ? | 1.0 | Stanley Ho ARM; discussion with Vishal and Gulshan |
| 47 | 03/24/2025 | Doc. 69 at 118 | Amy Kirschner (Paladin) | 0.3 | Follow up call with J. Hallock regarding introduction to M&T Bank restructuring team in New York City related correspondence with NY team |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 48 | 03/24/2025 | Doc. 69 at 118 | Amy Kirschner (Paladin) | 0.4 | Call with Scott Avila, Robert Hirsh, Norton Rose, and Peter Pinto regarding Lindberg victim statement |
| 49 | 03/24/2025 | Doc. 69 at 118 | ? | 0.9 | John McDonald Prep for call with V Kumar, G Khattar |
| 50 | 03/25/2025 | Doc. 69 at 118 | Scott Avila (Paladin) | 0.6 | Call with Freedom 3 regarding assignment |
| 51 | 03/25/2025 | Doc. 69 at 118 | Scott Avila (Paladin) | 0.9 | Call with HPS and D Harer regarding covenants |
| 52 | 03/25/2025 | Doc. 69 at 118 | Donald Harer (Paladin) | 1.9 | Call with M McFarlane and follow up notes regarding Damovo |
| 53 | 03/25/2025 | Doc. 69 at 119 | Gary Lembo (Paladin) | 3.6 | Calls with HPS. Review and revise projections and covenant levels. Prepare and follow-up calls. Review of loan documents and other Lindberg documents |
| 54 | 03/26/2025 | Doc. 69 at 46 | Michael L. Martinez (GWM) | 0.2 | Emails with Margaret Westbrook, John Gardner, JWG, and BDR re Bill Janvier's comments to term sheet. |
| 55 | 03/28/2025 | Doc. 69 at 120 | Amy Kirschner (Paladin) | 0.1 | Call with Rick Hyman, Crowell Mooring regarding marketing question and feedback |
| 56 | 03/31/2025 | Doc. 69 at 121 | Scott Avila (Paladin) | 0.2 | Call with General Counsel regarding F3 |
| 57 | 04/03/2025 | Doc. 69 at 51 | Michael L. Martinez (GWM) | 0.2 | Emails with John Johnston re communications with VISTA. |
| 58 | 04/03/2025 | Doc. 69 at 123 | Scott Avila (Paladin) | 1.0 | Call with MacQuire to interview them for a potential investment banking engagement |
| 59 | 04/08/2025 | Doc. 69 at 53 | Joseph W. Grier III (Special Master) | 0.7 | Zoom call with D. Ryan, NC insurance lawyers, M. Martinez and B. Rhodes re discovery requested from NC insurance companies. |
| 60 | 04/14/2025 | Doc. 69 at 126 | Donald Harer (Paladin) | 0.6 | Call with Crestline to discuss LT liability |
| 61 | 04/15/2025 | Doc. 69 at 126 | Scott Avila (Paladin) | 0.3 | Call with Houlihan regarding update |
| 62 | 04/16/2025 | Doc. 69 at 127 | Scott Avila (Paladin) | 1.0 | Dinner meeting with General Counsel |
| 63 | 04/16/2025 | Doc. 69 at 127 | Scott Avila (Paladin) | 1.1 | Various calls with D General Counsel regarding proposal |
| 64 | 05/01/2025 | Doc. 69 at 129 | Scott Avila (Paladin) | 0.4 | Call with Houlihan regarding engagement opportunity |
| 65 | 05/14/2025 | Doc. 69 at 67 | Michael L. Martinez (GWM) | 1.1 | Research re Global Growth entities. Telephone call with Aaron Tobin re historical context of various litigation and entities implicated. Conference JWG and BDR re the same. |
| 66 | 05/29/2025 | Doc. 69 at 136 | Scott Avila (Paladin) | 0.3 | Calls with General Counsel |
| 67 | 06/10/2025 | Doc. 81 at 10 | Joseph W. Grier III (Special Master) | 0.3 | Review and respond to email from Ian Quigley re Galen Publishing charging order. |
| 68 | 06/23/2025 | Doc. 69 at 139 | ? | 1.2 | Jeff Nerland Prepare for Fee App project including review of Special Master Report, email to C Cooper for time and expense records, develop questions for S Avila regarding billing rate, time, expenses |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 69 | 06/24/2025 | Doc. 81 at 63 | Donald Harer (Paladin) | 0.5 | Call with S. Avila and KMZ regarding trust issues and GEL letter |
| 70 | 06/25/2025 | Doc. 81 at 63 | Donald Harer (Paladin) | 0.3 | Review board minutes for correspondence with C. Willard |
| 71 | 06/27/2025 | Doc. 81 at 18 | Michael L. Martinez (GWM) | 0.2 | Emails with Don Harer, Jeff Nerland, Carla Cooper, and BDR re fee application process. |
| 72 | 06/27/2025 | Doc. 81 at 64 | ? | 0.3 | Jeff Nerland Review and respond to multiple emails with C Cooper re status of First Fee Application |
| 73 | 06/30/2025 | Doc. 81 at 64 | Donald Harer (Paladin) | 0.5 | Call with E. Dale regarding communications plan |
| 74 | 07/02/2025 | Doc. 81 at 19 | Michael L. Martinez (GWM) | 0.1 | Telephone call to Taylor Stout re filing of special master report. Conference call with Taylor Stout and Brittany Lynch re the same. |
| 75 | 07/02/2025 | Doc. 81 at 64 | ? | 0.3 | Jeff Nerland Multiple emails with C Cooper and S Avia (Paladin) regarding final version of First Fee Invoice |
| 76 | 07/09/2025 | Doc. 81 at 22 | Benjamin D. Rhodes (GWM) | 0.2 | Email to Ian Quigley re: KYC declaration and Joe's address; conference JWG re: same. |
| 77 | 07/10/2025 | Doc. 81 at 23 | Benjamin D. Rhodes (GWM) | 0.2 | Email to John Bash re: joint stipulation for dismissal with prejudice. |
| 78 | 07/11/2025 | Doc. 81 at 23 | Benjamin D. Rhodes (GWM) | 0.1 | Email to John Bash re: stipulation of dismissal in WDTX matter. |
| 79 | 07/20/2025 | Doc. 81 at 66 | Scott Avila (Paladin) | 0.3 | Discussions with D Harer re; prep for meeting with NOGLA |
| 80 | 07/21/2025 | Doc. 81 at 66 | Minesh Patel (Paladin) | 1.7 | Call with Greir and Paladin team to further define victims and damages |
| 81 | 07/23/2025 | Doc. 81 at 28 | Michael L. Martinez (GWM) | 0.4 | Emails with Jana Barnett re Lindberg's child support obligations. Left message with Barnett Gill re the same. Telephone call with Jana Barnett re the same. |
| 82 | 07/29/2025 | Doc. 81 at 29 | Benjamin D. Rhodes (GWM) | 0.1 | Email to Damovo counsel with tax identification number for KYC regulations. |
| 83 | 08/19/2025 | Doc. 81 at 78 | Paula Sosamon (Paladin) | 0.5 | Status update call with A Cowier, Patel and D Elkin |
| 84 | 08/20/2025 | Doc. 81 at 78 | Donald Harer (Paladin) | 0.5 | Call with Faegre Drinker about policy holder information |
| 85 | 08/20/2025 | Doc. 81 at 78 | Paula Sosamon (Paladin) | 0.9 | Call with D Harer, D Elking and Patel to discuss restitution and payments |
| 86 | 08/22/2025 | Doc. 81 at 79 | Scott Avila (Paladin) | 0.3 | Call with PRA board member re; support for transaction |
| 87 | 08/27/2025 | Doc. 81 at 44 | Benjamin D. Rhodes (GWM) | 0.3 | Attention to emails from David McBay and Paul Craig re: potential secondary restitution assets. |
| 88 | 08/27/2025 | Doc. 81 at 79 | Scott Avila (Paladin) | 0.5 | Call with Goodwin Proctor- regarding secondary restitution asset |
| 89 | 09/08/2025 | Doc. 81 at 49 | Michael L. Martinez (GWM) | 0.4 | Review outline and otherwise prepare for upcoming call with Dorsey Whitney LLP and Freshfields US LLP. |
