# EXHIBIT A

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2026-006354-CA-01
SECTION: CA44
JUDGE: Lisa Walsh

**Greg E Lindberg**

Plaintiff(s)

vs.

**E.L. ZETTELER et al**

Defendant(s)

_____________________________/

**ORDER DENYING EXTENSION OF TIME FOR SERVICE AND ENTERING DISMISSAL WITHOUT PREJUDICE**

Plaintiff, who is incarcerated, filed an action against certain curators, who were fiduciaries in the Netherlands. The case was set for an initial case management conference on July 1, 2026. Plaintiff, through counsel, moved for an extension of time to effectuate service. The court granted an additional 60 days for the Plaintiff to effectuate service and reset the initial case management conference for 90 days.

The Court ruled in the order:

> No case management report has been filed. No service was effectuated -- so there is no basis the defendants would have to appear. Defendants have obtained counsel for a limited appearance, but no service has been made, so the court lacks personal jurisdiction to direct the defendants to respond.
>
> The Court will extend service and grant an additional time to serve for 60 additional days, to expire on September 24, 2026.
>
> The court will reset the initial case management conference by separate order in October 2026.

The court reset the initial case management conference for October 5, 2026. The Plaintiff again moved for an extension of time to effectuate service. The Court reviewed the motion, heard argument, and finds that the Plaintiff has

failed to establish good cause for a second extension.

In the three months since the last extension, Plaintiff has not retained a process server for international service. As outlined in the Complaint, Plaintiff has been aware since the inception of this case of the Defendants' location. They are lawyers and members of an international law firm. This case has been pending since March 2026, and Plaintiff therefore had six months, including the extension granted, in which to effectuate service, but took no action, even after an extension, to commence service of process. Accordingly, the motion for extension is denied, and this case is dismissed **without prejudice** for failure to serve the Defendant.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 7th day of October, 2026.

2026-006354-CA-01 10-07-2026 1:21 PM

2026-006354-CA-01 10-07-2026 1:21 PM
Hon. Lisa Walsh

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**

- Carl D Berry: c.berry@thestrategiclegalgroup.com
- Carl D Berry: legalmail@thestrategiclegalgroup.com
- Carl D Berry: paralegal@thestrategiclegalgroup.com
- Greg Lindberg: gelindberg@gmail.com
- Greg Lindberg: gelindberg@gmail.com
- Jeffrey C Schneider: jcs@LKLSG.com
- Jeffrey C Schneider: ph@lklsg.com
- Stephanie L. Hauser: slh@lklsg.com
- Stephanie L. Hauser: ame@lklsg.com