**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC,<br><br>Respondents. | Case No. 1:23-CV-879<br><br>Chief Judge Catherine C. Eagles |

## LR 5.5 REPORT FOR THE FILING OF SEALED DOCUMENTS

Respondents Greg Evan Lindberg, Trier Holding B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC, and the petitioners, J. Robert van Faassen and Eleonora L. Zetteler, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V., submit this Report under LR 5.4(b)(1)(b) and LR 5.5 following Respondents' Motion to Seal filed on October 9, 2026 (Doc. 83). No LR 5.5 Report or LR 5.5 Order has previously been filed or entered. Counsel for the parties conferred by e-mail prior to filing this report.

[X] Conference: The parties have discussed the issues of confidentiality raised in this case and the potential need for filing documents under seal. That discussion included the nature of any confidential documents that may be involved in the case, the possibility of using stipulations to avoid the need to file certain documents, and the possibility of agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal. The discussion was conducted by e-mail between counsel of record.

[ ] Non-Parties: Not applicable. No non-party has produced documents pursuant to a protective order in this case or has claimed confidentiality over documents filed or expected to be filed. .

[X] Default: The parties certify that few, if any, documents will be filed under seal. The parties agree to use the default procedures of LR 5.4(c). In addition, if the party filing the motion to seal is not the party claiming confidentiality, the filing party must meet and confer with the party claiming confidentiality as soon as practicable, but at least two (2) days before filing the documents, to discuss narrowing the claim of confidentiality. The motion to seal must certify that the required conference has occurred, and the party claiming confidentiality must file supporting materials required by LR 5.4(c)(3) within 14 days of the motion to seal.

[ ] Alternative Proposal for Cases with Many Confidential Documents: None.

[X] Other relevant information: Petitioners do not currently anticipate filing any documents under temporary seal. Respondents currently do not have a position on filing additional documents under temporary seal. The parties support the use of

stipulations to avoid the need to file certain documents and the possibility of agreed-upon redactions of immaterial confidential information to avoid the need for filing documents under seal.

Dated: October 19, 2026

Respectfully submitted,

/s/ Kenneth N. Barnes
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com

/s/ Vivek Ramachandran
Vivek Ramachandran
Dhamma Law, PLLC
418 Broadway, Suite N
Albany, NY 12207
202-860-4084
Email: vramachandran@dhammalaw.com
Special Appearance Counsel

Counsel for Respondents Greg Evan Lindberg,
Trier Holding B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC

/s/ Kate E. Giduz (with permission)
Jeffrey E. Oleynik (N.C. Bar No. 14416)
Greg Gaught (N.C. Bar No. 57616)
Kate E. Giduz (N.C. Bar No. 60887)
Brooks, Pierce, McLendon,
Humphrey & Leonard, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, NC 27601
Tel: (919) 882-2528
ggaught@brookspierce.com
kgiduz@brookspierce.com
joleynik@brookspierce.com

Counsel for Petitioners

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: October 19, 2026

*/s/ Kenneth Barnes*
Kenneth Barnes

*Counsel for Respondents*