**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC,<br><br>Respondents. | Case No. 1:23-CV-879<br><br>Chief Judge Catherine C. Eagles |

**SUPPLEMENTAL DECLARATION OF GREG EVAN LINDBERG**

**(EXHIBITS L AND M)**

I, Greg Evan Lindberg, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct and is stated on my personal knowledge:

1. I made the Corrected Declaration filed in this action on October 9, 2026 (Doc. 86) and the Declaration in Support of Motion to Seal (Doc. 83-1). This declaration supplements both.

2. Exhibit L is a true and correct copy of the unredacted Response that my counsel filed on October 30, 2026 in *United States v. Lindberg*, No. 3:23-cr-48

(W.D.N.C.), with its Exhibits S-10 through S-12. Exhibit L-1 is a true and correct copy of the public version of that Response as filed.

3. On October 17, 2026, I applied, for myself and the other Respondents, to the tribunal in NAI Case No. 4794 for leave to submit five documents into the record of the Arbitration. Petitioners' counsel objected on October 22, 2026. I replied on October 23, 2026. On October 26, 2026, the tribunal issued Procedural Order No. 6, admitting one document, holding that the substance of two others was already in the record through Petitioners' own exhibits and pleadings, and confirming that the remaining two were already in the record. The application, the documents, and Procedural Order No. 6 are Exhibits S-10 through S-12 to Exhibit L.

4. The documents concern whether Conservatrix had been stabilized by December 31, 2018 and whether a viable business case for further investment existed in 2020, which are the matters addressed by paragraph 1.2(b) of the Recapitalization Commitment quoted in paragraph 11 of my Corrected Declaration and put at issue by Petitioners' supplemental reply (Doc. 81).

5. The Arbitration materials in Exhibit L are subject to Article 6 of the 2015 NAI Arbitration Rules. Petitioners have stated in this Court and in the Western District that the Arbitration materials should be sealed. Exhibit L is filed under temporary seal for the reasons stated in my Declaration in Support of Motion to Seal (Doc. 83-1), which apply equally to it: public filing would expose Respondents to a claim of breach of Article 6 in the Arbitration, whose hearing

is set for November 4 and 10, 2026, and the materials cannot be redacted without removing the substance for which they are filed. The public version of the Response (Exhibit L-1) describes them in general terms.

6. Exhibit M is a true and correct copy of the Complaint and Summons filed on my behalf on October 28, 2026 in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, *Lindberg v. Zetteler*, Filing No. 260185286, as accepted by the Clerk.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 30, 2026.

/s/ Greg Evan Lindberg
Greg Evan Lindberg

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case. Exhibit L, filed under temporary seal, is not served through the CM/ECF system (Standing Order No. 41 ¶ 2 (M.D.N.C. Apr. 27, 2026)); it was served on counsel of record for the petitioners by electronic mail on the same date.

Dated: October 30, 2026

/s/ Kenneth Barnes
Kenneth Barnes
Counsel for Respondents