**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

J. Robert van Faassen, LLM, and Eleonora L. Zetteler, LLM, in their capacities as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V., Petitioners,

v.

Greg Evan Lindberg; Trier Holding B.V.; Netherlands Insurance Holdings, Inc.; NIH Capital, LLC, Respondents.

Case No. 1:23-cv-00879-CCE-JEP

**EXHIBIT L**

**PLACEHOLDER — DOCUMENT FILED UNDER TEMPORARY SEAL**

This exhibit has been filed under temporary seal pursuant to LR 5.4(c) and is the subject of Respondents' Motion to Seal Exhibit L, filed with the Reply. A non-confidential description of the exhibit appears in the Reply, Part III, and in the Supplemental Declaration of Greg Evan Lindberg ¶¶ 2–5. The public version of the Western District filing is Exhibit L-1.