IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC,<br><br>Respondents. | Case No. 1:23-CV-879<br><br>Chief Judge Catherine C. Eagles |

**LOCAL RULE 5.4 CHECKLIST AND SUMMARY CHART**

**(RESPONDENTS' MOTION TO SEAL EXHIBIT L)**

1. [X] Public version filed: Respondents' Reply in Support of Motion to Seal (Doc. 83), Response to Petitioners' Response (Doc. 90), and Update on Corresponding Proceedings in the Western District of North Carolina, with the Supplemental Declaration of Greg Evan Lindberg, a placeholder sheet in place of Exhibit L, and public Exhibits L-1 and M (Doc. 92).

2. [X] Sealed version filed with all attachments, including Exhibit L, the document to be sealed (Doc. 94).

3. [X] Sealed version is marked to show what was withheld from the public filing (each page of Exhibit L is marked "Filed Under Temporary Seal"; Exhibit L is withheld in its entirety, and the public version of the Western District filing it contains is filed publicly as Exhibit L-1).

4. [X] Public motion to seal is filed (Doc. 93) with a non-confidential description of what is to be sealed and a sufficient showing legally and factually as to why sealing is necessary and why less drastic alternatives to sealing will not afford adequate protection, with evidentiary support including the Supplemental Declaration of Greg Evan Lindberg (¶¶ 2–5) and the Declaration in Support of Motion to Seal of record (Doc. 83-1).

5. [X] Sealed supplement to motion to seal: was not necessary.

6. Does the motion include an election to have the underlying documents withdrawn if the motion to seal is denied? [ ] Yes [X] No

7. Summary Chart:

| **Docket No. of Public Version** | **Docket No. of Sealed Version** | **Description of Document** | **Party designating confidential** | **Length of time to be sealed** | **Any disagreement as to sealing?** | **Basis for Sealing** |
|---|---|---|---|---|---|---|
| Doc. 92-2 (placeholder) | Doc. 94-2 | Ex. L to Reply: unredacted Response of Oct. 30, 2026 in United States v. Lindberg, No. 3:23-cr-48 (W.D.N.C.), with its sealed Exhibits S-10 (application of Oct. 17, 2026 to the tribunal, 5 | Respondents (petitioners asserted confidentiality in the arbitration and ask that the materials be sealed, Doc. 90 at 1, 3) | Until further order of the Court | None — petitioners agree the arbitration materials "should indeed be sealed" (Doc. 90 at 1) | Confidential arbitration materials; 2015 NAI Rules art. 6; pending hearing Nov. 4 and 10, 2026; same materials sealed in W.D.N.C. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | pp.), S-11 (Documents 1–5 to the application, 60 pp.), and S-12 (Procedural Order No. 6 of Oct. 26, 2026, 11 pp.) (90 pp. with cover) | | | | |

Dated: October 30, 2026

Respectfully submitted,

/s/ Kenneth N. Barnes
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com

/s/ Vivek Ramachandran
Vivek Ramachandran
Dhamma Law, PLLC
418 Broadway, Suite N
Albany, NY 12207
202-860-4084
Email: vramachandran@dhammalaw.com
Special Appearance Counsel

Counsel for Respondents Greg Evan Lindberg,
Trier Holding B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: October 30, 2026

*/s/ Kenneth Barnes*
Kenneth Barnes

*Counsel for Respondents*