# *UNITED STATES DISTRICT COURT*

## *MIDDLE DISTRICT OF NORTH CAROLINA*

William M. Van Andel, LLM

v. Case Number: 1:23CV879

Greg Evan Lindberg

# NOTICE OF SCHEDULING

**Take notice** that a proceeding in the case has been **scheduled** as indicated below:

| | |
|---|---|
| **PLACE:** | **L. Richardson Preyer Bldg.**<br>**324 W. Market St., Greensboro, NC** |
| **COURTROOM NO.:** | **3** |
| **DATE AND TIME:** | **November 19, 2026 at 9:30 a.m.** |
| **PROCEEDING:** | **Hearing on all pending motions** |

---

Lawrence H. Cunningham, Clerk

By: /s/ Robin Winchester, Deputy Clerk

Date: November 6, 2026

TO: ALL COUNSEL/PARTIES OF RECORD