**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V., | |
| Petitioners, | Case No. 1:23-CV-879 |
| v. | Senior District Judge Catherine C. Eagles |
| GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC, | |
| Respondents. | |

# EXHIBIT N

## PLACEHOLDER — DOCUMENT FILED UNDER TEMPORARY SEAL

This exhibit has been filed under temporary seal pursuant to LR 5.4(c) and is the subject of Respondents' Motion to Seal Exhibits N, O and P, filed with the Update. A non-confidential description of the exhibit appears in the Update, Part VI, and in the Motion to Seal, Part I. The public version of the Western District filing is Exhibit N-1.