**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

J. ROBERT VAN FAASSEN, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.,

Petitioners,

v.

GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC,

Respondents.

Case No. 1:23-CV-879

Senior District Judge Catherine C. Eagles

# EXHIBIT O

**PLACEHOLDER — DOCUMENT FILED UNDER TEMPORARY SEAL**

This exhibit has been filed under temporary seal pursuant to LR 5.4(c) and is the subject of Respondents' Motion to Seal Exhibits N, O and P, filed with the Update. A non-confidential description of the exhibit appears in the Update, Part VI, and in the Motion to Seal, Part I.