**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC,<br><br>Respondents. | Case No. 1:23-CV-879<br><br>Senior District Judge Catherine C. Eagles |

**LOCAL RULE 5.4 CHECKLIST AND SUMMARY CHART**

**(RESPONDENTS' MOTION TO SEAL EXHIBITS N, O AND P)**

1. [X] Public version filed: Respondents' Update on the Arbitration in NAI Case No. 4794 and on Corresponding Proceedings in the Western District of North Carolina (public version), with a placeholder sheet in place of each of Exhibits N, O and P, and public Exhibit N-1 (Doc. # 99).

2. [X] Sealed version filed with all attachments, including the unredacted Update and Exhibits N, O and P, the documents to be sealed (Doc. # 101).

3. [X] Sealed version is marked to show what was withheld from the public filing (the passages of the Update withheld from the public version are highlighted; each page of Exhibits N, O and P is marked "Filed Under Temporary Seal"; Exhibits N, O and P are withheld in their entirety, and the public version of the Western District filing it contains is filed publicly as Exhibit N-1).

4. [X] Public motion to seal is filed (Doc. # 100) with a non-confidential description of what is to be sealed and a sufficient showing legally and factually as to why sealing is necessary and why less drastic alternatives to sealing will not afford adequate protection, with evidentiary support including the Declaration in Support of Motion to Seal (Doc. 83-1) and the Supplemental Declaration of Greg Evan Lindberg (Doc. 92-1) of record.

5. [X] Sealed supplement to motion to seal: was not necessary.

6. Does the motion include an election to have the underlying documents withdrawn if the motion to seal is denied? [ ] Yes [X] No

7. Summary Chart:

| **Docket No. of Public Version** | **Docket No. of Sealed** | **Description of Document** | **Party designating** | **Length of time to** | **Any disagreement** | **Basis for Sealing** |
|---|---|---|---|---|---|---|

| | Version | | confidential | be sealed | as to sealing? | |
|---|---|---|---|---|---|---|
| Doc. 99 (public version) | Doc. 101 | Respondents' Update on the Arbitration in NAI Case No. 4794 and on Corresponding Proceedings in the Western District of North Carolina (unredacted): Parts II–V, which describe and quote the hearing of Nov. 4 and 10, 2026 and the arbitration record (13 pp.) | Respondents (petitioners asserted confidentiality in the arbitration and ask that the materials be sealed, Doc. 90 at 1, 3) | Until further order of the Court | None — petitioners agree the arbitration materials "should indeed be sealed" (Doc. 90 at 1) | Confidential arbitration materials; 2015 NAI Rules art. 6; award pending; same materials sealed in W.D.N.C. |
| Doc. 99-1 (placeholder) | Doc. 101-1 | Ex. N to Update: unredacted Update of Nov. 16, 2026 in United States v. Lindberg, No. 3:23-cr-48 (W.D.N.C.), with its sealed Exhibits S-13 through S-29 (the petitioners' Statement of Reply and exhibits in NAI Case No. 4794; reports and correspondence of Conservatrix N.V. and De | Respondents (petitioners asserted confidentiality in the arbitration and ask that the materials be sealed, Doc. 90 at 1, 3) | Until further order of the Court | None — petitioners agree the arbitration materials "should indeed be sealed" (Doc. 90 at 1) | Confidential arbitration materials; 2015 NAI Rules art. 6; award pending; same materials sealed in W.D.N.C. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Nederlandsche Bank N.V., 2017–2019; excerpts of the hearing transcripts; communications and a decision of the tribunal) (732 pp. with cover) | | | | |
| Doc. 99-3 (placeholder) | Doc. 101-3 | Ex. O to Update: Annual Report 2017 of Conservatrix N.V. (Respondents' Exhibit C in NAI Case No. 4794) (44 pp. with cover) | Respondents (petitioners asserted confidentiality in the arbitration and ask that the materials be sealed, Doc. 90 at 1, 3) | Until further order of the Court | None — petitioners agree the arbitration materials "should indeed be sealed" (Doc. 90 at 1) | Confidential arbitration materials; 2015 NAI Rules art. 6; award pending; same materials sealed in W.D.N.C. |
| Doc. 99-4 (placeholder) | Doc. 101-4 | Ex. P to Update: Annual Report 2018 of Conservatrix N.V. (Respondents' Exhibit D in NAI Case No. 4794) (49 pp. with cover) | Respondents (petitioners asserted confidentiality in the arbitration and ask that the materials be sealed, Doc. 90 at 1, 3) | Until further order of the Court | None — petitioners agree the arbitration materials "should indeed be sealed" (Doc. 90 at 1) | Confidential arbitration materials; 2015 NAI Rules art. 6; award pending; same materials sealed in W.D.N.C. |

Dated: November 16, 2026

Respectfully submitted,

/s/ Kenneth N. Barnes
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com

/s/ Vivek Ramachandran
Vivek Ramachandran
Dhamma Law, PLLC
418 Broadway, Suite N
Albany, NY 12207
202-860-4084
Email: vramachandran@dhammalaw.com
Special Appearance Counsel

Counsel for Respondents Greg Evan Lindberg,
Trier Holding B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: November 16, 2026

*/s/ Kenneth Barnes*
Kenneth Barnes

*Counsel for Respondents*