**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V.,<br><br>Petitioners,<br><br>v.<br><br>GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC,<br><br>Respondents. | Case No. 1:23-CV-879<br><br>Senior District Judge Catherine C. Eagles |

**RESPONDENTS' NOTICE OF CORRECTION TO MOTIONS TO SEAL (DOCS. 93, 100) AND WITHDRAWAL OF THE REQUEST TO SEAL EXHIBITS O AND P**

Respondents Greg Evan Lindberg, Trier Holding B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC give notice of a correction to their Motion to

Seal Exhibits N, O and P (Doc. 100) and withdraw that Motion as to Exhibits O and P. The Motion is unchanged as to Exhibit N and the unredacted Update (Doc. 101).

Exhibits O and P are the Annual Report 2017 and the Annual Report 2018 of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. Respondents filed them under temporary seal on November 16, 2026 because they are exhibits in NAI Case No. 4794. Doc. 100. They are public documents. Each bears the receipt stamp of the Dutch Chamber of Commerce (Kamer van Koophandel), dated May 15, 2018 on the Annual Report 2017 and May 21, 2019 on the Annual Report 2018. Conservatrix's annual accounts for 2017 and 2018 are also published on the internet by the foundation of Conservatrix's policyholders, at https://stichtingpolishoudersconservatrix.nl/relevante-documenten-conservatrix/.

Exhibits O and P are not confidential, because they are available online. Respondents therefore withdraw the request to seal Exhibits O and P, ask that the copies of those exhibits filed under temporary seal with Doc. 101 be unsealed, and file public copies of both with this Notice as Exhibits O and P. The public copies take the place of the placeholders for Exhibits O and P filed with Doc. 99. Exhibits O and P are not withdrawn. They remain before the Court as exhibits to the Update, now as public exhibits.

The same correction applies to one document within Exhibit L (Doc. 94), which is the subject of the Motion to Seal at Doc. 93. Conservatrix's Solvency and Financial Condition Report 2018 is a public document. It is published at https://stichtingpolishoudersconservatrix.nl/app/uploads/2020/07/Solvency-and-Financial-Condition-Report-2018.pdf. By its own terms it "provides public quantitative and qualitative disclosures" under the Solvency II legislation. Respondents withdraw the request to seal that report and file a public copy of it with this Notice as Exhibit S. The public reports of Petitioners in the bankruptcy of Conservatrix are likewise published, at https://www.conservatrix.nl/openbare-verslagen/.

The public version of Respondents' Update of November 16, 2026 (Doc. 99) is corrected accordingly. Part V of that public version is redacted in full. One passage in Part V is a quotation from page 5 of the Solvency and Financial Condition Report 2018, which is a public document, and it should not have been redacted. It reads: "The decrease of Shareholders' funds caused a reduction in eligible own funds to € 41.3 million, from € 47.7 million in 2017. In combination with an increased Solvency Capital Requirement (SCR to € 27.9 million, from € 25.4 million in 2017) -due to a changed asset allocation- this resulted in a Solvency II ratio of 148%, (188% in 2017)

being 48% above the required 100%. The Conservatrix' strategy is to turn the company around into a sustainable, well-organized, flexible and cost-efficient operation, to be ready to achieve growth in assets under management by acquiring companies, portfolios or incremental sales. We expect to handle this growth with the current staff numbers and without requiring new Equity. . . . In general 2018 was a year of change and reorganization for the company and its employees. In 2018 the focus of the business was to obtain the right level of controlled and stable operations. At the end of 2018 Conservatrix reached, according to the Board, the right level of controlled and stable operations." Exhibit S at 5. The statement in Part VI of the public Update that Exhibits O and P are filed under temporary seal is corrected by this Notice.

Nothing in this Notice changes Respondents' request that the remaining materials in Exhibits L and N remain under seal until further order of the Court. Docs. 93, 100.

Dated: November 17, 2026

Respectfully submitted,

/s/ Kenneth N. Barnes
Kenneth N. Barnes
Barnes Legal, PLLC
356 Travel Lite Dr.
Raleigh, NC 27603
919-524-1977
Email: barnesatty@aol.com

/s/ Vivek Ramachandran
Vivek Ramachandran
Dhamma Law, PLLC
418 Broadway, Suite N
Albany, NY 12207
202-860-4084
Email: vramachandran@dhammalaw.com
Special Appearance Counsel

Counsel for Respondents Greg Evan Lindberg,
Trier Holding B.V., Netherlands Insurance Holdings, Inc., and NIH Capital, LLC

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing upon all counsel of record and all parties registered to receive such notices in this case.

Dated: November 17, 2026

/s/ Kenneth Barnes
Kenneth Barnes
Counsel for Respondents