**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| J. ROBERT VAN FAASSEN, LLM and ELEONORA L. ZETTELER, LLM, in their capacity as insolvency practitioners in the insolvency of Nederlandsche Algemeene Maatschappij van Levensverzekering "CONSERVATRIX" N.V., | |
| Petitioners, | Case No. 1:23-CV-879 |
| v. | Senior District Judge Catherine C. Eagles |
| GREG EVAN LINDBERG; TRIER HOLDING B.V.; NETHERLANDS INSURANCE HOLDINGS, INC.; and NIH CAPITAL, LLC, | |
| Respondents. | |

# EXHIBIT P

Annual Report 2018 of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V., which is Respondents' Exhibit D in NAI Case No. 4794.

| Kamer van Koophandel | |
|---|---|
| KvK-nummer | 3100 7947 |
| Datum ontvangst | 21 MEI 2019 |
| Datum vaststelling | 20.5.19 2018 m/K |

# Annual Report 2018

Nederlandsche Algemeene Maatschappij van Levensverzekering

"Conservatrix" N.V.

Conservatrix
levensverzekeringen

## Contents

Profile ..... 3
Report of the supervisory board ..... 5
Report of the executive board ..... 7
Business Developments ..... 7
Financial Developments ..... 9
Capital Management ..... 10
Liquidity Management ..... 10
Risk Management ..... 10
Outlook ..... 11
Financial statements ..... 12
Balance Sheet ..... 12
Income Statement ..... 14
Overview total result ..... 15
Cash Flow Statement ..... 15
Accounting Principles ..... 16
Risk Management ..... 21
Capital Management ..... 25
Notes to the Balance Sheet ..... 27
Notes to the Income Statement ..... 34
Analysis of the result by margin ..... 36
Other information ..... 38
Independent auditor's report ..... 38
Appropriation result according to the Articles of Association ..... 38
Appendix I ..... 46



Case 1:23-cv-00879-CCE-JEP Document 103-2 Filed 11/17/26 Page 3 of 49

## PROFILE

Conservatrix is a life insurer specialized in life insurances and mortgages with a history that dates back to 1872.

Since May 15, 2017 Conservatrix is owned by Trier Holding B.V. With the transfer of ownership Conservatrix is a properly capitalized insurance company at the dawn of a new era. In 2018 as well as in 2017 highest priority is given to attaining controlled and stable operations. This is a critical condition to return to the market as an active player. At the end of 2018 Conservatrix reached, according to the Board, the right level of controlled and stable operations.

Next to strengthening the operations, management also strengthened the Balance Sheet for future expenses, changes in assumptions and the impact of further lowering yields and the Ultimate Forward Rate. This resulted in a lower Solvency level, but higher prudency in the provisions.

### Key figures

| *In thousands of euros* | 2018 | 2017 | 2016 |
|---|---|---|---|
| Gross premiums | 26,265 | 29,448 | 32,384 |
| Reinsurance premiums | -231 | -101,247 | -1,464 |
| Net premiums | 26,034 | -71,799 | 30,920 |
| Total result on investment | 8,907 | 34,349 | 37,015 |
| Claims and benefits paid | 43,261 | 37,371 | 31,782 |
| Operating expenses (excluding acquisition costs) | 9,284 | 10,859 | 9,071 |
| Net Result | -9,515 | 95,161 | -14,874 |
| Own funds | 61,674 | 74,240 | 3,953 |
| Total Assets | 574,366 | 602,842 | 700,651 |
| MCR ratio | 295% | 385% | -37% |
| Solvency II ratio | 148% | 188% | -16% |
| Number of customer contracts | 83,301 | 86,258 | 88,881 |

## Composition of the Board

The composition of the Executive Board and the Supervisory Board of the Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. (Conservatrix) was as follows:

Executive Board

Composition as at December 31, 2018

**E. van der Wal,** CEO

**P. C. de Bruijne,** CFO[1]

Supervisory Board

Composition as at December 31, 2018

**R. Hinse, Chairman**

**M. Castelvetri**

**P. G. Q. Coopmans**[4]

**J. L. Melis**

Executive Board — Resigned in 2018

**M. R. E. Harkema** CFO[2]

Executive Board — Joined in 2018

**P.C. de Bruijne,** CFO[1]

Supervisory Board — Resigned in 2018

**G. A. Luecke**[3]

Supervisory Board — Joined in 2018

**P. G. Q. Coopmans**[4]

1 Joined July 1, 2018
2 Resigned July 1, 2018
3 Resigned October 15, 2018
4 Joined November 15, 2018



Case 1:23-cv-00879-CCE-JEP Document 103-2 Filed 11/17/26 Page 5 of 49

# REPORT OF THE SUPERVISORY BOARD

The Supervisory Board hereby presents the annual accounts 2018, as prepared by the Executive Board of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. (hereinafter: Conservatrix) to the General Meeting of Shareholders. The independent auditor's report with their opinion of the financial statements giving a true and fair view of the financial position, is included. We offer the annual report to you for approval. This approval discharges the Executive Board for the management and also discharges the Supervisory Board for the supervision conducted in.

In 2018 the Supervisory Board gave special attention to progress of the further stabilization of Conservatrix by the Executive Board after the change of the shareholder in 2017.

October 15, 2018 mr G.A. Luecke stepped down as a member of the Supervisory Board, we like to thank him for his contributions to the Supervisory Board. Per November 15, 2018 the Supervisory Board was strengthened with mr P.G.Q. Coopmans.
All members of the Board have signed a moral ethical statement on their appointment. In the year 2018, there were no conflicts of interest involving members of the Supervisory Board.

The Supervisory Board gives an active interpretation to its role. On the one hand, the Supervisory Board followed the regular course of affairs in the organization, focusing on the development and management of the solvency of Conservatrix on the basis of the current supervisory framework under Solvency II, and on compliance with laws and regulations. On the other hand, in line with 2017 special attention was paid to the recapitalization, the realization of the unbundling from the Conservatrix group and a sufficient organization, including the design of its operations and sound business practices and the formulation of the strategy in the long term in which the Supervisory Board monitors the impact on the position of stakeholders, in particular policyholders, employees and shareholder.

In 2018 the Supervisory Board met seven times in the presence of the Executive Board. In the meetings, in addition to the aforementioned current and general policy topics, the investment policy, the methods and principles for Solvency II, the financial reports, the own risk analysis, the commercial strategy and the general course of events in the organization were discussed.

In addition, the Supervisory Board met several times in 2018. In this, preliminary consultations were held on agenda items and the course of affairs with the Executive Board was discussed and evaluated.

The members of the Supervisory Board collectively took part in the permanent education program. The topics are geared to current events and were held three times in 2018, besides several occasions which are permanent education related. The members of the Supervisory Board were satisfied with the structure and content of the program. In 2018 the Supervisory Board has evaluated its performance and that of the chairman himself in a special meeting.

The Audit and Risk Committee (hereinafter: ARC) was chaired by co-board member Mr J.L. Melis. The ARC met four times in 2018. The findings and reports of the second line functions (Compliance, Risk

Management, Actuarial Function) and Internal Audit (3rd line of defense) have been discussed with these functions as well as other relevant topics related to financial and operational risks like the internal control measures, the valuation principles and the financial reports. The ARC has reported its findings to the Supervisory Board.

The Nomination and Remuneration Committee met twice. In this meeting the performance of the members Executive Board, the KPI's and the composition of the staff was discussed.

The members of the Supervisory Board receive a fixed remuneration for their work as supervisor at Conservatrix, which is supplemented if there is a special above-average effort by the relevant supervisory board members.

Finally, the Supervisory Board is grateful to the employees and the Executive Board for the progress achieved in 2018 and the effort and commitment shown.

Utrecht, April 16 2019

R. Hinse, Chairman

M. Castelvetri

P. G. Q. Coopmans

J.L. Melis



Case 1:23-cv-00879-CCE-JEP Document 103-2 Filed 11/17/26 Page 7 of 49

# REPORT OF THE EXECUTIVE BOARD

## Business Developments

Conservatrix is a life insurer specialized in life insurances and mortgages. In 2018 the focus of the business was to obtain the right level of controlled and stable operations. At the end of 2018 Conservatrix reached, according to the Board, the right level of controlled and stable operations. The company is in the process of being reviewed by DNB to substancize the opinion of the Executive Board.

In 2018 the executive board of Conservatrix consists of two members

- CEO, Mr. Erwin van der Wal
- CFO, Mr. Menno Harkema (until July 1st 2018) and Mr. Peter de Bruijne (from July 1st 2018)

Per July 1st 2018 the management of Conservatrix was strengthened by appointing Mrs. Wendy van Liempt as Chief Operating Officer. In her role Mrs. Van Liempt is responsible for IT and Operations. Since May 15 2017 Conservatrix is a full subsidiary of Trier Holding BV.

The first and major goal of the board was to reorganize the company in a way that it has a sound, controlled and ethical operating environment and is fulfilling all of its obligations toward all of the stakeholders. The activities being focused on were addressed in a project plan. First the design of policies on processes took place. After design we have shown the demonstrable practice of the policies.

Immediately after the acquisition in 2017 unbundling from former group entities started. Apart from the IT department by the end of 2017 the unbundling was completed. Prior to the acquisition, a transfer services agreement was signed to secure the delivery of IT services for Conservatrix by the former shareholder. In May 2018 we finalized the project for unbundling the IT department. From that moment on the Conservatrix IT infrastructure is a fully cloud based IT infrastructure.

In the first half of 2018 Conservatrix setup her own IT department in line with the outsourcing of the IT infra structure, therefore we were able to have a limited number of headcounts to support the business in general.

In the second half of 2018 the department responsible for relationship management and the operations department were combined into a Shared Service Center structure. All client orientated activities are now combined leading to a more effective and customer orientated service model.

Conservatrix has a responsible investment policy that complies with the standards for the sustainable Investment Code ('Code Duurzaam Beleggen') of the Dutch Association of Insurers ('Verbond van Verzekeraars'). Conservatrix subscribes to this Code, in which the UN Principles for Responsible Investments are incorporated. In order to be as transparent as possible to our stakeholders we provided an overview of our investments in Appendix I.

In the second half of 2018 (and early 2019) the ultimate beneficiary owner of Conservatrix was mentioned in several publications. Conservatrix management has consulted international legal experts to verify whether the interests of policyholders are safeguarded in relation to the two reinsurance and collateral arrangements used as risk mitigator. Management considers the outcome of the different opinions sufficient. These publications are a second argument to be transparent on our investments and provide the overview in Appendix I.

During the transformation of the company, daily business was performed and necessary improvements were undertaken at the same time. In 2018, Conservatrix activated the remaining policyholders as part of the total program on investment insurance policies.

In general, as 2017, 2018 was a year of change and reorganization for the company and its employees.

Due to the change we had an increase in headcounts in the first half of 2018 mainly consisting of temporarily staff to help us out in the ongoing process of realizing the right level of controlled and stable operations. At the end of 2018 we were on a headcount of 37 employees and a limited number of 3 temporarily staff. Conservatrix has a Works Counsel for small companies ("Personeelsvertegenwoordiging" or "PVT") in which working conditions and staff regulations are being evaluated.

The Conservatrix Board appreciates the hard work undertaken by the company and its employees and is convinced that together with the team the goals set will be achieved.

## Financial Developments

The full-year 2018 result before tax decreased significantly to € -2.9 million from € 84.9 million in 2017. The positive one-off effect of the reinsurance agreement with Colorado Bankers Life Insurance Company increased the 2017 result. However, in 2018 there was no such one-off effect as in 2017. Conservatrix strengthened the provision for future expenses, with a negative effect on the result in 2018. These are the main causes of the decreased result.