| 90 | 09/29/2025 | Doc. 81 at 84 | Donald Harer (Paladin) | 1.5 | Prepare for an participate in call with NCIC, counsel, and SM to address disbursements |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 91 | 09/30/2025 | Doc. 81 at 58 | Michael L. Martinez (GWM) | 0.2 | Telephone call from Bill Janvier re status of special master's efforts. |
| 92 | 10/03/2025 | Doc. 95 at 12 | Benjamin D. Rhodes (GWM) | 0.1 | Email to Hillary Stroud re: uploading proposed order. |
| 93 | 10/13/2025 | Doc. 95 at 38 | Scott Avila (Paladin) | 0.2 | Call with John H re: Board call |
| 94 | 10/22/2025 | Doc. 95 at 18 | Michael L. Martinez (GWM) | 0.1 | Telephone call to Jason Cowley re status of data exchange. Emails with Jason Cowley re the same. |
| 95 | 11/10/2025 | Doc. 95 at 43 | Donald Harer (Paladin) | 0.6 | Call with D. Elkin, A. Cowie, and P. Sossamon regarding key work streams and accountabilities |
| 96 | 11/25/2025 | Doc. 95 at 27 | Michael L. Martinez (GWM) | 0.5 | Conference call from Jason Cowley and Eric Au re status update. |
| 97 | 12/02/2025 | Doc. 95 at 47 | Scott Avila (Paladin) | 0.9 | Call with RPC special board committee |
| 98 | 12/02/2025 | Doc. 95 at 47 | Scott Avila (Paladin) | 0.5 | Follow up call with RPC special board committee |
| 99 | 12/03/2025 | Doc. 95 at 29 | Michael L. Martinez (GWM) | 0.4 | Telephone call from Vicki Parrot re Prairie E&L Management, LLC tax issues. |
| 100 | 12/09/2025 | Doc. 95 at 50 | Scott Avila (Paladin) | 0.3 | Call with RPA lender re: strategic options |
| 101 | 12/11/2025 | Doc. 95 at 32 | Michael L. Martinez (GWM) | 0.9 | Video conference with Antonietta Basile, Sally Butcher, Deidre Reid, and ACW re unclaimed funds issues. |
| 102 | 12/11/2025 | Doc. 95 at 51 | Scott Avila (Paladin) | 0.2 | Review letter from F3 and various related emails |
| 103 | 01/14/2026 | Doc. 148 at 61 | Donald Harer (Paladin) | 1.4 | Prepare for and participate in call with Crestline to review deck draft |
| 104 | 01/26/2026 | Doc. 148 at 64 | Donald Harer (Paladin) | 0.5 | Call with D. Ekin and A. Cowie (PMG) regarding updates and workstreams |
| 105 | 02/27/2026 | Doc. 148 at 75 | Minesh Patel (Paladin) | 0.5 | Call with K. Diaz, S. Avila and A. Feller to discuss information requests list related to AZ facility |
| 106 | 03/19/2026 | Doc. 148 at 84 | Scott Avila (Paladin) | 0.2 | Review emails from PRA re; governance issues |
| 107 | 03/31/2026 | Doc. 148 at 86 | Scott Avila (Paladin) | 1.1 | Call with RPA and Andrew Cowie - financial projections and debt service |
| 108 | 04/10/2026 | Doc. 148 at 45 | Joseph W. Grier III (Special Master) | 0.1 | Review email from B. Bevilacqua re interest in Lindberg asset. |
| 109 | 04/13/2026 | Doc. 148 at 88 | Scott Avila (Paladin) | 0.2 | Call with PRA re: sale process |
| 110 | 04/14/2026 | Doc. 148 at 46 | Michael L. Martinez (GWM) | 0.1 | Emails with Clint Morse, Vicki Parrot, and Jimmy Chang re Parrot v. Yeh litigation. Email BDR re the same. |
| 111 | 04/14/2026 | Doc. 148 at 46 | Michael L. Martinez (GWM) | 0.9 | Emails with Francesca Morris, Arthur Rosenberg, Jonathan Halpern, and Nishma Patel re potential sale of certian specified affiliated companies. Review letter from Triton Investment Management Ltd. re the same and other documentary materials forwarded by the prospective purchaser. Video conference with Francesca Morris, Arthur Rosenberg, Jonathan Halpern, and Jordan Cooper re the same. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 112 | 04/15/2026 | Doc. 148 at 47 | ACW | 0.6 | Reviewed emails with S.Butcher re: depositing unclaimed distributions in the Court's unclaimed funds account and began work on motion for authority to turn over unclaimed funds to the Court and procedure for victims to collect same. |
| 113 | 04/21/2026 | Doc. 148 at 49 | Michael L. Martinez (GWM) | 0.4 | Video conference with Eric Au and Jason Cowley re early access payments and restitution report. |
| 114 | 04/27/2026 | Doc. 148 at 92 | Scott Avila (Paladin) | 0.5 | Call with John H (PRA) |
| 115 | 05/07/2026 | Doc. 263 at 28 | Scott Avila (Paladin) | 1.5 | Particpate on stratic discussion with PRA board and mgmt |
| 116 | 05/08/2026 | Doc. 263 at 10 | ACW | 0.6 | Call with S.Butcher & A.Basile re: district court issues with turnover of unclaimed funds. |
| 117 | 05/08/2026 | Doc. 263 at 10 | Michael L. Martinez (GWM) | 0.4 | Telephone call with Jason Cowley and Eric Au re restitution and sentencing issues. |
| 118 | 05/10/2026 | Doc. 263 at 28 | Scott Avila (Paladin) | 0.4 | Draft various emails to PRA mgmt and Board |
| 119 | 05/11/2026 | Doc. 263 at 28 | Scott Avila (Paladin) | 0.5 | Call with PRA Board re; various strategic alternatives |
| 120 | 05/26/2026 | Doc. 263 at 14 | Michael L. Martinez (GWM) | 0.2 | Emails with Margaret Westbrook re sentencing hearing. |
| 121 | 05/27/2026 | Doc. 263 at 30 | Scott Avila (Paladin) | 0.4 | Call with PRA re: refinancing |
| 122 | 05/28/2026 | Doc. 263 at 14 | Joseph W. Grier III (Special Master) | 0.4 | Review proposed letter to Holland & Knight re Damovo Group Transaction and email re same to D. Harer and M. Martinez. |
| 123 | 06/01/2026 | Doc. 263 at 15 | Joseph W. Grier III (Special Master) | 1.0 | Review comments from D. Harer on Damoco letter to Holland & Knight; edit Damoco letter. |
| 124 | 06/02/2026 | Doc. 263 at 15 | Michael L. Martinez (GWM) | 0.1 | Review email from Cypress Creek Intermediaries, Inc. |
| 125 | 06/03/2026 | Doc. 263 at 30 | Scott Avila (Paladin) | 0.3 | Call with PRA re; update |
| 126 | 06/05/2026 | Doc. 263 at 16 | Michael L. Martinez (GWM) | 0.4 | Video conference with Jason Cowley and Eric Au (I participated audio only) re status of restitution and payment priority issues. |
| 127 | 06/08/2026 | Doc. 263 at 16 | Michael L. Martinez (GWM) | 0.2 | Emails with Jason Cowley re outstanding restitution issues. |
| 128 | 06/09/2026 | Doc. 263 at 17 | Michael L. Martinez (GWM) | 0.3 | Emails with Jason Cowley re outstanding restitution issues and potential global resolution. |
| 129 | 06/14/2026 | Doc. 263 at 31 | Scott Avila (Paladin) | 0.2 | Send emails to PRA re; request for financial information |
| 130 | 06/17/2026 | Doc. 263 at 31 | Scott Avila (Paladin) | 0.2 | Call with Debt holder of PRA re: update on refinancing |
| 131 | 06/17/2026 | Doc. 263 at 31 | ? | 0.1 | Julia Greeley Review correspondence between S. Avila & PRA CEO on availability of financials |
| 132 | 06/19/2026 | Doc. 263 at 32 | Scott Avila (Paladin) | 0.2 | Call with Special Committee of PRA re: refinancing |
| 133 | 06/23/2026 | Doc. 263 at 21 | Michael L. Martinez (GWM) | 0.2 | Emails with Jason Cowley re procedure for resolving open restitution issues and related issues. |