Gross premiums earned decreased to € 26.3 million from € 29.4 million in the previous year, mainly due to the fact that Conservatrix does not sell new policies yet. Meanwhile gross claims and benefits paid increased to € 44.1 million from € 39.2 million in 2017 mainly due to expected expirations.

Operating expenses decreased to € 9.7 million from € 11.4 million in the previous year. The expenses were mainly caused by internal and external staff costs and other non-recurring expenses due to the disentanglement of the former companies and investments in the business to achieve a stabilized company. Each quarter of 2018 the operating expenses reduced.

Shareholders' funds decreased to € 61.7 million from € 74.2 million last year, due to the above-mentioned addition to the provision for future expenses and the addition to the provision of insurance liabilities due the changes in the Yield-curve and the Ultimate Forward Rate (UFR). This increase was partly offset by the positive outflow of risk margin related to expiring policies.

The decrease of Shareholders' funds caused a reduction in eligible own funds to € 41.3 million, from € 47.7 million in 2017. In combination with an increased Solvency Capital Requirement (SCR) due to a changed asset allocation to € 27.9 million, from € 25.4 million in 2017, this resulted in a Solvency II ratio of 148%, (188% in 2017) being 48% above the required 100%.

## Capital Management

The aim of capital management at Conservatrix is to meet all future policyholder claims. An important precondition is that the amounts of the Solvency Capital Requirement (SCR) and the Minimum Capital Requirement (MCR) are at all times sufficiently covered by the amount of own funds.

**Dividend Policy and Capital Actions**

When acquiring the shares of Conservatrix on May 15, 2017 it was stated that Conservatrix will refrain from declaring or paying out any dividend within a period of ten years. In 2018 Conservatrix therefore did not pay any dividend.

After the transfer of its shares to Trier Holding B.V. in 2017 the capital position of Conservatrix was strengthened by means of a direct capital injection of € 18.4 million. Next to that the capital position was further reinforced with € 72.1 million via a reinsurance agreement with Colorado Bankers Life Insurance Company. Due to the reinsurance contract also € 10.7 million of risk margin was released in 2017. As of May 15, 2017 the internal minimum solvency ratio is set at 135%, calculating the SCR according to the Solvency II standard formula.
In 2018 Conservatrix strengthened the provisions for expenses and the technical provision. Although € 43.3 million net claims and benefits were paid, the change in technical provisions was just € 15.7 million, mostly due to a change in expense provision, lower yield curve and UFR, resulting in a higher technical provision.
Additional information on capital management is available in the Financial Statements section.

## Liquidity Management

Liquidity risk means the risk that Conservatrix is unable to realize investments and other assets in order to settle its financial obligations when they fall due. The operational cash flow of Conservatrix is to a considerable extent predictable. Liquidity is managed for the short term as well as the long term. Estimations are updated on a regular basis.
The investment policy of Conservatrix focuses on generating a positive yield from investing in illiquid assets, at all times matched to the liquidity needs of the portfolio. Dutch residential mortgages constitute a significant part of the asset portfolio € 264.1 million. The exposure to illiquid assets, including a marginal allocation of Property € 9.3 million, is counterbalanced by investments in liquid securities € 169.4 million and cash € 49.3 million.

## Risk Management

Accepting risk is integral to the business model of insurance and asset management at Conservatrix. Conservatrix has a risk management structure that is designed to identify, assess, control and monitor the risks associated with its specific business. By working within this structure, Conservatrix aims to meet its obligations to policyholders, mortgage clients and other customers and comply with applicable laws and regulations.

Solvency II classifies the different related risks for which sub-modules are used to calculate the required solvency capital (SCR). Conservatrix calculates its SCR in accordance with the standard formula and the individual risk sub-modules. Next to the calculated SCR, Conservatrix performs at least on an annual basis an Own Risk and Solvency Assessment (ORSA). This ORSA was made mid 2018 and was shared in July 2018 with The Dutch Central Bank (DNB). This ORSA provides



Case 1:23-cv-00879-CCE-JEP Document 103-2 Filed 11/17/26 Page 11 of 49

sensitiveness of the company to the different risks. It also provides insight in risks that are not covered by the standard formula, or require other solutions than an increase of SCR, like a Business Continuity Plan (BCP) for crisis situations.

Just like many other insurance companies, Conservatrix uses the three lines of defense concept. This concept defines three risk management levels, each with distinct roles, decision authorities and responsibilities. This framework ensures that risk is managed in line with the risk appetite as defined by the Executive Board, ratified by the Supervisory Board.

The business managers form the first line are responsible for the ownership and implementation of policies. The second line of defense are the Compliance Function, Actuarial Function and Risk Management Function, who monitor, support and challenge the first line to ensure that risks and controls are effectively managed. The Internal Audit function (3rd line of defense) controls the first and second lines in order to provide an independent assurance to the Executive Board and the Supervisory Board.

Additional information on risk management is available in the Financial Statements section.

## Outlook

The Conservatrix' strategy is to turn the company around into a sustainable, well-organized, flexible and cost-efficient operation, to be ready to achieve growth in assets under management by acquiring companies, portfolios or incremental sales.

We expect to handle this growth with the current staff numbers and without requiring new Equity. Conservatrix will make cost conscious investment decisions in IT-developments and the development of staff to improve the efficiency of client-based processes. The main external influence on this strategy is the current low-interest environment, for which we will further improve the balance-sheet management.

Utrecht, April 16 2019

E. van der Wal, CEO

P.C. de Bruijne, CFO



Case 1:23-cv-00879-CCE-JEP Document 103-2 Filed 11/17/26 Page 12 of 49

# FINANCIAL STATEMENTS

## Balance Sheet

**Before appropriation of result**

| *In thousands of euros* | | **December 31, 2018** | | **December 31, 2017** | |
|---|---|---|---|---|---|
| **Investments** | | | | | |
| Investment property | 1 | | 9,300 | | 9,300 |
| Financial investments | | | | | |
| Bonds | 2 | 158,757 | | 214,939 | |
| Mortgages | 3 | 264,075 | | 300,222 | |
| Other loans | 4 | 4,791 | | 4,841 | |
| Investment funds | 5 | 45,732 | | | |
| Total financial investments | | | 473,355 | | 520,002 |
| **Investments at policyholders' risk** | | | | | |
| Equity and other investments | 6 | | 11,557 | | 14,514 |
| **Deferred tax assets** | 7 | | 24,611 | | 30,343 |
| **Short term receivables** | | | | | |
| Reinsurers | | 751 | | 1,819 | |
| Policyholders | | 781 | | 700 | |
| Intermediaries | 9 | 0 | | 1 | |
| Group companies | 8 | 2,826 | | 2 | |
| Other receivables | 9 | 411 | | 574 | |
| Total short-term receivables | | | 4,769 | | 3,096 |
| **Other assets** | | | | | |
| Equipment | 10 | 691 | | 907 | |
| Cash | 11 | 49,276 | | 23,653 | |
| Total other assets | | | 49,967 | | 24,560 |
| **Accrued income** | 9 | | | | |
| Accrued interest | | 651 | | 1,027 | |
| Accrued dividend | | 156 | | 0 | |
| Total accrued income | | | 807 | | 1,027 |
| **Total Assets** | | | **574,366** | | **602,842** |

| *In thousands of euros* | | December 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|---|
| **Shareholders' funds** | | | | | |
| Share capital | 12 | 13,848 | | 13,848 | |
| Share premium | 13 | 46,926 | | 46,926 | |
| Revaluation reserve | 14 | 35,427 | | 38,478 | |
| Other reserves | 15 | -25,011 | | -120,172 | |
| Result before appropriation | 16 | -9,515 | | 95,161 | |
| Total shareholders' funds | | | 61,674 | | 74,240 |
| **Insurance liabilities** | | | | | |
| At own risk | 17 | 683,577 | | 688,990 | |
| At policyholders' risk | | 8,321 | | 14,132 | |
| Gross insurance liabilities | | 691,898 | | 703,122 | |
| Reinsurers' share | | -191,259 | | -186,759 | |
| Net insurance liabilities | | | 500,639 | | 516,363 |
| **Provisions** | | | | | |
| Pension obligations | 18 | | 0 | | 826 |
| **Long-term liabilities** | | | | | |
| Other long-term liabilities | 19 | | 28 | | 34 |
| **Short term liabilities** | | | | | |
| Reinsurers | | 1,089 | | 1,450 | |
| Intermediaries | | 175 | | 337 | |
| Tax and social security contributions | | 425 | | 611 | |
| Payables arising from direct insurance | | 8,678 | | 5,730 | |
| Other liabilities | 20 | 1,658 | | 3,250 | |
| Total short-term liabilities | | | 12,025 | | 11,379 |
| **Total Liabilities** | | | **574,366** | | **602,842** |

## Income Statement

| *In thousands of euros* | | 2018 | | 2017 | |
|---|---|---|---|---|---|
| **Insurance premiums earned** | | | | | |
| Gross premiums | | 26,265 | | 29,448 | |
| Outgoing reinsurance premiums | | -231 | | -101,247 | |
| **Net premiums earned** | 21 | | 26,034 | | -71,799 |
| **Investment income** | | | | | |
| Investment property | 22 | 299 | | 252 | |
| Other investment income | 23 | 13,459 | | 14,669 | |
| Realized gains on investments | 24 | -620 | | 18,964 | |
| **Total investment income** | | | 13,137 | | 33,885 |
| **Unrealized gains/losses on investments** | 25 | | -4,230 | | 464 |
| **Claims and benefits paid** | | | | | |
| Gross claims and benefits paid | | 44,121 | | 39,183 | |
| Reinsurers' share | | -859 | | -1,812 | |
| **Net claims and benefits paid** | 26 | | 43,261 | | 37,371 |
| **Change in technical provisions** | | | | | |
| Gross change in technical provision | | -11,223 | | -19,931 | |
| Reinsurers' share | | -4,500 | | -150,109 | |
| **Net change in technical provision** | | | -15,724 | | -170,040 |
| **Change in other provisions** | | | 0 | | -1,654 |
| **Profit sharing and benefits** | | | 0 | | 13 |
| **Operating expenses** | | | | | |
| Acquisition costs | | 440 | | 508 | |
| Staff, overhead and depreciation costs | 27 | 9,284 | | 10,859 | |
| **Total operating expenses** | 28 | | 9,724 | | 11,367 |
| **Investment management expenses** | | | 568 | | 553 |
| **Investment income attributable to non-technical account** | | | -1,282 | | -1,232 |
| **Result technical account life insurance** | | | -4,171 | | 83,708 |
| **Investment income attributable from technical account** | | | 1,282 | | 1,232 |
| **Result before tax** | | | -2,889 | | 84,940 |
| **Income tax** | 29 | | 6,626 | | -10,221 |
| **Net Result** | | | -9,515 | | 95,161 |

The investment income attributable to the non-technical account is based on the Interest Rate Structure as used for discounting the cash flows in the technical provision. For this Conservatrix uses the Volatility Adjustment (VA) per 2017YE.