| No. | Date | Fee App. | Timekeeper | Hrs. | Entry (as billed) |
|---|---|---|---|---|---|
| 134 | 06/25/2026 | Doc. 263 at 32 | Scott Avila (Paladin) | 0.5 | Weekly call with GRM and |
| | | | **Total** | **79.7** | |

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC,<br><br>Respondents. | Case No. 1:23-CV-879<br><br>Chief Judge Catherine C. Eagles |

**SECOND CORRECTED DECLARATION OF GREG EVAN LINDBERG IN SUPPORT OF RESPONDENTS' SUPPLEMENTAL SUR-REPLY**

I, Greg Evan Lindberg, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct and is stated on my personal knowledge:

1. I am over eighteen years of age and competent to make this declaration. I am a Respondent in this action, together with Trier Holding B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC (with me, the "Respondents").

2. I was not a party, and no other Respondent was a party, to (a) the 2017 proceeding in the District Court of Amsterdam that resulted in that court's order of May 15, 2017, approving the transfer of the shares in Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. ("Conservatrix") to Trier Holding B.V.; (b) Conservatrix Groep S.A.R.L.'s appeal in cassation from that order, which the Supreme Court of the Netherlands decided on May 17, 2019; or (c) the application by the same company, styled Conservatrix Group S.A.R.L., against De Nederlandsche Bank N.V. ("DNB") to revoke the 2017 order, which the District Court of Amsterdam decided on February 5, 2026 (Doc. 78-2).