## Overview total result

| *In thousands of euros* | 2018 | | 2017 | |
|---|---|---|---|---|
| Net result | | -9,515 | | 95,161 |
| Change revaluation reserve investment property | 285 | | 1,207 | |
| Change revaluation reserve other investments | -149 | | -24,214 | |
| Change revaluation reserve loans | -3,186 | | -20,293 | |
| Total amount recognized directly in equity | | -3,051 | | -43,300 |
| **Total result** | | -12,566 | | 51,861 |
| **Share premium contribution** | | 0 | | 18,426 |
| **Movement shareholders' funds** | | **-12,566** | | **70,287** |

## Cash Flow Statement

| *In thousands of euros* | 2018 | 2017 |
|---|---|---|
| **Net result before unrealized income and tax** | 1,938 | 54,941 |
| Depreciation equipment | 216 | 184 |
| Change in liability to intermediars | 0 | 6 |
| Change in receivables group companies | -2,824 | 1,018 |
| Change in receivables to intermediars | -162 | 30 |
| Change liability reinsurer | 707 | 29 |
| Change short term liability | 1,163 | 5,622 |
| Realised gains bonds | 2,834 | 0 |
| Change technical provision | -15,724 | -170,040 |
| Change other provision | -826 | -3,458 |
| Change in equity securities | 0 | -273 |
| Change depot insurers | 0 | -6 |
| Change amortization | -136 | -171 |
| Change other short-term receivables | 83 | -1,415 |
| Total movement | -14,450 | -168.474 |
| **Cash flow from operational activities** | **-12,512** | **-113,533** |
| Mortgage loans | 29,610 | 40,849 |
| Other loans | 63 | 6,805 |
| Equity securities | 1,308 | 700 |
| Derivatives | 0 | 67,369 |
| Bonds | 77,480 | 169,887 |
| Equipment | 0 | 48 |
| Disinvestments, sales and disposals | 108,460 | 285,658 |
| Mortgage loans | 0 | -27,145 |
| Investment funds | -45,987 | 0 |
| Equity | 0 | -270 |
| Bonds | -24,340 | -163,726 |
| Equipment | 0 | -954 |
| Total Investments in acquisitions and purchases | -70,327 | -192,095 |
| **Cash flow from investing activities** | **38,133** | **93,563** |
| Movement of share premium | 0 | 18,426 |
| **Cash flow from financial activities** | **0** | **18,426** |
| **Net increase/decrease in cash** | **25,623** | **-1,544** |

# Accounting Principles

**General**
The financial statements have been drawn up in accordance with the statutory provisions of Title 9, Book 2 of the Dutch Civil Code and the Annual Reporting Guidelines of the Dutch Accounting Standards Board. This implies that Guideline 605 has been applied in the preparation of this annual report. Unless stated otherwise, assets and liabilities are recognized at their face value. Income and expenses are allocated to the year to which they pertain. The activities of the Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V., with its registered office in Utrecht, consist of concluding life insurance contracts, pensions, and mortgages on the Dutch market. Conservatrix has an entry at the Chamber of Commerce of Utrecht under the number 31007947.

**Use of estimates**
The preparation of the financial statements requires the Executive Board and management to form opinions and make estimates and assumptions that influence the application of accounting principles and the reported value of assets and liabilities, and income and expenses. The actual results may differ from these estimates.

**Continuity**
With effect from May 15, 2017 Trier Holding B.V., acquired Conservatrix. The new shareholder invested with a direct capital injection of € 18.4 million in Conservatrix and indirectly reinforced the capital with another € 72.1 million through a reinsurance agreement with Colorado Bankers Life Insurance Company.
In addition, the company has sufficient liquid assets and readily marketable investments at its disposal to meet its obligations over the coming years. Consequently, the financial statements have been drawn up on the basis of the going concern principle.

**Fair value hierarchy**
Financial assets and liabilities are categorized into the following fair value hierarchy.

Quoted prices in an active market ('unadjusted, market observable prices') are sought first. If such prices are not available or if there is no active market, financial instruments are measured using input available in the market other than market prices: measurement derived from pricing. If no direct external or derived market prices are available, Conservatrix uses brokers' quotes.

*Published prices in active markets ('Level 1')*
Fair value measured at Level 1 only uses quoted prices (unadjusted) in active markets for identical assets and liabilities. An active market is one in which transactions take place with sufficient frequency and volume so that prices are regularly available. Examples are equity securities, bonds and investment funds listed on active markets.

*Measurement method based on significant observable market inputs ('Level 2')*
Fair value measured at Level 2 uses inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly or indirectly. If an asset or liability has a given contractual term, a Level 2 input variable must be observable for practically the full term of that asset or liability. Level 2 involves the following input variables:

- Quoted prices for similar (i.e. not identical) assets/liabilities in active markets;

- Input variables other than quoted prices observable for the asset (for example, interest rates and yield curves observable at customary intervals, volatility, early redemption spreads, loss ratio, credit risks and default percentages);
- Input variables arising mainly from or confirmed by observable market data by correlation or other means (market-confirmed inputs).

Examples of assets or liabilities at Level 2 are financial instruments measured using discounted cash flow models. These are based on observable market swap yields, on investment property measured using observable market data and quoted debt instruments or equity securities in a non-active market.

*Measurement method not based on significant observable market inputs ('Level 3')*
Fair value measured at Level 3 significantly uses inputs for the asset or liability that are not based on observable market data. Unobservable inputs can be used if observable inputs are not available, and so fair value can still be measured at the reporting date in situations in which there is no or almost no active market for the asset or liability.

**Investment property**
Investment property is held for long-term rental yields and is not occupied by Conservatrix. Investment property is measured at fair value, which is supported by market evidence, as assessed by a qualified external appraiser. These appraiser quotes are challenged every three years by obtaining quotes from other appraisers as well. Changes in the fair value are recognized in the shareholders' funds within the other reserve. Investment property is presented under level 2.

**Equipment**
The fair value of equipment is not materially different from the carrying value. The carrying value is determined by historical cost less accumulated depreciation and impairment.

**Bonds**
Bonds are measured at fair value. The fair value of investments is measured using the fair value hierarchy as described above. Changes in the fair value of investments are recorded in a specific investment revaluation reserve within the share holder's funds. When investments are sold or impaired the accumulated fair value adjustments are transferred out of the revaluation reserve to the income statement. When the fair value is below cost price, the revaluation is accounted for in the income statement in the period in which the value change occurs. Quoted bonds in active markets are measured at fair value level 1, unquoted are measured at fair value level 2.

**Other loans**
Loans are measured at Fair Value whereas discounted cash flows are calculated against the interest rate associated with the duration of that cash flow. This includes the use of an index and credit profile of comparable investments for each individual loan. Changes in the fair value of investments are recorded in a specific investment revaluation reserve within the share holder's funds. When investments are sold or impaired the accumulated fair value adjustments are transferred out of the revaluation reserve into the income statement. When the fair value is below cost price, the revaluation is accounted for in the income statement in the period in which the value change occurs. This method is measured at fair value level 3.

**Investment funds**
Investment funds are measured at fair value. The fair value of investments is measured using the fair value hierarchy as described above. Changes in the fair value of investments are recorded in a

specific investment revaluation reserve within the share holder's funds. When investments are sold or impaired the accumulated fair value adjustments are transferred out of the revaluation reserve to the income statement. When the fair value is below cost price, the revaluation is accounted for in the income statement in the period in which the value change occurs. Quoted investment funds in active markets are measured at fair value level 1. Investment funds that are not quoted in active market, but for which a valuation policy is in place to provide an objective, consistent and transparent basis for estimating the fair value of the investments held in the fund, are measured at the value provided by the fund in accordance to that policy.

**Investments at policyholders' risk**
Investments at policyholders' risk are equity securities and participations in investments institutes. For participations in these investment institutions these are required to be calculated against the last known price; these participations are listed on the stock exchange as common and preferred stocks. Changes in the fair value of investments at policyholders' risk are measured and classified at fair value through profit and loss.

**Mortgages**
Mortgages are recognized at fair value for which mortgages are divided between residential mortgages and commercial mortgages. The valuation of residential mortgages is done by a third party. The revaluation of the mortgages is recognized through share holder's funds within the other reserve.

**Receivables and other financial assets**
Receivables and other Financial assets are initially valued against fair value and are subsequently valued at amortized costs. (Discount) premium and the directly attributable transaction costs are included at first recognition. A provision is created in case debtors have financial difficulties on an individual basis. Receivables related to reinsurance contracts are short- and long-term receivables on reinsurance companies. These receivables are depended on the expected claims from the reinsurance contracts. The valuation is based on the same assumptions as for the gross technical provisions it corresponds with the individual agreements with the reinsurance company.

**Cash**
Cash is directly available funds at banks. The carrying value of cash is regarded as a good approximation of the fair value, as these assets are of a short-term nature. Cash are measured against fair value Level 1.

**Cash equivalents**
Cash equivalents are measured at the nominal value including accrued interest. Types of Securities are Treasury bills; agency discount notes; insured certificates of deposit and money market funds. The carrying value of cash equivalents is regarded as a good approximation of the fair value, as these assets are of short-term nature. Cash equivalents are measured against fair value Level 1.

**Provisions**
Provisions are created for concrete or specific risks and obligations existing on the balance sheet date, whose magnitude is uncertain, but which can be reasonably estimated.

**Insurance liabilities**
The provision for insurance liabilities is calculated on the basis of the Solvency II principles.
The interest rate used for this purpose is based on the interest rate structure published by the regulatory authority, adjusted for volatility.
The provision is the sum of:

- the expected value equal to the present value of the future annual payments plus the future costs of the insurances minus the gross premiums on the basis of best estimate assumptions (the net present value is calculated on the basis of the interest rate structure prescribed and published by the EIOPA, adjusted for volatility)
- the required risk margin, given the calculated solvency capital requirement on the basis of the risks quantified for the company.

**Provisions for insurance of investments at policyholders' risk**
The provisions for insurance in investment units are valued based on the number of units assigned to the relevant policyholders at the price per unit as at the balance sheet date.

**Provisions for deferred taxes**
Deferred taxes are in principle deferred claims or obligations vis-à-vis the head of the tax entity. The Conservatrix provisions for deferred taxes concern the tax claim that rests on all qualifying differences between commercial valuations and valuations for tax purposes of assets and liabilities, as well as the amount for which the reserves permitted for tax purposes have been created.
The provisions are created in relation to a lower valuation for tax purposes of equities, bonds, loans, and immovable property. The provision is calculated on the difference between the tax and commercial value of the asset multiplied by the current tax rate of 20.5%.

**Long-term liabilities**
Long-term liabilities include liabilities with a remaining term longer than one year.
The long-term liabilities are initially valued at fair value and are subsequently valued at amortized cost.

**Short-term liabilities**
The short-term liabilities have an expected term of a maximum of one year. The short-term liabilities are initially valued at fair value and are subsequently valued at amortized cost, whereby the transaction costs that are directly attributable to the acquisition are included in the valuation.

**Accounting principles for determining the result**

**Premiums earned for own account**
Premiums earned for our own account consist of regular gross premiums and single premiums minus outgoing reinsurance premiums.

**Yields from investments**
This includes the proceeds realized on the operation of lands and buildings, and other investments such as mortgage loans, equities, and bonds. The realized exchange results on the sale of immovable property or the realized share prices of securities are included in the proceeds of the investments.

**Unrealized gain on investments**
Unrealized equity prices determined for each individual fund that can no longer be withdrawn from the revaluation reserve created in previous years are debited to the result. Unrealized price gains, determined for each individual fund, that pertain to price losses charged to the result in previous years are recovered and credited to the result.

**Benefit payments own account**
The benefit payments own account consists of the total liabilities arising from the payment of life insurance policies minus the amounts to be received from the reinsurers.

**Change in technical provisions for life insurance**
The change in technical provisions own account is equal to the difference between the opening balance and the final balance of the technical provision (after deducting the reinsurance).
This item therefore includes all effects of financial transactions, adjustments to economic actuarial principles and deviations between reality and the previously used assumptions.