3. The Respondents did not know that DNB had concealed the reinsurance between Conservatrix and Colorado Bankers Life Insurance Company from the District Court of Amsterdam in the 2017 proceeding until that court's order of February 5, 2026 was issued and publicized in February 2026. Gregory Nelson, the sole director of Trier Holding B.V., and I were the persons responsible for the Respondents' dealings concerning Conservatrix, and neither of us knew of the concealment until then. Mr. Nelson has confirmed this to me; he first told me of it when the order became public in February 2026, and he would have told me as soon as he learned of it. The Respondents knew that the reinsurance agreement existed; they did not know what DNB told, or withheld from, the District Court of Amsterdam in a proceeding to which no Respondent was a party.

4. The Respondents and the petitioners, as claimants, are parties to an arbitration under the Netherlands Arbitration Institute, NAI Case No. 4794 (the "Arbitration"), in which the claimants claim payment of damages from the Respondents, contending that the Respondents breached the Recapitalization Commitment. The Respondents dispute in the Arbitration that the replenishment condition was triggered and that any Respondent breached the Commitment. The Tribunal has not decided the merits, and no tribunal has determined that any Respondent breached the obligation on which the €150,000,000 sum in the Rotterdam order depends. The main hearing is scheduled for November 4 and 10, 2026; the Tribunal will then hear the claimants' claims and the Respondents' defences, including on breach, causation, and quantum. The Respondents' counterclaim in the Arbitration was treated as withdrawn for non-payment of the deposit; the claims it asserted are now brought in the Florida action described in paragraph 6 (Exhibit J), and the facts underlying them remain pleaded in the Arbitration as defences to causation and quantum.

5. In United States v. Lindberg, No. 3:23-cr-48 (W.D.N.C.), the petitioners filed an objection to the Special Master's report on May 4, 2026 (ECF No. 130) and, on June 11, 2026, a notice attaching their petition to the United States Court of Appeals for the Fourth Circuit for a writ of mandamus (ECF No. 189-1). Attached as Exhibit E are true copies of pages 2, 4, 30, 32, 33, 238, and 239 of ECF No. 189-1 as filed; the last two are pages 7 and 8 of ECF No. 130,

reproduced in the petition's appendix. In those filings the petitioners stated that, "[a]part from the penalty, Conservatrix is pursuing, through Dutch arbitration proceedings, recovery of the damages its policyholders have suffered" (Ex. E at 238 n.6); that "[t]he losses Conservatrix suffered as a result of the non-performance of the Commitment total € 215,356,806" (id. at 30); that if Conservatrix received that sum, "Conservatrix's policyholders would be compensated in full" (id. at 32–33); and that "[a]ny restitution funds that Petitioners recover will be used to settle issues arising from the bankruptcy" of Conservatrix (id. at 4). All of Conservatrix's attorneys' approximately 15 hours of communications with the Government and the Special Master was ex-parte, with no documents shared with Greg Lindberg or his counsel. Greg Lindberg came to know less than 2 weeks ago through review of billing statements from the Special Master of these extensive ex-parte contacts.

6. Conservatrix is in bankruptcy in the Netherlands, and the petitioners act as its insolvency practitioners. It was declared bankrupt on December 8, 2020, as the petitioners pleaded (Doc. 24 ¶ 20), as the Amsterdam District Court recited (Doc. 78-2 at 24, 26), and as the Fourth Circuit described it (Doc. 64 at 3); the Amsterdam court appointed Mr. van Faassen co-insolvency practitioner in that bankruptcy effective April 1, 2024 (Doc. 44 ¶¶ 2, 4 and its Exhibit A); the petitioners sue here, and appear in the Arbitration, "in their capacity as insolvency practitioners in the insolvency of" Conservatrix (Doc.

81 at 1; Ex. F, message 4); and Exhibit I is their statutory report as its trustees under Article 73a of the Dutch Bankruptcy Act (Ex. I at 2, ¶ 1.1). The bankruptcy is also a matter of public record in the Netherlands, in three sources that were accessed on my behalf on October 9, 2026 (the English renderings in parentheses are machine-generated and not certified; the Dutch text controls): (a) the Dutch judiciary's Central Insolvency Register (Centraal Insolventieregister), which lists the bankruptcy of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. before the Amsterdam District Court under insolvency number F.13/20/398, records "Uitspraak faillissement op 08 december 2020" (bankruptcy declared on December 8, 2020), names mr J.R. van Faassen and mr E.L. Zetteler as the trustees, and shows the entry as current to October 8, 2026, at https://insolventies.rechtspraak.nl/#!/details/13.ams.20.398.F.1307.1.24; (b) the enforcement notice published by De Nederlandsche Bank N.V. on April 19, 2021, which states that on December 8, 2020 DNB withdrew Conservatrix's licence and filed a bankruptcy petition with the Amsterdam District Court and that "De rechtbank Amsterdam heeft dezelfde dag het faillissement uitgesproken" (the Amsterdam District Court declared the bankruptcy the same day), at https://www.dnb.nl/algemeen-nieuws/handhavingsmaatregel-2021/dnb-heeft-wft-curator-benoemd-bij-en-vergunning-ingetrokken-van-levensverzekeraar-conservatrix-1; and (c) the letter of the Minister of Finance to the House of Representatives of June 15,

2023 (Kamerstukken II 2022/23, 29 507, nr. 160), which states that "Op 8 december 2020 ging levensverzekeraar Nederlandsche Algemeene Maatschappij van Levensverzekering Conservatrix N.V. (hierna: Conservatrix) failliet" (on December 8, 2020 the life insurer Conservatrix went bankrupt) and that the trustees appointed by the Amsterdam District Court have since been winding up the bankruptcy, at https://zoek.officielebekendmakingen.nl/kst-29507-160.pdf. Any sum paid to them on the Rotterdam order would be paid to the bankruptcy estate they administer, whose function is to distribute what it collects to creditors. According to the petitioners' own report, the estate had approximately €5.6 million of assets as of July 31, 2026 against approximately €100.3 million of admitted claims, had already distributed approximately €40 million to policyholders, and carries its claim against the Respondents without a value (Ex. I at 3–4; translation at 15–16; see paragraph 16 below). In their Supplemental Reply the petitioners state that the Respondents "have also presented no evidence that Conservatrix would be unable to pay Respondents if a judgment arose in Respondents favor," Doc. 81 at 9 n.3, and quote this Court's statement that "should the arbitrator later conclude that respondents are entitled to a refund or adjustment, there is nothing to indicate the petitioners would not comply," Doc. 81 at 12 n.5. The petitioners' own report, published on July 31, 2026, is that evidence. There is also a pending proceeding in which the petitioners, in that same capacity, could be held