**Operating costs**
The operating costs are determined on a historical basis and are allocated to the financial year to which they relate.

**Taxes from ordinary business operations**
The company tax is calculated on the result in accordance with the profit and loss account at the applicable rate, with due consideration to the tax facilities. Conservatrix is part of a fiscal unity for income tax, where Trier Holding B.V. is head of the tax entity Conservatrix N.V. is therefore not independently liable for tax. The calculated income tax has been accounted for in the current account with Trier Holding B.V. Conservatrix N.V. is jointly and severally liable for the period that it forms part of the fiscal unity.

**Cash flow statement accounting principles**
The statement of cash flows, prepared according to the indirect method, shows the structure of and changes in cash and cash equivalents of Conservatrix during the financial year from the cash flows arising from operating activities, investing activities and financing activities. The cash flows from investing activities primarily comprise changes in investment
securities (such as securities available-for-sale or loans to customers). Financing activities include all cash flows from transactions involving the issuing of own shares, paid share premium. Cash flows from operating activities contain all other activities, which belong to the principal revenue-generating activities.

**Related parties**
All legal entities, natural persons and other related companies that can be controlled, jointly controlled or significantly influenced are considered to be a related party. Also entities, natural persons and other related companies which can control the Company are considered to be a related party. In addition, statutory directors, other key management of Conservatrix or the ultimate parent company and close relatives are regarded as related parties.
Transactions with related parties are disclosed in the notes insofar as they are not transacted under normal market conditions. The nature, extent and other information is disclosed if this is necessary in order to provide the true and fair view.

**Comparison with previous year**
The valuation principles and method of determining the result are the same as those used in the previous year, with the exception of the changes in accounting policies as set out in the relevant sections.

## Risk Management

**Risk management system**
The Conservatrix' risk management system is in accordance with Solvency II requirements and covers the following areas:

a) underwriting and reserving
b) asset-and liability management
c) investment, in particular derivatives and similar commitments
d) liquidity and concentration risk management
e) operational risk management, including integrity and compliance risks
f) reinsurance and other risk-mitigation techniques

Conservatrix seeks an effective risk management system comprising strategies, processes and reporting procedures necessary to identify, measure, monitor, manage and report, on a continuous basis the risks, at an individual and at an aggregated level, to which they are or could be exposed, and their interdependencies.

**Design of risk management**
The Supervisory Board is responsible for supervising the Executive Board and the general course of affairs of the company and the business with it. The Supervisory Board has two committees, i.e., the Audit and Risk Committee, and the Nomination and Remuneration Committee that informs the Supervisory Board of any major development in the area of its responsibilities.

The Executive Board is responsible for the day-to-day management and the overall strategic direction of the company. In the design of its operations the Executive Board uses the "three lines of defense" model.

The three lines of defense model consists of three defense lines with different responsibilities with respect to the ownership of risk control. The first line of defense lies with the managers whose activities create and manage the risks that can facilitate or prevent company objectives from being achieved. This includes taking the right risks. The first line owns the risk, and the design and execution of the organization's controls to respond to those risks. The first line therefore comprises business managers, including IT, Finance & Control and Human Resource Management.

The second line consists of the compliance function, the actuarial function—by means of outsourcing—and the risk management function. The second line is put in place to give countervailing power to the first line and to support management by bringing expertise, process excellence, and management monitoring alongside the first line to help ensure that risk and control are effectively managed. Policies provide support in areas such as risk, compliance, and control. There are regular meetings with the Executive Board and the Audit and Risk Committee. Furthermore, the second line functions have quarterly meetings with the Chairman of the Audit and Risk Committee and/or the Chairman of the Supervisory Board.

Internal audit, as the third line, controls the first and second line in order to provide extra assurance to the Board of Directors and the Supervisory Board. As of the end of 2017 a broad skills set has been made available to Conservatrix by means of outsourcing. Internal audit evaluates the adequacy and effectiveness of the internal control system -including outsourced activities- and other elements of the system of governance. Furthermore, the internal audit function reports directly to the Supervisory Board and thus independent from the operational functions. There are meetings on a regular basis with the Executive Board, Chairman of the Audit and Risk Committee and/or the Chairman of the Supervisory Board.

The second line, i.e., actuarial function, compliance function, and risk management function, together with the third line i.e., internal audit, are considered to be the Solvency II "key functions".

**Approach of risk management**

Solvency II categorizes types of risks in order to calculate the SCR. This calculation can be performed with the SCR standard formula. The standard formula is intended to reflect the risk profile of most insurance undertakings. Conservatrix uses the standard formula and has no indication the standard formula should not adequately reflect the risk profile of Conservatrix.

The standard formula discriminates between financial and non-financial risks. Financial risks are risks that come with the insurance and investment activities of Conservatrix. Non-financial risks are operational risks. Integrity risks are not included in the standard formula of Solvency II. Risks that do not directly link to a SCR standard formula will be assessed during the own risk and solvency assessment (ORSA) process and systematic integrity risk analysis (SIRA). The results of the computation of the SCR for several risk types is presented below:

*in thousands of euros*



The Risk-capitals required are distributed rather evenly over Market Risk, Counterparty Default Risk and Life Risk.

**Market risk**

Market risk means the risk of loss or of adverse change in the financial situation resulting, directly or indirectly, from fluctuations in the level and in the volatility of market prices of assets, liabilities and financial instruments.

The Conservatrix investment portfolio leads to an exposure to market risks. Yield curve changes and spread changes do impact the value of investments. Conservatrix does not invest in Equity, except for a small amount related to unit linked policies. Changes in the valuation of the mortgage loans also drives market risk as well as underwriting risk, as the yield on the mortgage loans is linked to the claims of a substantial number of policyholders.

**Counterparty default risk**

The counterparty default risk reflects possible losses due to unexpected default, or deterioration in the credit standing of the counterparties and debtors of insurance and reinsurance undertakings. The counterparty default risk takes into account: risk-mitigating contracts such as reinsurance arrangements, securitizations and derivatives, and receivables from intermediaries, as well as any other credit exposures that are not covered under market risk. Conservatrix takes appropriate account of collateral or other security and the risks associated therewith.

Counterparty default risk consists of type 1 and type 2 risks. Type 1 risk especially relates to cash at banks and reinsurance arrangements. The SCR for counterparty default risk for the reinsurers Heco Re and Colorado Bankers Life Insurance is nil due to the high level of collateral provided and their adequate solvency ratios.

Type 2 relates to the mortgage loan portfolio. The value of the property is monitored at least once every three years by a third-party. The monitoring may result in an identification of property that needs revaluation. In addition to the mortgage on the property, most mortgage loans also have a National Mortgage Guarantee, in Dutch: *Nationale Hypotheek Garantie* (NHG). NHG is a guarantee provided to the mortgage lender by a government-backed foundation, the Homeownership Guarantee Fund (*Waarborgfonds Eigen Woningen*). The guarantee decreases as if the mortgage loan is a level payment mortgage, even if the actual guaranteed loan would have another term of redemption e.g., interest only. When calculating the SCR for counterparty default risk, Conservatrix does not take into account the NHG guarantee.

**Underwriting risk**

Underwriting risk means the risk of loss or adverse change in the value of insurance liabilities due to amongst others inadequate pricing and provisioning assumptions, related to mortality, longevity, lapse and expenses. In 2018 Conservatrix strengthened the provision for future expenses resulting in higher SCR requirements as well. The risks are monitored within the existing portfolio. For products both existing and envisioned, or product changes, the underwriting risk is assessed when the product approval and review process (PARP) is passed through.

**Operational risk**

Operational risk means the risk of loss arising from inadequate or failed internal processes, personnel or systems, or from external events. Operational risk includes legal risks and exclude risks arising

from strategic decisions, as well as reputation and integrity risks. During 2018 Conservatrix has improved her internal control structure significantly.

**ORSA process and SIRA**

The ORSA and SIRA focus on risk-areas potentially not covered by the Standard formula. During 2017 and 2018 Conservatrix has worked hard to comply to all covenants set by DNB at the purchase in May 2017, including an ORSA and SIRA. Conservatrix has discussed with DNB an ORSA (Own Risk and Solvency Assessment), a SIRA (Systematic Integrity Risk Analysis), numerous new and improved policies and a renewed governance structure in certain parts of risk management. In July 2018 Conservatrix formally uploaded the ORSA 2018 to DNB, in October 2018 the SIRA 2018 was delivered to DNB.

# Capital Management

### Capital management

As of May 15, 2017, the internal minimum solvency ratio is set at 135% calculating the SCR according to the Solvency II standard formula. When acquiring the shares of Conservatrix on May 15, 2017 it was stated Conservatrix will refrain from declaring or paying out any dividend within a period of ten years. In addition to this there is a recapitalization commitment from direct and indirect shareholders to replenish any shortfall in the SCR ratio.

During 2018 Conservatrix stayed well above the internal solvency ratio of 135%. Conservatrix has not payed or proposed any dividend payment.
The amount of SCR should enable Conservatrix to absorb unexpected losses originating from the types of risk covered by the SCR as described in the paragraph Risk Management. In line with the Solvency II Directive the SCR reflects a Value-at-Risk measure, with a 99.5 % confidence level, over a one-year period.

### Trigger events

An ad hoc ORSA is triggered by preset events. One of the trigger events is a breach of the minimum level for the SCR ratio. The Conservatrix capital policy includes several actions to keep the SCR ratio above the envisioned minimum. These actions should lead to a rise in the SCR ratio and to determine actions rather than triggering the intervention of the supervisor. In 2018 no trigger events occurred.

## Own funds and solvency capital required

| *In thousands of euros* | 2018 | 2017 |
|---|---|---|
| Own funds | 61,674 | 74,240 |
| Tier 1 | 37,063 | 43,897 |
| Tier 2 | 0 | 0 |
| Tier 3 | 24,611 | 30,343 |
| **Total available own funds** | **61,674** | **74,240** |
| **Eligible own funds** | **41,255** | **47,700** |
| Solvency capital required | | |
| Market risk | 14,740 | 10,116 |
| Counterparty risk | 12,777 | 15,692 |
| Life underwriting risk | 12,107 | 11,767 |
| Diversification | -11,555 | -10,775 |
| BSCR | 28,068 | 26,800 |
| Operational risk | 2,981 | 3,029 |
| LACDT | -3,105 | -4,475 |
| **Total solvency capital required** | **27,943** | **25,354** |
| Minimum capital required | 12,575 | 11,410 |
| Solvency II ratio | 148% | 188% |
| Solvency II ratio internal minimum target level | 135% | 135% |

### Solvency ratio
At December 31, 2018 the Eligible Own Funds Solvency II were € 41.3 million and the required capital was € 27.9 million resulting in a Solvency ratio of 148%. The calculation of the solvency ratio is based on the standard formula.

Under Solvency II it is permitted to reduce the required capital with the mitigating tax effects resulting from a one in two-hundred-year loss ('Shock loss'). A tax effect could be that the shock loss can be partially compensated with taxable profits. Insurers can only substantiate the post-shock net deferred tax assets with future profits if the SCR are met within the currently applicable recovery period. Conservatrix included a beneficial effect on its solvency ratio(s) due to the application of the loss-absorbing capacity of deferred taxes (LAC DT). The LAC DT volume is € 3.1 million.

### Profit appropriation
The Executive Board proposes to deduct the result to the other reserves within the shareholders' funds.