liable to me: on March 26, 2026 I filed Lindberg v. Zetteler, No. 2026-006354-CA-01, in the Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida, against both petitioners in their capacity as insolvency practitioners of Conservatrix, seeking damages exceeding €348 million for their administration of the estate, including the termination of the CBL reinsurance. A copy of the complaint as filed, without its exhibits, is Exhibit J. The petitioners describe that action in paragraph 7.5 of their Fifteenth Public Report (Ex. I at 8; translation at 18) and state that they have engaged American lawyers for it. I am not aware of any means by which the Respondents could recover from the bankruptcy estate a sum that it has distributed to its creditors.

7. Exhibit B is a true and correct copy of an e-mail sent on September 18, 2026 by Willem van Baren, Chair, "[f]or and on behalf of the Tribunal," to the parties, including me, and their counsel, with copies to the other members of the Tribunal and the NAI Secretariat, rescheduling the main hearing. Paragraph 1 of that e-mail refers to my indication of September 8, 2026 that I would be available "for the hearing starting 4 November 2026 through 10 November 2026," the window I had proposed, and states that the main hearing previously scheduled for September 29 and 30, 2026 "will be rescheduled to 4 and 10 September 2026." The hearing dates fixed within that window are November 4 and 10, 2026: paragraph 2 of the same e-mail refers to "the period including 4 and 10 November 2026," three days later the

claimants' counsel agreed to "start the second hearing day on 10 November 2026" (Exhibit C), and on October 7, 2026 the claimants themselves stated that "[t]he main hearing is scheduled for 4 and 10 November 2026" (Ex. F, message 4).

8. Exhibit C contains true and correct copies of two e-mails from Marco Eliëns of Lemstra Van der Korst N.V., counsel for the claimants: (a) an e-mail of September 21, 2026 to the Tribunal, stating that the claimants "agree with Mr Lindberg's proposal to start the second hearing day on 10 November 2026 at 14:00 CET"; and (b) an e-mail of October 5, 2026 to me, transmitting "the proposed hearing schedule on the final page of the draft PO5 that the Tribunal circulated previously." Each copy reproduces the message as sent. The earlier messages quoted beneath each message in the e-mail chain, which include the Tribunal's e-mail in Exhibit B, and the messages' attachments are omitted.

9. Exhibit D consists of true and correct copies of pages 1 and 11 (the first page and the signature page) of the Respondents' Notice to the Tribunal of Judicial Finding of Fraud by De Nederlandsche Bank N.V. in the Forced Transfer of Conservatrix, dated February 15, 2026, which the Respondents submitted in the Arbitration "[p]ursuant to the leave granted by the Arbitral Tribunal on 13 February 2026 through its Chair." The Notice transmitted the February 5, 2026 order of the District Court of Amsterdam that is already of record as

Doc. 78-2. That order and the Notice's remaining pages and exhibits are not refiled.

10. Exhibit F contains true and correct copies of the ten e-mails exchanged on October 6 through 8, 2026 with the Tribunal and the claimants' counsel concerning the disclosure of information from the Arbitration to this Court, each reproduced as sent, with the earlier messages quoted beneath each reply omitted.

11. The Respondents' defence in the Arbitration rests in part on the text of the Recapitalization Commitment of March 17, 2017, which is of record as part of Exhibit C to the petition (Doc. 1-3 at 17–22) and which I signed. Paragraph 1.2(b) of the Commitment provides: "As soon as the Company is stabilized, the Commitment shall be limited in the sense that further capitalization of the Company over and above the initial amount of capitalization by the Transferee on Completion, shall be based on a viable business case for the Company (the analysis thereof may include taking into account the interest of the shareholder)." Doc. 1-3 at 18. That paragraph does not make stabilization subject to an assessment by DNB, and DNB signed the Commitment only "for acknowledgement and receipt." Id. at 22. By contrast, the Agreement re Post-Completion Covenants signed the same day, which is also part of Doc. 1-3, ties stabilization to DNB's assessment three times: "until the (organisation of the) Company is stabilised (to be assessed by DNB)" (paragraph 3.1(q), id. at 6), and "unless the Company would not yet be

sufficiently stabilised by then (to be assessed by DNB in accordance with paragraph (b) above), and if the Company is sufficiently stable (to be assessed by DNB in accordance with paragraph (b) above)" (paragraph 2.1(h), id. at 4), paragraph 2.1(b) being the provision under which DNB assesses, at the Company's request, "whether or not the Company is stabilised" (id. at 3). The Commitment and the Covenants were signed on the same day, March 17, 2017, by parties that were sophisticated commercial and regulatory actors, each acting with legal counsel: paragraph 1.3 of the Commitment itself refers to the legal opinions of Houthoff Buruma New York and McGuireWoods LLP delivered on the Commitment (Doc. 1-3 at 18); DNB is a named party to the Covenants and signed them as such (Doc. 1-3 at 1, 9), and it is the body whose assessment the Covenants require; it signed the Commitment for acknowledgement and receipt only (id. at 22). I signed the Commitment. I understood that once Conservatrix was stabilized—that is, once it had stable management and a stable solvency capital ratio, as its 2017 financial statements showed—the Commitment would no longer bind me unless there was a viable business case for further investment. It was clear to me that Conservatrix was stabilized and, as interest rates then declined significantly, that there was no longer a viable business case for further investment. The Respondents contend in the Arbitration, under the interpretation standard of the Supreme Court of the Netherlands' Haviltex decision of March 13, 1981, discussed in the Statement of Defence (Exhibit G at 49–50, Tab 4 at 17–18),

that among such parties the use of "(to be assessed by DNB)" three times in the Covenants and its omission from paragraph 1.2(b) of the Commitment was deliberate, so that stabilization under the Commitment is measured by objective evidence, principally the Solvency II ratio, and not by a DNB assessment; that Conservatrix was stabilized by the end of 2017, when its audited financial statements reported a Solvency II ratio of 188% (quoted at Doc. 78-2 at 48); and that no viable business case for further capital existed thereafter, which Conservatrix's chief executive, René Collé, acknowledged on a call on June 5, 2020, as Gregory D. Nelson has sworn in his affidavit of October 4, 2024, which is Exhibit A to the Statement of Defence in the Arbitration. Those contentions are set out in the Respondents' Statement of Defence and Counterclaim of September 15, 2025 (Exhibit G, Tab 4) and are for the Tribunal to decide after the November hearing.