# Notes to the Balance Sheet

*In thousands of euros*

| (1) Investment property | 2018 | | 2017 |
|---|---|---|---|
| At January 1 | | 9,300 | 7,400 |
| Revaluation | 0 | 1,900 | |
| **At December 31** | | **9,300** | **9,300** |

Cost of investment property amounts € 5.792 (2017: € 5.425).

| (2) Bonds | 2018 | | 2017 |
|---|---|---|---|
| At January 1 | | 214,939 | 222,010 |
| Purchase | 24,340 | 163,726 | |
| Disposals | -77,481 | -169,887 | |
| Unrealized result | -3,041 | -910 | |
| **At December 31** | | **158,757** | **214,939** |

Cost of bonds amounts to € 161.542 (2017 € 215.825).

| (3) Mortgages | 2018 | | 2017 |
|---|---|---|---|
| At January 1 | | 300,222 | 332,158 |
| Additions | 0 | 27,145 | |
| Redemptions | -29,610 | -40,849 | |
| Change in revaluation | -6,537 | -18,232 | |
| **At December 31** | | **264,075** | **300,222** |

The mortgage loans are primarily provided to private individuals on the Dutch market, have a predominantly long-term interest rate review date of 10, 15 and 20 years, and are primarily concluded with a National Mortgage Guarantee (NHG guarantee). The nominal value amounts € 224.9 million (2017: € 254.5 million). The mortgage loans are maintained to mitigate the interest rate risk included in the future cash flows of long-term insurance liabilities.

| (4) Other loans | 2018 | | 2017 |
|---|---|---|---|
| At January 1 | | 4,841 | 13,472 |
| Change amortization | 136 | 171 | |
| Redemptions | -62 | -6,805 | |
| Revaluations | -124 | -1,997 | |
| **At December 31** | | **4,791** | **4,841** |

Other loans mainly consist of loans issued to financial institutions and a building society. The nominal value amounts € 5,622 (2017: € 5,638).

| (5) Investment funds | 2018 | | 2017 |
|---|---|---|---|
| At January 1 | | 0 | 0 |
| Purchase | 45,987 | 0 | |
| Change in revaluation | -255 | 0 | |
| **At December 31** | | **45,732** | **0** |



Case 1:23-cv-00879-CCE-JEP Document 103-2 Filed 11/17/26 Page 28 of 49

| (6) Investments at policy holders' risk | 2018 | 2017 |
|---|---|---|
| At January 1 | 14,514 | 13,911 |
| Purchase | 0 | 270 |
| Disposals | -1,308 | -700 |
| Unrealized result | -1,649 | 1,033 |
| **At December 31** | **11,557** | **14,514** |

**Details on Investments**
For details on investments at Conservatrix we refer to Appendix I.

| (7) Deferred tax assets | 2018 | 2017 |
|---|---|---|
| Deferred tax assets | 33,619 | 43,169 |
| Deferred tax liabilities | -9,008 | -12,826 |
| **At December 31** | **24,611** | **30,343** |
| At January 1 | 30,343 | 11,886 |
| Revaluation investment property | 285 | -475 |
| Unrealized gains bonds | 52 | 10,955 |
| Unrealized gains loans | 1,665 | 4,594 |
| Change in technical provision | -2,181 | -5,533 |
| Change tax rate investment property and loans | 1,816 | -4,355 |
| Change tax rate technical provision | -7,369 | 13,271 |
| **At December 31** | **24,611** | **30,343** |

Of the deferred tax assets, it is not expected that an amount is deductible within one year.

| (8) Group companies | 2018 | 2017 |
|---|---|---|
| At January 1 | 2 | 0 |
| Intercompany Trier Holding BV | 2,824 | 2 |
| **At December 31** | **2,826** | **2** |

The intercompany with Trier Holding consists of € 2.795 million current tax.

| (9) Short term receivables | 2018 | | 2017 | |
|---|---|---|---|---|
| Intermediaries | | | | |
| Intermediaries current account | 259 | | 275 | |
| Provision for uncollectability | -259 | | -274 | |
| Total intermediaries | | 0 | | 1 |
| Accrued income | | | | |
| Mortgage loans | 0 | | 43 | |
| Bonds | 651 | | 984 | |
| Dividend | 156 | | 0 | |
| Total current income | | 807 | | 1,027 |
| Other receivables | | | | |
| Debtors | 0 | | 7 | |
| Prepayments | 0 | | 81 | |
| Other | 411 | | 486 | |
| Total other receivables | | 411 | | 574 |

All short-term receivables have a duration les then one year.



Case 1:23-cv-00879-CCE-JEP Document 103-2 Filed 11/17/26 Page 29 of 49

| (10) Equipment | Cost Dec 31, 2017 | Disposal | Purchase 2018 | Cost Dec 31, 2018 |
|---|---|---|---|---|
| Company cars | 114 | 0 | 0 | 114 |
| Office improvement | 954 | 0 | 12 | 966 |
| Total equipment | 1,068 | 0 | 12 | 1,080 |

| Equipment | Carrying value Dec 31, 2017 | Disposal or depreciation | Purchase 2018 | Carrying value Dec 31, 2018 |
|---|---|---|---|---|
| Company cars | 30 | 27 | 0 | 3 |
| Office improvement | 877 | 201 | 12 | 688 |
| Total equipment | 907 | 228 | 12 | 691 |

Depreciation rate is: Office improvement and company cars 20%.

| (11) Cash | 2018 | 2017 |
|---|---|---|
| Bank | 49,276 | 23,653 |

| (12) Share capital | 2018 | 2017 |
|---|---|---|
| Share capital | 13,848 | 13,848 |

The company's ordinary share capital consists of 5,539 ordinary shares with a nominal value of € 13,848.

| (13) Share premium | 2018 | 2017 |
|---|---|---|
| At January 1 | 46,926 | 28,500 |
| Share premium contribution | | 18,426 |
| **At December 31** | **46,926** | **46,926** |

| (14) Revaluation reserve | 2018 | 2017 |
|---|---|---|
| At January 1 | 38,478 | 81,777 |
| Revaluation property | 285 | 1,207 |
| Revaluation loans | -3,186 | -20,293 |
| Revaluation bonds | -149 | -24,213 |
| **At December 31** | **35,427** | **38,478** |

| (15) Other reserves | 2018 | 2017 |
|---|---|---|
| At January 1 | -120,172 | -105,298 |
| Result prior year | 95,161 | -14,874 |
| **At December 31** | **-25,011** | **-120,172** |

| (16) Result before appropriation | 2018 | 2017 |
|---|---|---|
| At January 1 | 95,161 | -14,874 |
| Result current year | -9,515 | 95,161 |
| Transfer to other reserve | -95,161 | 14,874 |
| **At December 31** | **-9,515** | **95,161** |

| (17) Insurance liabilities | 2018 | 2017 |
|---|---|---|
| At January 1 | 703,122 | 723,053 |
| Addition | -11,224 | -19,931 |
| **Gross technical provisions** | **691,898** | **703,122** |
| Reinsurers' share | -191,259 | -186,759 |
| **At December 31** | **500,639** | **516,363** |

| Insurance liabilities | 2018 | 2017 |
|---|---|---|
| At own risk | 492,318 | 502,231 |
| At policyholders' risk | 8,321 | 14,132 |
| **At December 31** | **500,639** | **516,363** |

| Insurance liabilities | 2018 | 2017 |
|---|---|---|
| Best Estimate | 490,558 | 506,548 |
| Risk margin | 10,081 | 9,815 |
| **At December 31** | **500,639** | **516,363** |

## The movement of the best estimate

| | 2018 | | 2017 | |
|---|---|---|---|---|
| **Best estimate at January 1** | | **506,548** | | **662,456** |
| Reinsurers' share | | 186,759 | | 36,650 |
| **Best estimate at January 1** | | **693,307** | | **699,106** |
| Change model primo | | -602 | | 2,549 |
| Roll forward existing portfolio | | -22,856 | | -10,654 |
| **Best estimate at December 31** | | **669,849** | | **691,001** |
| Variance non-economical | | -2,445 | | -2,346 |
| Death | 279 | | 2,107 | |
| Lapse | 1,155 | | -7,673 | |
| Expenses | 10,251 | | 7,517 | |
| Adjustment non-economical assumptions | | 11,685 | | 1,951 |
| Inflation curve | -1,765 | | 92 | |
| Interest | 4,494 | | 2,609 | |
| Variance economical | | 2,729 | | 2,701 |
| **Best estimate at December 31** | | **681,818** | | **693,307** |
| Reinsurers' share | | -191,259 | | -186,759 |
| **Best estimate at December 31** | | **490,558** | | **506,548** |

| (18) Pension obligations | 2018 | 2017 |
|---|---|---|
| At January 1 | 826 | 2,034 |
| Release | -826 | -1,208 |
| **At December 31** | **0** | **826** |

The company has a pension scheme that grants participants a pension, whereby the company runs an actuarial risk. An adjustment pension provision was created relating to this risk based on the provisions of IAS 19R, which also meets the Solvency II regulations. The IAS-provision relates to the pension rights granted up to 1st of October 2018. Since October 2018 the company changed the pension scheme to a Defined Contribution scheme, reducing the IAS provision towards the future.

| (19) Long-term liabilities | 2018 | 2017 |
|---|---|---|
| Premium deposit | 28 | 34 |
| **At December 31** | **28** | **34** |

| (20) Other liabilities | 2018 | | 2017 | |
|---|---|---|---|---|
| Other liabilities | | | | |
| Creditors | 780 | | 1,057 | |
| Accruals | 878 | | 2,193 | |
| **At December 31** | | **1,658** | | **3,250** |

### Assets given in collateral by reinsurers for ceded technical provisions

| Collateral | 2018 | | 2017 | |
|---|---|---|---|---|
| Heco Re | | | | |
| BNP Paribas – bonds | 25,296 | | 22,686 | |
| BNP Paribas – equity securities | 8,814 | | 8,296 | |
| BNP Paribas – cash | 370 | | 8,983 | |
| Accrued interest | 233 | | 104 | |
| Total Heco Re | | 34,713 | | 40,069 |
| CBL | | | | |
| Fifth Third Bank – fixed and floating income security's | 148,973 | | 93,115 | |
| Fifth Third Bank – cash | 8,863 | | 63,431 | |
| Accrued interest | 2,518 | | 375 | |
| Total CBL | | 160,354 | | 156,921 |
| **At December 31** | | **195,067** | | **196,990** |

After finalizing the company accounts, the CBL collateral was replenished to 105% of the CBL ceded technical provisions.

### Contingent liabilities

**Fiscal Unity & Deferrred Tax Assets**

For corporate income tax purposes, until December 29, 2015, Conservatrix N.V. was part of the fiscal unity Conservatrix Groep B.V. From December 30, 2015 onwards, Conservatrix N.V. was part of the Nuvema N.V. tax group, until this fiscal unity was broken-up as a result of the transfer dated 15 May 2017. Since then, Conservatrix forms a fiscal unity with Trier Holding B.V.

Conservatrix has determined its fiscal position per transfer date based on best efforts, taking into account the advice from tax specialists and lawyers. When the Conservatrix shares were transferred, no agreements concluded about how to handle the tax positions. For tax purposes Conservatrix applies the Decree profit determination and technical reserves insurance companies 2001 (BWRV) and determines its technical provisions based on historical tariff rates. Conservatrix considers this a consistent approach, in line with Dutch legislation.