12. Under paragraph 3.1(n) of the Agreement re Post-Completion Covenants, Trier agreed that it would, and would procure that Conservatrix would, "refrain from declaring or paying out any dividend within the period that is 10 (ten) years after Coexmpletion." Doc. 1-3 at 6. No dividend was ever proposed, declared, or paid by Conservatrix after Trier acquired it, and no Respondent, and no affiliate of a Respondent, took any loan, management fee, or other distribution from Conservatrix at any time. In United States v. Lindberg, the Special Master's final recommendations state that he does not recommend that Conservatrix be treated as a person due restitution "because

Conservatrix was not harmed in the same manner that the Defendant harmed the other entities that the Special Master recommends the Court treat as persons due restitution" (ECF No. 245 at 35); his proposed final order states that "Conservatrix does not qualify as a person due restitution because no unreturned assets belonging to Conservatrix were diverted to a Defendant-affiliated entity" and that "[i]t also appears that neither Defendant nor Defendant's agents made material misrepresentations or omissions concerning those affiliated investments or asset management strategies to Conservatrix or Conservatrix's regulator(s)" (ECF No. 245-1 at 6); and the United States' consolidated position is "Disallow – Conservatrix is not a party due restitution," because "[n]ot providing capitalization or profit as promised – even if it may be actionable in other fora -- is different from taking money through deceit and misrepresentations" (ECF No. 308 at 7–8 & n.7). Attached as Exhibit K are true copies of page 35 of ECF No. 245, page 6 of ECF No. 245-1, and pages 7 and 8 of ECF No. 308, as filed, and of the notice described in paragraph 19, as filed and without its exhibits. None of this belongs in this proceeding, but the Respondents are forced to place it on this record because the petitioners seek to relitigate here, and to color this Court's view with, the contention that Conservatrix's losses were caused by "Lindberg's fraud" and his "scheme" (Doc. 81 at 10–11, 13–14)—an argument that the Fourth Circuit considered and ruled on the merits, holding that the petitioners "fail to sufficiently connect the harm suffered by Conservatrix

with Lindberg's criminal conduct," and that the Special Master and the United States have likewise rejected. If the Court requires it, the Respondents will provide a fuller brief. As to the other entities referred to by the Special Master and the United States in those filings, the restitution determinations are on appeal to the Fourth Circuit, Nos. 26-4309 and 26-4310 (ECF No. 192).

13. On Completion in May 2017, Trier made a direct capital contribution to Conservatrix of €18.4 million. Conservatrix's audited financial statements for 2017, which the District Court of Amsterdam quoted, record that "the new shareholder recapitalized the company above the envisaged minimum Solvency II ratio of 135% by injecting 18.4 million of capital directly and 72.1 million via a reinsurance agreement with Colorado Bankers Life, affiliate US company," and that "[t]he market value of the reinsurance agreement was assessed by KPMG Advisory N.V." Doc. 78-2 at 42. DNB set the conditions a reinsurance agreement had to meet to qualify as risk mitigation under Solvency II, and DNB reviewed the final text of the agreement before it was concluded. Id. at 32. The arbitral tribunal itself recorded that "Trier made a capital injection of € 18.4M, and the reinsurance agreement with CBL increased the own funds of Conservatrix to the required level at the time of take-over." Doc. 1-2 at 27 (¶ 6.33).

14. The reinsurance was collateralized, and the premium went into a trust for Conservatrix. Exhibit H contains a true copy of the Verified Complaint for

Declaratory Judgment and Injunctive Relief filed on December 23, 2019 by CBL, in rehabilitation and acting through its Special Deputy Rehabilitators, in Colorado Bankers Life Insurance Co. v. Conservatrix, No. 19 CV 017191 (Wake County Superior Court), and of Exhibits B through F to that complaint, as served on Conservatrix on January 14, 2020; they are public records. In the complaint, CBL stated under oath that the Trust Account "was initially funded by CBL with a deposit of €100 million in cash and securities (an amount equal to the reinsurance premium paid by Conservatrix to CBL), plus additional amounts of €50 million and €7.5 million from CBL and SFL," that CBL was then required "to maintain no less than 105% of the Net Reserves" in it, that "the amount of the assets in the Trust Account is approximately €157.5 million," and that Conservatrix had "demanded that the Rehabilitator deposit an additional €70 million of CBL assets into the Trust Account." Ex. H at 7 (Tab A, ¶¶ 20, 22). Clause 7.2 of the Aggregate Excess of Loss Reinsurance Treaty of May 15, 2017 provides that "[a]ll amounts received and paid in furtherance to this Treaty, whether it be the reinsurance premium, payments received by way of reinsurance recoveries, payments of Covered Losses or otherwise, shall be received by the Reinsurer directly into the Trust Account," and clause 8.2.1 requires the Reinsurer to keep the market value of the collateral "at 105% of the Net Reserves." Ex. H at 28 (Tab B, Treaty p. 11). The Trust Agreement of the same date, among CBL and Standard Financial Ltd., a Maltese company that