However, the former fiscal unity filed a request with the Dutch Tax authorities to change the tax base of the technical provisions, which would lead to an additional tax loss. Management considers this change to be incorrect and unlawful. In the unlikely event that the Dutch Tax authorities agree with this contra legal approach, this would have an effect on the realization of a part of the deferred tax assets as included in the 2018 financial statements for an amount of € 24.6 million. Management considers this risk as "remote".

In addition, there is uncertainty about the tax treatment of the reinsurance construction with HECO including the deductibility of the paid reinsurance premiums to HECO during the existence of the old Nuvema NV fiscal unity. It is uncertain whether and what impact this will have on the tax position. Currently no more premiums are being paid to HECO.

Pursuant to the Collection of State Taxes Act, Conservatrix and the other entities of the old fiscal unity with Nuvema N.V. are severally and jointly liable for the tax payable by the combination until May 15, 2017.

Current tax position is recognised in the intercompany position with Trier Holding BV. Tax losses are carried forward to a maximum of six years. The tax loss of the fiscal unity Trier is expected to be compensated within the available time frame. A provision for compensable taxable losses is therefore valuated at nil. Compensable losses are recognised at an amount of € 16,1 million.

**Off-balance sheet commitments**
Bankguarantees have been issued for the total amount of € 0.1 million (2017: € 0.4 million). This commitment has a duration between one and five years. Conservatrix has a non-cancellable office rental agreement of yearly € 0.2 million until August 2022.

**Other information**

**Events after the balance sheet date**
There were no events after balance date impacting the figures of Conservatrix.

**Stater contract**
On December 22, 2011, Conservatrix signed a contract with Stater Nederland B.V. for transferring and collecting monies in respect of the mortgage loans provided by the company to private individuals. In 2013, a provision for handling arrears during the collection of amounts owed in respect of these loans was added to this contract. Any services are provided for in the account and risk of the company. The term of the contract is seven years. Should Conservatrix decide to cancel the contract prior to the end of its term, there is an exit fee that decreases in accordance with an agreed upon sliding scale for each year of early termination.

**Unit4**
In 2018 Conservatrix outsourced the salary payment of the own employees to Unit4. The calculation and administration of the (periodical) payments is outsourced to Unit4, also.

**Reinsurance contracts**
Conservatrix has reinsured a sub portfolio with pension insurances. The reinsurance was contracted with Heco Re S.A., a reinsurer domiciled in Luxembourg. To cover the counterparty credit risk, it is agreed that this reinsurer will maintain a reinsurance deposit in the name of the insurer in the amount of the maximum technical provision in accordance with the Solvency II principles, and 90% of the technical provision on the basis of the tariff bases less the initial costs relating to these obligations capitalized on the reinsurer's balance sheet.
This condition must be met no later than July 1, following the end of the financial year.

At the time these financial statements were drawn up, the value of the investments maintained in the deposit was lower than the value of the provision pursuant to the Solvency II principles, as at December 31, 2018.

Conservatrix has also reinsured its DIL (Immediate Annuity) products sub portfolio and its NGP (Natural Guarantee Plan) products sub portfolio. The reinsurance was contracted with Colorado Bankers Life Insurance Company (CBL). To cover the counterparty credit risk, it is agreed that this reinsurer will maintain a reinsurance deposit in the name of the insurer in the amount of 105% of the Technical Provisions. At the time these financial statements were drawn up, the value of the investments maintained in the deposit was lower than 105% of the value of the provision.

## Notes to the Income Statement

### Details of Income

| *In thousands of euros* | 2018 | 2017 |
|---|---|---|
| Regular premiums | 25,695 | 28,852 |
| Single premiums | 570 | 596 |
| Outgoing reinsurance premiums | -231 | -101,247 |
| **(21) Net premiums earned** | **26,034** | **-71,799** |

The premium income came entirely from insurance contracts concluded in the Netherlands.

| | 2018 | 2017 |
|---|---|---|
| Rental income | 887 | 841 |
| Operating expenses | -588 | -589 |
| **(22) Investment property** | **299** | **252** |

| | 2018 | 2017 |
|---|---|---|
| Mortgage loans | 10,818 | 12,788 |
| Equity securities | 537 | 424 |
| Bonds | 1,958 | 1,574 |
| Other loans | 107 | 171 |
| Policy loans | 0 | 5 |
| Interest on bank accounts | 0 | 36 |
| Dividend | 298 | |
| Paid interest | -259 | -329 |
| **(23) Other investments** | **13,459** | **14,669** |

| | 2018 | 2017 |
|---|---|---|
| Own risk | 13,034 | 14,245 |
| Policy holder | 425 | 424 |
| **(23) Other investments** | **13,459** | **14,669** |

| | 2018 | 2017 |
|---|---|---|
| Own risk | -112 | 18,942 |
| Policy holder | -508 | 22 |
| **(24) Realized gains on investments** | **-620** | **18,964** |

Investment income attributed to non-technical account concerns the result of the technical investment income related to the average Shareholders' funds.

| | 2018 | 2017 |
|---|---|---|
| Own risk | -2,325 | -574 |
| Policy holder | -1,905 | 1,038 |
| **(25) Unrealized gains / losses on investments** | **-4,230** | **464** |

## Details of expenses

| | 2018 | 2017 |
|---|---|---|
| Benefits at death | 1,672 | 1,938 |
| Benefits on expirations | 21,117 | 13,248 |
| Annuity benefits | 2,347 | 2,727 |
| Pension benefits | 6,503 | 6,754 |
| Expenses on premium exemption | 11 | 11 |
| Reinsurers' share | -859 | -1,812 |
| **Total claims and benefits paid** | **30,791** | **22,866** |
| Surrenders | 12,470 | 14,506 |
| **Total surrenders** | **12,470** | **14,506** |
| **(26) Net claims and benefits paid** | **43,261** | **37,371** |

| | 2018 | 2017 |
|---|---|---|
| Profit policyholders | 0 | 13 |
| **Profit-sharing and discounts** | **0** | **13** |

| **Operational expenses** | **2018** | | **2017** | |
|---|---|---|---|---|
| Salaries | 3,151 | | 2,142 | |
| Termination benefits | 345 | | 2,245 | |
| Social security contributions | 351 | | 275 | |
| Pension expenses | -316 | | 364 | |
| Travel costs | 213 | | 136 | |
| External staff | 1,462 | | 2,217 | |
| Other staff costs | 35 | | 544 | |
| Withdrawal restructuring provision | 0 | | -1,804 | |
| Allocated to group companies | 0 | | -161 | |
| Staff costs | | 5,241 | | 5,958 |
| Office costs | 1,913 | | 1,261 | |
| Housing costs | 259 | | 208 | |
| Marketing costs | -169 | | 686 | |
| Other costs | 2,157 | | 2,103 | |
| Overhead expenses | | 4,160 | | 4,258 |
| Depreciation | | -117 | | 643 |
| **(27) Staff-, overhead- and depreciation costs** | | **9,284** | | **10,859** |
| Acquisition costs | | 440 | | 508 |
| **(28) Total operating expenses** | | **9,724** | | **11,367** |

- The average full time equivalent of permanent staff members was 36.9 (2017: 29.6)
- The staff costs include the remuneration of the Executive Board members in the amount of € 997.7 (2017: € 1,185.0) and the remuneration of the Supervisory Board members in the amount of € 139.0 (2017: € 118.0).
- The accountants fee has been estimated on about € 326.1 (2017: € 544.5). This fee concerns the investigation of the annual report applicable on the current year. No other services were included.

**Depreciation costs**

The total amount of depreciation costs was as follows:

| Depreciation costs | 2018 | 2017 |
|---|---|---|
| Own assets | 221 | 107 |
| Allocated from group companies | 0 | 717 |
| Release of provision for intangible assets | -337 | -181 |
| **Total depreciation costs** | **-117** | **643** |

**Profit sharing and discounts**

This concerns the profit additions in favor of the holders of policies belonging to the traditional portfolio.

**Income tax**

The determination of the income tax takes the permanent and temporary differences between the commercial result and the taxable result into account.

An effective income tax rate of 25% is used for the calculation of the deferred asset arising from the difference between the provision for insurance obligations, determined on a commercial and a tax basis.

The amount included in the profit and loss account is structured as follows:

| Income tax | 2018 | 2017 |
|---|---|---|
| Current tax | -2,924 | -2.483 |
| Change in tax rate gross deferred tax asset | 7,369 | -13,271 |
| Movement gross deferred tax asset | 2,181 | 5.533 |
| **(29) Total income tax** | **6,626** | **-10,221** |

## Analysis of the result by margin

*In thousands of euros*

| Basic Own Funds | 2018 | 2017 |
|---|---|---|
| At January 1 | **74,240** | **3,952** |
| Variations due to investments and financial liabilities | 9,475 | 34,901 |
| Capital injection shareholder | 0 | 18,426 |
| Variation in defered tax position | -5,732 | 18,458 |
| Total technical flows on net technical provisions | -26,952 | -100,618 |
| Release technical provisions | 15,724 | 170,039 |
| Variation in investments in unit-linked | -2,883 | 246 |
| Other variations in Excess of Assets over Liabilities | -2.198 | -71,164 |
| **At December 31** | **61,674** | **74,240** |

Due to the start of the reinsurance agreement with CBL in 2017, the figures for 2017 and 2018 can hardly be compared. In 2017 the total technical flow was largely influenced by the reinsurance premium of € 100 million. The result of this is a one-off release of technical provisions of € 150 million. Similarly, the other variations in Excess of Assets over Liabilities contains the difference of both mentioned amounts.

Utrecht, April 16 2019

**Executive board**

E. van der Wal, CEO

P.C. de Bruijne, CFO

**Supervisory board**

R. Hinse, Chairman

M. Castelvetri

P. G. Q. Coopmans

J.L. Melis

# OTHER INFORMATION

## Independent auditor's report

We refer for the Independent auditor's report to the next page.

## Appropriation result according to the Articles of Association

According to the Company's articles of association the result is at the disposal of the General Meeting.

BDO

T: +31 (0)30 284 98 00
E: utrecht@bdo.nl
www.bdo.nl

BDO Audit & Assurance B.V.
P.O. Box 4053, 3502 HB Utrecht
Van Deventerlaan 101, 3528 AG Utrecht
The Netherlands

# Independent auditor's report

To: the shareholders and Supervisory Board of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V.

## A. Report on the audit of the financial statements 2018

**Our opinion**
We have audited the financial statements 2018 of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V., based in Utrecht.

| WE HAVE AUDITED | OUR OPINION |
|---|---|
| The financial statements which comprise:<br>1. the balance sheet as at 31 December 2018;<br>2. the income statement for 2018; and<br>3. the notes comprising a summary of the accounting policies and other explanatory information. | In our opinion the enclosed financial statements give a true and fair view of the financial position of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. as at 31 December 2018 and of its result for 2018 in accordance with Part 9 of Book 2 of the Dutch Civil Code. |

**Basis for our opinion**
We conducted our audit in accordance with Dutch law, including the Dutch Standards on Auditing. Our responsibilities under those standards are further described in the 'Our responsibilities for the audit of the financial statements' section of our report.

We are independent of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. in accordance with the EU Regulation on specific requirements regarding statutory audit of public-interest entities, the Wet toezicht accountantsorganisaties (Wta, Audit firms supervision act), the Verordening inzake de onafhankelijkheid van accountants bij assurance-opdrachten (ViO, Code of Ethics for Professional Accountants, a regulation with respect to independence) and other relevant independence regulations in the Netherlands. Furthermore we have complied with the Verordening gedrags- en beroepsregels accountants (VGBA, Dutch Code of Ethics).