is an indirect shareholder of Conservatrix through Trier, as grantors, Conservatrix as beneficiary, and Fifth Third Bank as trustee, establishes the trust account "for the sole use and benefit of the Beneficiary" and "in order to secure payment of amounts owed by Colorado Bankers to the Beneficiary under the Reinsurance Agreement," and required CBL to deposit eligible assets of €150,000,000 and Standard Financial €7,500,000 on the contract date. Id. at 49–50 (Tab C, § 1(a)). In its own Request for Arbitration against CBL dated December 22, 2019, Conservatrix stated: "Currently, according to reports provided by Fifth Third, the collateral kept in the Trust Account for the benefit of Conservatrix and the purpose of satisfying CBL's payment obligations under the Treaty (clause 7.2 of the Treaty) amounts to € 167,3 million." Id. at 94 (Tab F, ¶ 21). Standard Financial's €7,500,000 was deposited in cash on May 26, 2017. On May 8, 2020, Conservatrix withdrew that €7,500,000 by a Beneficiary Withdrawal Notice to the trustee. Standard Financial disputes that the withdrawal was permitted and, on November 19, 2021, filed a claim of €7,587,704.92 in Conservatrix's bankruptcy. On December 22, 2019, the Rehabilitator of CBL, acting through Special Deputy Rehabilitator Mike Dinius, gave notice to Conservatrix that, "pursuant to his authority under N.C. Gen. Stat. § 58-30-85(a)(11)," he had disavowed the Treaty, that "[a]s a result of the disavowal, the Treaty is deemed to be void ab initio," and that CBL would be "seeking a judicial determination as to the proper distribution of assets in the Trust Account." Ex. H at 80 (Tab D); Doc.

1-2 at 18 (¶ 3.28). The reinsurance, backed by the Trust Account, "was installed to bridge the gap in the SCR of Conservatrix" at the acquisition, a gap of "€ 102.9M," and "was the biggest part of the initial recapitalization." Doc. 1-2 at 27 (¶ 6.33); id. at 15 (¶ 3.12); see Doc. 78-2 at 42. After CBL was placed in rehabilitation in North Carolina on June 27, 2019 and its credit rating was downgraded, the value of the reinsurance was written down and Conservatrix's solvency ratio fell below 135% in mid-2019; the Rehabilitator's disavowal of December 22, 2019 then removed the support altogether. Doc. 1-2 at 15 (¶ 3.13); id. at 27–28 (¶¶ 6.34–6.36). The arbitral tribunal itself recorded that unwinding the reinsurance would lead, on the calculation of Conservatrix's board, to a loss "of more than € 110M," and that the disavowal "must in all likelihood have its effect on the outcome of the actual calculation of the SCR." Doc. 1-2 at 27–28 (¶¶ 6.35, 6.37).

15. Exhibit G is a compendium of true and correct copies of the following documents from the Arbitration: Tab 1, Procedural Order No. 1 of October 9, 2024; Tab 2, the Procedural Timetable per October 3, 2025; Tab 3, Procedural Order No. 2 of October 24, 2025; and Tab 4, the Respondents' Statement of Defence and Counterclaim of September 15, 2025, without its exhibits. The Respondents file Exhibit G for the limited purpose of showing the Court the status, timetable, and subject-matter of the Arbitration, and have asked that it be sealed.

16. The petitioners publish periodic public reports on the Conservatrix bankruptcy at www.conservatrix.nl. Exhibit I is a copy of their fifteenth public report (Vijftiende openbare verslag), dated Utrecht, July 31, 2026 and signed by both petitioners as trustees, as published on that website; it is in Dutch (Ex. I at 2–12) and is followed by an English translation that was produced by machine translation for the Respondents (Ex. I at 14–21). The translation is disclosed as machine-generated on its face, is not certified, and is offered for the Court's convenience only; the Dutch text controls. The table in its paragraph 3.1 (Ex. I at 3–4; translation at 15–16) states the position of the estate as of July 31, 2026. Its assets are: liquid balances, €4,310,724; commercial mortgage loans, €1,254,124; a private loan, €5,000; and the claim against the Respondents ("Vordering op Lindberg"), carried "p.m." (pro memoria, without a value) and described in note (4) as nominally €150 million arising from the summary arbitral award of the first quarter of 2020. Its liabilities are: policyholders' insurance claims ("Verzekeringsvorderingen"), €59,065,819, being the unpaid 10% balance after interim distributions of approximately €40,000,000 (note 2); policyholders' claims for lost profit-sharing and guarantees ("Schadevorderingen"), €40,490,552; remaining 90% payouts, €263,000; premium-deposit claims, €13,275; tax, €285,476; and other admitted unsecured claims, €231,815 — in total approximately €100.3 million against approximately €5.6 million of assets, a deficit of approximately €94.8 million.

Paragraph 7.4 of the report (Ex. I at 8; translation at 18) describes the Arbitration as the proceeding in which Conservatrix claims damages from the Respondents.

17. The same report states, at paragraph 7.15 (Ex. I at 11; translation at 20), that DNB lodged an appeal in cassation on February 19, 2026 against the District Court of Amsterdam's finding of fraud in the 2017 proceeding, and, at paragraph 7.17, that DNB has appealed the order requiring it to produce documents and that the Court of Appeal has suspended the enforceability of that order while the appeal is pending. No Respondent is a party to those appeals.

18. The same report, at paragraph 7.9 (Ex. I at 9–10; translation at 19), describes the restitution proceedings in United States v. Lindberg. The District Court excluded Conservatrix from its restitution order and judgment. On June 11, 2026, the petitioners filed in the United States Court of Appeals for the Fourth Circuit a petition for a writ of mandamus under 18 U.S.C. § 3771 with a 278-page appendix (318 pages in all as filed in the District Court, ECF No. 189-1), asking that court to vacate the District Court's restitution order and judgment and to direct the District Court to find Conservatrix a victim and to award it €215,356,806 in restitution (id. at 33). The Fourth Circuit's notice of the same day required my response, with less than 24 hours' notice, by 12:00 p.m. on June 12, 2026; I filed a 28-page response on June 12, 2026 (ECF No. 198). On June 13, 2026, the Fourth Circuit denied the petition on the merits

in a per curiam opinion, holding that the petitioners "fail to sufficiently connect the harm suffered by Conservatrix with Lindberg's criminal conduct" and that, "[w]ithout more, we cannot find the district court to have abused its discretion in excluding Conservatrix from its restitution order and judgment." In re Zetteler, No. 26-1749, slip op. at 4–5 (4th Cir. June 13, 2026) (per curiam), as amended (June 15, 2026). One member of the panel, concurring in part and dissenting in part, wrote that the court "should not address the merits" and would have denied the petition without prejudice; the majority addressed the merits and did not.