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

**Materiality**
Based on our professional judgement we determined the materiality for the financial statements as a whole at € 850,000. The materiality has been calculated with reference to a benchmark of the eligible own funds (representing 2% of eligible own funds) which we consider to be one of the principal considerations for stakeholders of the company in assessing the financial performance of the company. We have also taken into account misstatements and/or possible misstatements that in our opinion are material for qualitative reasons for the users of the financial statements.

Registered office Eindhoven, The Netherlands. Chamber of Commerce registration number 17171186.
BDO Audit & Assurance B.V. is a member of BDO International Ltd, a UK company limited by guarantee, and forms part of the worldwide network of independent legal entities, each of which provides professional services under the name 'BDO'.
BDO is the brand name for the BDO network and for each of the BDO Member Firms.

BDO

We agreed with the audit & risk committee that misstatements in excess of € 43,000, which are identified during the audit, would be reported to them, as well as smaller misstatements that in our view must be reported on qualitative grounds.

**Our key audit matters**

Key audit matters are those matters that, in our professional judgement, were of most significance in our audit of the financial statements. We have communicated the key audit matters to the board of management and the audit & risk committee. The key audit matters are not a comprehensive reflection of all matters discussed.

These matters were addressed in the context of our audit of the financial statements as a whole and in forming our opinion thereon, and we do not provide a separate opinion on these matters.

| VALUATION OF INVESTMENTS | OUR AUDIT APPROACH |
|---|---|
| Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. has investments in real estate, funds and mortgages. These investments are valued at market value.<br><br>There is no active market for all investments. As a result, the market value must be estimated. To make this estimate, management has to make assumptions based on judgement of management.<br><br>These investments consist of complex calculations and significant estimates. The valuation of the investments has a major influence on equity and result of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. and therefore this is a key audit matter. | In order to determine the market value of the real estate, the management engaged a surveyor. The surveyor determined the market value. We evaluated the competence, capabilities and objectivity of the surveyor. We also engaged a real estate specialist to check the valuation assumptions made by the surveyor. Finally, we determined if the source data used are reliable.<br><br>The investment funds are not listed. The market value is determined by the fund managers, which the management has made use of. We engaged an investment specialist to verify the valuation of the underlying investments. By means of a sample, we determined whether the models have been correctly applied. We also determined if the source data used are reliable.<br><br>The market value of the mortgages is determined by means of a calculation model. The management engaged an expert for this. The actuarial function holder of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. established that the correct calculation model has been used by the expert. We evaluated the competence, capabilities and objectivity of the experts. We also engaged an expert to check the calculation model. The source data comes from a service organization. Through a review of ISAE 3402 Type II we determined that this data source is reliable. |

BDO

| | |
|---|---|
| | We checked whether the accounting policies, stated on page 16, 17 and 18 of the financial statements and the supplementary information on pages 27 and 28 of the financial statements, are in accordance with the applicable reporting framework. We ascertained whether the different type of investments are disclosed correctly in the financial statements. |
| **INSURANCE LIABILITIES** | **OUR AUDIT APPROACH** |
| Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. has insurance liabilities in their accounts. To calculate the insurance liabilities management has to make assumptions (generation table, decrease of the portfolio, interest, mortality, morbidity future costs and other assumptions) based on judgement of management.<br><br>The insurance liabilities consists of complex calculations and significant estimates. The valuation of the gross insurance liabilities has a major influence on equity and result of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. and therefore this is a key audit matter. | We determined the effective operation of the internal control measures which secure the reliability of the policy data and determined that all policies are accounted for in the insurance liabilities. With the support of an independent and professional auditor's expert we audited the gross insurance liabilities. We performed audit procedures regarding the accuracy of the calculations made internally at Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. including assessing the appropriateness of the actuarial and economic assumptions used. The auditor's expert reviewed the adequacy and the outcome of the actuarial function holder report. We evaluated the competence and objectivity of the auditor's expert. We also evaluated the adequacy of the work performed by the auditor's expert.<br><br>We checked whether the accounting policies, stated on page 19 of the financial statements and the supplementary information on pages 30 of the financial statements, are in accordance with the applicable reporting framework. We ascertained whether the gross insurance liabilities are disclosed correctly in the financial statements. |
| **REINSURANCE SHARE INSURANCE LIABILITIES** | **OUR AUDIT APPROACH** |
| Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. has insurance liabilities in their accounts. Some parts of the insurance liabilities have been reinsured with reinsurance companies. The reinsurance companies have provided security to Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. by means of opening up trust accounts in which certain assets have been deposited. | The actuarial function holder assessed the valuation of the reinsured part of the insurance liabilities and included his opinion in his actuarial function holder report. With the support of an independent and professional auditor's expert we reviewed the adequacy and the outcome of the actuarial function holder report including assessing the appropriateness of the actuarial and economic assumptions used. |

BDO

| | |
|---|---|
| The fact that a part of the insurance liabilities are reinsured and assets have been deposited is of importance because it mitigates risks, it covers a material part of the insurance liabilities and it has a strong influence on the outcome of the solvency capital requirement of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V.. Therefore we consider this is a key audit matter. | We determined whether the reinsurers share is in accordance with the terms and conditions included in the reinsurance contracts. We evaluated the competence and objectivity of the auditor's expert and we evaluated the adequacy of the work performed by the auditor's expert.<br><br>The reinsurance and trust agreements are important contracts because they cover a material part of the insurance liabilities. For some of these contracts foreign law is applicable. Therefore Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. hired a legal expert to understand the terms and conditions of the contracts from a legal point of view.<br><br>We involved legal specialists in order to review the opinion from the management expert. An important aspect of the review has been whether the assets in the depot are freely available to Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. in case of default of the reinsurance company. Another important aspect of the review has been whether the assets in the depots met the terms and conditions in the reinsurance and trust agreements.<br><br>We verified the existence of the assets in the depots by a direct confirmation from the custodian.<br><br>We ascertained whether the reinsured share of the insurance liabilities is disclosed correctly in the financial statements. |
| **IT ENVIRONMENT** | **OUR AUDIT APPROACH** |
| The manageability and the continuity of the activities of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. depends strongly on the IT-infrastructure.<br><br>The IT-infrastructure is among other important to guarantee the legality of the beneficiary's bank account numbers. The affected (application) controls within the organization should be sufficient to guarantee the accuracy of the beneficiary's bank account numbers. | In our audit team specialized IT auditors are involved. Our audit procedures consisted of a review of the developments in the IT infrastructure and testing of the relevant internal control measures regarding the IT environment, like reliability and continuity of the policy and claim registration. We audited whether the segregation of duties are also implemented in the applications used for the policy and claim registration and we determined whether procedures regarding identification and authentication regarding these applications are sufficient. |

| Due to the importance of the IT infrastructure for the activities of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. this is a key audit matter. | In order to establish the correctness of the outgoing flow of money, we determined by means of a partial observation whether the bank account number after which payment is paid belongs to the rightful recipient. |
|---|---|
| **SOLVENCY II** | **OUR AUDIT APPROACH** |
| The solvency II regulation includes guidelines to calculate the (minimum) solvency capital requirement and the existing solvency capital requirement. These calculations are based on estimates and significant assumptions of management. In the financial statements a disclosure is included regarding the application of this regulation. Given the importance of Solvency II for the financial position of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. and the complexity of the calculations regarding the (minimum) solvency capital requirement and the existing solvency capital requirement we defined the adequate application of the Solvency II regulation as a key audit matter. | We verified the method used by Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. for calculating the solvency capital requirement and also verified the application of the Solvency II regulation in the disclosures of the financial statements. We audited the effective operation of the internal control procedures regarding the calculations. We also reviewed the actuarial function holder report. Furthermore we performed audit procedures regarding the data used for the calculations and audited whether the assumptions and calculations are in accordance with the Solvency II regulations. For this we used the support of an auditor's expert. We evaluated the expertise and objectivity of this expert.<br>We reviewed whether the disclosure in the financial statements is in accordance with internal Solvency II calculations. We audited whether the disclosures in the financial statements are in accordance with the applicable accounting policies. |

## B. Report on other information included in the annual report

In addition to the financial statements and our auditor's report thereon, the annual report contains other information that consists of:
- Profile;
- Report of the supervisory board;
- Report of the executive board;
- other information as required by Part 9 of Book 2 of the Dutch Civil Code;
- Appendix I: Specification of investments.

Based on the following procedures performed, we conclude that the other information:
- is consistent with the financial statements and does not contain material misstatements;
- contains the information as required by Part 9 of Book 2 of the Dutch Civil Code.

We have read the other information. Based on our knowledge and understanding obtained through our audit of the financial statements or otherwise, we have considered whether the other information contains material misstatements.

By performing these procedures, we comply with the requirements of Part 9 of Book 2 of the Dutch Civil Code and the Dutch Standard 720. These scope of the procedures performed is substantially less than the scope of those performed in our audit of the financial statements.

BDO

Management is responsible for the preparation of the other information, including the executive board's report in accordance with Part 9 of Book 2 of the Dutch Civil Code and other information required by Part 9 of Book 2 of the Dutch Civil Code.

## C. Report on other legal and regulatory requirements

**Engagement**
We were engaged by shareholders as auditor of Nederlandsche Algemeene Maatschappij van Levensverzekering "Conservatrix" N.V. on 15 December 2017 as of the audit for financial year 2017 and have operated as statutory auditor ever since that financial year.

**No prohibited non-audit services**
We have not provided prohibited non-audit services as referred to in Article 5 (1) of the EU Regulation on specific requirements regarding statutory audit of public-interest entities.

## D. Description of responsibilities for the financial statements

**Responsibilities of management and the Supervisory Board for the financial statements**
Management is responsible for the preparation and fair presentation of the financial statements in accordance with Part 9 of Book 2 of the Dutch Civil Code. Furthermore, management is responsible for such internal control as management determines is necessary to enable the preparation of the financial statements that are free from material misstatement, whether due to errors or fraud.

As part of the preparation of the financial statements, management is responsible for assessing the company's ability to continue as a going concern. Based on the financial reporting framework mentioned, management should prepare the financial statements using the going concern basis of accounting unless management either intends to liquidate the company or to cease operations, or has no realistic alternative but to do so. Management should disclose events and circumstances that may cast significant doubt on the company's ability to continue as a going concern in the financial statements.

The Supervisory Board is responsible for overseeing the company's financial reporting process.

**Our responsibilities for the audit of the financial statements**
Our objective is to plan and perform the audit engagement in a manner that allows us to obtain sufficient and appropriate audit evidence for our opinion.

Our audit has been performed with a high, but not absolute, level of assurance, which means we may not have detected all material errors and fraud.

Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements. The materiality affects the nature, timing and extent of our audit procedures and the evaluation of the effect of identified misstatements on our opinion.

We have exercised professional judgement and have maintained professional scepticism throughout the audit, in accordance with Dutch Standards on Auditing, ethical requirements and independence requirements. Our audit included among others:

- Identifying and assessing the risks of material misstatement of the financial statements, whether due to fraud or error, designing and performing audit procedures responsive to those risks, and obtaining audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control;
- Obtaining an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the company's internal control;
- Evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by management;
- Concluding on the appropriateness of management's use of the going concern basis of accounting, and based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditor's report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditor's report. However, future events or conditions may cause the company ceasing to continue as a going concern;
- Evaluating the overall presentation, structure and content of the financial statements, including the disclosures; and
- Evaluating whether the financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

We communicate with the audit & risk committee regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant findings in internal control that we identify during our audit. In this respect we also submit an additional report to the audit committee in accordance with Article 11 of the EU Regulation on specific requirements regarding statutory audit of public-interest entities. The information included in this additional report is consistent with our audit opinion in this auditor's report.