19. Exhibit K, as corrected, also contains a copy of my Notice of Developments Concerning Conservatrix N.V., filed on October 9, 2026 in *United States v. Lindberg*, No. 3:23-cr-48 (W.D.N.C.) (ECF No. ___), without its exhibits. That notice responds to a statement in the United States' consolidated position, at pages 7 and 8 of ECF No. 308 (also in Exhibit K): "While Conservatrix appears to have been harmed by Defendant's conduct, as the Fourth Circuit found, Conservatrix 'fail[ed] to sufficiently connect the harm suffered by Conservatrix with Lindberg's criminal conduct.'" The Fourth Circuit made no finding that Conservatrix was harmed by my conduct, for the following reasons.

(a) The Fourth Circuit was repeating what the petitioners wrote. Its per curiam opinion, *In re Zetteler*, No. 26-1749 (4th Cir. June 13, 2026), as amended (June 15, 2026) (ECF Nos. 203, 204), recited the petitioners' own

argument—"Petitioner argues that Lindberg's criminal conspiracy forced the company into bankruptcy, resulting in losses to the company and its policyholders of more than $200 million"—and its reference to "the harm suffered by Conservatrix" restates that argument. What the court held was that "Petitioners fail to sufficiently connect the harm suffered by Conservatrix with Lindberg's criminal conduct," that the petitioners "do not identify facts closely tying" my failure to replenish the company's capital "to Lindberg's criminal activities," and that "[w]ithout more, we cannot find the district court to have abused its discretion in excluding Conservatrix from its restitution order and judgment." Slip op. at 4–5.

(b) The Fourth Circuit required my response by noon on the day after the petition was filed. In practice I had approximately 12 hours to respond. I had to answer a record that had been developed entirely ex parte, and to do so as if the Fourth Circuit were the court of first impression on Conservatrix's claim. For that reason, anything in that proceeding is extremely prejudicial to me.

(c) The Special Master's fee applications (ECF Nos. 69, 81, 95, 148, 263) record approximately 85 hours billed by the Special Master, his counsel, and his financial advisor on matters concerning Conservatrix, approximately 72 of them before the petition was filed, including 37 entries recording telephone calls, conferences, and e-mails with the petitioners' counsel. None of those communications, and none of the information the petitioners

provided, was disclosed to me or to my counsel. The Fourth Circuit itself recorded that "the Special Master spoke with Petitioners' counsel multiple times and reviewed information submitted by Petitioners." Slip op. at 3.

(d) In approximately 12 hours I could not place before the Fourth Circuit much of the information in this declaration, including the matters described in paragraphs 11, 13, 14, and 20.

(e) I learned of the extent of the ex parte communications less than two weeks ago, from the Special Master's billing statements. The issue is still being developed and placed before the district court in *United States v. Lindberg* (see ECF Nos. 331, 332, 345), and it will be before the Fourth Circuit on appeal.

20. The characterization of Conservatrix as undercapitalized by me—the petitioners' phrase in that case (ECF No. 130 at 7–8), repeated in a footnote of the United States' consolidated position (ECF No. 308 at 8 n.7)—is false. As stated in paragraphs 11, 13, and 14, at the take-over Trier injected €18.4 million directly and €72.1 million through the reinsurance, recapitalizing Conservatrix above the minimum Solvency II ratio of 135% (Doc. 78-2 at 42); the arbitral tribunal recorded that the reinsurance "increased the own funds of Conservatrix to the required level at the time of take-over" (Doc. 1-2 at 27, ¶ 6.33); and Conservatrix's audited financial statements reported a Solvency II ratio of 188% at the end of 2017 (Doc. 78-2 at 48). The ratio fell below 135% only in mid-2019, after CBL was placed in rehabilitation in North Carolina

and its credit rating was downgraded, and the Rehabilitator's disavowal of the reinsurance on December 22, 2019 removed the support altogether. Doc. 1-2 at 15 (¶ 3.13); *id.* at 27–28 (¶¶ 6.34–6.36); Ex. H at 80 (Tab D). The Commitment did not require me to replenish capital after Conservatrix had stabilized. Paragraph 1.2(b) provides that "[a]s soon as the Company is stabilized, the Commitment shall be limited in the sense that further capitalization of the Company over and above the initial amount of capitalization by the Transferee on Completion, shall be based on a viable business case for the Company" (Doc. 1-3 at 18). Conservatrix was stabilized by the end of 2017, when its Solvency II ratio stood at 188%. The capital lost in 2019 was lost through the Rehabilitator's act, long after stabilization; under paragraph 1.2(b), any further capitalization then depended on a viable business case, and, as stated in paragraph 11, there was none. That is the Respondents' defence in the Arbitration, which the Tribunal will decide.

21. I am in the custody of the Federal Bureau of Prisons. Until October 11, 2026, my counsel could communicate with me only through limited telephone calls from custody. My original declaration and my corrected declaration had to be filed on October 9, 2026 to meet the deadline set by the Court's Order of August 26, 2026 (Doc. 74). Because of those limits, they could not include all of the information I intended to provide, including the matters now stated in paragraphs 19 through 22.

22. The transactions that the government and the Special Master characterize as circular were undertaken to carry out the disaffiliation of affiliated investments required by the North Carolina Department of Insurance, and in accordance with NCDOI and other insurance regulations. The facts are set out in my Statement of Facts Regarding the Disaffiliation Structure and my supporting declaration in *United States v. Lindberg* (ECF Nos. 300-2, 300-1), and in my filings at ECF Nos. 316 and 347. That issue is also before the Fourth Circuit in my pending appeals, Nos. 26-4309 and 26-4310.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11th, 2026.

*/s/ Greg Evan Lindberg*
Greg Evan Lindberg
BOP Inmate 34-828-058