We provide the audit & risk committee with a statement that we have complied with relevant ethical requirements regarding independence, and to communicate with them all relationships and other matters that may reasonably be thought to bear on our independence, and where applicable, related safeguards.

From the matters communicated with the audit & risk committee, we determine the key audit matters: those matters that were of most significance in the audit of the financial statements. We describe these matters in our auditor's report unless law or regulation precludes public disclosure about the matter or when, in extremely rare circumstances, not communicating the matter is in the public interest.

---

**Utrecht, 16 April 2019**

For and on behalf of
BDO Audit & Assurance B.V.,

Sgd.

**W.J.P. Hoeve RA**

---



Case 1:23-cv-00879-CCE-JEP Document 103-2 Filed 11/17/26 Page 46 of 49

# APPENDIX I

**Specification of investments**

| *In thousands of euros* | ISIN Code | December 31, 2018 |
|---|---|---|
| Dutch residental mortgages | | 264,075 |
| Apollo Credit Allocation Fund I | QS000212C1S7 | 19,788 |
| NN European Fixed Income Fund | NL0012441703 | 15,952 |
| DWS Invest Euro High Yield Corporates | LU1054331407 | 9,992 |
| NEDER WATERSCHAPSBANK FRN 27/4/2021 | XS0611951814 | 4,762 |
| BK NEDERLANDSE GEMEENTEN FRN 9/2/2021 | XS0575962286 | 4,713 |
| REPUBLIC OF AUSTRIA INTL 0.591% 24/10/2035 | XS0231558858 | 4,622 |
| REPUBLIC OF AUSTRIA INTL 2.112% 4/8/2025 | XS0224366608 | 4,181 |
| EURO DM SECURITIES 0% 8/4/2021 | DE0004778469 | 4,089 |
| DEUTSCHE BAHN FIN GMBH FRN 13/10/2023 | XS1306411726 | 4,046 |
| ABN AMRO BANK NV FRN 11/3/2020 | XS1199643427 | 4,011 |
| Woningbouw Coop Allliantie 01-04-07 /01-04-2032 | | 3,768 |
| COMMONWEALTH BANK AUST FRN 11/8/2020 | XS0530735496 | 3,524 |
| RABOBANK NEDERLAND FRN 30/3/2022 | XS0292328068 | 3,348 |
| INTL BK RECON & DEVELOP 5% 5/2/2019 | IT0006527060 | 3,013 |
| BRITISH SKY BROADCASTING 1.5% 15/9/2021 | XS1109741246 | 3,080 |
| SAP SE FRN 1/4/2020 | DE000A14KJE8 | 3,055 |
| BMW FINANCE NV 0.875% 17/11/2020 | XS1321956333 | 3,042 |
| VESTEDA FINANCE BV 1.75% 22/7/2019 | XS1089859505 | 3,015 |
| BRITISH TELECOMMUNICATIO 0.625% 10/3/2021 | XS1377680381 | 3,018 |
| SKANDINAVISKA ENSKILDA FRN 15/9/2020 | XS1291152624 | 3,015 |
| CAISSE CENTRALE DESJARDN FRN 20/1/2020 | XS1170332107 | 3,009 |
| ING BANK NV FRN 20/11/2019 | XS1143001102 | 3,008 |
| SHELL INTERNATIONAL FIN FRN 15/9/2019 | XS1292468987 | 3,007 |
| 3M COMPANY FRN 15/5/2020 | XS1234366448 | 3,004 |
| COCA-COLA CO/THE FRN 9/9/2019 | XS1197832832 | 3,004 |
| DH EUROPE FINANCE SA FRN 30/6/2022 | XS1637162246 | 2,988 |
| STEDIN HOLDING NV FRN 24/10/2022 | XS1705553417 | 2,978 |
| BNP PARIBAS FRN 22/9/2022 | XS1584041252 | 2,974 |
| WELLS FARGO & COMPANY FRN 31/1/2022 | XS1558022866 | 2,972 |
| HSBC HOLDINGS PLC FRN 27/9/2022 | XS1586214956 | 2,944 |
| DAIMLER AG FRN 3/7/2024 | DE000A2GSCY9 | 2,914 |
| GE CAPITAL EURO FUNDING FRN 17/5/2021 | XS0254356057 | 2,855 |
| EUROPEAN INVESTMENT BANK 1.25% 15/7/2020 | XS0222759689 | 2,436 |
| NOMURA BANK INTL PLC FRN 30/9/2019 | XS0451161748 | 2,320 |
| ROYAL BK OF SCOTLAND PLC 4.6% 11/12/2019 | NL0009287614 | 2,190 |
| DIAGEO FINANCE PLC 1.125% 20/5/2019 | XS1069539374 | 2,007 |
| TORONTO-DOMINION BANK FRN 8/9/2020 | XS1287714502 | 2,012 |

| *In thousands of euros* | ISIN Code | December 31, 2018 |
|---|---|---|
| TOYOTA MOTOR FINANCE BV FRN 26/2/2020 | XS1781813511 | 2,003 |
| DEUTSCHE TELEKOM INT FIN FRN 3/4/2020 | XS1382791892 | 2,001 |
| GECINA FRN 30/6/2022 | FR0013266343 | 1,971 |
| AKZO NOBEL NV FRN 8/11/2019 | XS1715353105 | 1,702 |
| RABOBANK STRUCTURED PROD 0% 14/5/2020 | XS0502907602 | 1,597 |
| VONOVIA FINANCE BV 1.625% 15/12/2020 | DE000A18V138 | 1,537 |
| SYMRISE AG 1.75% 10/7/2019 | DE000SYM7704 | 1,512 |
| BANK OF MONTREAL FRN 28/9/2021 | XS1691466756 | 1,508 |
| BERTELSMANN SE & CO KGAA 0.25% 26/5/2021 | XS1619283218 | 1,505 |
| SPAREBANK 1 SMN FRN 9/11/2020 | XS1715295223 | 1,505 |
| ASTRAZENECA PLC 0.25% 12/5/2021 | XS1411403709 | 1,500 |
| JYSKE BANK A/S FRN 2/6/2020 | XS1622575360 | 1,502 |
| MCDONALD'S CORP FRN 26/8/2019 | XS1237187718 | 1,501 |
| NYKREDIT REALKREDIT AS FRN 2/6/2022 | DK0009514473 | 1,456 |
| SANTANDER UK GROUP HLDGS FRN 18/5/2023 | XS1615065320 | 1,426 |
| LLOYDS BANKING GROUP PLC FRN 21/6/2024 | XS1633845158 | 1,427 |
| DELHAIZE GROUP 3.125% 27/2/2020 | BE0002189554 | 1,347 |
| COOPERATIEVE RABOBANK UA 0.658% 14/10/2025 | XS0231106799 | 1,352 |
| REPUBLIC OF AUSTRIA 0.669% 29/6/2020 | XS0221500571 | 1,168 |
| REPUBLIC OF AUSTRIA INTL 5.498% 22/4/2020 | XS0216258763 | 1,166 |
| APRR SA FRN 3/1/2020 | FR0013054020 | 1,105 |
| ALLIANZ FINANCE II B.V. 4.75% 22/7/2019 | DE000A1AKHB8 | 1,027 |
| NUON FINANCE BV 4.5% 17/12/2019 | XS0208469923 | 1,045 |
| BSH HAUSGERATE GMBH 1.875% 13/11/2020 | XS0992602465 | 1,034 |
| LUXOTTICA GROUP SPA 3.625% 19/3/2019 | XS0758640279 | 1,008 |
| HEINEKEN NV 2.5% 19/3/2019 | XS0758419658 | 1,006 |
| ADECCO INT FINANCIAL SVS 2.75% 15/11/2019 | XS0953093308 | 1,018 |
| IBM CORP 1.375% 19/11/2019 | XS0856023147 | 1,014 |
| KONINKLIJKE DSM NV 1.75% 13/11/2019 | XS0993228294 | 1,012 |
| HONEYWELL INTERNATIONAL 0.65% 21/2/2020 | XS1366026596 | 1,008 |
| COLGATE-PALMOLIVE CO FRN 14/5/2019 | XS1230926609 | 1,001 |
| AKTIA BANK PLC FRN 12/10/2020 | XS1697551080 | 999 |
| Achmea Hypotheekbank N.V. 05-08-99 / 05-08-24 | | 986 |
| LEASEPLAN CORPORATION NV FRN 25/1/2021 | XS1757442071 | 982 |
| F VAN LANSCHOT BANKIERS 4.75% 9/10/2019 | NL0009706399 | 927 |
| STATKRAFT AS 6.625% 2/4/2019 | XS0421565150 | 884 |
| BERKSHIRE HATHAWAY INC 0.5% 13/3/2020 | XS1380333929 | 905 |
| PROLOGIS LP 1.375% 7/10/2020 | XS1117452778 | 822 |
| ABB FINANCE BV 2.625% 26/3/2019 | XS0763122578 | 805 |
| VIVENDI 4.875% 2/12/2019 | FR0010830034 | 784 |
| COUNCIL OF EUROPE 0% 22/2/2019 | XS0094651899 | 745 |
| REPUBLIC OF AUSTRIA 1.298% 10/10/2025 | XS0229808315 | 526 |

| *In thousands of euros* | ISIN Code | December 31, 2018 |
|---|---|---|
| HEINEKEN NV 2.125% 4/8/2020 | XS0811554962 | 517 |
| FONCIERE DES REGIONS 1.75% 10/9/2021 | FR0012146744 | 513 |
| LINDE FINANCE BV 1.75% 11/6/2019 | XS0790015548 | 504 |
| SANTANDER CONSUMER BANK 0.375% 17/2/2020 | XS1564331103 | 501 |
| KBC GROUP NV FRN 24/11/2022 | BE0002281500 | 493 |
| EUROPEAN INVESTMENT BANK 0% 5/2/2019 | IT0006527052 | 432 |
| DE VOLKSBANK NV 0.125% 28/9/2020 | XS1689666870 | 300 |
| Loans to other dutch residental persons | | 38 |
| **Total financial investments** | | **473,355** |

| *In thousands of euros* | December 31, 2018 |
|---|---|
| Investment property Germany | 9,300 |
| **Total Investment property** | **9,300** |

| *In thousands of euros* | ISIN Code | December 31, 2018 |
|---|---|---|
| NN Dutch Fund | NL0000287993 | 3,094 |
| Robeco Hollands Bezit | NL0000286615 | 2,155 |
| Robeco All Strategies Funds - Robeco Multi Asset I | LU1387747915 | 2,116 |
| Robeco NV | NL0000289783 | 1,152 |
| Rolinco | NL0000289817 | 619 |
| Koninklijke Ahold Delhaize NV | NL0011794037 | 572 |
| ACTIAM Duurzaam Mixfonds Neutraal | NL0010579165 | 462 |
| Unilever NV | NL0000009355 | 459 |
| Robeco Capital Growth Funds - All Strategy Euro Bo | LU0528646820 | 337 |
| Royal Dutch Shell PLC | GB00B03MLX29 | 257 |
| DWS Invest - New Resources | LU0237014641 | 114 |
| Unibail-Rodamco SE & WFD Unibail-Rodamco NV | FR0013326246 | 91 |
| ACTIAM Duurzaam Europees Aandelenfonds | NL0010579074 | 74 |
| ING Groep NV | NL0011821202 | 27 |
| DWS Invest - Global Agribusiness | LU0273158872 | 26 |
| **Total investments at policyholders' risk** | | **11,557** |